## INITIAL APPEARANCE CALENDAR

Magistrate Judge : __Vera M. Scanlon__          Date: __11/14/18__

Magistrate Case Number: __18-1101M__          LOG #: __4:38 - 4:54__

Defendant's Name: __Lucio Celli__

__✓__ Court appointed counsel.     ____ Defendant retained counsel.

Defense Counsel: __Leticia Olivera__          CJA:___ FDNY: __✓__ RET:___

A.U.S.A. __Penelope Brady__          Clerk : __Felix Chin__

Interpreter : _____          Language: _____

__✓__ ARRAIGNMENT on Complaint held.    ___ Government Agent Sworn

__✓__ DETENTION HEARING Held:    __✓__ Government opposed bail for reasons stated on the record.

___ Bond set at _____.    ___ Bond set on consent of both parties.

Defendant :   ___ released   ___ held pending satisfaction of bond conditions.

___ Defendant advised of bond conditions set by the Court and signed the bond.

___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.

___ (Additional) surety/ies to co-sign bond by _____

___ After detention hearing, Court orders detention in custody.    ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____ _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

__✓__ Preliminary Hearing set for:_____; or  __✓__ waived by defendant

___ Status Conference set for:_____ before Judge _____

__✓__ Medical memo issued.

___ REMOVAL (Rule 5) PROCEEDING held. To the district of: _____

___ Identity hearing held. Court ___ orders removal ___ denies removal

___ Defendant waives: ___ identity hearing ___ preliminary hearing

___ Identity/ Removal Hearing set for: _____

___ No bail application presented to the Court. Commitment to the District _____ entered.

Other Comments/Rulings: __Dfse counsel presented a bail package with 2 sureties; govt opposed. Court denied application. Order of detention entered.__

4:38 - 4:54

Defense counsel presented a bail package with a surety; Gov't opposed; court denied application. Order of detention entered.