# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE   Steven Tiscione            DATE: 12/10/18

DOCKET NUMBER:   18-1101M            LOG #: 11:12 — 11:24

DEFENDANT'S NAME:   Lucio Celli
✓ Present   ___ Not Present   ✓ Custody   ___ Bail

DEFENSE COUNSEL:   Leticia Olivera
✓ Federal Defender   ___ CJA   ___ Retained

A.U.S.A:   Kayla Bensing            CLERK:   Felix Chin

INTERPRETER: _____ (Language) _____

___ Defendant arraigned on the: ___ indictment ___ superseding indictment ___ probation violation

___ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

  ___ Bond set at _____. Defendant ___ released ___ held pending satisfaction of bond conditions.
  ___ Defendant advised of bond conditions set by the Court and signed the bond.
  ___ Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  ___ (Additional) surety/ies to co-sign bond by _____
  ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

___ Order of Excludable Delay/Speedy Trial entered. Start _____ Stop _____

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for 1/11/19 @ 11:00 before Judge duty MJ.

Other Rulings: Court excludes time from 12/10/18 until 1/11/19 in the interests of justice despite the dft's wishes not to exclude time.

1) 11/1/11 - 11:09 - duty MJ.
Court excludes time from 11/1/11 until 11/1/11
in the interests of justice despite the Atty's wishes not to
exclude time.