JD:KCB
F. #2018R02184

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

- against -

LUCIO CELLI,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - X

I N D I C T M E N T

CR 19 127

(T. 18, U.S.C., §§ 875(c) and 3551 et seq.)

DONNELLY, J.

TISCIONE, M.J.

THE GRAND JURY CHARGES:

TRANSMISSION OF THREATS TO INJURE

On or about November 12, 2018, within the Eastern District of New York and elsewhere, the defendant LUCIO CELLI did knowingly and intentionally transmit in interstate commerce one or more communications containing one or more threats to injure the person of another, to wit: communications threatening injury to John Doe and Jane Doe, individuals whose identities are known to the Grand Jury.

(Title 18, United States Code, Sections 875(c) and 3551 et seq.)

A TRUE BILL

_____
FOREPERSON

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

BY: _____
ACTING UNITED STATES ATTORNEY
PURSUANT TO 28 C.F.R. O.136

F.#: 2018R02184
FORM DBD-34
JUN. 85

No.

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL DIVISION

THE UNITED STATES OF AMERICA

*vs.*

LUCIO CELLI,

Defendant.

# INDICTMENT

(T. 18, U.S.C. §§ 875(c) and 3551 et seq.)

*A true bill.*

_____
 *Foreperson*

*Filed in open court this* _____ *day,*

*of* _____ *A.D. 20* _____

_____
 *Clerk*

*Bail, $* _____

*Kayla Bensing, Assistant U.S. Attorney (718) 254-6279*