

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

F# 2018R02184

225 Cadman Plaza East
*Brooklyn, New York 11201*

March 11, 2019

Lucio Celli

Re: United States V Lucio Celli (AMD)
<u>Criminal Docket No. CR 19-127</u>

Dear Mr. Celli:

Please take notice that the above case will be called in the United States District Court located at 225 Cadman Plaza East, Brooklyn, New York on **Friday, March 15th, 2019 at 11:00 AM**. Please report to Simon Chrein Arraignment Courtroom 2-A South Wing 2nd floor and at this time you will be required to plead to an Indictment heretofore filed for alleged violation of the United States Code.

If you have not been previously interviewed by a Pretrial Services Officer, you should report to the United States Pretrial Services Agency, which is located on the South Wing Room 219, 2nd Floor in the Courthouse. You should arrive at least one hour before the case is to be called so that a pretrial services report can be completed.

If you fail to attend, a warrant will be sought for your arrest.

Very truly yours,

RICHARD P. DONOGHUE
UNITED STATES ATTORNEY

BY: Nicole Jackson
Grand Jury Coordinator

cc: Ann M. Donnelly (Magistrate Bulsara will take the plea)

Kayla Bensing
Assistant U.S. Attorney

Pretrial Services Officer

Michael D. Weil Esq.

FILED
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.

★ MAR 14 2019 ★

BROOKLYN OFFICE