## MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. **Sanket J. Bulsara**   DATE: **3/15/2019**

DOCKET NUMBER: **19CR127(AMD)**   FTR #: _____

DEFENDANT'S NAME: **Lucio Celli**

__X__ Present   ____ Not Present   __✓__ Custody   ____ Bail

DEFENSE COUNSEL: **Michael Weil**

__✓__ Federal Defender   ____ CJA   ____ Retained

A.U.S.A: **Kayla Bensing**   CLERK: M. Sica

INTERPRETER: _____ (Language) _____

✓ Defendant arraigned on the: ✓ indictment ___ superseding indictment ___ probation violation

✓ Defendant pleads NOT GUILTY to ALL counts.

___ DETENTION HEARING Held.   ___ Defendant's first appearance.

___ Bond set at _____.
Defendant ___ released ___ held pending satisfaction of bond conditions.
___ Defendant advised of bond conditions set by the Court and signed the bond.
___ Surety (ies) sworn, advised of bond obligations by the Court and signed the bond.
___ (Additional) surety/ies to co-sign bond by _____

___ After hearing, Court orders detention in custody.   ___ Leave to reopen granted

___ Temporary Order of Detention Issued. Bail Hearing set for _____

___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.

✓ Order of Excludable Delay/Speedy Trial entered. Start **3/15/19** Stop **4/1/19**

___ Medical memo issued.

___ Defendant failed to appear, bench warrant issued.

✓ Status conference set for **4/1/19 @ 10:30** before Judge **Donnelly**

Other Rulings: Defense presented a bail package as stated on the record; the Gov't agreed with other conditions as stated on the record. The Court gave reasons on the record for the application to be denied at this time. Bail Denied. The Court ordered Pretrial Services to conduct a Pre-home Inspection + a Cyber Assessment. Defendant is continued in custody.