# Federal Defenders
## OF NEW YORK, INC.

One Pierrepont Plaza-16th Floor, Brooklyn, NY 11201
Tel: (718) 330-1200 Fax: (718) 855-0760

David E. Patton
*Executive Director and Attorney-in-Chief*

Deirdre D. von Dornum
*Attorney-in-Charge*

**By EMAIL and ECF**

The Honorable Sanket J. Bulsara    April 12, 2019
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: <u>United States v. Lucio Celli, 19 CR 127 (AMD)</u>

Your Honor:

We represent Mr. Celli, who is charged with sending threatening communications in violation of 18 U.S.C. § 875(c).

Mr. Celli was ordered released on bond two weeks ago and his father was supposed to file a confession of judgment against his home by today.

I am advised by Mr. Celli's mother that she left the confession my office prepared for her, with payment, at the Dutchess County Clerk's office a week ago, but later was advised that it was rejected due to a ministerial issue. The clerk's office there apparently has different filing requirements than in the five boroughs.

We have prepared a new judgment consistent with Dutchess County's rules and are sending it to the parents to be filed. We ask for a one-week extension to file the judgment. The government has no objection to this request.

Respectfully submitted,

_____/s/_____
MICHAEL D. WEIL
(718) 407-7413

cc: AUSA Kayla Bensing