

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KCB
F. #2018R02184

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 19, 2019

By ECF

The Honorable Ann M. Donnelly
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re: United States v. Lucio Celli
           Criminal Docket No. 19-127 (AMD)

Dear Judge Donnelly:

      The government respectfully submits the attached stipulation and Rule 16(d)(1) protective order in connection with the above-captioned case. The government requests that the Court enter the attached order in this matter.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:   /s/ Kayla Bensing
      Kayla Bensing
      Assistant U.S. Attorney
      (718) 254-6279

Attachment

cc:     Clerk of Court (AMD) (by ECF)
        Michael Weil, Esq. (by ECF)