

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JD:KCB
F. #2018R02184

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 15, 2019

<u>By Hand Delivery and ECF</u>

Michael Weil
Federal Defenders of New York, Inc.
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
718-407-7413
Fax: 718-855-0760
Email: michael_weil@fd.org

      Re:    <u>United States v. Lucio Celli</u>
            <u>Criminal Docket No. 19-127 (AMD)</u>

Dear Mr. Weil:

      Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, the enclosed contains copies of records provided by the Metropolitan Detention Center. (LC000199–LC000797.) The government renews its request for reciprocal discovery from the defendant.

      If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

      Very truly yours,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/ Kayla Bensing
      Kayla Bensing
      Assistant U.S. Attorney
      (718) 254-6279

Enclosures

cc:    Clerk of the Court (AMD) (by ECF) (without enclosures)