UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x

UNITED STATES OF AMERICA,

                                                **NOTICE OF APPEARANCE**

        -against-                                    19 Cr. 127 (AMD)

LUCIO CELLI,

                                      Defendant.

------------------------------------------------------------------------ x

        PLEASE TAKE NOTICE, that on June 26, 2019, I was appointed, pursuant to the Criminal Justice Act, to represent defendant LUCIO CELLI in the above-referenced case as *Curcio* counsel.  I respectfully request the Clerk of the Court note my appearance in this case and add me as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Dated:       Brooklyn, New York
               June 27, 2019

                                                    Respectfully submitted,

                                                    _____/s/_____
                                                    MICHAEL O. HUESTON, ESQ.
                                                    *Attorney for Defendant*
                                                   16 Court Street, Ste. 1800
                                                   Brooklyn, New York 11241
                                                   (718) 246-2900
                                                   mhueston@nyc.rr.com