# MICHAEL HUESTON
### ATTORNEY AT LAW

16 COURT STREET           Tel: (718) 246-2900
SUITE 1800           Fax: (718) 246-2903
BROOKLYN, NEW YORK 11241           Email: mhueston@nyc.rr.com

ADMITTED NY

June 27, 2019

**BY ECF**
The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

       Re:   *United States v. Lucio Celli,* 19 Cr. 127 (AMD)

Your Honor:

       As per the parties' June 26, 2019 conference, I have attached a proposed Criminal Justice Act 20 order appointing me as *Curcio* counsel for Mr. Lucio Celli, and ask that it be endorsed, *nunc pro tunc*, as of June 26, 2019, and filed so that an electronic voucher can be opened.

       I thank the Court for its attention to this matter.

                                                Respectfully,

                                                s/
                                                Michael Hueston

Enc.