

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

KCB
F. #2018R02184

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 22, 2019

<u>By E-mail and ECF</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Lucio Celli
      <u>Criminal Docket No. 19-127 (AMD)</u>

Dear Judge Donnelly:

    The government respectfully submits this letter to request that the status conference in the above-captioned case, currently scheduled for July 24, 2019 at 11:00 a.m., be held instead on July 30, 2019 at 12:00 p.m., due to conflicts in the government's and defense counsel's schedules.  Further, the government respectfully requests that time be excluded pursuant to the Speedy Trial Act until that date, for the reasons specified on the record at the June 26, 2019 status conference.  Defense counsel consents to this request.

        Respectfully submitted,

        RICHARD P. DONOGHUE
        United States Attorney

      By:  /s/ Kayla Bensing
        Kayla Bensing
        Assistant U.S. Attorney
        (718) 254-6279

CC: Michael Weil, Esq. (by E-mail and ECF)
   Michael Hueston, Esq. (by E-mail and ECF)