

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

KCB  
F. #2018R02184

*271 Cadman Plaza East
Brooklyn, New York 11201*

December 16, 2019

<u>By Fed Ex and ECF</u>

Michael Hueston  
16 Court Street  
Suite 1800  
Brooklyn, NY 11241  
718-246-2900

> Re: <u>United States v. Lucio Celli</u>  
> <u>Criminal Docket No. 19-127 (AMD)</u>

Dear Mr. Hueston:

Enclosed please find the government's supplemental production of discovery in accordance with Rule 16 of the Federal Rules of Criminal Procedure. Specifically, the enclosed contains copies of records provided by the Metropolitan Detention Center. (LC000798.) The government renews its request for reciprocal discovery from the defendant.

If you have any questions or requests regarding further discovery or a disposition of this matter, please do not hesitate to contact me.

Very truly yours,

RICHARD P. DONOGHUE  
United States Attorney

By: /s/ Kayla Bensing  
Kayla Bensing  
Assistant U.S. Attorney  
(718) 254-6279

Enclosures

cc: Clerk of the Court (AMD) (by ECF) (without enclosures)