# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| SUITE 1800 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

December 17, 2019

**BY ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

        Re:   *United States v. Lucio Celli, et al.*, 19 Cr. 127 (AMD)

Your Honor:

      I represent Mr. Lucio Celli in the above-referenced case. I write to request that Mr. Celli's bail conditions be temporarily modified to permit him to participate in a family gathering in Suffern, New York on December 26, 2019 from 12 p.m. to 7 p.m. The government and pretrial services consent to this application. I have provided the name and address of the hosts to the government and pretrial services.

      Mr. Celli is presently subject to the following bail conditions: a $150,000 bond secured by two co-signers (his parents), cash payment and real property subject to a confession of judgment; home detention; the surrender of his passport; no internet use; living with his parents who serve as his third party custodians; mental health treatment; travel restrictions to the Eastern and Southern Districts of New York and the City of New York; and pretrial supervision.

      If this request meets with Your Honor's approval, I ask that the order be docketed so it can be provided to pretrial services.

                                                                        Respectfully,

                                                                        s/
                                                                        Michael Hueston

cc:    A.U.S.A. Kayla Bensing
        Pretrial Services