# MICHAEL HUESTON
### ATTORNEY AT LAW

---

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| SUITE 1800 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

---

January 9, 2020

**BY ECF**

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   *United States v. Lucio Celli, et al.*, 19 Cr. 127 (AMD)

Your Honor:

      I represent Mr. Lucio Celli in the above-referenced case.

      I am writing to request that at the January 13, 2020 conference we discuss my further representation of Mr. Celli, and ask that stand by counsel be present to advise him regarding this matter.

      Mr. Celli has asked me to inform the Court that he no longer wishes me to represent him.

                           Respectfully,

                               s/
                             Michael Hueston

cc:    A.U.S.A. Kayla Bensing
        Lucio Celli