# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| SUITE 1800 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

February 7, 2020

**BY ECF**
The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: *United States v. Lucio Celli, et al.*, 19 Cr. 127 (AMD)

Your Honor:

  I represent Mr. Lucio Celli in the above-referenced case. I write to request that the parties' February 21, 2020 status conference be advanced to February 13, 2020 at 11:00 a.m., which is a time Your Honor's Deputy Clerk has informed the parties is available.

  The reason for this request is for the parties to determine who shall conduct Mr. Celli's competency evaluation. I have spoken with the doctor the government suggested, as well as the doctor who conducted Mr. Celli's prior evaluation. Both have provided me with cost estimates and both are available. We will be prepared to discuss any further details and issues at the conference.

  I thank the Court for its attention to this matter.

                Respectfully,

                s/
                Michael Hueston

cc:  A.U.S.A. Kayla Bensing