# MICHAEL HUESTON
### ATTORNEY AT LAW

| | |
|---|---|
| 16 COURT STREET | Tel: (718) 246-2900 |
| SUITE 1800 | Fax: (718) 246-2903 |
| BROOKLYN, NEW YORK 11241 | Email: mhueston@nyc.rr.com |

April 21, 2020

**BY ECF**
The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

> Re:  *United States v. Lucio Celli, et al.*, 19 Cr. 127 (AMD)

Your Honor:

I represent Mr. Lucio Celli in the above-referenced case.

With Mr. Celli's authorization, I write to inform the Court that Mr. Celli has asked that I be relieved as his lawyer.  I join in his request, and ask to be relieved and have new counsel assigned, given that I believe that there has been an irretrievable breakdown in our relationship.

The parties' have a conference on April 28, 2020.  I had intended on asking that the conference be adjourned due to the COVID-19 emergency.  However, in light of this application, if the Court is available, we could proceed by telephone.

I thank the Court for its attention to this matter.

Respectfully,

s/  Michael Hueston

cc:    A.U.S.A. Kayla Bensing
       Lucio Celli