U.S. Department of Justice

United States Attorney
Eastern District of New York

KCB
F. #2018R02184

271 Cadman Plaza East
Brooklyn, New York 11201

August 7, 2020

<u>By E-mail and ECF</u>

The Honorable Ann M. Donnelly
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:   United States v. Lucio Celli
            <u>Criminal Docket No. 19-127 (AMD)</u>

Dear Judge Donnelly:

      The government respectfully submits this letter to request that the status conference in the above-captioned case, currently scheduled for August 10, 2020, at 10:30 a.m., be held instead on the same day at 11:00 a.m., which the government understands to be a convenient time for the Court and defense counsel, due to a conflict in the government's schedule.

      Respectfully submitted,

      SETH D. DuCHARME
      Acting United States Attorney

By:   /s/ Kayla Bensing
      Kayla Bensing
      Assistant U.S. Attorney
      (718) 254-6279

CC:    Defense Counsel (by Email and ECF)