# TAYLOR & COHEN LLP

40 Worth Street, 10th Floor
New York, NY 10013
Tel (212) 257-1900
Fax (646) 808-0966
www.taylorcohenllp.com

September 1, 2020

*By ECF and Email*

The Honorable Ann Donnelly
United States District Judge
United States District Court
225 Cadman Plaza East
Brooklyn, New York 11201

**Re:** *United States v. Lucio Celli, et al.*, 19 Cr. 127 (AMD)

Your Honor:

    I represent Lucio Celli in the above-referenced case. I am writing to inform the Court that Mr. Celli has asked that I be relieved as his counsel. While I do not join in his request at this time, I understand that our relationship may have broken down and that Mr. Celli wishes to be heard regarding my representation of him. Accordingly, I respectfully request that a *Curcio* hearing be held at the conference scheduled for September 2, 2020 at 1:00 pm.

    Thank you for your attention.

Respectfully,

Zachary S. Taylor

cc: AUSA Kayla Bensing