```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------- x
   UNITED STATES OF AMERICA,                            :
                                                        :
                              Plaintiff,                :
                                                        :  19 CR 127 (AMD)
                   -against-                            :
                                                        :  NOTICE OF CHANGE OF ADDRESS
   LUCIO CELLI,                                         :
                                                        :
                              Defendant.                :
------------------------------------------------------- x
```

TO:   CLERK OF THE COURT AND ALL PARTIES

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney address change for ZACHARY STEWART TAYLOR. I am an attorney admitted to practice in the State of New York and the Eastern District of New York. My EDNY bar number is ZT-7545, and my New York State bar number is 4217451.

| My OLD address information was: | My NEW address information is: |
|---|---|
| Taylor & Cohen LLP<br>40 Worth Street, 10th Floor<br>New York, NY 10013 | Taylor & Cohen LLP<br>305 Broadway, 7th Floor<br>New York, NY 10007 |

My telephone number, fax number and email address are UNCHANGED.

I will continue to be counsel of record in the above-entitled case.

Date: September 23, 2020        /s/_____
New York, New York              Zachary S. Taylor
                                Taylor & Cohen LLP
                                305 Broadway, 7th Floor
                                New York, NY 10007
                                Tel: 212-257-1900
                                Fax: 646-808-0966
                                Email: ztaylor@taylorcohenllp.com

                                *Counsel for Lucio Celli*