UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

LUCIO CELLI,

Defendant.

-----------------------------------------------------------------X

**ORDER REQUESTING DESIGNATION OF A DISTRICT JUDGE FROM OUTSIDE THE EASTERN DISTRICT OF NEW YORK**

19-CR-127

ROSLYNN R. MAUSKOPF, Chief United States District Judge.

      IT APPEARING that an indictment in *United States of America v. Lucio Celli*, Case No. 19-CR-127 was returned by a grand jury of the Eastern District of New York and assigned to a judge of this Court, pursuant to the Clerk's Office regular operating procedures; and

      IT FURTHER APPEARING that both the Complaint and the indictment filed in 19-CR-12 alleges that victims of the alleged crime are judges of this Court; and

      IT FURTHER APPEARING that based upon the above stated circumstances, the impartiality of the United States District Judges of the United States District Court for the Eastern District of New York might reasonably be questioned;

      IT IS THEREFORE DETERMINED that, pursuant to 28 U.S.C. § 455(a), said United States District Judges of the Eastern District of New York are disqualified from presiding in case 19-CR-127; and

      IT WILL THEREFORE BE REQUESTED that the Chief Judge of the Second Circuit Court of Appeals designate a judge from outside the Eastern District of New York but from within the Second Circuit, pursuant to 28 U.S.C. §§ 292(b) and 294(c), to perform the duties of United States District Judge temporarily for the Eastern District of New York for the specific case, *United States of America v. Lucio Celli*, Case No. 19-CR-127, and all related matters.

SO ORDERED.

Dated: Brooklyn, New York
       October 5, 2020

_____
ROSLYNN R. MAUSKOPF
Chief United States District Judge