

## UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT

## DESIGNATION OF A DISTRICT JUDGE
## FOR SERVICE IN ANOTHER DISTRICT WITHIN THE SECOND CIRCUIT

*For the Purpose of Trying a Specific Case*

Pursuant to 28 U.S.C. § 292(b), I hereby designate the Honorable Paul A. Engelmayer, United States District Judge for the Southern District of New York, to perform the duties of United States District Judge temporarily for the Eastern District of New York for the specific case *United States of America v. Lucio Celli*, Case No. 19-cr-127, and all related matters.

Dated: October 6, 2020

*Rosemary S. Pooler*
Rosemary S. Pooler
Acting Chief Circuit Judge
Second Circuit Court of Appeals

cc: Hon. Colleen McMahon, Chief U.S.D.J., Southern District of New York
    Hon. Paul A. Engelmayer, U.S.D.J., Southern District of New York
    Ruby J. Krajick, Clerk of Court, Southern District of New York
    Hon. Roslynn R. Mauskopf, Chief U.S.D.J., Eastern District of New York
    Hon. Ann M. Donnelly, U.S.D.J., Eastern District of New York
    Douglas C. Palmer, Clerk of Court, Eastern District of New York
    Michael Jordan, Second Circuit Executive