UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
                                                                              :

UNITED STATES OF AMERICA,                       :

                 -v-                             :                 19-CR-127 (PAE)

LUCIO CELLI,                                      :                 <u>SCHEDULING ORDER</u>

                            Defendant.             :

------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

       Effective October 6, 2020, this case has been reassigned to me, and the United States Court of Appeals for the Second Circuit has authorized me to perform the duties of a United States District Judge in the Eastern District of New York in connection with it. The Court looks forward to working with counsel.

       The Court's intention is to move this case forward expeditiously towards trial. The Court schedules a telephonic conference for Friday, **October 16, 2020** at **3:30 p.m.** The purpose of this conference will be (1) to consider the pending application to withdraw of defense counsel Zachary S. Taylor, Esq. (Dkt. No. 78); (2) to enable the Court to gain familiarity with this matter; and (3) to set a going-forward schedule for this case. The Court directs that Mr. Taylor, defendant Lucio Celli, and Government counsel attend this call. In light of the possibility that a substitution of counsel will be made, the Court's deputy will arrange for a potential successor counsel, drawn from the CJA panel for the Eastern District, to attend the call.

       In light of the representation issues that have arisen, the Court stays the due date for the defense's pretrial motions (presently October 9, 2020) until Friday, October 23, 2020.

The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, which will be in place for this case, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. To access the conference, the parties should call 888-363-4749 and use access code 468-4906.

SO ORDERED.

Dated: October 9, 2020
      New York, New York

PAUL A. ENGELMAYER
United States District Judge