

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

KCB
F. #2018R02184

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

October 14, 2020

<u>By E-mail and ECF</u>

The Honorable Paul A. Engelmayer
Visiting Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Lucio Celli
                <u>Criminal Docket No. 19-127 (PAE)</u>

Dear Judge Engelmayer:

      Pursuant to the Court's Individual Rules and Practices in light of COVID-19, the government respectfully submits this letter to inform the Court that the parties agree that the Court may conduct the status conference in the above-captioned case scheduled for Friday, October 16, 2020, at 3:30 p.m., by video or telephone. On September 21, 2020, Chief Judge Roslynn R. Mauskopf issued Administrative Order No. 2020-13-2, which, consistent with the Coronavirus Aid, Relief, and Economic Security Act passed by Congress on March 27, 2020, renewed authorization for judges in this District to continue to use video conferencing, or telephone conferencing if video conferencing is not reasonably available for

use, to conduct criminal proceedings.  The defendant consents to appearing by video or telephone.

                                  Respectfully submitted,

                                  SETH D. DuCHARME
                                  Acting United States Attorney

                     By:    /s/ Kayla Bensing
                                  Kayla Bensing
                                  Assistant U.S. Attorney
                                  (718) 254-6279

CC:    Zachary Taylor, Esq. (by E-mail and ECF)