UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-127 (PAE) |
| -v- | ORDER |
| LUCIO CELLI, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court relieves Mr. Zachary Taylor, Esq. as defense counsel in this case and appoints Mr. Benjamin Silverman, Esq., as successor defense counsel  The Court thanks Mr. Taylor for his service.  The Clerk of Court is requested to terminate the motion at Dkt. No. 78.

The Court sets the following pretrial motions schedule, applicable to motions by either side:

- Motions are to be filed by **November 23, 2020**.
- Opposition are to be filed by **December 7, 2020**.

The next conference in this case remains scheduled for **December 15, 2020** at **2:00 p.m.** That conference will take place in **Courtroom 1305** the **Thurgood Marshall Courthouse, 40 Foley Square, New York, NY 10007**.  Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until December 15, 2020.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: October 16, 2020
      New York, New York