UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------x
UNITED STATES OF AMERICA,         :        NOTICE OF APPEARANCE

-against-         :

                 19 Cr. 127 (PAE)

Lucio Celli,         :

        Defendant,         :
---------------------------------------------------------x

Please take notice that I appear in this case for Defendant Lucio Celli. I certify that I am admitted to practice before this Court.

Dated:      New York, New York
             October 16, 2020

                                       By: /s/ Benjamin Silverman
                                             Benjamin Silverman