UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -                                  19-CR-127 (PAE)

LUCIO CELLI,

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Assistant United States Attorney Anna L.

Karamigios from this point forward will be added as counsel in the above-captioned matter.

        All future correspondence to the United States in the above-captioned matter

should be sent to:

        Assistant U.S. Attorney Anna L. Karamigios
        United States Attorney's Office (Criminal Division)
        271 Cadman Plaza East
        Tel:  (718) 254-6225
        Fax:  (718) 254-6481
        Email: Anna.Karamigios@usdoj.gov

In addition, the Clerk of the Court is respectfully requested to ensure that all future ECF notifications are sent to Assistant United States Attorney Anna L. Karamigios at the email address set forth above.

Dated:     Brooklyn, New York
           October 23, 2020

                              Respectfully submitted,

                              SETH D. DuCHARME
                              Acting United States Attorney

                   By:     /s/Anna L. Karamigios
                           Anna L. Karamigios
                           Assistant U.S. Attorney

cc:     Clerk of the Court (PAE)