LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302  
NEW YORK, NY 10001

TEL (212) 203-8074  
FAX (646) 843-3938  
Benjamin@bsilvermanlaw.com

October 23, 2020

**By ECF and Email**  
Honorable Paul A. Engelmayer  
United States District Judge  
Eastern District of New York[1]  
40 Foley Square  
New York, NY 10007

      Re: *United States v. Lucio Celli*, 19 Cr. 127 (PAE)

Your Honor:

      I write jointly on behalf of both parties further to the Court's instructions at the October 16 conference to address trial date availability. The parties are both available for a trial any time between March 22, 2021, and the end of April 2021. We believe that a trial will likely last not more than one week subject to the present constraints on jury selection. In response to the Court's query about juries, the government respectfully refers the Court to Chief Judge Mauskopf, who is overseeing the scheduling of jury trials in the Eastern District of New York.

      The parties agree that we would like to get a trial date on everyone's calendars as soon as practical to avoid scheduling problems. I note, however, that, as discussed at the conference last week, the defense may move to transfer this case to a district judge from outside of the Second Circuit; certainly, however, no such motion has yet been granted. Thank you for your consideration.

                                     Respectfully submitted,

                                       /s/ Benjamin Silverman  
                                     Benjamin Silverman

cc: AUSAs Kayla Bensing and Anna Karamigios (by ECF)

---

[1] Sitting by designation.