```
 1
 2
 3               TRANSCRIPT OF POST-ARREST STATEMENT
 4
 5
 6  DATE:   November 14, 2018
 7
 8
 9
10  PARTICIPANTS: LUCIO CELLI; DEPUTY UNITED STATES MARSHAL
11  RAPALO; DEPUTY UNITED STATES MARSHAL MATT?
12
13
14  [U/I] - UNINTELLIGIBLE
15
16  [I/A]- INAUDIBLE
17
18  [PH] – PHONETIC
19
20
...
45
```

| | | |
|---|---|---|
| 1 | CELLI: | Didn't I see—did you come to me at the |
| 2 | | end of March? |
| 3 | | |
| 4 | RAPALO: | Yes, hi, how are you? |
| 5 | | |
| 6 | DUSM: | First of all, I want you to understand, |
| 7 | | I'm Deputy Matt with the U.S. Marshal |
| 8 | | Service. This is my partner. |
| 9 | | |
| 10 | RAPALO: | And I'm Deputy Elba Rapalo. |
| 11 | | |
| 12 | CELLI: | Okay. |
| 13 | | |
| 14 | DUSM: | And we're with the U.S. Marshal Service. |
| 15 | | I understand that when you were arrested |
| 16 | | you stated to the deputy that you wanted |
| 17 | | to talk? |
| 18 | | |
| 19 | CELLI: | I didn't say-I didn't say that, but I'll |
| 20 | | talk, it's not a problem. |
| 21 | | |
| 22 | DUSM: | Well, okay, well, before we can talk to |
| 23 | | you we gotta read you your rights because |
| 24 | | that's part of the rules, so, um. |
| 25 | | |
| 26 | RAPALO: | So I'll start off. So that you know, my |
| 27 | | name is Elba Rapalo, U.S. Deputy Marshal, |
| 28 | | U.S. Marshal Service. I'm here conducting |
| 29 | | an investigation concerning a violation |
| 30 | | of federal criminal law. I want to advise |
| 31 | | you, Mr. Lucio-is it Celli or Celli? |
| 32 | | |
| 33 | CELLI: | Either way, it's Celli, but it's fine. |
| 34 | | |
| 35 | RAPALO | Oh okay. That you have all the rights and |
| 36 | | privilege guaranteed by the Constitution |
| 37 | | and the laws of the United States. You |
| 38 | | have the right to remain silent. Anything |
| 39 | | you say can and will be used against you |
| 40 | | in a criminal proceeding. You have the |
| 41 | | right to talk to a lawyer for advice |
| 42 | | before we ask you any questions and to |
| 43 | | have him or her with you during |
| 44 | | questioning. If you cannot afford a |
| 45 | | lawyer, one will be appointed for you, if |
| 46 | | you wish, before any questioning begins. |
| 47 | | If you decide to answer questions now |

| | | |
|---|---|---|
| 1 | | without a lawyer present you will still |
| 2 | | have the right to stop answering at any |
| 3 | | time. You also have the right to stop |
| 4 | | answering at any time up until you talk |
| 5 | | to a lawyer. I have read the statement of |
| 6 | | my rights and I understand what my rights |
| 7 | | are. |
| 8 | | |
| 9 | DUSM: | Look it over. |
| 10 | | |
| 11 | CELLI: | I-I'm sure. |
| 12 | | |
| 13 | RAPALO: | You want to look it over? |
| 14 | | |
| 15 | CELLI: | I've been reading all this since the U.S. |
| 16 | | Marshals came to me in March. |
| 17 | | |
| 18 | DUSM: | Okay. |
| 19 | | |
| 20 | [*Defendant signs advice of rights form*] | |
| 21 | | |
| 22 | DUSM: | For all purposes we're recording this. |
| 23 | | Just so everything is, uh– |
| 24 | | |
| 25 | CELLI: | So that-so that it can be seen later. I |
| 26 | | understand. |
| 27 | | |
| 28 | DUSM: | Absolutely. To make sure everything, to |
| 29 | | make sure all your rights are being well |
| 30 | | taken care of. |
| 31 | | |
| 32 | RAPALO: | I have read the above statement of my |
| 33 | | rights and I understand what my rights |
| 34 | | are and I am willing to make a statement |
| 35 | | and answer questions. Your signature is |
| 36 | | required and the date, which is– |
| 37 | | |
| 38 | CELLI: | The 14th. |
| 39 | | |
| 40 | RAPALO: | November 14th. Do you have the time? |
| 41 | | |
| 42 | CELLI: | Probably 8, 9, whatever it is. |
| 43 | | |
| 44 | *[Defendant and Marshals sign the form]* | |
| 45 | | |
| 46 | RAPALO: | So - |
| 47 | | |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | CELLI: | So you came there after Marty was there speaking to me for a few minutes, right? On March 16th, I believe? You said you met me- |
| 6 | RAPALO | Okay, right, with Marty. |
| 8 | CELLI: | Yes. |
| 10 | RAPALO: | Okay. |
| 12<br>13<br>14 | CELLI: | So you came after him, because we were waiting for you in the parking lot of McDonald's, yes? |
| 16<br>17 | RAPALO: | I'll do the questioning because you're going off track. This is in reference to- |
| 19 | CELLI: | To my emails. |
| 21 | RAPALO: | To your emails. What is your email? |
| 23 | CELLI: | There are many. |
| 25<br>26 | RAPALO: | Okay, so which is the last email you used- |
| 28 | CELLI: | Today? |
| 30 | RAPALO: | Oh, you used that email today? |
| 32<br>33 | CELLI: | Well I don't know which one you're talking about now. |
| 35<br>36 | DUSM: | Well, let's start with this. What is your email address? |
| 38 | RAPALO: | You have a few you said. |
| 40<br>41 | CELLI: | Yeah, I have a few that I have emailed many people, yes. |
| 43<br>44 | RAPALO: | Okay, so ones that you are using to email the judges. |
| 46 | CELLI: | A few, still. |

| | | |
|---|---|---|
| 1 | RAPALO: | Okay, okay so let's start with that. So which emails, what is your email? |
| 4 | CELLI: | My main one is Enzo0mad@aol.com. |
| 6 | RAPALO: | Okay. |
| 8 | CELLI: | And then there is Gil– |
| 10 | DUSM: | How is that spelled? |
| 12 | CELLI: | Enzo, E-N-Z-O zero M-A-D at AOL.com. |
| 14 | RAPALO: | Okay. What other emails do you use? |
| 16 | CELLI: | Oh god, it's either GilbCelli of CelliGilb, I'm not really sure, at Gmail.com. |
| 20 | RAPALO: | Okay, how do you spell that? |
| 22 | CELLI: | Well, it's, it's actually supposed to be, I, um, I think it's, I misspelled it. It's supposed to be my old school. It should be G-I-L, but I wrote it as G-L-I-B-B. |
| 28 | RAPALO: | At what? |
| 30 | CELLI: | At Gmail.com. So it's either CelliGelbb or Gelb, or GlebbCelli or CelliGlebb at Gmail.com. |
| 34 | RAPALO: | Does anyone else have access to your email accounts? |
| 37 | CELLI: | No. |
| 39 | RAPALO: | So you're the only one who has access to your email accounts. |
| 42 | CELLI: | Yes. |
| 44 | RAPALO: | So you're the only one that knows the passwords to your account. |
| 47 | CELLI: | For the most part, yes. |

| | | |
|---|---|---|
| RAPALO: | | So what's, what's your name, your full name? |
| CELLI: | | Lucio Celli. |
| RAPALO: | | Your date of birth? |
| CELLI: | | January 24, 1976. |
| RAPALO: | | So, do you know why you're here? |
| CELLI: | | Yes. I'm assuming so, yes. |
| DUSM: | | What's your assumption? |
| CELLI: | | Um, I was threatened by the U.S. Marshals – well, prior to you getting there – and I feel that the threat came to fruition and ==I became angry and wrote what I wrote.== |
| ==RAPALO:== | | ==What did you write?== |
| ==CELLI:== | | ==I wrote that if I stabbed you in the neck, let's see if that's still frivolous.== Is that what you, I think that's why I am here, but, okay, because I was raped and I know what it's like to have my safety taken away from. And someone threatened me and then carried out on that threat and then call it frivolous that the U.S. Marshal came to threaten me. And the New York mental health came to threaten me, then that's my defense, that's what I told them my defense is going to be. Because I think it's wrong, I know it's wrong. I'm not saying what I did and what I wrote is right. Because I know for me, it's wrong. Because I've never been the same since I've been raped. That-[U/I] he raped, he threatened me at my DUI case. And then at my DUI case, my lawyer told me that I should take the plea even though I tested negative for cocaine. And that I would be arrested and I would be convicted for having rape flashbacks. |

| | | |
|---|---|---|
| 1 | | They fixed my case, I'm not accepting |
| 2 | | that. |
| 3 | | |
| 4 | DUSM: | First, let me just say, I'm sorry to hear |
| 5 | | that you were raped. I'm sorry to hear |
| 6 | | that. No, I want you to know that, first |
| 7 | | and foremost. I want you to understand |
| 8 | | that, okay? Just take a breath. If you |
| 9 | | want to take a minute, take a minute. I |
| 10 | | don't want to stir up no bad feelings |
| 11 | | with you. |
| 12 | | |
| 13 | CELLI: | No, this is my problem. It's tough. I |
| 14 | | should never have reacted, even though it |
| 15 | | was 10 years ago. That's my problem. |
| 16 | | |
| 17 | DUSM: | Do you need a minute? |
| 18 | | |
| 19 | CELLI: | No. |
| 20 | | |
| 21 | DUSM: | Okay. |
| 22 | | |
| 23 | ==RAPALO:== | ==So, back to the email. What exactly do== |
| 24 | | ==you recall that you wrote on the email?== |
| 25 | | |
| 26 | ==CELLI:== | ==I wrote, I kept on repeating frivolous== |
| 27 | | ==because she told me that and I wrote stab== |
| 28 | | ==in the neck then we'll see if it's still== |
| 29 | | ==frivolous. Because I don't think that== |
| 30 | | ==having the U.S. Marshals come and== |
| 31 | | ==threaten me and the New York City mental== |
| 32 | | ==health come and threaten me-it's== |
| 33 | | ==frivolous. To drop my judicial misconduct== |
| 34 | | ==complaint.== |
| 35 | | |
| 36 | ==RAPALO:== | ==And when you say "she" who are you== |
| 37 | | ==referring to?== |
| 38 | | |
| 39 | ==CELLI:== | ==Um, Judge Brodie.== |
| 40 | | |
| 41 | ==RAPALO:== | ==Okay. So the emails were to Judge Brodie?== |
| 42 | | |
| 43 | ==CELLI:== | ==No, no. They were to everybody.== |
| 44 | | |
| 45 | ==RAPALO:== | ==To everyone, but-== |
| 46 | | |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | CELLI: | No, no. Some I listed as Judge Brodie, some I listed as Katzmann, some I listed as Cogan, some I listed as my lawyer. Some I listed as, it was whoever I was addressing it to. |
| 7<br>8<br>9<br>10 | RAPALO: | Okay. And you were aware that Judge Margo Brodie and Judge Brian Cogan are federal judges? |
| 11<br>12 | CELLI: | Yes. |
| 13<br>14<br>15<br>16 | DUSM: | So what do you, I understand you're upset and, um, when you stated in your email about stabbing them? |
| 17<br>18<br>19<br>20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28<br>29 | CELLI: | I don't mean to actually do it because I'm not a violent person. I want justice. Like, I don't think I should have had to- I've emailed many times without threatening and I think, I submitted the right way the judicial complaint and then the New York City mental health came to me. All I know is that the New York City cops I told them that a white man hit me and they brought me all African American and I don't find that, even as a joke. That's not a joke to me. |
| 30<br>31<br>32 | RAPALO: | So you were aware that the emails you sent out were threatening? |
| 33<br>34<br>35<br>36<br>37<br>38<br>39 | CELLI: | Cause I feel threatened as well. Cause I don't know how to get justice anymore. Because if it's okay to threaten me it's okay to be threatened back. Because they're not above the law. That's how I feel. |
| 40<br>41 | RAPALO: | And when you say "them"? |
| 42<br>43<br>44<br>45 | CELLI: | The federal judges. They sent you. They sent the U.S. Marshal and they sent the New York City mental health. |

| | | |
|---|---|---|
| 1 | RAPALO: | I just want to verify this email. Do you |
| 2 | | mind reading it? Is this your email, the |
| 3 | | email that you sent out? |
| 4 | *[Defendant reads email]* | |
| 5 | | |
| 6 | CELLI: | Yes. I sent that. I wrote that. Yes, I |
| 7 | | did. |
| 8 | | |
| 9 | RAPALO: | So you wrote— |
| 10 | | |
| 11 | CELLI: | Either deal with the U.S. Marshals that |
| 12 | | threaten me because I feel, like I just |
| 13 | | told you, that my case has been fixed. |
| 14 | | They-all I know, I know exactly, Brodie |
| 15 | | or Cogan said, and I was told by Marty, |
| 16 | | I don't know if you were there at that |
| 17 | | moment, but that's what I was when, that |
| 18 | | night. So now that's the information that |
| 19 | | I have. |
| 20 | | |
| 21 | RAPALO: | Do you mind reading it? Or do you want me |
| 22 | | to read it? |
| 23 | | |
| 24 | CELLI: | Yes, I'll read it I have no problem |
| 25 | | reading it. |
| 26 | | |
| 27 | RAPALO: | Just to make sure this is- |
| 28 | | |
| 29 | CELLI: | I said it. Cause I also said I sent, I |
| 30 | | wrote, I sent 4,000 emails and I have an |
| 31 | | auto-response from Stuart, another |
| 32 | | friend of a circuit judge, and Bloom. |
| 33 | | Because it's impossible that someone is- |
| 34 | | two agencies came to threaten me, and no |
| 35 | | one, no one in months has addressed my |
| 36 | | issue, so. |
| 37 | | |
| 38 | RAPALO: | Just read this subject- |
| 39 | | |
| 40 | CELLI: | That's what I wrote. Because I didn't |
| 41 | | think that, so this is why I wrote it |
| 42 | | only on the subject line. Because I don't |
| 43 | | want anybody to have plausible |
| 44 | | deniability. Because they were saying |
| 45 | | because- |
| 46 | | |
| 47 | RAPALO: | Okay. Here- |

| | | |
|---|---|---|
| CELLI: | | Yes. *[Reading email]*. You deal with the US Marshal's threat from Judge Brodie and Judge Cogan or I'll hunt them down and kill them, kill them because they want to act like the mafia. |
| RAPALO: | | And then you have another one. That was actually on the same date. |
| CELLI: | | There's many on the same date, probably. *[Reading email]*. Brodie and Cogan you motherfuckers sent the US Marshal and they threatened me in my DUI case. Further on the point, I spent all night reading but I can't file in court like a normal person. *[Celli stops reading]*. Because I don't feel that way because there are documents missing from the court. Which I emailed Doctor Katzmann, um, sorry not, um, Judge Katzmann. I have the-excuse me, I don't want to come off as threatening I apologize. |
| RAPALO: | | That's okay. |
| CELLI: | | No, because I know, I-I apologize. |
| DUSM: | | That's alright. You're a person that talks with his hands. I know what you mean. You're fine. You're fine, you're fine. |
| CELLI: | | Because I don't feel like, because there are documents missing from the Court. I'm telling them, they're missing. I have a stamp for it. Like no one is-the first time I wrote I'm going to stab you I was truly angry at my lawyer because she told me I would be convicted of DUI drugs even though I tested negative. Because I was having flashbacks. Like and then I read that the first element of the case is "did you take a fucking drug?" Not if I was a, uh- |
| RAPALO: | | Okay. |

| | | |
|---|---|---|
| DUSM: | | Now, let's take a bit. |
| CELLI: | | Sorry. |
| DUSM: | | It's all right. You're very passionate about it, I get it. But we can to that. |
| CELLI: | | The first time, like, something came over me and I wrote it. After that I knew what I was doing. Because I've had enough. I've had enough, I don't care. I prefer this. |
| RAPALO: | | I think you stopped reading here, so. |
| CELLI: | | Oh, sorry. |
| RAPALO: | | Just want to make sure. |
| CELLI: | | *[Reading emails]*. I spent all night reading but I can't file in court like a normal person. I have to stab you to get justice. *[Celli stops reading]*. Is that from the fourth? |
| RAPALO: | | This? The twelfth. So that's recent. |
| CELLI: | | Oh. Recent. |
| RAPALO: | | So, is there anything else you want to tell us, or? |
| CELLI: | | No, the people who have, um, I have Peter Zucker who told me that what the judge would do, he met with Cogan, I had, um, I had them, you know, file all these things that do not exist and Peter Zucker told me that they would ignore it. Like, she said that I defamed her, blah, blah, blah, and then she puts on the docket- she puts on the docket that I hired her. But yet, no money, just that. Oh, sorry. |
| RAPALO: | | Do you have anything to add? |
| DUSM: | | No, I mean, I guess, like we said, the email address is your email address. |

CELLI: Yeah, I'm not denying it.

DUSM: You also did write the email. You understood that it was a threat.

CELLI: The ones after, yes. I don't know if I, at the present time if I was angry or not.

DUSM: No, I mean, but, and you also understood that they were all federal judges.

CELLI: Well, having, having the U.S. and New York City mental health come and threaten me? The judicial act of 1980 states a federal judge cannot retaliate because you filed a complaint. So now you tell me who is in the wrong. So if they can get away with threatening me, why shouldn't I? I'm just, it's not for you to answer.

DUSM: No, I'm good.

CELLI: I mean it's just logic thought.

DUSM: I gotcha. So anything else you want to express to us before we wrap up this?

CELLI: No, I mean if you have any other questions I'm pleased you give you for, um. Like, I've been, for two years I've been, my HIV status was placed on-I was told that I should drop my federal suit. In front of her, which I have already recorded. Which is a crime. And I told Judge Cogan told me it was delusional. No mother fucker. I have an order in court. And you spent 20 years as-of counsel for the UFT, therefore you should, you needed to recuse yourself. You committed a crime against me. Then you took my right for my own pleadings. Then my vaccine, my HIV status was placed on a blog. Then I was threatened by Peter Zucker. I've been harassed for the past two years. So I figured that I'll have a trial, get

```
 1                      everybody there and figure out who's
 2                      right, who's wrong. Because I have
 3                      everything recorded plain and simple.
 4
 5   DUSM:              Well we're gonna conclude this interview.
 6
 7   RAPALO:            Thank you for your time.
 8
 9   DUSM:              Yeah, I appreciate you talking the time
10                      to talks with us.  I'm going to turn this
11                      off.
12
13
14                            *  *  *
15
```