```
 1
 2
 3                     TRANSCRIPT OF JAIL CALL
 4
 5
 6   DATE:   November 22, 2018
 7
 8   TIME:   14:53:18 PM
 9
10
11   PARTICIPANTS: LUCIO CELLI; (646)748-7493 "MAN"
12
13
14   [U/I] - UNINTELLIGIBLE
15
16   [I/A]- INAUDIBLE
17
18   [PH] – PHONETIC
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46
```

```
 1   [Phone Rings]
 2
 3   MAN:              Hello?
 4
 5   MACHINE:          You have a prepaid call. You will not be
 6                     charged for this call. This call is from
 7                     Lucio Celli, an inmate at a federal
 8                     prison. This call is being recorded and
 9                     is subject to monitoring. Hang up to
10                     decline the call, or to accept dial "5"
11                     now. If you wish to block any-
12
13   [MAN accepts call]
14
15   CELLI:            Hello?
16
17   MAN:              Yo.
18
19   CELLI:            [U/I], how are you, kid?
20
21   MAN:              Well, disappointed. Sad.
22
23   CELLI:            What happened?
24
25   MAN:              I'm disappointed and sad.
26
27   CELLI:            Why you disappointed and sad?
28
29   MAN:              First of all, I spoke to your mom
30                     earlier. I FaceTimed her to explain what
31                     happened. Now I understand you're calling
32                     because it's, oh, you wish to accept this
33                     call or decline it because it's from
34                     federal prison.
35
36   CELLI:            Alright, so why are you disappointed?
37
38   MAN:              Because of the situation you are in.
39
40   CELLI:            Yeah, well, it's my actions, I knew what
41                     I was doing, I knew what I—what I was
42                     aiming for. I knew—
43
44   MAN:              How exactly—how exactly are you going to
45                     accomplish anything by it, where you are
46                     at right now?
47
```

| | | |
|---|---|---|
| 1<br>2<br>3 | CELLI: | We'll see. I know. I know. And why are you sad? |
| 4<br>5<br>6 | MAN: | Because of where you at right now. And your mom is sad too. |
| 7<br>8 | CELLI: | Why, what did—what she look like? |
| 9<br>10 | MAN: | Just, she didn't look happy. |
| 11<br>12 | CELLI: | I know. Happy Thanksgiving, by the way. |
| 13<br>14<br>15 | MAN: | Happy Thanksgiving to you too. I hope you're eating a lot of sausage out there. |
| 16<br>17 | CELLI: | What happened? |
| 18<br>19<br>20 | MAN: | I know you're gonna eat a lot of sausage out there. I just heard— |
| 21<br>22<br>23<br>24<br>25 | CELLI: | No there's no sausage in here, dumbass. *[CELLI laughs]*. I can't believe you actually care about me. I'm joking, I'm joking, I'm joking. |
| 26<br>27 | MAN: | When are you getting out? |
| 28<br>29 | CELLI: | What happened? |
| 30<br>31 | MAN: | When are you getting out? |
| 32<br>33<br>34<br>35<br>36<br>37<br>38 | CELLI: | Well, I don't know. You know, you fuck with judges and, uh, they're gonna fuck with you, so. We'll see what happens but at the present time I'm waiting to be indicted. That's all I can tell you. Where are you now? |
| 39<br>40 | MAN: | In my house. |
| 41<br>42 | CELLI: | Oh, you didn't go anywhere? |
| 43<br>44 | MAN: | Later. |
| 45<br>46 | CELLI: | Oh. Where you going? |
| 47 | MAN: | My parents', my ma and pops. |

| | | |
|---|---|---|
| 1 | | |
| 2 | CELLI: | Oh, okay, that's good. Are you going to |
| 3 | | see Isaac too? |
| 4 | | |
| 5 | MAN: | Um, I don't think so. |
| 6 | | |
| 7 | CELLI: | No? |
| 8 | | |
| 9 | MAN: | No. Last year, um, I had him for |
| 10 | | Thanksgiving so this is her year. |
| 11 | | |
| 12 | CELLI: | Oh. So who do you have—who do you have |
| 13 | | with you? Is it Manuela or is it some— |
| 14 | | Sarah? |
| 15 | | |
| 16 | MAN: | Nobody. |
| 17 | | |
| 18 | CELLI: | Come on, I know you already. |
| 19 | | |
| 20 | MAN: | For real. |
| 21 | | |
| 22 | CELLI: | So how my mother look, seriously. |
| 23 | | |
| 24 | MAN: | Sad. |
| 25 | | |
| 26 | CELLI: | She cried? |
| 27 | | |
| 28 | MAN: | No. But your niece and nephew were there |
| 29 | | and they were asking about you but she |
| 30 | | didn't want to say where exactly you were |
| 31 | | because she didn't want them to know |
| 32 | | where you were—are. |
| 33 | | |
| 34 | CELLI: | Oh. So you said you FaceTimed, why |
| 35 | | because I wasn't answering you? Did you |
| 36 | | call me before? It's been eight days I've |
| 37 | | been in here. |
| 38 | | |
| 39 | MAN: | No, because I didn't have any idea why I |
| 40 | | hadn't spoken to you. And I told you |
| 41 | | mother, no wonder you hadn't hit me up, |
| 42 | | and bothering me about sticks and shit |
| 43 | | like that and now I know why. |
| 44 | | |
| 45 | CELLI: | I know. Whatever. I need to leave you |
| 46 | | alone, that's what you're trying to tell |
| 47 | | me, right? |

```
 1
 2    MAN:              This motherfucker. Unbelievable.
 3
 4    CELLI:            You know I'm never gonna change.
 5
 6    MAN:              I know, but you can change your actions
 7                      and how you talk to people.
 8
 9    CELLI:            But what did I say wrong?
10
11    MAN:              Look where—look where your mouth got you.
12
13    CELLI:            What's the difference? I told a federal
14                      judge he had a small dick and he needed
15                      a strap on to fuck his bitch, I mean, big
16                      deal. [CELLI laughs].
17
18    MAN:              I know you think it's a joke. It's not a
19                      joke. [U/I].
20
21    CELLI:            Well, I went the right way and it didn't
22                      work so I figured I would go this way
23                      and, you know, it is what it is.
24
25    MAN:              So you don't know when you're gonna get
26                      out?
27
28    CELLI:            No, I don't know when I'm gonna get out.
29                      Right now—
30
31    MAN:              So, how is it in there?
32
33    CELLI:            Oh it's calm, it's federal prison. I
34                      mean, it's better than what, you know,
35                      everybody is nice and it's very calm. You
36                      know, my cellmates have been cool, um,
37                      everybody's been cool. Um, you know.
38                      Except for, you know, everything has been
39                      fine, you know. I haven't—I haven't felt
40                      afraid, I haven't felt, um, you know,
41                      it's—it's normal. I mean, besides the
42                      fact, the only part that's not normal is
43                      the fact that, you know, it's not
44                      comfortable. Like everything is, all the
45                      furniture is not comfortable, like the
46                      bed is not really that comfortable, the
47                      sheets aren't very comfortable. You know.
```

| | | |
|---|---|---|
| 1 | | But if it wasn't for that, you know, |
| 2 | | there's TV—hello? |
| 3 | | |
| 4 | MAN: | Yeah. |
| 5 | | |
| 6 | CELLI: | Yeah, there's TV, there's, um, you know, |
| 7 | | I can buy an MP3 player starting next |
| 8 | | week, you know. It's, you know, there's, |
| 9 | | you know, I get to go outside, out in the |
| 10 | | fresh Brooklyn air. And, um, you know, |
| 11 | | you would think that would get a lot of, |
| 12 | | um, [U/I] here but there's no [U/I] here. |
| 13 | | Well, I wouldn't try either. |
| 14 | | |
| 15 | MAN: | Well, you might get at Thanksgiving |
| 16 | | dinner tonight. With a whole lot of |
| 17 | | gravy. |
| 18 | | |
| 19 | CELLI: | No, [U/I] you motherfucker. Shut the fuck |
| 20 | | up. |
| 21 | | |
| 22 | MAN: | Are you gonna call your mother? |
| 23 | | |
| 24 | CELLI: | I called her already. I'm gonna call her |
| 25 | | later again. I called her twice already |
| 26 | | today. |
| 27 | | |
| 28 | MAN: | Don't you have like, do they give you |
| 29 | | like a certain amount of minutes to use? |
| 30 | | |
| 31 | CELLI: | What happened? |
| 32 | | |
| 33 | MAN: | Do they give you a certain amount of |
| 34 | | minutes to use? |
| 35 | | |
| 36 | CELLI: | Yeah, I have, um, I think it's a hundred |
| 37 | | minutes, so a hundred minutes for the |
| 38 | | month. But during the month of November |
| 39 | | and December there's an extra hundred |
| 40 | | minutes, so. |
| 41 | | |
| 42 | MAN: | Yo, hopefully you don't have to use all |
| 43 | | your minutes because you're not going to |
| 44 | | stay there, I hope. |
| 45 | | |
| 46 | CELLI: | Well I don't have plans of staying, but |
| 47 | | I also have, you know, I also have plans |

|   |        | |
|---|--------|-|
| 1 |        | of-I also have plans of getting justice, |
| 2 |        | you know. We'll see how it works out, see |
| 3 |        | how things progress, I don't know what to |
| 4 |        | tell you. |
| 5 |        | |
| 6 | MAN:   | Yeah. |
| 7 |        | |
| 8 | CELLI: | At the present time I'm here. At the |
| 9 |        | present time I have to do what I have to |
| 10 |       | do. At the present time I have to keep my |
| 11 |       | faith. At the present time, you know. |
| 12 |       | |
| 13 | MAN:  | Yeah, I know. |
| 14 |       | |
| 15 | CELLI:| So, you know. Every once in a while I'll |
| 16 |       | call you and—and you'll tell me if I got |
| 17 |       | any sausage and, uh. So I'll talk to you |
| 18 |       | later, and, um, tell everybody, you know, |
| 19 |       | hopefully you have a great Thanksgiving, |
| 20 |       | and I'll talk to you soon. |
| 21 |       | |
| 22 | MAN:  | Okay. Be safe. |
| 23 |       | |
| 24 | CELLI:| Alright, alright, I will. Talk to you |
| 25 |       | later. |
| 26 |       | |
| 27 | MAN:  | Okay. |
| 28 |       | |
| 29 | CELLI:| Bye. |
| 30 |       | |
| 31 | MAN:  | Bye. |
| 32 |       | |
| 33 | *[Call ends]* | |
| 34 |       | |
| 35 |       | |
| 36 |       | |
| 37 |       | |
| 38 |       | |
| 39 |       | *** |