1
 2
 3                    TRANSCRIPT OF JAIL CALL
 4
 5
 6  DATE:   December 3, 2012
 7
 8  TIME:   09:43:40 AM
 9
10
11  PARTICIPANTS: LUCIO CELLI; (914)262-78319 "WOMAN"
12
13
14  [U/I] - UNINTELLIGIBLE
15
16  [I/A]- INAUDIBLE
17
18  [PH] – PHONETIC
19
20
21
22
23
24
25
26
27
28
29
30
31
32
33
34
35
36
37
38
39
40
41
42
43
44
45
46

```
 1   [Phone Rings]
 2
 3   WOMAN:              Hello?
 4
 5   MACHINE:            You have a prepaid call. You will not be
 6                       charged for this call. This call is from
 7                       Lucio Celli, an inmate at a federal
 8                       prison. This call is being recorded and
 9                       is subject to monitoring. Hang up to
10                       decline the call, or to accept dial "5"
11                       now. If you wish to block any future
12                       calls—
13
14   [WOMAN accepts call]
15
16   CELLI:              Hello, booboo.
17
18   WOMAN:              Hi, sweetie, how are you?
19
20   CELLI:              I'm good, I-I-I figured I wouldn't call
21                       you during the weekend because who know
22                       where you are, what you're doing, can't—
23                       can't, as I said, call you during the
24                       week, when you're at—
25
26   WOMAN:              Oh yeah. I understand.
27
28   CELLI:              —at the job. I'm good.
29
30   WOMAN:              Yeah. I fucking long day.
31
32   CELLI:              Why, what's wrong?
33
34   WOMAN:              On Friday, your fucking girl, Yvonne—
35
36   CELLI:              Speak louder, I can't hear you. Speak
37                       into your phone.
38
39   WOMAN:              On Friday, at work, your girl, Yvonne
40                       started shitting on me at work.
41
42   CELLI:              What'd she say?
43
44   MAN:                I walk in in the morning, as soon as I
45                       walk in the morning, oh, you're high,
46                       you're high, you're high. I'm like, it's
47                       fucking eight o'clock in the morning, I'm
```

|    |        |                                                                 |
|----|--------|-----------------------------------------------------------------|
| 1  |        | not fucking high. Like, shut the fuck up, |
| 2  |        | stop. Why are you even looking at me, you |
| 3  |        | know? Or whatever, she wouldn't stop for |
| 4  |        | looking for trouble. I'm like, first of |
| 5  |        | all, that's not true. Second of all, |
| 6  |        | you're being fucking obnoxious. This is |
| 7  |        | work, like, shut the fuck up. Oh, but I |
| 8  |        | had my eyelashes on, I came in all |
| 9  |        | pretty, you know, I was eating lunch with |
| 10 |        | Stan and stuff. So, you know, I'm doing |
| 11 |        | all that and she's like, oh, look at you, |
| 12 |        | and she started bringing up all my past |
| 13 |        | transgressions like, oh, you're a hustler |
| 14 |        | like, just starting all this shit with |
| 15 |        | me. Then she fucking puts her hand on my |
| 16 |        | face and like pushes my cheek. |
| 18 | CELLI: | Mushes your cheek? |
| 20 | WOMAN: | Yes, like, pushes my face to the side, |
| 21 |        | like snaps my neck back. Like, Celli, |
| 22 |        | like, I'm gonna report this bitch. |
| 23 |        | Because, I feel like this is how I get |
| 24 |        | myself in trouble. I let people do shit |
| 25 |        | and she's like, oh, you're making a big |
| 26 |        | deal out of this, right, and she's like |
| 27 |        | if I said that to her— |
| 29 | CELLI: | Hey, that'd be racist— |
| 31 | WOMAN: | —if I said what she said, if I put my |
| 32 |        | hands on her, right? And then she said |
| 33 |        | Luc, I took this girl, I took this girl |
| 34 |        | up to see the monkeys in the zoo. Imagine |
| 35 |        | if that came out of my mouth what they |
| 36 |        | would say? |
| 38 | CELLI: | Oh, you would be the front page of the |
| 39 |        | newspaper. |
| 41 | WOMAN: | Okay? |
| 43 | CELLI: | Oh, by the way, we shouldn't be talking |
| 44 |        | about that on the phone. Anyway, what |
| 45 |        | else happened this weekend? Um, number |
| 46 |        | one, she shouldn't be up on that floor |
| 47 |        | because, technically, she shouldn't be |

|    |        |                                                                 |
|----|--------|-----------------------------------------------------------------|
| 1  |        | leaving her own floor. She can go outside |
| 2  |        | but she can't come upstairs, it's |
| 3  |        | technically a different agency. |
| 5  | WOMAN: | I'm gonna fucking report her. I'm one person and she put her fucking hands on me. |
| 9  | CELLI: | I agree. Because if she did it to me, you know, I know her for a very—I've known her for a very long time, like, you know, she does that to me, you see how she acts with me. But you know, I've known her for a long time, we always just play that way, you know. Just because she thinks maybe because she thinks you'll call me and that's how you'll react. But, she doesn't know that. Hello? |
| 20 | WOMAN: | What do you mean put your hands on me? You don't put your hands on me. |
| 23 | CELLI: | Yeah, but she doesn't know you like I know you. |
| 26 | WOMAN: | But I'm just saying, you don't even do that shit to me. |
| 29 | CELLI: | No, I put my hands on your titties. *[CELLI laughs]*. |
| 32 | WOMAN: | Whatever. |
| 34 | CELLI: | No, but, it's true. So how was the rest of the weekend? |
| 37 | WOMAN: | My phone came in. Um, you heard me talk about my friend Jerry? |
| 40 | CELLI: | Uh, once, yeah. |
| 42 | WOMAN: | Okay, well anyway, my girlfriend, his wife, she's in the hospital. She has no feeling in her leg and her vagina so she can't tell when she's going to the bathroom. She's in a chair, she can't feel on her legs. She has a fucking—she |

|    |        |                                                                 |
|----|--------|-----------------------------------------------------------------|
|    |        | need spinal surgery. So my girlfriend Lisa, I saw her Friday night for a little while, she's gonna go over the hospital to say hi [U/I]. So you know, we went over there Saturday, she works on Saturday, so, you know, it's tough. |
| CELLI: | | Uh huh. |
| WOMAN: | | Um, because she has to, she could end up having, like— |
| CELLI: | | Poor lady. |
| WOMAN: | | She's only 33 years old. She has a two-year-old son. |
| CELLI: | | Is it—is it caused by a virus, or a bacteria? Like meningitis? |
| WOMAN: | | No, they said her spine, one of her upper discs bulged out and is pressing on the— |
| CELLI: | | Spinal cord? Okay. |
| WOMAN: | | Well, the spinal cord, it's like the nerve of it. They're afraid that if she doesn't do the surgery it could cause permanent damage, but the surgery could also cause damage. |
| CELLI: | | She should get a second opinion, holy shit. |
| WOMAN: | | She's been in the hospital since before Thanksgiving. And as she's been there it's been getting worse, she's been losing all sensitivity. |
| CELLI: | | And then after that what'd you do? |
| WOMAN: | | Um, this weekend I was working. And then yesterday I went up there to my mom's. |
| CELLI: | | Oh, what's happening with Fran, is she being evicted still? |

| | | |
|---|---|---|
| 1<br>2<br>3<br>4 | WOMAN: | She's trying to fight it, but she's going back and forth with her and my mom, and [U/I]. |
| 5<br>6<br>7<br>8<br>9<br>10<br>11<br>12<br>13 | CELLI: | No, but, here's thing. What happens is you're basically she's gonna lose whatever your grandfather—they're taking whatever your grandfather paid for the apartment, they'll pay for it and then, that already expired because, basically, I don't know what your grandfather paid for the apartment back in the day— |
| 14<br>15<br>16<br>17 | WOMAN: | Ten thousand, only ten thousand. That's the estimate, that he paid ten or eleven thousand. |
| 18<br>19 | CELLI: | Okay. |
| 20<br>21<br>22<br>23<br>24<br>25<br>26<br>27<br>28<br>29<br>30<br>31<br>32<br>33<br>34<br>35 | WOMAN: | So, yeah, she's gonna get my mom at least ten thousand saying that she doesn't have to pay, it's not even a hundred thousand dollars, thirty fucking thousand dollars they're fighting over. My mother is like, I'm not giving her a fucking dime of it unless she because supposedly back in the day, my grandfather put thirty thousand dollars into an account in California and my aunt wiped it out. And [U/I] this is for you, and left my uncle nothing. Now if that was me and my husband, I would have taken the thirty thousand dollars and put it away, twenty times ten, you know? |
| 36<br>37 | CELLI: | Yeah. |
| 38<br>39<br>40<br>41 | WOMAN: | And my mother is like, no, fuck that, no Fran is giving me the apartment, he's giving me the apartment, you know? |
| 42<br>43<br>44 | CELLI: | At least, at least give you the ten thousand. |
| 45<br>46 | WOMAN: | Right? Right? |

```
 1   CELLI:         But then again you don't know any—they
 2                  don't know—they don't know what your
 3                  uncle or grandfather did either, so.
 4
 5   WOMAN:         Mhm. Yeah.
 6
 7   CELLI:         That—that's the problem. When—when
 8                  parents keep secrets from their children,
 9                  or does one thing to one and not the
10                  other, that is how fight causes.
11
12   WOMAN:         Mhm. [U/I]. What the fuck is forty
13                  thousand dollars. That's a fucking—
14
15   CELLI:         I—I—I know, my point is that, you know,
16                  see this is how, you know, this is how
17                  things are. Like, um, it's not like
18                  [U/I], to me it's like [U/I]. This is
19                  what they do. You know, my parents try to
20                  be honest but, you know, they give me a
21                  little but, you know, or, they pay for
22                  things for my nephew. But you know, I
23                  don't care because I keep telling my
24                  grandparents—my parents to put, you know,
25                  thirteen thousand dollars for each kid,
26                  you guys, you can't—you can't—we can't
27                  spend it, you can't spend it, how about
28                  give it to your grandkids so that, you
29                  know, put it in the 529 account and say
30                  go to college. Like I don't get anything
31                  from you, you get a tax benefit, but the
32                  kids go to college. I don't get anything
33                  out of it. I get less out of it if you
34                  give them the money. But I really don't
35                  care. I told them, whatever you leave me
36                  is gravy.
37
38   WOMAN:         Mhm.
39
40   CELLI:         You know?
41
42   WOMAN:         [U/I].
43
44   CELLI:         Oh, by the way, before we get off the
45                  phone, when you get off the phone with me
46                  can you text Camille because Camille has
```

```
 1                       been calling my mother. Did you talk to
 2                       Camille?
 3
 4   MAN:                No, I did not.
 5
 6   CELLI:              Alright, so text Camille for me and tell
 7                       her, um, uh, that, um, you know, where I
 8                       am, obviously, and that I've been trying
 9                       to call her but her phone doesn't accept
10                       phone calls from this—from this number.
11                       So I don't know what she has to do, but
12                       tell her I—tell her I have tried. It's
13                       not like I didn't, you know, give her my
14                       best, but I have tried but she hasn't,
15                       um, her phone doesn't accept it, I don't
16                       want to be stupid saying, she's like I
17                       don't know what to tell her, tell her,
18                       what the fuck? Tell her where I am and
19                       she knows, she can probably figure out
20                       why I'm here, and it's not—it's not the
21                       biggest thing, I'm not ashamed of this.
22                       My mom is like, I'm telling you, don't
23                       call anybody. I—like, I—
24
25   WOMAN:              I know. I know.
26
27   CELLI:              ==Like, you know what I'm saying? Like, I'm==
28                       ==not ashamed of why I'm here. There's a==
29                       ==reason why—there's a reason why I did==
30                       ==this. I just—I did this because the==
31                       ==judges lied under oath and they need—and==
32                       ==they need to answer for it. That's why I==
33                       ==did it. Plain and simple.== Like, I didn't
34                       do anything wrong, in my mind. You know?
35                       Oh, also, would you mind putting forty
36                       bucks in my commissary?
37
38   WOMAN:              Yeah.
39
40   CELLI:              Okay, if you can, if you can't, you know.
41
42   WOMAN:              Yeah, okay.
43
44   CELLI:              You have a pen on you?
45
46   WOMAN:              No, I don't, I'm not in the room.
47
```

| | | |
|---|---|---|
| 1<br>2<br>3<br>4<br>5 | CELLI: | Alright, so I'll call you later or tomorrow and you can put it next week. But anything else going on before I let you go? |
| 6<br>7 | WOMAN: | No. I miss you. |
| 8<br>9 | CELLI: | I miss you, my love. |
| 10<br>11 | WOMAN: | Yeah, yeah, I know. |
| 12<br>13<br>14 | CELLI: | You don't even miss me calling you five times a day and videoing, huh? |
| 15<br>16 | WOMAN: | Yeah. [U/I]. |
| 17<br>18 | CELLI: | How's Nick? |
| 19<br>20<br>21 | WOMAN: | Again, you know. Talks to me sporadically, you know. [U/I]. |
| 22<br>23<br>24<br>25 | CELLI: | Oh, well. This is what you gotta remember. It's not that—he has—he has kids and he has Alyssa, so. |
| 26<br>27<br>28 | WOMAN: | I know. But still, then one second I don't answer the fucking phone, you know. |
| 29<br>30<br>31<br>32<br>33 | CELLI: | Yeah, but see this is their mindset. Everybody figures that you and I are single and, you know, we should be available for everybody. |
| 34<br>35 | WOMAN: | Yeah. Yeah. |
| 36<br>37<br>38 | CELLI: | You know, and we have to understand that they have, you know, kids. |
| 39<br>40<br>41 | WOMAN: | Yeah, right. They have a life and we're just free. |
| 42<br>43<br>44<br>45 | CELLI: | When, you know, we have the same types of needs and emotions that they do. That's what you get. You know, I— |
| 46<br>47 | WOMAN: | They have a lot going on in their relationships and stuff, so. |

```
 1
 2   CELLI:              You know. I don't know what to tell you.
 3                       Anyway, I need to go.
 4
 5   WOMAN:              Alright.
 6
 7   CELLI:              I'll talk to you later. Bye, my love.
 8
 9   WOMAN:              Bye.
10
11   [Call ends]
12
13
14
15
16                                  ***
```