

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

ALK
F. #2018R02184

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 7, 2020

<u>By E-mail and ECF</u>

The Honorable Paul A. Engelmayer
United States District Court
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, New York 10007

        Re:    United States v. Lucio Celli
                 <u>Criminal Docket No. 19-127 (PAE)</u>

Dear Judge Engelmayer:

        Pursuant to the Court's Emergency Individual Rules and Practices in light of COVID-19, the government respectfully submits this letter to inform the Court that the parties agree that the Court may conduct the status conference in the above-referenced case scheduled for Tuesday, December 15, 2020 at 2:00 p.m., by video or telephone.  On September 21, 2020, Chief Judge Roslynn R. Mauskopf issued Administrative Order No. 2020-13-2, which, consistent with the Coronavirus Aid, Relief, and Economic Security ("CARES") Act passed by Congress on March 27, 2020, renewed authorization for judges in the Eastern District of New York to continue to use video conferencing, or telephone conferencing if video conferencing is not reasonably available for use, to conduct criminal proceedings.  On December 3, 2020, Chief Judge Mauskopf ordered that, for the period December 4, 2020 through January 19, 2021, all criminal proceedings shall be conducted remotely, unless the defendant declines to waive the right to be physically present and the Court concludes that the matter cannot be postponed in accordance with the CARES Act.

        The government is advised that defense counsel and the defendant have conferred, and the defendant consents to appearing by video or telephone for the December

15, 2020 status conference.  Additionally, defense counsel anticipates filing a written waiver of right to be present signed by the defendant.

                                              Respectfully submitted,

                                              SETH D. DuCHARME  
                                              Acting United States Attorney

                              By:    /s/ Anna Karamigios  
                                              Anna L. Karamigios  
                                              Assistant U.S. Attorney  
                                              (718) 254-6225

CC:    Benjamin Silverman, Esq. (by E-mail and ECF)