UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LUCIO CELLI,

Defendant.

19-CR-127 (PAE)

<u>SCHEDULING ORDER</u>

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at today's conference, the Court schedules trial in this case for May 17, 2021. The next conference is scheduled for **April 16, 2021** at **2:00 p.m.** Time is excluded, pursuant to 18 U.S.C. 3161(h)(7)(A), until April 16, 2021.

Also at today's conference, the Court, in a bench opinion, denied the defense's motion for a transfer of venue and for recusal.

SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge

Dated: December 15, 2020
　　　 New York, New York