UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

LUCIO CELLI,

                            Defendant,
-----------------------------------------------------------x

[Proposed] Order

19 Cr. 127 (PAE)

      It is hereby ORDERED that the Metropolitan Detention Center in Brooklyn, New York ("MDC") shall produce to Benjamin Silverman or Dorea Silverman, counsel for Lucio Celli, all recorded phone calls, as captured by the TRUVIEW and TRUFONE Reports, between Mr. Celli and Stacey Richman, whose telephone number is listed in the reports as (718) 892-8588, including the following calls:

      11/28/2018 10:29 AM (718)892-8588 BRONX NY
      11/30/2018 10:55 AM (718)892-8588 BRONX NY
      12/17/2018 10:46 AM (718)892-8588 BRONX NY
      12/18/2018 2:09 PM (718)892-8588 BRONX NY

      It is FURTHER ORDERED that this Order may be served on the MDC by emailing it to the MDC's counsel, Nicole McFarland and Sophia Papapetru, and the Executive Assistant to the Warden.[1]

      SO ORDERED.

Dated: Brooklyn, New York
       February ___, 2021

                                                                          _____
                                                                    HONORABLE PAUL A. ENGELMAYER
                                                                    United States District Judge

---

[1] The respective email addresses are nmcfarland@bop.gov, spapapetru@bop.gov, and BRO/ExecAssistant~@bop.gov.