UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

        -against-

LUCIO CELLI,

                        Defendant,

------------------------------------------------------------x

Order

19 Cr. 127 (PAE)

    It is hereby ORDERED that the Metropolitan Detention Center in Brooklyn, New York ("MDC") shall produce to Benjamin Silverman or Dorea Silverman, counsel for Lucio Celli, all recorded phone calls, as captured by the TRUVIEW and TRUFONE Reports, between Mr. Celli and Stacey Richman, whose telephone number is listed in the reports as (718) 892-8588, including the following calls:

    11/28/2018 10:29 AM (718)892-8588 BRONX NY
    11/30/2018 10:55 AM (718)892-8588 BRONX NY
    12/17/2018 10:46 AM (718)892-8588 BRONX NY
    12/18/2018 2:09 PM (718)892-8588 BRONX NY

    It is FURTHER ORDERED that this Order may be served on the MDC by emailing it to the MDC's counsel, Nicole McFarland and Sophia Papapetru, and the Executive Assistant to the Warden.[1]

    SO ORDERED.

Dated: Brooklyn, New York
      March 1, 2021

                                              _____
                                              HONORABLE PAUL A. ENGELMAYER
                                              United States District Judge

---

[1] The respective email addresses are nmcfarland@bop.gov, spapapetru@bop.gov, and BRO/ExecAssistant~@bop.gov.