UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LUCIO CELLI,

Defendant.

19-CR-127 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On November 23, 2021, Mr. Celli filed motions in limine. Dkt. 101.  One concerned Mr. Celli's pre-arrest interactions with the Marshals.  *Id.* at 8.  To assist the Court in reviewing that motion, counsel is directed to file such documents as exist that memorialize the content of those discussions (*e.g.*, interview memoranda, notes, transcripts).

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 18, 2021
       New York, New York