

U.S. Department of Justice

*United States Attorney
Eastern District of New York*

ALK
F. #2018R02184

*271 Cadman Plaza East
Brooklyn, New York 11201*

March 19, 2021

By E-mail and ECF

The Honorable Paul A. Engelmayer
United States District Court
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, New York 10007

      Re:    United States v. Lucio Celli
                 Criminal Docket No. 19-127 (PAE)

Dear Judge Engelmayer:

      The government respectfully submits this letter on behalf of the parties in the above-referenced case. The parties have identified materials that are potentially responsive to the Court's March 18, 2021 Order requesting documents that memorialize the defendant's pre-arrest interactions with the United States Marshals Service. Because the materials constitute internal agency memoranda and correspondence, and because some of the materials include information protected under the Health Insurance Portability and Accountability Act of 1996, they are attached hereto under seal.

      Respectfully submitted,

      SETH D. DUCHARME
      Acting United States Attorney

By:    /s/
      Anna Karamigios
      Assistant U.S. Attorney
      (718) 254-6225

cc:    Benjamin Silverman, Esq.
        Dorea Silverman, Esq.
        Clerk of the Court (PAE)