LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

March 29, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Eastern District of New York[1]
40 Foley Square
New York, NY 10007

     Re: *United States v. Lucio Celli*, 19 Cr. 127 (PAE)

Your Honor:

     I write respectfully to request a change of counsel hearing. Mr. Celli informs me in clear and unequivocal terms that that he wishes to represent himself at the upcoming trial. I therefore respectfully request that the Court schedule a conference and assess whether it is necessary or appropriate to reappoint me as standby counsel. *Faretta v. California*, 422 U.S. 806, 835 (1975) (Defendant "should be made aware of the dangers and disadvantages of self-representation, so that the record will establish that he knows what he is doing and his choice is made with eyes open"); *Indiana v. Edwards*, 554 U.S. 164, 176-77 (2008). Thank you for your consideration.

                        Respectfully submitted,

                        /s/ Benjamin Silverman
                        Benjamin Silverman
                        *Attorney for Lucio Celli*

cc: Counsel of Record (by ECF)

---

[1] Sitting by designation.