UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LUCIO CELLI,

Defendant.

19-CR-127 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter from counsel for defendant Lucio Celli, stating that Mr. Celli intends to represent himself at trial (Dkt. No. 124). The Court accordingly will schedule a hearing to take up this request and associated issues. The Court expects at the hearing to allocute Mr. Celli on the risks associated with self-representation, consistent with *Faretta v. California*, 422 U.S. 806 (1975). At the hearing, the Court also expects to put on the record its resolution of various motions *in limine*.

In light of the nature of this hearing, the Court regards it as important that the hearing occur in person. If the parties consent to holding the hearing in the Southern District of New York, the Court can hold the hearing in its usual courtroom, courtroom 1305 in the Thurgood Marshall United States Courthouse, 40 Centre Street, New York, on Tuesday, April 6, 2021, at 2:00 p.m. If counsel do not so consent, the conference will be held in a courtroom in the Eastern District of New York, but, given logistical considerations, likely would be held on the afternoon of April 15, 2021. The Court's deputy will reach out to counsel to inquire about counsel's availability and whether counsel consent to holding the hearing in the Southern District.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: March 30, 2021
       New York, New York