UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------------X
          :
UNITED STATES OF AMERICA,        :
          :
       -v-         :       19-CR-127 (PAE)
          :
LUCIO CELLI,          :       <u>SCHEDULING ORDER</u>
          :
        Defendant.        :
          :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, District Judge:

    The Court schedules a pretrial conference and *Faretta* hearing in this case for **April 6, 2021** at **2:30 p.m.** in **Courtroom 1305** of the Thurgood Marshall Courthouse, 40 Foley Square, New York, NY. The parties are to consult the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-paul-engelmayer. For the safety of all involved, the Court requests that members of the public who wish to attend this conference use the following dial in information to access the conference; phone number 888-363-4749 and use access code 468-4906.

    SO ORDERED.

Dated: April 2, 2021
      New York, New York

                                PAUL A. ENGELMAYER
                                United States District Judge