UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LUCIO CELLI,

Defendant.

19-CR-127 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

On November 23, 2021, the parties filed motions in limine. Dkt. 101. A conference is currently scheduled on April 8, 2021 to resolve those motions. In preparation for that conference the Court would benefit from receiving (1) a transcript, interview memo, or other document fully memorializing the defendant's prearrest statements to the United States marshals; and (2) a copy of all emails at issue. To facilitate the Court's review, the Court directs the Government, in addition to filing these on the docket of the case, to email them to the Court's chambers email address.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 2, 2021
 New York, New York