UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA, | |
|---|---|
| -v- | 19-CR-127 (PAE) |
| LUCIO CELLI, | ORDER |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

For the reasons stated on the record at yesterday's conference, the Court resolved the parties' motions *in limine*. The Clerk of Court is respectfully directed to terminate the motions pending at dockets 100 and 101.

SO ORDERED.

*Paul A. Engelmayer*
_____
PAUL A. ENGELMAYER
United States District Judge

Dated: April 7, 2021
New York, New York