LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

April 11, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, NY 10007

    Re: *United States v. Lucio Celli*, 19 Cr. 127 (PAE)

Your Honor:

    I write in response to the government's April 9 letter (Dkt. 135) and pursuant to the Court's instructions at last Tuesday's conference. I have reviewed the stipulation proposed in the government's April 9 letter with Mr. Celli and we will agree to enter into it. We thank the Court for focusing the parties on this issue.

    Respectfully submitted,

    /s/ Benjamin Silverman
    Benjamin Silverman
    *Attorney for Lucio Celli*

cc: Counsel of record (by ECF)