UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
  :
UNITED STATES OF AMERICA,                     :
  :
      -v-                                     :      19-CR-127 (PAE)
  :
LUCIO CELLI,                                  :      <u>SCHEDULING ORDER</u>
  :
              Defendant.                  :
  :
------------------------------------------------------------------------X

PAUL A. ENGELMAYER, United States District Judge:

      For the reasons stated on the record at yesterday's conference, the Court hereby sets the following schedule and deadlines:

- Proposed *voir dire* questions and requests to charge are due **May 3, 2021.**

- 3500 material is to be turned over by **May 10, 2021.**

- The next conference in this case is scheduled for **April 26, 2021** at **2:00 p.m.**

SO ORDERED.

                                                                 *Paul A. Engelmayer*
                                                 PAUL A. ENGELMAYER
Dated: April 16, 2021                       United States District Judge
       New York, New York