LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

April 19, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, NY 10007

Re: *United States v. Lucio Celli*, 19 Cr. 127 (PAE)

Your Honor:

    I write respectfully to inform the Court that Mr. Celli would like to withdraw his request to proceed *pro se*. We thank the Court for its time and its consideration of this matter.

                        Respectfully submitted,

                        /s/ Benjamin Silverman
                        Benjamin Silverman
                        *Attorney for Lucio Celli*

cc: AUSA Anna Karamigios (by email)
    Lucio Celli (by email to his brother)