LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

April 19, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, NY 10007

Re: *United States v. Lucio Celli*, 19 Cr. 127 (PAE)

Your Honor:

I write respectfully to inform the Court that Mr. Celli would like to withdraw his request to proceed *pro se*. We thank the Court for its time and its consideration of this matter.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman
*Attorney for Lucio Celli*

cc: AUSA Anna Karamigios (by email)
Lucio Celli (by email to his brother)

The Court appreciates this notification. In light of Mr. Celli's earlier motion to proceed *pro se* and the considerable attention that the Court and the parties have given to it, and to assure a proper record on this point, the Court will maintain on the calendar the conference scheduled for 2 p.m. on April 26, 2021. At that conference, the Court will briefly allocute Mr. Celli as to his determination no longer to move to proceed *pro se*. The Court will also put on the record the bases on which the Court had determined to deny that motion.

PAUL A. ENGELMAYER
United States District Judge

April 19, 2021