LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

April 29, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, NY 10007

Re: *United States v. Lucio Celli*, 19 Cr. 127 (PAE)

Your Honor:

    I write respectfully to renew Lucio Celli's request to modify his bail to permit him to write to the entire Federal Judicial Council to complain about what he feels is outrageous misconduct in this case. Pretrial Services and the government both oppose this request.

    Mr. Celli objects to the Court's decision to disallow him from representing himself. He has stated to me in in clear terms that he wishes to relieve me and represent himself, *inter alia*, so that he can file a writ of mandamus.

    Mr. Celli also asks me to request an adjournment of the trial date so that he can retain counsel.

    Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman
*Attorney for Lucio Celli*

cc: Counsel of record (by ECF)