UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-127 (PAE) |
| -v- | ORDER |
| LUCIO CELLI, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has reviewed two letters dated April 29, 2021 submitted by counsel for defendant Lucio Celli – one circulated to opposing counsel and the other filed *ex parte*. The letters express Mr. Celli's renewed desire to represent himself at trial and to have his bond conditions modified to enable him to write the Second Circuit judicial counsel. The Court will take up these requests at the next pretrial conference. The parties should expect Mr. Celli's trial to proceed as scheduled, and should prepare for trial in the expectation that the Court will not grant Mr. Celli's renewed application to represent himself.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: April 30, 2021
New York, New York