LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

May 5, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, NY 10007

Re: *United States v. Lucio Celli*, 19 Cr. 127 (PAE)

Your Honor:

    I write respectfully to advise the Court on measures taken to limit Mr. Celli's ability to make certain phone calls and faxes. Mr. Celli's mother, who is the second party custodian on his bond, has disabled his and her cellphones from calling phone numbers associated with this Court, Chief Judge Brodie, Judge Cogan, Judge Donnelly, the United States Attorney's Office's main line, the Assistant United States Attorneys appearing in this case, and the Eastern and Southern Districts of New York's respective Clerk's offices. Verizon informed me that it cannot block outgoing phone calls from the Celli's landline, but the landline telephone has been removed from Mr. Celli's bedroom and his mother has taken the fax machine out of the house.

    I have conferred with Pretrial Services Officer Ramel Moore and Assistant United States Attorney Anna Karamigios, and they have no further requests at this time. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman
*Attorney for Lucio Celli*

cc: Counsel of record (by ECF)