

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

JMS:ALK
F. #2018R02184

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

May 3, 2021

By E-mail and ECF

The Honorable Paul A. Engelmayer
United States District Court
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, New York 10007

    Re: United States v. Lucio Celli
          Criminal Docket No. 19-127 (PAE)

Dear Judge Engelmayer:

      Pursuant to the Court's order during the April 6, 2021 conference in this case, the government respectfully submits this letter on behalf of the parties to inform the Court that the parties have reached an agreement as to the evidence that will be admitted regarding the defendant's civil lawsuits. Specifically, the parties have agreed to admit as evidence the enclosed stipulation.[1] Additionally, the government will call a witness to authenticate the docket sheets from both civil lawsuits and connect those docket sheets to the statements in the stipulation. The defense has no objection to this witness's proposed testimony. The parties

---

[1] Because the stipulation will be evidence in this case, the parties respectfully request permission to file it under seal.

intend to confer about any redactions to the docket sheets. At this time, the parties do not have any disputes relating to this evidence that require the Court's attention.

Respectfully submitted,

MARK J. LESKO
Acting United States Attorney

By: _____/s/_____
Anna Karamigios
Assistant U.S. Attorney
(718) 254-6225

cc: Benjamin Silverman, Esq.
Dorea Silverman, Esq.
Clerk of the Court (PAE)

Enclosure Filed Under Seal