LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

June 21, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, NY 10007

    Re: *United States v. Lucio Celli*, 19 Cr. 127 (PAE)

Your Honor:

    I write to advise that I have had a breakdown in communications with my client and I respectfully request a conference to address appointing new counsel.

                                       Respectfully submitted,

                                       /s/ Benjamin Silverman
                                       Benjamin Silverman
                                       *Attorney for Lucio Celli*

cc: Counsel of Record (by ECF)