UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA, | 19-CR-127 (PAE) |
| -v- | ORDER |
| LUCIO CELLI, | |
| Defendant. | |

PAUL A. ENGELMAYER, District Judge:

The Court has received defendant Celli's request for the appointment of successor counsel (Dkt. No. 167). The Court schedules a conference to take up this request at **10:30 a.m.** on **June 24, 2021** in **Courtroom 1305** of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, NY 10007. The Court will not, at this time, require a potential successor counsel to be present, but intends to explore at the conference whether the defendant's request for a change of counsel is durable and well founded.

SO ORDERED.

_Paul A. Engelmayer_
PAUL A. ENGELMAYER
United States District Judge

Dated: June 21, 2021
New York, New York