LAW OFFICE OF
# BENJAMIN SILVERMAN
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

July 6, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, NY 10007

Re: *United States v. Lucio Celli*, 19 Cr. 127 (PAE)

Your Honor:

I write with the government's consent respectfully to request that the due date for Mr. Celli's sentencing submission be extended from today until this Friday, July 9. The reason for the request is that I am informed that Mr. Celli was arrested last night for driving while impaired. The nature and circumstances of the arrest and our plans to address any underlying issues will impact the sentencing submission. I respectfully request the three-day extension to assess what has happened. We do not request an adjournment of any other deadlines. I conferred with AUSA Anna Karamigios and she consents to this request.

Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman
*Attorney for Lucio Celli*

cc: Counsel of Record (by ECF)

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 169.

7/6/2021
SO ORDERED.

PAUL A. ENGELMAYER
United States District Judge