Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States District Court

United States District of Eastern District of New York

Caption:

United States

v.

Lucio Celli

Docket No.: 19 Cr. 127 (PAE)

Hon. Paul A. Engelmayer
(District Court Judge)

Notice is hereby given that Lucio Celli appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on July 20, 2021
(date)

This appeal concerns: Conviction only |___|   Sentence only |___|   Conviction & Sentence |✓|   Other |___|

Defendant found guilty by plea |✓|   trial |___|   N/A |___|

Offense occurred after November 1, 1987?   Yes |✓|   No |___|   N/A |___|

Date of sentence: July 20, 2021   N/A |___|

Bail/Jail Disposition: Committed |___|   Not committed |✓|   N/A |___|

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

Defendant's Counsel: Benjamin Silverman

Counsel's Address: 224 West 30th Street, Suite 302
New York, NY 10001

Counsel's Phone: (212) 203-8074

Assistant U.S. Attorney: Anna Karamigios

AUSA's Address: 271 Cadman Plaza East
Brooklyn, New York 11202

AUSA's Phone: (718) 254-7000

_____
Signature