LAW OFFICE OF
**BENJAMIN SILVERMAN**
224 WEST 30TH ST., SUITE 302
NEW YORK, NY 10001

TEL (212) 203-8074
FAX (646) 843-3938
Benjamin@bsilvermanlaw.com

July 22, 2021

**By ECF**
Honorable Paul A. Engelmayer
United States District Judge
Eastern District of New York
*Sitting by designation*
40 Foley Square
New York, NY 10007

  Re: *United States v. Lucio Celli*, 19 Cr. 127 (PAE)

Your Honor:

  I write with the government's consent respectfully to request that (1) Pretrial Services be ordered to return Mr. Celli's passport to him and (2) the Clerk's office be ordered to return $75,000 in cash posted by Mr. Celli's mother, Fernanda Celli, to secure his bond. The bail bond is attached as Exhibit A.

  Mr. Celli was sentenced on July 20, 2021, to time served (4.5 months) and two years' supervised release. Pretrial Services requires written authorization before it will release his passport. The Clerk's Office also informs me that it requires a written confirmation before it will release the $75,000 posted to secure his bond.

  I spoke with AUSA Anna Karamigios and she consents to these requests. For the foregoing reasons, I respectfully request that the Court endorse this letter to order (1) Pretrial Services to return Mr. Celli's passport and (2) the Clerk's Office to release to Fernanda Celli a sum of $75,000 that was posted to secure Mr. Celli's bond. Thank you for your consideration.

Respectfully submitted,

/s/ Benjamin Silverman
Benjamin Silverman
*Attorney for Lucio Celli*

**GRANTED.** The Clerk of Court is requested to terminate the motion at Dkt. No. 181.

SO ORDERED.    7/23/2021

_____
PAUL A. ENGELMAYER
United States District Judge