19-cr-00127

4 documents
sent to congress
b/c of misconduct
of clerks