# LAW OFFICES OF DANIEL M. PEREZ, ESQ.
### ATTORNEYS AT LAW
93 SPRING STREET, SUITE 505
NEWTON, NEW JERSEY 07860
TELEPHONE: (973) 300-5135
FAX: (973) 300-5199
WWW.DANPEREZLAW.COM
E-MAIL: DAN@DANPEREZLAW.COM

---

November 22, 2021

Hon. Paul A. Engelmayer, U.S.D.J.
United States District Court
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

**Via ECF**

    Re:    <u>United States v. Celli</u>, E.D.N.Y. Dkt. No. 19-cr-127 (PAE)

Dear Judge Engelmayer:

    By order dated November 15, 2021, the United States Court of Appeals for the Second Circuit appointed me to represent defendant Lucio Celli in his direct appeal pursuant to the Criminal Justice Act. A copy of the order is attached for the Court's reference.

    As the Court is aware, a number of filings in this matter are sealed, including portions of certain transcripts. I have been informed by at least one court reporter with whom I attempted to place an order today that she cannot supply a transcript without an order permitting me access to sealed records. As I cannot competently represent Mr. Celli without access to all of his court filings, including transcripts, I respectfully request that the Court permit me access to all sealed materials in this case by "So Ordering" this letter. I have conferred with Assistant U.S. Attorney Anna Karamigios, who has graciously represented that the government does not object to this application.

                                                     Sincerely Yours,

                                                     *s/ Daniel M. Perez*

**GRANTED.**

               11/22/2021                                      DANIEL M. PEREZ

    SO ORDERED.

            *[signature: Paul A. Engelmayer]*
          _____
             PAUL A. ENGELMAYER
             United States District Judge

# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand twenty-one.

_____

United States of America,

        Appellee,

v.

Lucio Celli,

        Defendant - Appellant.
_____

**ORDER**

Docket No. 21-1760

IT IS HEREBY ORDERED that Daniel M. Perez, 93 Spring Street, Suite 505, Newton, NJ 07860, is assigned as counsel for Appellant pursuant to the Criminal Justice Act, 18 U.S.C. § 3006A. Attorney Perez is directed to review Local Rule 31.2 regarding procedures for setting the filing dates for the submission of briefs.

For the Court:

Catherine O'Hagan Wolfe,
Clerk of Court