Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675




UNITED STATES COURT FOR THE

EASTERN DISTRICT OF NEW YORK

LUCIO CELLI,

Appellant/Petitioner/Defendant,

vs.

United States of America,

Appellee/Respondent/Plaintiff

Case No.: 19-cr-00127
MOTION FOR TO MODIFY PROBATION TERMS FOR
PROCESS SERVICE OF JUDGES AND PROSECURTORS

Dear Judge Engelmayer,

I present to Your Honor a motion to modify the terms and conditions, as I need to have paper/motions/briefs served upon judges because I am suing judges and prosecutors WHERE I do not seek money but for them to do an act.

Prior to signing the plea agreement Mr. Silverman assured me that I would be able to sue judges, like Judge Cogan, which he agreed with AUSA Karamigous.

Prior to signing the plea agreement Mr. Silverman assured me that he would send my criminal complaint to the DOJ, so Mr. Silverman, like Bail hearing, is impeding me from getting a remedy because Judge Cogan had Ms. Nothon deprived me of my retro money, as she worked for Strook—like Randi and Cogan

MOTION FOR TO MODIFY PROBATION TERMS FOR PROCESS SERVICE OF JUDGES AND PROSECURTORS - 1

I have discussed the issue with Mr. Silverman and Mr. Greene. I even told Mr. Silverman to bring it up on Dec. 1st., where he did not.

I am being blocked to gain remedies that Your Honor with Mr. Silverman's help and the AUSA's help, too

The topic is I did not receive a fair trial and I want one and to show the world how Your Honor with other deprived me of one

I make this application pursuant to Rule 32.1 Revoking or Modifying Probation or Supervised Release

1. I suggested that the US Marshalls service the judges
2. Under the terms of the probation: The defendant shall not make any phone calls or send any written correspondence (including e-mail) to any prosecutor or government personnel and shall not have any third party do so on his behalf (with the exception of counsel).
    a. Mr. Silverman lied to Your Honor
    b. This issue deals with my job
    c. I have Mr. Silverman audio recorded saying that he and AUSA Karamigous agreed to him sending papers to the prosecutors
    d. I need to sue him because he is depriving me access to the court
    e. The clause states: "with the exception of counsel"
    f. I request to play the audio recording to establish the criminal conduct

MOTION FOR TO MODIFY PROBATION TERMS FOR PROCESS SERVICE OF JUDGES AND PROSECURTORS - 2

3. Therefore, I need the US Marshalls to service my lawsuit upon the DOJ, like AUSA Karamigous lied to Your Honor and does not want to answer whether she has a wavier or not
4. According to Mr. Silverman, the AUSA will gain knowledge via pacer and there is no need to service the DOJ

Lucio Celli
September 22, 2021

Dated this 11th of October, 2021.     1/4/22

Lucio Celli, Defendant

Lucio Celli
89 Widmer Rd
Wappingers falls

EDNY
225 Cadman Plaza E
Brooklyn, NY 11201

USMS