Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT FOR THE

EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| LUCIO CELLI, | Case No.: 19-cr-00127 |
| Appellant/Petitioner/Defendant, | MOTION TO "DID YOU SEND YOUR NAME TO THE 2D CIR. COUNCIL OR JUDICIARY CONFERENCE |
| vs. | |
| United States of America, | |
| Appellee/Respondent/Plaintiff | |

Dear Chief Judge Swain and Judge Engelmayer

I studied as much as possible the topic of Judiciary Act of 1980, like it was in response to Watergate—legislative history. I even watched all hearings from the senate to the court on the changes to the Act.

For the record, I know there were changes enacted but I do not know the exact changes that were made

Yet, during the proceeding many judicial misconduct experts stated that when a judge knows of misconduct and does not report it; then that judge brings their office into disrepute

Chief Judge Swain hid her association with Sen. Schumer, please see Judge Porteous and Mr. Geyh's testimony as it was the testimony that I wanted to use against Judge Cogan and his conduct of hiding his association with the UFT

Judge Engelmayer lied about his association, at first, but never addressed the appearance. He intimidated me out of my intent for Randi Weingarten and Judge Cogan, which is a crime according to AUSAs because it was an element to decide my liberty. He allowed Mr. Silverman to lie and AUSA Karamgious commit gross

MOTION TO "DID YOU SEND YOUR NAME TO THE 2D CIR. COUNCIL OR JUDICIARY CONFERENCE - 1

acts of misconduct, which Judge Engelmayer worked at the DOJ and there are judicial misconduct opinions about this too.

## Remedy

I, and the public, have the right to know if each one of you submitted your names to the circuit council and they would need my audio recordings too.

_____
Lucio Celli

~~September 22, 2021~~
1/18/21

Dated this 18th of ~~October,~~ Jan, 2021.

_____
Lucio Celli, Defendant

MOTION TO "DID YOU SEND YOUR NAME TO THE 2D CIR. COUNCIL OR JUDICIARY CONFERENCE - 2