Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT FOR THE

EASTERN DISTRICT OF NEW YORK

LUCIO CELLI,

Appellant/Petitioner/Defendant,

vs.

United States of America,

Appellee/Respondent/Plaintiff

Case No.: 19-cr-00127
MOTION TO HAVE A COPY OF AUSA KARAMIGOUS'S WAVIER WITH SANCTIONS BECAUSE SHE HAS IGNORED VERBAL REQUEST

Dear Judge Engelmayer

Your Honor worked for the DOJ and you knew that AUSA Karamigous needs a wavier and I request to see it. I request for sanctions because she does not have a right to be quite on the topic with sanctions against Mr. Silverman because I told him for months and his inaction did not allow me to pursue action to have the AUSA removed pursuant to Admirative Procedure Act

**Please Take Notice**, there are judicial misconduct opinions on this topic, which Your Honor keeps ignoring

I request to know if Your Honor reported yourself, as it is required

Lucio Celli

January 18, 2022

MOTION TO HAVE A COPY OF AUSA KARAMIGOUS'S WAVIER WITH SANCTIONS BECAUSE SHE HAS IGNORED VERBAL REQUEST - 1

Dated this 11th of October, 2021.

_____
Lucio Celli, Defendant

MOTION TO HAVE A COPY OF AUSA KARAMIGOUS'S WAVIER WITH SANCTIONS BECAUSE SHE HAS IGNORED VERBAL REQUEST - 2