Lucio Celli
89 Widmer Road
Wappingers Falls, New York 12590
718-547-9675

UNITED STATES COURT FOR THE

EASTERN DISTRICT OF NEW YORK

LUCIO CELLI,

Appellant/Petitioner/Defendant,

vs.

United States of America,

Appellee/Respondent/Plaintiff

Case No.: 19-cr-00127
MOTION TO FIND OUT HOW MUCH RANDI WIENGARTEN BRIDED JUDGE ENGELMAYER, AS IT APPEARS JUDGE ENGELMAYER BEHAVED IN THE SAME MANNER THAT RANDI WANTED/PAID JUDGE MARRERO

Dear Judge Engelmayer,

Your Honor messed up when you lied about your association with Sen. Schumer because this was the main topic of Judge Porteous' impeachment trial. The main outcome of the trial is the fact that once a judge lies about association with someone, they are deemed to be biased in that case and if they stayed on, they stayed on to help the person that they lied about, which in this case would be Sen. Schumer. However, Sen. Schumer does not know me, but Randi Weingarten does, and Sen. Schumer has deemed her (Randi) to be like his sister

I. Fraud Upon the Court

Your Honor was not a neutral arbiter as required by the Due Process Clause of the 5th and 14th Amendment. According to the 2d. Cir., "fraud on the court will, most often, be found where the fraudulent scheme defrauds the "judicial machinery" or is perpetrated by an officer of the court such that they cannot perform its function as a neutral arbiter of justice. See Martina Theatres Corp. v. Schine Chain Theartres, Inc., 278 F.2d 789, 801 (2d. Cir. 1980)

Your Honor used your office to help Randi Weingarten and Cogan to harm me via Sen. Schumer, like intimidating me when Your Honor said, "you will not receive justice" or ignoring misconduct of the AUSA and my lawyer, which I have letters from the DOJ and statements. Your Honor helped to edit Randi Weingarten out of the transcript. Your Honor will not allow me to develop a record of anyone's misconduct, which would include your own.

Your Honor knew my intent prior to Mr. Silverman submitting a brief because you received my emails, as Sen. Schumer did . Your Honor knew that Randi/UFT wanted to expose my rape and Betsy placed my HIV on her blog for Judge Cogan and Randi Weingarten with the underlying issues that Randi paid Judge Marrero

What Your Honor, the AUSA Karamigious and Mr. Silverman did to me is what a few AUSAs said is the conspiracy to deprive me of a fair trial, as the trios' conduct is the same as the Judge Donnelly, AUSA Bensing and the various lawyers that I had prior to Mr. Silverman. **Please Take Notice**, I never told a single AUSA about Sen. Schumer or about hearing an audio of Randi Weingarten bribing Judge Marrero.

How much did Randi pay you to deprive me of a fair trial? I do not believe any judge would be proud to allowed Mr. Silverman to commit a crime against me because I want to the world to hear what everyone said to me.

MOTION TO FIND OUT HOW MUCH RANDI WIENGARTEN BRIDED JUDGE ENGELMAYER, AS IT APPEARS JUDGE ENGELMAYER BEHAVED IN THE SAME MANNER THAT RANDI WANTED JUDGE MARRERO TOO - 2

Your Honor, I do not believe that the public can respect you when you allow Mr. Silverman and the AUSA to lie to you, especially the fact that Mr. Silverman said that he would not present my intent because no believes Cogan committed a crime against you. The clerks are supposed to report you to Chief Livingston for your conduct because you took a bride like Judge Marrero, as Your Honor has ignored facts that I have letter from the DOJ with statements.

You told me what my intent was going to be and then allowed Mr. Silverman to deny me of my intent because Randi paid, as it appears. Your Honor brings disrepute to your office when Your Honor allows outside influences plague your decisions and this needs to be made public because the public has the right to know how and who Your Honor is using office.

There are good people within the DOJ and I am sure there are good judges too, but Your Honor, in my view, has brought disrepute to your office because no one can trust a judge who ignores misconduct like the AUSA lying about the Federal Rule of Evidence and I have letters from the DOJ. Can Your Honor see that people see and believe that you were paid by Randi to help her cover up her crimes.

Does Your Honor know why some transcripts do not match what I have audio recorded? I would like to hear what Your Honor has to say.

I. Facts

**AUSA Karamigious**

1. At the last conference, I informed Your Honor that IG's office and Executive Office of the DOJ sent me a letter
2. In the letter each of said that the AUSAs in my case committed misconduct
3. For months, I have told Your Honor that they have committed misconduct
4. For months, I told Your Honor that you knew and understood their misconduct
5. It is misconduct to misrepresent Federal Rule of Evidence because US Marshalls' statement to me are "opposing side."
6. However, Your Honor did not see any evidence and had the pure gall or senior moment, because the AUSA never said that I lied, and said that I lied—without any evidence, unlike me who have Your Honor audio recorded bullying me
7. It is misconduct for a AUSA to participate in a case where her or his former employer is part of
8. It is misconduct for a AUSA to cover up the conduct of their former employer, like Judge Newman wrote opinion about the practice of law
9. It is misconduct for AUSA to cover up a crime, especially if they are not pursuing it, as I have AUSA Gold and others say Judge Cogan commit a crime against me.
10. Your Honor knows this, it is misconduct on your part and there are judicial misconduct opinions that will with a judge who worked for the DOJ and ignored the obvious—just saying, which is on top on Randi paying Judge Marrero to ignore facts

### Mr. Silverman

1. Your Honor bullied me for suggesting that Sen. Schumer helped you get your judgeship

2. Your Honor was so nasty in your bullying that I insinuated that I was crazy and stupid
3. Your Honor never addressed your conduct, which was said to be a sign of biasness at Judge Porteous' impeachment trial
4. At the trial Judge Porteous, Mr. Geyh said that the people will not believe a judge is unbiased once they LIED about association and loses all integrity in that case
5. This is a conversation that Mr. Silverman and I had, but he refused to write it in the brief
6. Your Honor did not allow me to make a record
7. In fact, Mr. Geyh was the only third party that Mr. Silverman and I spoke about.
8. I have informed Your Honor that Mr. Silverman misrepresented primary witnesses with third party, which I have audio recorded and Your Honor ignores
9. Your Honor received my emails, like Sen. Schumer, so my intent in written in the email
10. Your Honor allowed Mr. Silverman to lie in the briefs because Randi paid you
11. Your Honor knew that my intent was Judge Cogan committed a crime against me for the UFT
12. I sent Your Honor an automatic response from Sen. Schumer because he received the same emails
13. Your Honor did not allow me to develop a record for anything because Randi Weingarten paid you

**Please Take Notice**, I could go on and on, but if Your Honor would deal with these ideals, I would be happy

**Please Take FURTHER Notice**, I bet Your Honor will ignore and if Your Honor does answer, it would not address any facts that I

MOTION TO FIND OUT HOW MUCH RANDI WIENGARTEN BRIDED JUDGE ENGELMAYER, AS IT APPEARS JUDGE ENGELMAYER BEHAVED IN THE SAME MANNER THAT RANDI WANTED JUDGE MARRERO TOO - 5

have others answer—but I do not have to worry, Your Honor will ignore it because that is what Randi paid for

Remedy:
1. I request to develop my claims because they are valid, as I have AUSAs verbally telling me and now I have it in writing too
2. I want to know what is the going rate to ignore facts, as they were $10,000 in 2008 with Randi Weingarten and Judge Marrero
3. To have a nonbiased judge, who is not paid by Randi Weingarten and/or influenced by Sen. Schumer, to review the record and allow me to fully develop a record of criminal activity of Mr. Silverman with all my audio-recordings.
4. To modify my terms of probation to contact Judicial Council and 2d. Cir. (or only Chief Judge Livingston) for what happened to me during this sham of a trial.
    a. And to have my appeal transferred outside of the 2d. Cir.
5. Your Honor used his office for Randi Weingarten and Sen. Schumer
6. Safeguards enacted when my lawyer or probation impedes me from law enforcements or the court
7. Unseal documents so the public knows that Your Honor used his office for Randi Weingarten (who paid you) with the help of Sen. Schumer and I sent the senators the sealed documents
8. I need to directly contact DOJ about crimes because Mr. Silverman said that he and AUSA agreed that he would forward my criminal complaints and that is how it is written.

MOTION TO FIND OUT HOW MUCH RANDI WIENGARTEN BRIDED JUDGE ENGELMAYER, AS IT APPEARS JUDGE ENGELMAYER BEHAVED IN THE SAME MANNER THAT RANDI WANTED JUDGE MARRERO TOO - 6

**Please Take Notice**, the 80 DOJ personnel said that Judge Donnelly was covering up the misconduct AUSA and my lawyer

Please inform me if Your Honor requires a proper Rule 60 because
a) each one can be a separate write up
b) there are more claims

I know Your Honor is not stupid and if 80 DOJ personnel, who were not paid by Randi Weingarten or influenced by Sen. Schumer, then Your Honor with the AUSAS of the ENDY know too. Facts are facts, but the only thing that has changed is the fact that Randi paid you, rather the "appearance"

Your Honor knows that you brought disrepute to your office because you allow Randi to pay you to deprive me of a fair trial....it is my intent and not yours or Mr. Silverman's intent. In *Tumey v. Ohio* [e]very procedure which would offer a possible temptation to the average man as a judge to forget the burden of proof . . . or which might lead him not to hold the balance nice, clear, and true between the state and the accused denies the latter due process of law 273 U.S. 510 (1927). **Please Take Notice**, Your Honor forgot (deliberately because of Randi Weingarten and Sen. Schumer) that my intent, which I describe my right fully under seal and congress has it too, is part of the burden of proof, so this is another reason for rule 60. Then, unlike the common law recusal standard, due process requires that all surrounding circumstances and relationships be considered. In re Murchison, 349 U.S. 133, 136 (1955). So, this

MOTION TO FIND OUT HOW MUCH RANDI WIENGARTEN BRIDED JUDGE ENGELMAYER, AS IT APPEARS JUDGE ENGELMAYER BEHAVED IN THE SAME MANNER THAT RANDI WANTED JUDGE MARRERO TOO - 7

is another reason to look at what Your Honor said to me about Sen. Schumer and facts related to my intent.

I know what should be done and Your Honor knows what should be done, but I can see other outcomes that further deprive me of my constitutional rights, rather the words should be "I know."

Lucio Celli
December 30, 2021

MOTION TO FIND OUT HOW MUCH RANDI WIENGARTEN BRIDED JUDGE ENGELMAYER, AS IT APPEARS JUDGE ENGELMAYER BEHAVED IN THE SAME MANNER THAT RANDI WANTED JUDGE MARRERO TOO - 8