UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

LUCIO CELLI,

Defendant.

19-CR-127 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has recently received a series of pro se letters from defendant Lucio Celli. *See* Dkts. 196-206. The Court requests that the Government submit a brief response to these letters. This response is due Monday, February 14, 2022.

SO ORDERED.

*Paul A. Engelmayer*
PAUL A. ENGELMAYER
United States District Judge

Dated: February 2, 2022
New York, New York