# Tiffeny Lee-Harris

**Subject:** FW: L. Celli Arrival Notification

**From:** Wentowski, Haley (BOP)
**Sent:** Friday, July 22, 2022 10:31 AM
**To:** Tiffeny Lee-Harris
**Subject:** Re: L. Celli Arrival Notification

**CAUTION - EXTERNAL:**

Good morning,

I am hoping to receive guidance on what the Court wishes to occur with Mr. Celli when his evaluation ends on 09.12.22. Specifically, should I notify the United States Marshals to transport him back to NY or should he release from this facility back into the community? Thank you in advance.

Respectfully,
Dr. Wentowski