FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 22 2022 ★

BROOKLYN OFFICE

Dear Mr. Silverman, Ms. Kellman, Mr. Perez, AUSA Amundsen, and Officer Lombardo:

It appears from the email sent to my brother that Ms. Kellman has no idea of additional emails sent to you. I know that you, Mr. Silverman, were on trial this week. Mr. Silverman, however, these emails were sent in the weeks prior to last week's trial.

RECEIVED
AUG 22 2022
PRO SE OFFICE

The emails deal with the following issues:

1) my current illegal detention that you, Mr. Silverman, say is either frivolous because the government is allowed to suborned perjury, present false reports (which you also said for the US Marshals), and perjury by Officer Lombardo or you allude to the fact that my current illegal detention is the fault of Ms. Kellman and not yours---you, Mr. Silverman have pure cognitive disconnect because your concept of facts to reality is one that belongs a mentally ill person.

Please Take Notice, I told the psychologist to please read my emails to you because the problem/nexus of this illegal detention is you

2) Retaliation by Randi Weingarten/UFT/DOE economically, in terms of retro money, summer pay and TRS. At the present time, the UFT/NYSUT/DOE are working on restoring my summer pay, as they went from "I didn't show up for work all year and I should have been taken off of payroll in 2018" to "you should have never been taken off" (basically)--we will see as my brother received an email that I should be paid by the end of the summer.

Again, what the UFT/DOE claimed for retro money payment and summer pay WERE issues of mandatory subjects of negotiation, like personnal rules and said monies were based on monies that I ALREADY worked for retro from 2009 to 2011 and summer pay 2021 to 2022. NOT how you, Mr. Silverman, keep on saying, "you want the DOE to pay you for time spent in jail and AUSA Shaw said it was retatiation

3) Misconduct of my lawyers with the request to have EVERYONE (AUSAs and judges) that I either spoke to on the phone or emailed present at my sentencing

4) Mr. Perez's part in the scheme to cover up your crime, Mr. Silverman, as you did not place the documents under seal and they were sent to congress, and AUSAs (like AUSA Amunden and AUSA Karamigous lied about them on July 20, 2021)

5)And other items

Mr. Silverman, I requested that you forward the same emails to AUSA Amundsen, too with proof that you sent them--like an email so that the email can be obtained under FIOA and not only Ms. Kellman. Additionally, I requested that you, Mr. Silverman send me, at FMC Lexingston, the documents that, you said that Ms. Kellman already placed under seal and Ms. Kellman answered my brother with "???." I encourage AUSA Amundsen to read your emails to me because you, Mr. Silverman said that Ms. Kellman placed the documents under seal on the "private docket"--in the same manner that you, Mr. Silverman placed all other documents and Mr. Perez said (with clerks) that sealed documents appear on the docket, but the public cannot access them.

Gino, please email this to everyone above and if ANYONE emails you saying, "you cannot"--you are to forward that email to AUSA Amundsen too because it is obstruction of justice for ANYONE to impede someone from reporting a crime in good faith. In fact, I told each of them that they are not allowed to speak to you unless I provide them with permission first.

You are allowed to speak to Ms. Kellman only and on the topic of documents that should have been sent to her by Mr. Silverman

Dear Ms. Kellman, Mr. Perez, Mr. Silverman, Officer Lombardo, and AUSA Amundsen,

Mr. Silverman informed me today that he sent every single email to you, so I am confused with your answer of "???" to my brother. Nevertheless, Mr. Silverman did not state anything about sealed documents this time around, as he told me that you placed the documents sent to him on the "private docket" that only he (assuming any lawyer), the AUSAs and the order of the court could see. According to Mr. Perez and clerks of the court (which is supported by case law), the court cannot maintain a "private docket" because it denies the public of their 1st Amendment right, as the Supreme Court provided the public with the job of protecting criminal defendants because they are suppose to have access to the docket to ensure a criminal defendant's rights are not being abused by the government, the court or by his/her lawyers--as there have been cases where the government, the court, and a defendant's lawyer circumvented the process to deprive a criminal defendant of all their rights, which is occurring to me because my lawyers allowed the government to obtain a order of psy eval with detention based on perjured testimony, false report (which always denies a person of liberty without due process--but somehow my lawyers do not know this), and the AUSA knowingly suborned perjury, as she is accountable to how Judge Englmayer explained the the special condition. Therefore, my claims of illegal detention is not frivolous like Mr. Silverman stated--as the illegal detention issues are based on false report, perjury and subornation of perjury by the AUSA Karamigous, but the lack of preparation by Ms. Kellman on illegal detention is based her statements of "the judge told me the only job I had to do is to make sure that you are placed in a mental institution" and "I did not need to read the transcripts because the judge told me what I needed to do and he knows of my misconduct."

Please Take Notice, I explained to the psychologist that facts on what Judge Engelmayer said "I called Ms. Kellman especially for you and there is no need for her to review the docket" (this was sent to 128 judges and 90 plus AUSAs) or "It was planned this way" with Ms. Kellman's statement that the judge told her not to do her job--basically is one for a jury to decide, but the facts CAUSE the appearance of collusion and railroading. To which she answered, "you see there could be more than one interpretation," but I did not discuss with her yet how I have AUSAs have told me that the judge appears to be conspiring with my lawyers, either.

Moreover, Mr. Silverman said that he is back in the office this weekend. I, therefore, should be receiving from him the documents that Ms. Kellman placed under seal , on the "private docket" with a new docket sheet. Additionally, there is now many documents that are being "hidden" (whether on the "private docket" under seal or public docket under seal) from the public and they cannot do their job of protecting me from my lawyers, the court or the government.

Gino,

Please send this to everyone listed and Mr. Silverman needs to send it to Ms. Kellman

Dear Ms. Kellman and Mr. Amundsen:

This weekend you received emails from my brother about issues that are not resolved. Ms. Kellman, you have not done any work on my case since you were appointed on March 8, 2022---which goes to your statement of "the judge told me to make sure you are placed in a mental institution and nothing else." You have robbed the US of money because you are being paid to protect my rights and not help Judge Engelmayer (according to you) with his statement of I told Ms. Kellman what to do, so there is no need for her to review the record (paraphrased), so there is an inference/appearance of collusion.

Then, you are hiding how you, Ms. Kellman helped the government cover up their misconduct of perjury by Officer Lombardo, which was suborn by AUSA Karamigous.

As for the emails sent to you by Mr. Silverman, which your, Ms. Kellman, answer was "???," I cannot discern who is telling the truth, as both you, Ms. Kellman and Mr. Silverman have knowingly lied to me and I prove the lies.

Please inform my brother and AUSA Amundsen if Mr. Silverman sent you, Ms. Kellman, emails from me and please forward to my brother the docket sheet with documents placed under seal. Additionally, I request that you, Ms. Kellman, explain how a court has a "public docket" and a "private docket" with why are you placing them under seal (which is means to hide your criminal conduct) and then why on the private docket (according to Mr. Silverman), as Mr. Perez told me that there is no such thing called a private docket and I have clerks who confirmed this notion to me. Nevertheless, access to the docket is a 1st Amendment right and the public has the right to know about sealed documents, but not their content

cc:

Mr. Silverman, Mr. Perez, and Officer Lombardo

Dear Chief Judge Livingston, Chief Judge Brodie, Judge Engelmayer, Clerk Palmer, Ms. Kellman and AUSA Amundsen:

I realized today that I was not clear on what I needed. I require the following:

1) The public docket sheet, where there are entries of sealed documents that the public could has knowledge of but cannot view the sealed documents

2) The private docket sheet, where the public does not have knowledge of the sealed documents because only lawyers, AUSAs and judges can these documents--which is according to Mr. Silverman.

According to Mr. Silverman, you, Ms. Kellman placed the remaining documents on the "private docket" and under seal, but you placed the request for new lawyers on the public docket and under seal. Mr. Perez and clerks have no idea what is a "private docket," but Mr. Silverman informed me that he placed documents in this manner too and even my motion for Betsy Combier and her illegal use of her nonprofit foundation (exposing educational corruption) for her profit paralegal business, when from the public docket to the private docket. Mr. Silverman, however, was supposed to send me "the private" docket sheet for my Betsy motion because he assured me that there is a private docket that the court maintains and my motion about Betsy's illegal use of her nonprofit foundation was moved to the private docket.

The above was told, in part, to Mr. Perez and it was part of the audio that you, Ms. Kellman refused to provide AUSA Karamigious because you wanted to be nasty towards me for no good reason on March 22, 2022.

Again, AUSA Amundsen with others at the DOJ received the supposed documents that were placed on the private docket (said by Mr. Silverman) that is NOT part of record and could not be argued (like structural error of choice of lawyer, which was said by Mr. Perez). Either way, I cannot find information on "federal's court private docket." However, there are many case laws on the topic of public access to the docket is a 1st Amendment right AND its the public's right to protect a criminal defendant from the abuse of process by a judge, a prosecutor, and defense lawyer. Let's be clear, there are case laws on

sealed information and the public's right to know about it, as they have the right to file a motion to have a document unsealed. Therefore, the aspect of a court having a private docket is not plausible, but I called around because my opinion is worthless and what I have read was confirmed to me.

Somehow, Mr. Silverman has a cognitive disconnect between facts and reality because he told me that he did not do his job because of Randi Weingarten and Cogan, AND then complained to Judge Engelmayer that the documents he placed under seal on the private docket and not part of court record in my case makes his look like the worst lawyer ever and does not do his job BECAUSE I placed the same documents on the public docket in the 2d. Cir., which Mr. Silverman said on either Dec. 1, 2021 or March 8, 2022. As always, I make reference to what AUSA Shaw and others told me that Mr. Silverman either committed a crime or helped Judge Cogan, which are in the sealed documents on the private docket in ENDY and the public docket in the 2d. Cir.

Obviously, Mr. Perez and Officer Lombardo had to inform the court, and in the proper manner--just saying.

Mr. Silverman, you are supposed to send this to Ms. Kellman, where either she will say that you sent it or continue to say "???"

Ms. Kellman, you are supposed to submit this to court on the public docket and forward this to Judge Brodie and even Judge Donnelly, I believe.

Officer Lombardo, you are supposed follow forward this to your supervisors, so that they can send this to Chief Judge Livingston

cc

Mr. Silverman, Mr. Perez, and Officer Lombardo

Gino, please send this to everyone listed above and not the judges

Dear Chief Judge Livingston, Judge Engelmayer, Judge Brodie, Clerk Palmer, Clerk Wolfe, case manager, Mr. Perez, Mr. Perez, Mr. Silverman, AUSA Pearce, AUSA Karamigous, AUSA Amundsen, Officer Lombardo, and Ms. Kellman:

It is beyond reason that you, Mr. Perez, have not informed the 2d. Cir. of your misconduct of hiding Mr. Silverman's misconduct and crimes against me. You, Mr. Perez, are aware of the fact that Mr. Silverman did not placed documents (which he complained to Judge Engelmayer that made him look like the worst lawyer ever and whom does not do his job, in either on Dec. 1, 2021 and March 8, 2022). In fact, Mr. Silverman even told me that he did not do his job because of Randi Weingarten and Judge Cogan in June of 202--so, his complaint to the judge IS NOT plausible. Mr. Silverman, therefore, has a cognitive disconnect of facts from reality because he cannot state that he knowingly did not do his job and then complain about the fact that documents make it appear he does not do his job or even be the worst lawyer--as he knew of this fact prior to complaining to the judge.

Please Take Notice, the documents were sent to AUSA Karamigous, AUSA Amundsen and the Republican senators (certified return receipt are on the 2d. Cir. docket) prior to July 20, 2021 and the judge informed the AUSA in my case that the documents were to placed under seal

Please Take FURTHER Notice, Mr. Silverman clear that the court maintains a public docket with sealed documents (which the public has knowledge of sealed document) and a private docket, in which, where the public has not knowledge of sealed documents

Please Take EVEN Further Notice, the public has a 1st Amendment right to access the public docket with ALL document submitted to the court because, according to the Supreme Court, the public has the obligation to protect a criminal defendant from abuse by the court, the prosecutors and/or defense lawyer by filing a motion to unseal documents (obviously, private information, like HIPPA information or SS numbers will never be unsealed, but a motion for change of lawyers based on misconduct will be unsealed). THEREFORE, the public does not have the knowledge of my structural errors and all the misconduct by the AUSAs in my case or that of my lawyers

Mr. Perez, please file this letter with the 2d. Cir. with you sending me a copy of the filing because you, Mr. Perez, MUST inform the court of your misconduct

Ms. Wolfe and the case manage, whether filed by Mr. Perez/another lawyer or not,--must inform Chief Judge Livingston and the CJA judge for misconduct

Mr. Silverman, please forward this to Ms. Kellman, so that she can file this with court and the court clerk that enters this MUST inform Chief Judge Brodie , and Chief Judge Livingston

Ms. Kellman, please see Mr. Silverman and send me a copy of the filing, as well. Additionally, please tell me if you filed this document on the public docket, public docket under seal, or private docket under seal

AUSA Karamigous, you are obligated to do certain duties and this per DOJ's policies, which you keep on disregarding

Officer Lombardo, you are obligated to inform your supervisors, so that they CAN, as they are obligated, inform Chief Judge Chief Livingston

The issues that I keep on raising with everyone belongs with Chief Judge Livingston, as I have collected many Judicial Conference memos (I do not remember the correct name of the document) where the chief judge of the circuit is charged with oversight of CJA lawyers with federal defenders and their misconduct, clerks and their misconduct, judicial employees and their misconduct and judges' misconduct

Gino, please send this to everyone but not the judges...thanks

Dear Judge Engelmayer, Ms. Kellman, Ms. Kopplin, Mr. Silverman, and AUSA Amundsen,

You can response to my emails with fact that you have done your job! It is disrespectful, as I did not violate any conditions because you did not read the transcript. You even ADMITTED that you committed misconduct and that the judge knows with the fact that he will protect you--which was audio recorded after.

I do repeat myself because you have not done a single thing but screw me over because the judge told you not to do a single thing but to make sure that I am in a mental institution.

I cannot work with lawyers who are who admitted to helping the judge, which was sent to all federal judges. You did not like me but you have treated me like an animal who does not have any rights.

You are correct that my case is not complicated because I DID NOT VIOLATE any conditions of probation and you helped to obtain an illegal order because the judge told you to do nothing but place me in mental institution--yours words.

I have not tied your hands, but Judge Engelmayer, according to you, tied your hands because he told you to do nothing but place me in a mental institution because Officer Lombardo wrote a false report.

I am able to have a rational/logical discussion, as there was not a violation on my part and you did, I repeat did not, read the transcript because I did not violate any special conditions of probation

What are you going to do about your misconduct of helping to correct this illegal detention?

I request that Ms. Kopplin and AUSA Amundsen with everyone that I ever spoke to at the DOJ and the transcripts (and my audios) be present at sentencing with it being streamed live because AUSA Karamigious and Officer Lombardo KNOWINGLY committed a crime with the help of Mr. Silverman?

Dear Chief Judge Livingston, Chief Judge Brodie, Judge Engelmayer, Judge Donnelly, Clerk Palmer, Clerk Wolfe, AUSA Amundsen, Ms. Kellman, Mr. Silverman, Mr. Perez, and Officer Lombardo:

I require that Ms. Kellman, Mr. Silverman and Mr. Perez send me (I assume just from Silverman for Silverman/Kellman), my brother, the judges, and AUSA Amundsen a copy of the docket sheet, where each of you specify whether it is on the "public docket," public docket under seal," or "private docket under seal." I am missing a current docket sheet where additional documents were to be filed with the courts.

I require a copy of a motion where Kellman informs Judge Engelmayer and the CJA judge of her misconduct to cover up her misconduct/criminal conduct of depriving me liberty without due process, as the facts--which Kellman has a cognitive impairment because she continues not to understand what my borderline IQ students are able to understand--PROVES that I did not violate any special conditions and she acted in a manner in which is related to her statement of "the judge said that my only job was to make sure that you are placed in a mental institution with the judge's statement of "I told Ms. Kellman what needed to be done, so she doesn't need to review the records in this case," on March 8, 2022 because she admitted she did not read the transcript and admitted she that she committed misconduct (with a smile and laugh) after the May 4, 2022 violation hearing.

I require a copy of the misconduct complaint that each of my lawyers need to file with Judge Donnelly, as I have letters from the DOJ and verbal statements from the DOJ that confirm AUSA Karamigous and AUSA Bensing committed misconduct and/or crimes against me to cover up Judge Cogan's crime. In fact, AUSA Gold said that AUSA Bensing needed to be terminated for stating that Judge Cogan did not wrong when he used his office to hide the fact the he was helping this former coworker (Randi Weingarten) and former clients get away with threatening to expose my rape. AUSA Karamigous, therefore, needs to be terminated for cause when she covered up the fact that my filing before Judge Cogan was for rule 60 under the Full and Fair Credit Clause, as the only showing for this action was the fact that there was an arbitration decision and the highest court in NYS state said that it was enforceable, so the federal court had to honor it under said constitutional clause. What was not needed for the show was the fact that Judge Cogan was the part of one arbitration decision that I quoted.

I require a copy of a motion of Mr. Perez's misconduct for covering up Silverman's crime and the scheme to pass off March 22, 2022 as the sentencing date of July 20, 2021 with his knowledge of the fact that Silverman did not file documents of structural errors, I took back my guilty plea because he and Judge Engelmayer bullied me, misconduct of the AUSAs and other allegations

I require a copy of a motion where Ms. Kellman informs Judge Engelmayer of how AUSA Karamigous suborned perjury because she was present on July 1, 2021 and on Dec. 1, 2021 where the said judge explained the special conditions, so I did not have a probation violation, Officer Lombardo wrote a false report because he was told about the transcripts with the fact that he perjured himself on May 4, 2022, the misconduct of Mr. Silverman because he lied probation and did not do a single thing on March 8, 2022 because he was present on July 1, 2021 and Dec. 1, 2021.

I require a copy of a motion where Ms. Kellman informs Judge Engelmayer that I require the following people for sentencing: AUSA Amundsen, Ms. Kopplin, Officer Lombardo's supervisors, 128 judges, 90 plus AUSAs, and the 80 plus AUSAs that I spoke to, like AUSA Shaw and AUSA Gold--as they highlight how I deprived of a fair trial and how Mr. Silverman committed a crimes against me for Judge Cogan and Randi Weingarten, as he said that he does not do his job because of Randi Weingarten and Judge Cogan or the fact that judges and the AUSAs have audios of my lawyers admitting that they were told not to do their jobs

I require a copy of a motion where Mr. Perez informs the panel of judges, Chief Judge Livingston, and Clerk Wolfe that he was part of the scheme to hide the fact that Mr. Silverman did not do his job and did not file motions, as Mr. Perez told me that there is no such thing a "private docket" and Mr. Silverman did not file the documents that made him look like the worst lawyer who does not do his job (Silverman's words to Judge Engelmayer and not mine). Additionally, Mr. Perez was part of the scheme to pass off March 22, 2022 as July 20, 2021's sentencing, as Mr. Perez stated that the judge did not read the special conditions at all and Mr. Silverman (o March 22nd) got up and said, "we need to make sure that we read the special conditions to Mr. Celli or they will be sent back to Your Honor."

I require a copy of a motion where Ms. Kellman informs Judge Engelmayer that she has a cognitive impairment, as she cannot understand and comprehend what Judge Engelmayer explained to me on July 1, 2021 and approved my filings on Dec. 1, 2021. Therefore, Ms. Kellman cognitive impairment has caused her not be able perform her duties as a lawyer because the issues were understood by others at the DOJ, like how AUSA Shaw said Mr. Silverman committed a crime by hiding the US Marshals' report that I was not a danger to anyone but a nuisance and she hide this from Judge Engelmayer on May 4, 2022, as Mr. Silverman stated that he did do his job because of Randi Weingarten and Judge Cogan, Silverman lied to the probation, and helped probation obtain this order --no other AUSA that I spoke to or received a letter from Had issues with understanding, logic, or my statements being irrational. IN FACT, the AUSAs that I spoke to wondered if my lawyers were conspiring with judges, which Ms. Kellman said that "the judge said that my only job was to have you placed in a mental institution with the fact that she said that Judge Engelmayer needed to discredit me by having me declared As my audio will show, I have the same conversation with her that I had with others, but she IS THE ONLY person that

asked the same questions. Now, the AUSAs did ask me clarifying questions, but Ms. Kellman cannot understand that Judge Engelmayer explained the special conditions.

Let's review Kellman's cognitive impairment, where I bet my borderline IQ students will be able to understand, as DOJ personnel did not have a problem:

1-Kellman said that her only job was to have me placed in a mental institution, where she placed the blame on Judge Engelmayer and I told her that he never said this and asked her, because of my audio recording of March 8, to have the judge explain with the fact that the judge said that he told her not to review the record because he told her what needed to be done on March 8--the audios sent to 90 plus AUSAs and 128 judges

2-I created a chart for Kelman/Silverman how I did not violate any special conditions of probation because I followed how Judge Engelammyer explained on July 1, 2021 with the fact that Silverman lied to probation and his email to probation that his ONLY function was to review and approve my filings did not have any threats, which Judge Engelmayer further explained on the on July 1st that anything else would cause Silverman to be my civil lawyer and create more of a burden upon him with Judge Engelmayer explaining how to communicate with the court once Mr. Silverman reviewed the document(s). ALSO, Judge Engelmayer APPROVED my filings because I explained to him that I was filing under rule 60 with the reason of Full and Fair Credit Clause and their reasons, which occurred on Dec. 1, 2021

On March 22, 2022, I audio recorded Kellman saying that she did not review the email, but submitted to Judge Engelmayer that I wrote a nasty email and told me that she would review the transcript and email; and then speak to me about the facts,

3-Kellman said that she she did not need to review the transcript because it was not her job because the judge needed to discredit me for sending the audios to congress and claiming that he bullied me into a guilty plea and ignored the misconduct of Silverman and the AUSAs --sent to 90 plus AUSAs and 128 judges

4-Then, after I emailed 90 plus, Kellman/Silverman met with me via zoom where Silverman continued to lie about the facts and Kellman continued to not be prepared and asking the same questions about the facts

At one time, Kellman was able to read and comprehend written statements and was a good lawyer, but now she cannot understand what is written or being told to her, as NO DOJ personnel had trouble understanding what I was saying or questioned my logic or if I had rational thoughts, but they questioned why the judge was allowing the obvious misconduct --I have the audio, I am being stopped to show how the AUSAs covered up Judge Cogan's, Randi Weingarten's and Betsy Combier's crimes against me and how my own lawyers are aiding the AUSAs, too

5-After court, Kellman, with pride, said that "I know I committed misconduct and there's nothing I can do about it now," then said, "the judge knows I committed misconduct too and he's going to protect me like he's protecting, Mr. Silverman" or "I did not need to read the transcript because I did what the judge told me to do" or "I did not read the transcript and I'm sure you are right about what judge said to you and the judge knows too, but the judge wanted this."

6-Now, Kellman is claiming that she cannot work with me because I do not have rational and logical conversation. The truth is, I cannot work with a person who knows that she committed misconduct and wants to pretend she cannot work with me, when in fact she HAS NOT does any work and is robbing the government of tax payers' dollars, as I did not violate any special condition of probation and every single top AUSA and judge in this country has the audio of her saying, "the judge told me that my only job was to make sure that you are placed in a mental institution."

7- Then, there is the fact that Betsy Combier used her nonprofit foundation to publish my HIV status and I provided proof of of the fact that Betsy has paralegal clients pay her via her nonprofit foundation

8-Kellman has a cognitive disconnect from facts (statement she said to to me, audios of court dates, and transcripts) to reality, as she cannot tell me that knowingly committed misconduct on May 4, 2022 with prior statements of I did not read the transcript or the judge told me... and then write to my brother that she cannot have a logical/rational conversation with me, when she needs to know the facts prior to speaking to me or hiding her misconduct from the public by placing that my request for new counsel because she told me that her only job was to place me in a mental intuition, which the audio was sent to 90 plus AUSAs and 128 top federal judges

9-I can prove Kellman was never prepared to speak about the violation and did not obtain any documents to protect my rights

I request, in writing, what Kellman feels that I do not have rational/logical thoughts about because I can provide audios where DOJ personnel understood what I said to them...I cannot correct her cognitive impairments, like I do for my special education students, if she does not express what she is having trouble understanding. My profession is helping people with cognitive impairments understand complex concepts, but in this case, simple ones, as I would bet my borderline IQ students would understand as they understood Judge Cogan used his office for the UFT which was confirmed by AUSAs, like AUSA Gold and AUSA Shaw, but Mr. Silverman could not understand this concept either--yet, Silverman later admitted that he did not do his job because of Randi Weingarten and Judge Cogan, so the plausible answer that he pretended not to understand, as Kellman is doing now because of what Judge Engelmayer told her what to do--according to her, to screw me over and commit crimes against me.

My case is simple, the AUSA suborn perjury, and Officer Lombardo wrote a false report and then perjured himself with my lawyers helping to get me illegally detained

---

to be clear

Mr. Silverman send to Kellman and file a complaint with CJA judge and Judge Donnelly with copies to me and my brother, Also to the AUSAs listed with the AUS

Ms. Kellman file with the court and file a complaint with CJA judge and Judge Donnelly with copies to me and my brother

Mr. Perez file with the court, Clerk Wolfe, and a complaint with CJA judge and Judge Donnely with copies to me and my brother

Officer Lombardo please forward to your supervisors (then your supervisors to Chief Judge Livingston), Clerk Wolf (then to Chief Judge Livingston), Clerk Palmer (then Livingston), CJA judge, and Judge Donnelly

Gino, please

Dear Mr. Silverman, Ms. Kellman, Officer Lombardo, Mr. Perez, Ms. Kopplin, and AUSA Amundsen:

(answer to Mr. Silverman) The message to my brother states for HIM not to send the message to the judges, but for Mr. Silverman to send to Ms. Kellman, Ms. Kellman to sent to Judge Engelmayer/public docket and others at the courts, like the CJA judge, and for Mr. Perez to send it to Wolfe and case managers

Mr. Silverman, I am still waiting for you to send me proof that you sent AUSAs my criminal complaints and the documents that Ms. Kellman filed on the private docket.

My lawyers are not doing anything about the subornation of perjury by AUSA Karamigous with other her other acts of misconduct that I have verbal and written confirmation about her misconduct and false report, like Officer Lombardo, of the US Marshals that Mr. Silverman did nothing about, either.

Mr. Perez and Ms. Kellman have knowledge of Mr. Sivlerman's misconduct and the every least needs to inform the CJA lawyer and Chief Judge Livingston.

Dear Ms. Kellman, Mr. Silverman, Mr. Perez, Officer Lombardo, AUSA Amundsen, and Ms. Kopplin:

It is not I who cannot have a rational/logical conversation with you, but you are the one with a cognitive impairment or criminal conspiracy with Judge Engelmayer, as you stated to me: "the judge told me that my only job was to ensure that you are placed in a mental institution.

AUSA Amundsen and Ms. Kopplin know that I informed you, Mr. Silverman, and Officer Lombardo the false report, which ALWAYS deprives a criminal defendant of due process and it is a crime under obstruction of justice and 18 USC Sec.241 BECAUSE Judge Engelmayer clearly and specifically explained how I am to commutate with the court after my lawyer reviews for threats WITH the judge's approval for filing, that Officer Lombardo said I violated because Mr. Silverman lied to him--as they deal with Randi Weingarten and Judge Cogan, before Judge Cogan and Judge Mastimoto

You have a bad habit with Judge Engelmayer of depriving defendants of their liberty by neglecting them and not doing any work, but you have the gall to put in for payment for no work rendered. It appears to me, and my opinion is worthless, that you and Judge Engelmayer play this retaliation game with defendants, but this would be a fact for a jury.

Without a doubt--because I can prove it, you admitted to me being that I was right about there was no probation, but the judge told what to do and you did and even said that there is nothing you have do about your misconduct, as the hearing it over--this all occurred after May 4, 2022. Ms. Kellman, I have you audio recording, 3 occasions, that you have not read the emails sent to you, Ms. Kopplin, and AUSA Kellman or the fact that you cannot understand simple sentences and facts, as ANYONE can read how Judge Engelmayer explained the special conditions on July 1, 2021 and his approval for the filing on Dec. 1, 2021, which were/are foundation of my defense that I provided to you in the emails and you ignored because now you are claiming that you have a cognitive impairment and has nothing to do with what the judge told you to do. THEREFORE, your cognitive impairment deprives me of effective assistance of counsel and YOU, Kellman with Silverman and Perez must inform Judge Engelmayer, CJA judge, and Chief Judge Livingston are your mental state because you cannot comprehend simple statements due to your advance age. Please Take Notice, I doubt this is the case but you keep on expressing that you cannot understand and I know that DOJ personnel understood the same concepts and I would bet that my borderline IQ students would understand, so you must have a cognitive impairment that prevents you from understanding simple statements

The possibility of a cognitive disconnect, you cannot say that you knowingly committed misconduct with a smile and laugh with a statement of "the judge knows too..." and now say, "I cannot work with your brother until he is able to have a rational/logical conversation"--this is a cognitive disconnect because your statements, which I can prove with audios, do not match to what is in the transcripts. If the case is you, Kellman, see a irrational/illogical thought pattern in me; then, you were either to asking clarifying questions or state the misconception that I have on the topic...you have never done this, as all you have done is not be prepared on the facts by not reading the transcripts, not filing anything, and protecting AUSA Karamigious and Mr. Silverman, as they did, in fact, commit crimes with your help.

You stating that I am irrational/illogical is mere ruse to avoid doing your work, screwing me over, and continue with your misconduct to which 90 plus AUSAs and 128 top federal judges now have the audio of you telling me: "the judge told me the only job I had was to make sure that you are placed in a mental institution."

I cannot have irrational/illogical thoughts when you cannot understand that Judge Engelmayer explained how to commutate with the court, my lawyer's role in filing, and the fact that Judge Engelmayer approved the filings, which are the only facts that matter in the violation, the only facts that you needed to presents to the court and they were located in the transcript that you did not read.

Your statements of "I am trying to understand," or "the judge told me..." do not provide me with notice of how my thoughts are irrational or illogical when I based my statements on the transcript that you have not read. THEREFORE, the mental impairment belongs to you because you cannot understand or explain yourself with proof, as I have the audio to prove my statements to you WERE, in fact, based on the transcript and the violation hearing dealt with how the judge explained everything to me and approved the filing

I am requesting a conference with Dr. Wentowski where she can listen (or view) how we interact on the facts that you hide from the court and how you avoid filing motions to protect me from the false report, how the AUSA suborn perjury, perjury of Officer Lombardo, the criminal conduct of Silverman with AUSA Shaw, and others issues that kept on being avoided by the court and by my lawyers WITH everyone (DOJ personnel) else wondering why the judge is allowing this occur.

I request that you forward the Dr. Wentowski the audio of you, the transcripts, and the false report so that we can review your misconduct and how you, not me, have a cognitive impairment because there was no violation on my part, but misconduct on yours with criminal conduct of the AUSA, the officer, and Silverman

Please provide me with possible dates

I will be providing the Dr. Wentowski with the emails because her role is to figure how to prevent from not committing a non violation because my lawyer did not do her job because the judge told her not to, according to you.

The statute is clear, Dr. Wentowski's role is to figure how to correct my behavior that lead to the illegal conviction based on a false report. Yet, you, the judge and Mr. Silverman keep on referencing "therapy" while I am here and the goal of statute is to see, if any, what therapy would best benefit me. You, the judge, and Mr. Silverman, somehow, keep on referencing therapy and the doctor has not completed the evaluation to state whether I need therapy to prevent me.

The only prevention is to have lawyers who will represent my interest and not that of Judge Enelmayer (Kellman) or Randi Weingarten/ Judge Cogan (Silverman), as my lawyer openly admitted they have not done their job because of outside interest and no therapy can solve this problem when a violation was fabricated by Officer Lombardo, Silverman, AUSA Karamigous, and unknown interest--who I believe are Judge Engelmayer, Judge Cogan, and Randi Weingarten and based on my lawyers' statement which were sent to 90 plus AUSAs and 128 top federal judges

Kellman, please provide me with how I have irrational/illogical thoughts so that we (you, Dr. Wentowski) could discuss the issue because the evaluation must address how to prevent conduct and the conduct that needs to be addressed is not mine but your misconduct and the criminal conduct of Silverman, per AUSA Shaw and others

I will be giving this to the doctor

Please Take Notice, the problem is not me but my lawyers who go out of their way to lie to me and undermine my defense, as I have AUSA Shaw and others saying my lawyer committed a crime by hiding

evidence, which what Ms. Kellman did on May 4, 2022 and she admitted, after the hearing, that she knowingly committed misconduct and the judge knew it too--audio recorded

Silverman, please send this to the AUSA Karamigous and Ms. Kellman

Kellman, please send this to the judge and file it on the public docket, as you are telling me that you have a mental impairment to perform your job of filing motions for the criminal conduct of the government

Officer Lombardo, please send this to your supervisors and they onto Chief Judge Livingston and the CJA judge because Kellman cannot understand how you committed perjury and wrote a false report because she did not, I repeat did not, read the transcript

Gino, please send this to everyone but not the judges and Silverman said you did not send this to AUSA Amundsen and I must document how my lawyers are committing crimes against and helping the government get away with their criminal conduct

Dear Judge Engelmayer, Ms. Kellman, Mr. Perez, AUSA Amundsen and Officer Lombardo:

Now, I have Mr. Perez, Ms. Kellman and clerks saying that there IS NO such thing as a private docket, but I do have AUSAs saying Mr. Silverman committed a crime by denying me access to the court for a remedy.

Mr. Silverman has made my brother afraid for him to send my messages to AUSA Amundsen, which is a crime because I am crimes are being committed against me, as I am being illegally detained based on false law enforcement report --which is a crime--subornation of perjury, and perjury.

Ms. Kellman and Mr. Perez, you are to forward my criminal complaint to AUSA Amundsen and inform him that I will be printing out my message from my brother and giving this message and previous messages to Dr. Wentowski because she helped another inmate with criminal conduct--as I alluded to I told her to read my messages, as he contacted my brother without permission so that he will not expose Mr. Silverman's criminal conduct, which Mr. Perez was the first to tell, of not filing my motions and making a record. According to my brother, "Ben said he was protecting us, but, in fact, he was protecting himself."

I need Mr. Silverman removed from my case as he is inferring with my communication with my lawyer, the court, and (again) with prosecution about how DOE/UFT/Randi Weingarten are retaliating against me economically

I never violated any special condition of probation.

Then, there is the problem of "there is no therapy occurring at the moment, but an evaluation"---however, Ms. Kellman, the judge, and Mr. Silverman keep on referring to therapy...is the evaluation just a ruse because it was already decided that I am staying here, as the evaluation is not completed, so the doctor has not made any determination

I am telling Mr. Silverman to send all messages to Ms. Kellman again for the first time, as they relate to Mr. Silverman's conduct of not doing his job for Randi Weingarten and Judge Cogan.

.

So, Mr. Silverman please this message to Ms. Kellman

Kellman file with court and send to Amundsen and I require proof with a copy going to the CJA judge

Perez, you need to send this to Wolf and CJA judge

Dear Judge Engelmayer, Ms. Kellman, AUSA Amundsen, Mr. Silverman, Mr. Perez, and Officer Lombardo:

Since the appointment of Ms. Kellman, she and I have not moved from the fact of "Judge Engelmayer explained the special conditions on July 20, 2021 and approved the filings on Dec. 1, 2021."

My audio will prove that my statements to Ms. Kellman were based on what I either have audio recorded or found on the transcripts. Therefore, my thoughts cannot be irrational and/or illogical because I never went BEYOND what I have audio recorded or the transcript, as I spoke to her.

If Ms. Kellman believed, however, my thoughts were irrational/illogical; she need to inform me so that I could have clarified what I said to her. BUT, the real issue, proof via audios, is the fact that every time that I spoke to Ms. Kellman, she never read transcripts or the emails that explained how there was no violation because the filings dealt with Randi Weingarten/Betsy Combier/Judge Cogan and it appears that she never did any work on my case. No one can have rational/logical conversation, if they---in this case---Ms. Kellman has not read a transcript or understood the facts in my violation.

I spoke to Dr. Wentowski on the topic of delusional thoughts because I told Mr. Silverman that other reports written by Dr. Rosenfield or Dr. Goldsmith; they provided examples of how the defendant was delusional. I requested that Mr. Silverman place in a motion to have each doctor write an explanation and I have audios of our sessions, if they needed to refresh their memory. Mr. Silverman, obviously, did not do what I asked and told me that they told him that I was delusional about Judge Cogan. I explained to Dr. Wentowski that I need research on how a psychologist should treat delusional, which is confronting the delusional thought and she said that is correct because I told her that I read it is the only way to change the thought process.

Since, the judge, Ms. Kellman, and Mr. Silverman believe that Dr. Wentowski's role under the statute is to provide me with therapy; I request that Ms. Kellman create a list of my irrational/illogical thoughts so that I can change my thought process or rebuke the claim with evidence, like I told Dr. Wentowski that my thoughts on Judge Cogan from speaking to DOJ personnel on the criminal conduct of Judge Cogan helping his former clients with the fact that borderline IQ students think the same way as the DOJ personnel--SO, I could NOT be delusional if 80 plus DOJ personnel thought Judge Cogan committed a

crime with the fact of Judge Ritter, criminal cases, borderline IQ, and judicial misconduct opinions where a judge helped out his former clients

Now, I going to be like Ms. Kellman in all the sessions we spoke prior to May 4, 2022...I want to have a logical/rational conversation with you, but I don't understand. Please help me...As this is what she told me about the fact that I kept telling her of "the judge gave explicit directions on how to communicate with the court on July 20, 2022 and his approval of filing on Dec. 1, 2021

The only way to correct irrational/illogical thoughts is through a process that confronts the thought process on the topic. One therapeutic tool is Cognitive Behavioral Therapy (CBT) or DBT that was suggested by Dr. Goldsmith. I am more familiar with CBT, as I use it with my students to change their disruptive behavior

You keep writing that I need to focus on my therapy to get better, I need for you to create the list so that Dr. Wentowski and work on it and then bring you, Perez, and Silverman into the mix because the goal of statute is to prevent what led to the evaluation and my lawyers are the cause...I see it as their cognitive impairment and they see it as mine, but I can back my statements with audios and transcripts

PS Mr. Silverman is blocking me from reporting a crime to the AUSA about DOE/UFT depriving me of summer pay and retro pay...Perez and Kellman need to inform the powers that be, as I will be claiming 18 USC Sec. 4

Please include how I tie your hands from filing motions of on the misconduct of the government that has caused my illegal detention here because I did not violate any special conditions

Dear Chief Judge Livingston, Chief Judge Brodie, Judge Engelmayer, Senate Jud. Com., House Jud. Com., Sen. Ethics Com. Ms. Kopplin, Clerk Wolfe, and Clerk Palmer, AUSA Amundsen, AUSA Karamigious, AUSA Pearce, Ms. Kellman, Mr. Perez, Officer Lombardo, and Mr. Silverman:

Attached are the emails sent to Mr. Silverman and my brother--until a certain point, which were mailed to the court to be docketed on the "public docket," so that the public can do their job of protecting me from the abuse of process--if they choose too . The obligation of forwarding the emails to Ms. Kellman belonged to Mr. Silverman, it has come to light that Silverman is continuing to help Randi Weingarten/DOE/UFT/Cogan because many of the message dealt with issues that he lied about to rob me of retro money, remedy, and to hide the criminal conduct of Randi/Cogan depriving me of liberty for 5 months and he helped them to deprive me of more time. My brother was supposed to forward the emails too, but he only forwarded the emails that I told him.

Please Take Notice, Silverman was placed on notice that it was his job to forward the emails to people like AUSA Karamigous and AUSA Pearce, if he has not done so, I request his arrest because it is a crime to impede me from filing a criminal complaint---which has been going on for two year and Judge Engelmayer has been aware of his criminal conduct with Karamigous supporting it, too.

Please Take Notice, in the documents that Silverman never placed on the docket; there is one document that deals with Silverman criminal conduct of impeding me from the court and filing criminal complaints with a request Judge Engelmayer create a safegaurd, which Karamigous has known of Sivlerman's criminal since April of 2021

Review:

1) The possible criminal conduct of AUSA Karamigous of subornation of perjury of Officer Lombardo, as she knew how Judge Engelmayer explained the special conditions and I followed the way he explained to me on July 20, 2021. THEREFORE, there was NO violation on my part. For sure there is misconduct on the AUSA's part as I have verbal and written statement to this affect.

2) Perjury by Officer Lombardo, with the knowledge by his supervisors, because he was informed that Judge Engelmayer gave me explicit instructions on how to communication with the court and I followed them, so no violation as written.

3) I informed Mr. Silverman, Officer Lombardo with his supervisors, AUSA Amundsen, and Ms. Kopplin of the Senate Ethics Committee of the fact that violation report was a fabrication because of email sent by Mr. Silverman explaining that his only role was to review for threats and not approval of document, Mr. Silverman lied to Officer Lombardo, Mr. Silverman did not forwarded my criminal complaint of UFT/DOE economic retaliation by not paying my retro money--as it was the continuation of Mr. Silverman's conduct of deprive a remedy for illegal detention.

4) Ms. Kellman was told of the report and was told how each violation was related to Randi Weingarten and Judge Cogan with the fact that I informed her of Mr. Silverman's statement to Officer Lombardo was a pure lie and his statement of he did not do his job because of Randi Weingarten and Judge Cogan. What Ms. Kellman did not know was the fact that emails were being sent to AUSA Amundsen and Ms. Kopplin, who she chose not to call as witnesses and this is a crime

5) Ms. Kellman told me that the judge (Engelmayer) told her that her only job was to have me placed in a mental institution, which I told to write to the judge for clarification and he did not do this--this audio was sent to 90 plus AUSAs and over 100 top federal judges.

6) In court and out of court, I told Ms. Kellman to provide AUSA Karamigous of the audio of Mr. Perez telling me that Judge Englmayer did not explain the special conditions with the fact that on March 22, 2022, Mr. Silverman got up and stated, "We need to explain the special conditions to Mr. Celli or the 2d. Cir. will send it back for us to do so."

7) I emailed Ms. Kellman and Ms. Kopplin what Ms. Kellman needed to filed by May 4, 2022, like recusal based on the fact that Judge Engelmayer lied about his association with Sen. Schumer or how I wanted the hearing to be streamed lived because I was being railroaded or how the judge ignored the misconduct of AUSA and its misconduct on the judge's part--as he was a former DOJ employee, or the fact the judge said: "you will not receive justice here" or the fact that the judge allowed Mr. Silverman to knowingly commit crimes against me--per AUSA Shaw and others the DOJ or the practice of law on the judge's part--as he told me what my defense was going to be and intent, so please see 28 USC Sec. 454.

Please Take Notice, Ms. Kellman used the "Mr. Silverman tactic" of placing my request under seal on "the private docket."

8) Ms. Kellman has not answered me on whether she will file motions on the criminal conduct of AUSA Karamigous and Officer Lombardo

9) Ms. Kellman appeared to take pleasure in her misconduct, after court, as she had a "oh well" attitude and smiled when she said, "the the judge knows of my misconduct and he'll protect me because he told me what to do." Ms. Kellman said, "there's nothing I can do to correct my misconduct now, as we have to wait..."

Please Take Notice, Ms. Kellman could have filed a mandamus for biased judge or the fact that she, my lawyer, committed fraud upon the court when she aided the judge to obtain the order by doing nothing because, according to my lawyer, "the judge told me that my only job was to make sure that you are placed in a mental institution."

10) Everyone that I spoke to at the DOJ made statements like, "What did the judge do?," "are you sure the judge allowed...," "you must be mistaken," "the AUSA said what and the judge did not say anything..." and etc....this is on top of the letters sent to me by the DOJ.

11) Ms. Kellman impeded AUSA Amundsen, Ms. Kopplin, and all AUSAs from testifying at my violation hearing or even Mr. Silverman

12) Judge Engelmayer said, for sure, "I called Ms. Kellman especially for you and there is no need for her to review the record because I told her what needed to be done," as this was said on March 8, 2022 and sent to 120 plus top federal judges and 90 plus AUSAs. I could swear, but I could be wrong, "I am protecting Mr. Silverman and told probation not to write the fact that he did not forward your criminal complaint," "you should not have emailed everyone," or "it was planned this way."

13) Review of illegal order and non violations:

a-the motion before Judge Mastimoto (sp?), I told Judge Engelmayer that I was filing a motion in the case, under rule 60, about Betsy Combier because the NYS court, the one just below the top court, rendered a decision about email and oral contract with the fact that the collection of taxes is a ministerial duty for judges and prosecutors, as Betsy used her nonprofit foundation (to expose school corruption) for her for profit business for paralegal services, which I provided Judge Mastimoto and

Judge Engelmayer of documents filed with the TRS and paid receipt from paralegal services paid to "parentadvocates.org" bank account (parentadvoactes.org is part of the nonprofit foundation)

Please Take Notice, the reason for the filing was Full and Fair Credit Clause, as it requires the federal court to honor the state's court decision. In this case, however, required the judge to guess how the highest NYS court could have ruled AND collected taxes from Betsy

Please Take FURTHER Notice, Judge Englemayer approved of the filing

b-the motion before Judge Cogan, I told Judge Engelmayer that I was filing a motion in this case, under rule 60, because Judge Cogan worked at Strook and Strook provided and continues to provides the UFT with legal services. In one of the arbitration decisions that I cited, Judge Cogan was the lawyer who represented the UFT and the arbitrator quoted Judge Cogan.

Please Take Notice, in NYS arbitration decision are enforceable, which I sought to enough via Full and Fair Credit Clause

Please Take FURTHER Notice, Judge Engelmayer approved of my filing

c-Judge Engelmayer has ignored the fact that Mr. Silverman committed a crime for the UFT via helping the UFT/DOE retaliate against me economically

14)Kellman has confirmed what Perez and clerks (with case laws that I read) that there is NO SUCH thing as private docket. Therefore, Mr. Silverman knowingly hid his criminal conduct from the record with all motions for structural errors, practice of law by judge, etc. The problem is, Perez knows that Silverman committed a crime, in more ways than on, and has failed to inform the 2d Cir.

15) Perez knows that Clerk Wolfe has committed another crime against me, per AUSA Gold, because she did not allow me to write my own appeal, with her clerks supporting her criminal conduct, because she was aware (at the time of her decision) that I audio recorded Judge Engelmayer intimidating me and the fact that I can PROVE the transcripts are edited to hide him helping Randi Weingarten, like "I'll tell you

your intent"--which judges have been arrested and convicted for such a conduct. After June 14, 2022, Clerk Wolfe has the audios of Engelmayer and my lawyers and she is obligated to inform the panel of such conduct, as I have read misconduct opinions and criminal opinions where it is discuss a clerk's knowledge of criminal conduct and each one had 18 USC Sec. 4 (they all had different statutes attached, too)

It is audio recorded where I inform Perez of such conduct, but never the opinions read because they do not create a right, but I should be able to use them for the appearance impropriety.

15) I request that Judge Engelmayer force Kellman to explain why she believes the judge will protect her criminal conduct because she laughed about it when she said, "the judge knows of my misconduct because I did what he told me to do," "I know there wasn't any violation" and "the judge will protect me, like Mr. SIlverman"  ---it is sad, but it appears to be true because I keep on telling the judge about my audios and my conversation with AUSAs (like Shaw) or the letters about the misconduct of my lawyers or the AUSAs...Judge Engelmayer ignores the facts like the way Randi Weingarten paid Judge Marrero. I can prove what Kellman said about protection, but I cannot prove Engelmayer saying, "it was planned that way" "I'm protectig him (Sivlerman)

Dear Mr. Perez, Officer Lombardo, Ms. Kopplin, and AUSA Amundsen:

I have made many request of you since March of this year and you have not answered. I have repeatedly informed you that you are required to inform the court of Mr. Silverman's criminal conduct, which I have AUSA Shaw saying so and you have knowledge that he did not docket motions to prevent my claims being seen by the court.

You and Officer Lombardo are required to inform the powers (which I have written who they are at the 2d. Cir.)

Mr. Silverman did not do his because because of Randi Weingarten and Judge Cogan, which was audio recorded in courthouse of the 2d. Cir./SDNY--as Silverman believed he was SAFE to show his true conduct and the reason behind it

Mr. Silerman--either on Dec. 1, 2021 or March 8, 2022--informed Judge Engelmayer that the documents that were docketed on the 2d. Cir. by me and never by Silverman in EDNY showed that Silverman was the worst lawyer in the world and whom does not do his job (paraphrased from made to Judge Engelmayer)

I request that you, Mr. Perez and Officer Lombardo provide proof to my brother and AUSA Amundsen that you informed the Chief Judge Livingston and the CJA Judge. Also, please provide me with the name of said judge because I want to him/her directly and request hearing streamed lived where I get to play my audios and Mr. Silverman can finally explain his criminal conduct

Please remeber 18 USC Sec. 4 because AUSA Shaw and others did, in fact, say Silverman and some of my other lawyers committed a crime against me, but Mr. Silverman is the ONLY one who admitted he did not do his job because of Randi Weingarten and Judge Cogan---and the world needs to hear what he said to me in June of 2021

cc:

Kellman

ear Chief Judge Livingston, Chief Judge Brodie, CJA Judge, Clerk Wolfe, Clerk Palmer, Judge Engelmayer, Ms. Kellman, Mr. Perez, Ms. Kopplin, AUSA Amundsen, and Officer Lombardo:


Dr. Wentowski read some of the messages. In response to one of the messages sent, she informed me that I was right about the statute that I am being evaluated under, as the evaluation is meant to see what therapy, and if any, is needed to prevent what I was convicted of on May 4, 2022. The doctor floored me when she informed me that many lawyers have a misconception of the statute, however, I informed her that the statute was written in a simple enough matter. In any event, what the issue is and what Ms. Kellman keeps on avoiding is her criminal conduct/misconduct of acting pro forma because she did not do a blessed thing to prevent the conviction, as I did not violate any special condition. THEREFORE, there is NO therapy that can be offered to me to prevent me from doing EXACTLY what and how the judge explained to communicate with the court. Additionally, the doctor confirm that her role is not to provide therapy and the remedy require would be the disbarment of Ms. Kellman, as she knowingly and willingly did not do a thing for me because, according to Kellman, the judge told her what to do and what not to do.


Let me provide my lawyers and the judge with an example that they should be able to understand.... when you go to a doctor, you SHOULD want the doctor to FIRST do some tests (evaluation) prior to treatment because if you have a heart problem and doctor starts you on a chemotherapy treatment-- THIS WOULD BE malpractice because the doctor started therapy for problem that you do not have.


As I have stated that there is no therapy at the moment and the statute, which is in the order, ask the doctor to determine if any treatment is required to prevent what led him/her to be evaluated under the statute.


The problem is that I have mentally impaired defense team who believe their job is to serve the judges that told them how to act and help cover up the crimes of Officer Lombardo and AUSA Karamigous. They have no issues with screwing me over because they know Judge Engelmayer will protect them, as what they did to me is a crime.


Also, Kellman there is a fine line between professional judgment and criminal conduct, which I refer to your conduct of not filing motions that would have protected my liberty. Let's be clear, I can cite criminal cases where your behaviors mimics the behaviors of the lawyers convicted of not performing their jobs because of what the judges told them...obviously, my opinion is worthless, the criminal

opinions create no right, and I have a judge who supports criminal behavior of my lawyer, like Mr. Silverman (as always, I keep on referring to AUSA Shaw)

Ms. Kellman and Mr. Perez are aware that Mr. Silverman did not docket my motions (structural errors, how I rescinded my guilty plea because of intimidation, practice of law by Judge Engelmayer, etc), which is a crime. So, I want proof that said lawyers filed this with the respective court and CJA judge and with AUSA Pearce or whomever at AUSA's office in EDNY.

Lawyers, please inform the clerk of the missing document of Betsy Combier, as it appeared on the docket and Mr. Silverman lied to me and said, "the court has 2 dockets, one for the public and one that is private, and the judge moved it there"--I told him this was not true and said, if that were true, there would have been an order from the judge, as you know this is audio recorded and Officer Lombardo has it

Mr. Silverman, please forward this to Kellman and do not pretend, as you have been doing because now, with Kellman, I have 2 lawyers and clerks who said that you lied about "private docket" and Kellman is a liar, but the documents that you said Kellan deal with Randi Weingarten/ UFT/DOE and their economic retaliation.

Kellman file with the court, as your mental illness deprives me of effective assistance of counsel as your advance age prevents you from understand simple concepts, like false report deprives a defense of due process, how I did not violate the special conditions because at one time you were able to read simple sentences, etc . I am entitled to a lawyer who is able to understand, the every least, simple statements made by a judge.

Please Take Notice, inform the judge that you had 5 months to read transcripts and still do not understand the fact that the judge explained the special conditions to me and approved the filings, as you keep saying that you cannot do your job.

Perez, please file with the court and CJA judge

Officer Lombardo, please follow protocol and send this to your supervisors and your supervisors need to forward this to Chief Judge Livingston, Chief Brodie, and their clerks because taking off a document from the docket that was filed without an order from a judge is a crime

Please remember 18 USC Sec. 4 is about knowledge of a crime and telling a judge...just saying

Dear Mr. Perez, Officer Lombardo, Ms. Kopplin, and AUSA Amundsen:

I have made many request of you since March of this year and you have not answered. I have repeatedly informed you that you are required to inform the court of Mr. Silverman's criminal conduct, which I have AUSA Shaw saying so and you have knowledge that he did not docket motions to prevent my claims being seen by the court.

You and Officer Lombardo are required to inform the powers (which I have written who they are at the 2d. Cir.)

Mr. Silverman did not do his because because of Randi Weingarten and Judge Cogan, which was audio recorded in courthouse of the 2d. Cir./SDNY--as Silverman believed he was SAFE to show his true conduct and the reason behind it

Mr. Silerman--either on Dec. 1, 2021 or March 8, 2022--informed Judge Engelmayer that the documents that were docketed on the 2d. Cir. by me and never by Silverman in EDNY showed that Silverman was the worst lawyer in the world and whom does not do his job (paraphrased from made to Judge Engelmayer)

I request that you, Mr. Perez and Officer Lombardo provide proof to my brother and AUSA Amundsen that you informed the Chief Judge Livingston and the CJA Judge. Also, please provide me with the name of said judge because I want to him/her directly and request hearing streamed lived where I get to play my audios and Mr. Silverman can finally explain his criminal conduct

Please remeber 18 USC Sec. 4 because AUSA Shaw and others did, in fact, say Silverman and some of my other lawyers committed a crime against me, but Mr. Silverman is the ONLY one who admitted he did not do his job because of Randi Weingarten and Judge Cogan---and the world needs to hear what he said to me in June of 2021

cc:

Kellman

Dear Chief Judge Livingston, Chief Judge Brodie, Judge Engelmayer, Senate Jud. Com., House Jud. Com., Sen. Ethics Com. Ms. Kopplin, Clerk Wolfe, and Clerk Palmer, AUSA Amundsen, AUSA Karamigious, AUSA Pearce, Ms. Kellman, Mr. Perez, Officer Lombardo, and Mr. Silverman:

Attached are the emails sent to Mr. Silverman and my brother--until a certain point, which were mailed to the court to be docketed on the "public docket," so that the public can do their job of protecting me from the abuse of process--if they choose too . The obligation of forwarding the emails to Ms. Kellman belonged to Mr. Silverman, it has come to light that Silverman is continuing to help Randi Weingarten/DOE/UFT/Cogan because many of the message dealt with issues that he lied about to rob me of retro money, remedy, and to hide the criminal conduct of Randi/Cogan depriving me of liberty for 5 months and he helped them to deprive me of more time. My brother was supposed to forward the emails too, but he only forwarded the emails that I told him.

Please Take Notice, Silverman was placed on notice that it was his job to forward the emails to people like AUSA Karamigous and AUSA Pearce, if he has not done so, I request his arrest because it is a crime to impede me from filing a criminal complaint---which has been going on for two year and Judge Engelmayer has been aware of his criminal conduct with Karamigous supporting it, too.

Please Take Notice, in the documents that Silverman never placed on the docket; there is one document that deals with Silverman criminal conduct of impeding me from the court and filing criminal complaints with a request Judge Engelmayer create a safegaurd, which Karamigous has known of Sivlerman's criminal since April of 2021

Review:

1) The possible criminal conduct of AUSA Karamigous of subornation of perjury of Officer Lombardo, as she knew how Judge Engelmayer explained the special conditions and I followed the way he explained to me on July 20, 2021. THEREFORE, there was NO violation on my part. For sure there is misconduct on the AUSA's part as I have verbal and written statement to this affect.

2) Perjury by Officer Lombardo, with the knowledge by his supervisors, because he was informed that Judge Engelmayer gave me explicit instructions on how to communication with the court and I followed them, so no violation as written.

3) I informed Mr. Silverman, Officer Lombardo with his supervisors, AUSA Amundsen, and Ms. Kopplin of the Senate Ethics Committee of the fact that violation report was a fabrication because of email sent by Mr. Silverman explaining that his only role was to review for threats and not approval of document, Mr. Silverman lied to Officer Lombardo, Mr. Silverman did not forwarded my criminal complaint of UFT/DOE economic retaliation by not paying my retro money--as it was the continuation of Mr. Silverman's conduct of deprive a remedy for illegal detention.


4) Ms. Kellman was told of the report and was told how each viol

US v. Dear Chief Judge Livingston, Chief Judge Brodie, Judge Engelmayer, Judicial Conference, 2d. Cir. Council for Misconduct, Judge Swain, Judge Seibel, Judge Cooper, CJA Judge, Judge Donnelly, AG Garland, DAG Mancao, AUSA Amundsen, AUSA Pearce, DOJ access to justice, Ms. Kopplin, Ms. Kellman, Mr. Silverman, House. Jud. Com., Sen. Jud. Com., Sen. Jud. Com., Ms. Wentowski, and Mr. Perez

Re: Motion under 18 USC Sec. 2241, as Ms. Kellman mislead the court, knew the there was no violation of special conditions, hid evidence--like transcripts, impeded AUSA Amundsen& Ms. Kopplin to testify about the criminal conduct of AUSA Karamigous& Officer Lombardo--and impeded AUSA Shaw from testifying about Silverman's criminal conduct--and impeded Silverman from taking the stand to have testify about him lying to probation, and, according to Kellman, "the judge told her what to do" with a criminal complaint for Kellman, Karamgious, Silverman, and Officer Lombardo with supervisors knowing of his misconduct/criminal conduct, as they were emailed the same information. I also request sanctions against probation, my lawyers, and the AUSAs

I am directing Ms. Kellman to write a proper 2241 writ because, after May 4, 2022 violation hearing, I have Kellman telling me that she knew that there was no violation with the fact that she knew the report was false and the judge (who I assume is Judge Engelmayer) knew of her misconduct with her laughing about he will protect me, which I have audio recorded and I state this under the penalty of perjury pursuant to 28 USC Sec. 1746 with Mr. Silverman present on the step of court with later statements (verbally recorded and emails sent to me via corralinks) telling me that Ms. Kellman intentionally placed me in jail--which would support aforementioned statement with the link sent to 128 judges and 90 AUSAs--in the one of the links, I have Kellman saying, "the judge told me that my only job was to have you placed in a mental institution. In addition

Please Take Notice, I have asked Dr. Wentowski to read my emails here to prove the misconduct/criminal conduct of my lawyers, which I am sorry to inform her, but she is required to file this letter with court because my lawyers are impeding me from obtaining a court remedy for the illegal detention. I have from the DOJ a letter that response to my statement that over 80 plus DOJ personnel said that a crime was committed against me when I was illegally detained and I am currently being illegally detained too. Therefore, under Government Ethics Act 1978 and other DOJ policies (as BOP falls under DOJ and I know the US Marshals' policies mimic that of the DOJ--so I assume the BOP is the same), Ms. Wentowski is obligated to inform AUSA's office, I told her that I received an email for the ethics officer of DOJ,

Please Take Notice, my brother emailed me a message form Kellman and in the Kellman, she states that there is nothing that can be done, which is a lie. Additionally, I am requesting that she (Wentowski) forward my message be forwarded to the AG, DAG, DOJ's office for access to justice, AUSA Pearce,

Judges (Donnelly, Seibel, Cooper, Swain, as the other judges should be notified by my lawyers), as it is part of 18 USC sec. 4

In US v. Roane, 378 F.3d 382, this court stated that "a defense counsel intentionally misled the jury and court" by not presenting evidence/defense" that would have shown no crime was committed and in my case, no violation occurred, which Ms. Kellman acknowledged and told me, basically, she did not provide me with any defense because of judge, as he told her what to do and when coupled with Judge Engelamyer's statement (on March 8, 2022--sent to all judges) of "there is no need for Ms. Kellman to review the record because I told her what to do" raises the question of collusion (maybe criminal under 18 USC Sec. 241), but there is an obvious violation of 6th Amendment right to counsel that is free of influence under Chronic and I do remember the opinion and it states "friend of the court" because on two separate occasions, Kellman referenced what the judge told her and I have audio recorded with one audio mentioned before sent to judges, AUSAs (like Amundsen) and Ms. Kopplin (which the senate/house can access from her email)

In Hart v. Gomes 174 F.d 1067, this court stated, "a lawyer who fails to adeqality investigate and introduce into evidence, records that demonstrate his client factual innocence or that fail to rises doubt as to that question to undermine confidence in the verdict, renders defiant performance." In my violation, Ms. Kellman intentionally hid evidence (transcripts and audios) and witnesses of the criminal conduct of government because, in her words, "I did what the judge told me" and "the judge knows of my misconduct" with, laughing too, "he'll protect me."

In Prou v. US 199 F3d 37, 48, this court stated, "when an attorney fails to raise an important, obvious defense without any imaginable strategic or tactical reason for the omission, this performance falls below the standard of proficient representation that the constitution demands." Ms. Kellman verbally recorded and has avoided to answer the question of why she allowed AUSA Karamigous to suborn perjury, Officer Lombardo to commit perjury, not call witnesses to establish a false report (like Amundsen or Kopplin) or call Silverman who lied to probation (which probation has an email and transcripts for knowledge). After the May 4, 2022 hearing, Ms. Kellman stated, "you are right about everything and there's no violation, but I did what the judge told me to do" with Engelmayer saying (March 8, 2022), "there's no need for Ms. Kellman to review the record, as I told her what needed to be done." The House/Senate can access the audio of March 8 from Ms. Kopplin. Lastly, Ms. Kellman also said that "the judge needs to discredit me for claiming he bullied you for Randi (part of my intent) because I sent the audios of him to congress, where he lies about his association with Sen. Schumer, who has claimed Randi Weingarten is like a friend to him." REMEMBER, Sen. Schumer voted (1 of the 80 or 88 senators who voted for)to convicted Judge Porteous who lied about association. In fact, I emailed Ms. Kellman and Ms. Kopplin for Kellman to place a recusal motion based on the judge lying and not explaining his conduct (based on the testimony of Mr. Geyh before the senate), which Kellman used the

"private court docket" (merely emailing it to the judge and not placing it on the docket), as explained by Silverman to me. Please Note, Judge Engelmayer continues avoid the topic of his association and how he is using his office for Randi Weingarten with the fact that he told me, I believe, that "it was planned this way" on May 4, 2022.

Please Take Notice, in the emails to 128 federal judges and 90 plus AUSAs, I explain and showed how Judge Engelmayer used his office for Randi Weingarten, as he explained the special condition (which I have if the transcript is altered of July 20, 2021) and his approval of filings on Dec. 1, 2021 with the fact that I requested from the judge a safeguard if Silverman blocks me from the court or fling a criminal complaint--as it was sent to congress too, but never docketed by Silverman...yet, Silverman did email it to the judge.

Please Take FURTHER Notice, I provided in the emails to 128 judges and 90 plus AUSAs that if the transcripts are more detailed than what the judge wrote; then, the transcripts is what the court and defendant must follow--not the exact wording

Please Take EVEN Further Notice; if Judge Engelmayer was not biased/doing the biding of Sen. Schumer for Randi Weingarten; then the judge would have corrected the injustice and I would not be in prisionbecause no violation occurred and he would hold AUSA Karamigous/Officer for their obvious misconduct, which I believe is a crime and this would also hold true for AUSA Pearce (Schumer too)

Moreover, I requested that AUSA Pearce recusal himself and his district because of facts of Sen. Schumer's judges have deprived me of justice and I informed him that his record shows that of a person with integrity. AUSA Karamigous did not disclose her boss position, but I can tell you that I know of case where the AUSA recued themselves because of a senator and they gave reason that closely remissible that given to senators in Judge Porteous by Mr. Geyh, which is based on association.

I am requesting that Kellman do the following on the public docket to ensure that I am not railroaded again:

1) Motion Judge Engelmayer to force probation/AUSA Karamigous explain the false report and misreprestation of facts (which I say is subornation of perjury/perjury) and show based on the transcript how their misconduct deprive me of liberty.

2) Motion to have Silverman explain his criminal conduct, per AUSA Shaw, of hiding documents from the record, lying to probation, and depriving of a fair trial because of Randi Weingarten and Judge Cogan

3) motion Judge Engelmayer to have Kellman explain her statements to me and her KNOWN misconduct, as she admitted to me that even the judge knew because he told me what to do with he'll protect me with Judge Engelmayer addressing his statement of March 8th and allowing Ms. Kellman be unprepared and not call obvious witnesses

4)motion Judge Engelmayer to live stream my next hearing date, so that congress, the public, and judges who received emails and documents protect me from Judge Engelmayer, my lawyers and the government

5) motion Judge Engelmayer AUSAs that I spoke too and who sent me letters as witnesses

6) motion Judge Engelmayer to why he allowed AUSA Karamigous to lie to know, as I received letters from the DOJ saying so, there are motions unanswered or why he allowed to commit a crime against me, which I have told him about with what AUSA Shaw with letters from the DOJ saying too and the judge has known for over year now

7) motion Judge Engelmayer why he lied about his association with Sen. Schumer and why he used his office for Randi Weingarten (Schumer's friend) because Engelmayer bullied me into guilty plea with Silverman

8)motion Judge Engelmayer to force AUSA Pearce why he allowed AUSA Karamigous to commit misconduct, as he is not required to answer my request for recusal--it just the appearance of impropriety

9) According to everyone that I spoke, the AUSAs of EDNY are covering up the crimes of Judge Cogan (helped his clients the UFT and former coworker Randi), Randi Weingarten/UFT (threatened to expose my rape if I continued with lawsuit), and Betsy Comber (Randi had Betsy place my HIV status on her nonprofit website with fact that Betsy is having her paralegal clients pay to her nonfoundation foundation does not claim the funds on 990 or 990-t forms to the IRS, which is misconduct)--motion the Judge Engelmayer to force the AUSA explain, as AUSAs have been charged under 18 USC sec. 371 and the facts are obvious, if I documents that I presented are real, which I took from the IRS website


Officer Lombardo must file this with the court because of 18 USC sec. 4, as it is a crime to impede someone from access the court to file a remedy, which is what my lawyers are doing with a copy going his supervisors and ending with Chief Judge Livingston


The court clerks must send this to Chief Judge Livingston and the other judges listed and the 2d. Cir. Council for misconduct, as one could assume the judge that Kellman mentioned is Engelmayer, but I do have Silverman saying that he did not do his job because of Randi Weingarten and Judge Cogan--so, this is an issue for the council to figure out

Kellman is supposed to file with court publicly and not under seal, as there is EVIDENCE to support my allegation and she knows what she said to me, so she hiding her criminal conduct for the public--as lawyers have been charged under obstruction for hiding association, like that of Schumer, or documents (which I have AUSA Shaw saying it is a crime that Silverman did not file a rehearing for bail or mandamus because they are constructively denying a remedy where there is STRONG evidence for a remedy, which I assumed the said AUSA meant obstruction of justice, but it would be under 18 USC sec. 371 or 18 USC sec. 241--seen cases under each statute and at times as a combo.

Perez is supposed to file with the court publicly, as it is crime not to tell a judge --see 18 USC Sec. 4

Dear Chief Judge Livingston, Chief Judge Brodie, Chief Judge Swain, Judge Donnelly, AUSA Karamigous, Officer Lombardo, AUSA Pearce, AUSA Amundsen, Clerk Palmer, CJA Judge, Clerk Wolfe, Ms. Kellman, Officer Lombardo, Mr. Silverman, Dr. Wentowskil, Ms. Kopplin, and Mr. Perez:


Re: Kellman's criminal conduct with a request of arrest, as she did evidence (transcripts) and truth form the court (which AUSA Shaw said was a crime for Silverman) and request for her removal on my case and from the CJA panel with not being allowed to practice in the 2d. Cir. for habitual misconduct of deprive CJA defendants of thier liberty with knowingly not placing my documents on the docket.


Part 1: Kellman knows there was not a violation of special condiction, knew fo the false report and the criminal conduct of the AUSA Karamigous and Officer Lombardo


Ms. Kellman, prior to and after violation hearing--on May 4, 2022--told me that she did not do a thing for me because she did what the judge wanted her to do, which I sent sent everyone one, of the many, a audio where Kellman informed me that "the judge told her that her only job was to make sure that you (me) are placed in a mental institution."


Please Take Notice, Kellman had months to file 18 USC 2241 but lied to me that nothing could be done

Please Take FURTHER Notice, the judge, the AUSAs in the case, and Officer Lombardo with his supervisors had the obligation to correct the injustice, but I have Judge Engelmayer telling that "you will not recieve justice here" for the pretrial illegal detention

Please Take EVEN Further Notice, I have requested that Dr. Wentowski read my emails because Kellman knows that I am being illegally held and told my brother that there is nothing that can be done with the fact that she has not filed my letters with the court.


MOREOVER, my mother filed my letters that Kellman will not and they are missing from the docket


IN FACT, my filings have made it onto SDNY (but they are taking thier take to rule on injunction) and DC circuit, which I have some rulings, but they are missing when I filed them and they continue to be missing when my mother filed them.

REQUEST, I am asking Dr. Wentowski to file this letter with EDNY and the clerk contact the judges (because they have the missing documents) to send Clerk Palmer the missing documents or request them from Kellman

Part 2: I need a lawyer to file a motion of 18 USC sec. 2241 in the circuit that I am, which needs to be done by the end of this week

Mr. Silverman was nice enough to inform me that sec. 2241 needs to filed where I am at and Ms. Kellman has withheld the knowledge because of "the judge told me..."

This is the main reason that I need Dr. Wentowski to forward this to the court and forward this to the AUSA in this circuit, as he recieved my email prior to May 4, 2022 has the evidence of Kellman's criminal conduct, as she will not accept my corralinks and does not answer questions truthfully

Part 3: The habitual criminal conduct/misconduct of Kelman, which is known to Judge Engelmayer and Judge Swain

I found two court petitions which Judge Swain ruled on. In the petitions, the petitioners alleged that Kellman does not answer them or file any motions. In fact, in one of the petition, the petitioner alleges that Kellman waited over 3 years to file a motion that was asked 3 years prior and the said motion freed the defendant.

Please Take Notice, I searched if Sen. Schumer was involved somehow and he was not because of Judge Swain and Judge Engelmayer were recommended to the bench by said senator.

Please Take FURTHER Notice, I searched if Judge Engelmayer had an issues where the defendant called him a lair or was disrepestfule and this was not the case

Please Take EVEN Further Notice, the only fact that was similar to me was the fact that Kellman's criminal conduct/misconduct was at the center of the petition, where she did not answer the defendant and did not file any motions to help set defendent free, as she waited 3 years to do her job

Kellman's criminal conduct/misconduct MUST stop with me because if I truly did a search, I bet I would find more of her victims and the court should not ignore her criminal conduct nor should the AUSAs of EDNY--which it is my understanding, but I could be wrong, Kellman and Pearce worked on a case together

Part 4:

I request that the clerk send me all dockets to me here at FMC Kentucky

Part 5: Injunction

I request that the judge consider my petition quickly because I am being illegally held. With an answer of where are my missing documents

Which Sivlerman could do something to do but says its Kellman's job and that wrong

Dear Chief Judge Livington, Clerk Wolfe, Judge Engelmayer, House Jud. Committee, Sen. Ethics Committee, Sen. Jud. Committee, AUSA Amundsen, Mr. Silverman, Ms. Kellman, Officer Lombardo, Ms. Kopplin, and Mr. Perez:

Re: Sanctions against Mr. Silverman for hiding documents from the record, like his criminal conduct

According to Ms. Kellman, first, she has not recieved any messages from me since the request for new lawyers with Mr. Silverman saying that he sent every single one and placed on the "private court docket." Obviously, I already knew that no such thing named "private court docket" exisited, but I had to play along with Mr. Silverman to catch in the same lie repeatedly. REMEBER, I have Perez audio recorded saying no documents (practice of law by judge, structural errors, Silverman's crime--as stated by AUSAs, etc) were placed on under seal and the documents that I spoke to him about were not part of the record with Kellman, in an email to my brother, comfirming what Perz and clerks told me--but, I could not depend on what I read because my opinion is worthless.

Please Take Notice; the documents that Silverman NEVER placed under seal on the court's docket, they were sent to DOJ (various people at department, but Amundsen was one and the certified return receipt appears on 2d. Cir. docket with the Sen. Jud. Com, the Republican senators, and Sen. Ethics Com--as that is how I came to know the name Kopplin)

Please Take FURTHER Notice, the above-referenced documents were decribed by Silverman as making his look like the worst lawyer ever and whom does not do is job (either on 12/1/21 or 3/8/22) with it being a cognitive disconnect from what I have audio recorded in June of 2021 (inside the courthouse), where Sivlerman said that he did not do his job because of Randi Weingarten and Judge Cogan.

Please Take EVEN Notice, Judge Engelmayer was told, in a motion, about Silverman's statement prior to May 4, 2022 violation (at a conference call in April, as I do not remember the exact date but I was at Marworth) with the fact that there was an audio recording exisited, but the judge did not allow me to create a with the audio, as Kellman and Engelmayer said, to protect Silverman

MOREOVER, it was emailed to Silverman that Kellman was to suppose to redocket the motions that are found on the 2d. Cir. docket and on the SDNY before Judge Siebel

I am having my brother send it to people listed above (and I do have AUSAs saying that having my lawyers impede me from telling of possible criminal conduct and/or misconduc is a crime) and it is without a question of the following:


Silverman is suppose to email Kellman

Kellman is suppose to docket this on the public docket, as she lied about rules for seal dockets because inflamory documents DO NOT have EVIDENCE to back it up; therefore, this document belong on the docket not under seal because it shows that my lawyers are committing a crime and trying to cover it up.

Perez is suppose to docket this with 2d. Cir. because he was the FIRST to know of Silverman's criminal conduct

Officer Lombardo is suppose to tell his supervisors and I request that you cc my brother and AUSA Amundsen BECAUSE it has been months since he was suppose to forward my audios of Judge Englmayer intimadating me and Silverman's criminal condcut that he INTENTIONALLY left out of his report, as the audio of SIlverman telling me that he was not forwarding my criminal complaint to the AUSA, which is a crime to impede someone from reporting a crime to prosecutors


everyone please forward to whom you are supposed to send this too

Dear Chief Judge Livingston, Chief Judge Brodie, Judge Engelmayer, Judge Donnelly, CJA Judge (someone provide me the name), Senate Ethics Committe, Senate Judicary Committee, and the House Juicary Committe, Clerk Wolfe, Clerk Palmer, Officer Lombardo, Ms. Kellman, Mr. Silverman, AUSA Pearce, AUSA Amundsen, and Mr. Perez:

First, I have repeatedly informed Mr. Perez that he is not my choice of lawyer because he is helping to cover the intimidation by Judge Engelamyer/Mr. Silverman and the KNOWN criminal conduct of Mr. Silverman, per AUSA Shaw and other with many of the AUSAs (even Shaw) stating the it appeared to them the AUSA in my case is helping my lawyer.

Please Take Notice, Mr. Perez refused to place a recusal motion on the fact that all circuit judges have knowledge of the facts or a letter to Chief Judge Livingston to consider to transfer the appeal out of the circuit

Second, I request to represent myself as Ms. Kellman and Mr. Silverman are witnesses for their misconduct/criminal conduct. Judge Engelmayer denied me the right to represent myself so that he could help Randi Weingarten and Judge Cogan getaway with fixing my case so that I would be denied of free will, calling witnesses (like Engelmayer), hide the criminal conduct of Randi Weingarten and Judge Cogan--as everyone that I spoke to knew that this was happening, and all other reasons that being hid from the docket that Mr. Silverman claimed to place on court's "private docket," WHICH I now have Kellman, Perez, and clerk saying no such thing as a private docket with AUSAs saying that Silverman is trying to hide the fact that he committed crime against me. Always remember THAT Silverman told me that he did not do his job because of Randi Weingarten and Judge Cogan, and THEN complained to Judge Engelmayer the documents sent to congress and DOJ (like the AG, EDNY AUSA, AUSA Amundsen and others with the fact said documents Silverman claimed to be placed on the "private docket") that the said documents made him look like the worst lawyer in the world and whom does not do his job-- cognitive disconnect here

Third, I asked brother and friend to find me a lawyer to help me, as Ms. Kellman has admitted she knowingly committed "misconduct" to obtain the order with the laugh that the judge [Engelmayer, I guess because she only said judge] knew it too and with an "oh well attitude," and, according to her, she did what the judge told her to do (which was recorded 3x and one of the times was sent 90 plus AUSAs and 100 plus judges). ADDITIONALLY, Kellman admitted that I was right about the fact that there was no violation on my part (after court) with the statement of "I did what the judge told me to and he knew of my misconduct" and "there's nothing I can do to fix my misconduct." Now, Kellman is claiming that she cannot do her job of filing motions that the government suborned perjury, submitted false

report, and committed perjury because she cannot have a rational/logical conversation with me. At the time of writing this message, it has been only two days since my request, but I asked her to create a list of how I am irrational/illogical, as my recorded statements to her were based on the transcripts and recorded conversation with probation/DOJ/my lawyers and so on

Please Take Notice, Kellman has gone from "the judge told me that my only job was to make sure that you are placed in a mental institution" to "I don't understand and I'll read the transcripts" to "if you apologize for citing for misconduct, I'll do something for you, to "I did what the judge told me and he knows that I committed misconduct" with "I know you are right about the fact that there is no violation" to NOW, she is claiming that she cannot speak to me because she cannot have a rational/logical conversation with I don't what he wants and somehow I have tied her hands to put in motions that the government suborned perjury, perjured himself, and submitted a false report

Fourth, I request that my re-violation hearing/sentencing be streamed live because AUSA Karamigous, Judge Engelmayer, and Ms. Kellman circumvented the process, knowingly railroaded me and impeded people from testifying on May 4, 2022 (AUSA Amundsen/Gold/Shaw/others and Kopplin) to create a false record of a violation when the evidence, like transcript or email would show how the trio railroaded me and deprived me of liberty without due process, which is a crime under 18 USC Sec. 241

Fifth, I required the following people to establish the criminal conduct that occurred on May 4, 2022 at the re-violation hearing/sentencing hearing:

1) Engelmayer, as he has allowed Randi Weingarten and Judge Cogan interfere with my lawyers' duty with him, according to Kellman, tell my lawyer to fix the case to retaliate against me for sending audios to congress of him lying about his association with Sen. Schumer

Please Take Notice, Judge Engelmayer said, "I told Ms. Kellman what she needed to do, so there is no need for her to review the record" on March 8, 2022 and when coupled with Kellman's statement of "the judge told me that my only job was to make to sure you are placed in a mental institution" creates an appearance of collusion between the judge and my lawyer. If I had continued to audio record on May 4, 2022, I would have Judge Engelmayer saying, "it was planned this way" BECAUSE everything that he did was to favor Randi Weingarten and Judge Cogan, like intent, retro money, Silverman's criminal conduct, the filings of motions that that Engelmayer approved and switched on me to cause the violation

a-Kellman hid my request for recusal based on Sen. Schumer and Engelmayer hid from the public how he has used his office for Randi Weingarten, who is like a sister to said senator

b-Kopplin knows of the recusal request, streaming live request, and others that Kellman hid from the public to

c-has totally ignored the misconduct of the AUSAs in my case, like AUSA Karamigous lied about federal Rules of Evidence

when she said that the US Marsahals' statements are hearsay, but in fact they are opposing side statement and not hearsay...courts and DOJ have cited AUSAs for such misconduct, which I received letter from the IG to his affect.

d-Knowingly allowed Officer Lombardo to write a false report and impeded him from writing the criminal conduct of Silverman, as the audio of Silverman was sent to AUSA Amundsen, congress, and Kopplin where Silverman said that he will not forward my criminal complaints

e-knowingly allowed Silverman to commit crimes against me by denying me access to the court, access to the government to file criminal complaints and helping the UFT/DOE ecomoically harm by denying retro money, summer pay and it appears at the moment that it will be my pension fund too

2) the senate's aides who received my letters/UBS as AUSA Karamigious knowingly lied about is written to cover up the fact that Silverman did not file the document and told me that did on the private court docket under seal, as the said AUSA conspired with my lawyer and judge to cover up the cover up the fact that said judge and lawyer intimidated me into a guilty plea

3) the US Marshalls as they knowingly wrote a false report that edited many of my statements, like how Cogan worked the UFT and the tax evasion by Betsy Combier

4) Kellman, Silverman, Perez with the rest of my lawyers, as they all have harmed me to help Randi Weingarten and Judge Cogan with Kellman making statements (by inference) of collusion with Engelmayer and Silverman "because of Randi Weingarten and Judge Cogan

5) AUSA Shaw/Gold and whomever else that I spoke to the DOJ who said that my lawyers were committing crimes against me to help Randi Weingarten and Judge Cogan with other statements

6) the appeals case managers, as they know Clerk Wolfe has aided Judge Cogan escape misconduct and criminal prosecution when she destroyed my documents that I sent timestamps and with male manager telling, like others, that the facts of Silverman could cause them to inform the Chief Judge...which would match have I have read "wow"

7) AUSA Karamigios, AUSA Bensing and their supervisors with a letter (or appearance) from AUSA Pearce explaining how he allowed AUSA Karamigous suborn perjury and how his office did not address the appearance of impropriety, since Sen. Schumer recommended him because since the since of May 1, 2022 coupled with Karamigous apparent criminal conduct now creates the appearance of impropriety-- as I can cite criminal cases where AUSAs, like him, are convicted of helping the senator, as I have pointed out for judges.

their counterparts in other circuits saw that EDNY was covering up Randi Weingarten's, Judge Cogan's and Betsy Combier's crime and I have a letter from DOJ's Exec Office talking about "uncharged crimes" as it was their response to a letter sent to other DOJ offices--somehow they received it.

8) Ms. Kopplin of the Senate Ethics committee as she would estbalish the criminal conduct of Officer Lombarod and his superviors, as they aided to cover up Silverman's crime against me and she witnessed me tell them that Judge Engelmayer explained the special condition with the fact that Silverman's email to probation that supported my position that Judge Engelmayer made explict direction on how to communticate with court. However, Officer Lombardo and his supervisors ignored the facts and presented a false report, which is a crime, to the court and then the said officer perjured himself, as he knew about Silverman's email and obvious lies because he reviewed the transcript

Randi Weingarten/Judge Cogan as they need to explain why they deprived me of a fair trial and interferred in my defense, as EVERYONE saw that my lawyers were helping them with Silverman admitting that he did not do his job because of them and intimadated me out of my intent, as it helped them evade criminal charges.

I also need poeple fromt he UFT/DOE/Strook/NYC Law Dept/NYC Collective Bargining Unit because;

a-I recieved a letter from terminating my health benetfils because I was arrested, which the letter was dated Nov. 9, 2018

b-Judge Cogan asked for my arrest on Nov. 12, 2018

c-I was arrested on Nov. 14, 2018

d-my fingerprints are only sent to the NYCDOE WHEN--ONLY WHEN--I am arrested, so the DOE had previous knowledge of my arrest via Randi Weingarten/DOE because they conspired with Judge Cogan to deprive me a 5 months of liberty, a fair trial, and my current illegal detention with ecomoical reteliation, which AUSA Shaw said is a crime.

-------------

I request the House/Senate Judicary Committee with Senate Ethics Committe obtain audios from Ms. Kopplin's email from her with the documents sent out to 128 judges, according to Judge Engelmayer.

There is a serious problem in the 2nd Cir., as documents disappear from the docket on to a private docket (according to Silverman), but there is no such thing, according to Kellman, Perez, and clerks. In any event, there were documents that were supposed to be docketed with the following courts: EDNY, SDNY, 2d, Cir. and DC...

Please Take Notice, only the documents sent to DC were EVER docketed and I recieved some answers.

Please Take FURTHER Notice, AUSA Amundsen was cc'ed on the (maybe Kopplin too) for the documents for the 2d Cir with Kellman, which were judicial miscondcut complaint.

It should be enough that 128 judges and 90 plus AUSAs recieved the allowing audios: Engelmayer saying, "I told Ms. Kellman what she needed to do, so there's no need for her to review the record" (on March 8, 2022) with Kellman saying, "the judge told me that my only job was to make sure you are placed in a mental institution." What was not sent thus far is the audio of Kellman, after the hearing, she--laughing too--"I know there was no violation and the judge knows of my misconduct because I did what he wanted."

At this point with facts/evidence sent out, the Engelmayer should have addressed the facts because I have everything audio recorded, with people wondering why he is going out of his way to harm me, and want a hearing streamed live because I do have AUSAs saying, "are you sure that judge allowed" " what did the judge do" "you must be mistaken when he said that your lawyers are good" and etc. Please Take Notice, Kellman smiled and laughed when she said, "the judge knows of my misconduct" and then said, "he's going to protect me, Silverman." I can prove what Kellman said, but I cannot prove that

Engelmayer said he is protecting Silverman, as the judge called me liar about what Silverman said about Randi/Cogan and has ignored the fact that I have AUSA Shaw (w/ others) said that Silverman committed a crime against me..

US v. Dear Chief Judge Livingston, Chief Judge Brodie, Judge Engelmayer, Judicial Conference, 2d. Cir. Council for Misconduct, Judge Swain, Judge Seibel, Judge Cooper, CJA Judge, Judge Donnelly, AG Garland, DAG Mancao, AUSA Amundsen, AUSA Pearce, DOJ access to justice, Ms. Kopplin, Ms. Kellman, Mr. Silverman, House. Jud. Com., Sen. Jud. Com., Sen. Jud. Com., Ms. Wentowski, and Mr. Perez

Re: Motion under 18 USC Sec. 2241, as Ms. Kellman mislead the court, knew the there was no violation of special conditions, hid evidence--like transcripts, impeded AUSA Amundsen& Ms. Kopplin to testify about the criminal conduct of AUSA Karamigous& Officer Lombardo--and impeded AUSA Shaw from testifying about Silverman's criminal conduct--and impeded Silverman from taking the stand to have testify about him lying to probation, and, according to Kellman, "the judge told her what to do" with a criminal complaint for Kellman, Karamgious, Silverman, and Officer Lombardo with supervisors knowing of his misconduct/criminal conduct, as they were emailed the same information. I also request sanctions against probation, my lawyers, and the AUSAs

I am directing Ms. Kellman to write a proper 2241 writ because, after May 4, 2022 violation hearing, I have Kellman telling me that she knew that there was no violation with the fact that she knew the report was false and the judge (who I assume is Judge Engelmayer) knew of her misconduct with her laughing about he will protect me, and I state this under the penalty of perjury pursuant to 28 USC Sec. 1746 with Mr. Silverman present on the step of court with later statements (verbally recorded and emails sent to me via corralinks) telling me that Ms. Kellman intentionally placed me in jail--which would support aforementioned statement with the link sent to 128 judges and 90 AUSAs--in the one of the links, I have Kellman saying, "the judge told me that my only job was to have you placed in a mental institution. In addition

Please Take Notice, I have asked Dr. Wentowski to read my emails here to prove the misconduct/criminal conduct of my lawyers, which I am sorry to inform her, but she is required to file this letter with court because my lawyers are impeding me from obtaining a court remedy for the illegal detention. I have from the DOJ a letter that response to my statement that over 80 plus DOJ personnel said that a crime was committed against me when I was illegally detained and I am currently being illegally detained too. Therefore, under Government Ethics Act 1978 and other DOJ policies (as BOP falls under DOJ and I know the US Marshals' policies mimic that of the DOJ--so I assume the BOP is the same), Ms. Wentowski is obligated to inform AUSA's office, I told her that I received an email for the ethics officer of DOJ,

Please Take Notice, my brother emailed me a message form Kellman and in the Kellman, she states that there is nothing that can be done, which is a lie. Additionally, I am requesting that she (Wentowski) forward my message be forwarded to the AG, DAG, DOJ's office for access to justice, AUSA Pearce,

Judges (Donnelly, Seibel, Cooper, Swain, as the other judges should be notified by my lawyers), as it is part of 18 USC sec. 4

In US v. Roane, 378 F.3d 382, this court stated that "a defense counsel intentionally misled the jury and court" by not presenting evidence/defense" that would have shown no crime was committed and in my case, no violation occurred, which Ms. Kellman acknowledged and told me, basically, she did not provide me with any defense because of judge, as he told her what to do and when coupled with Judge Engelamyer's statement (on March 8, 2022--sent to all judges) of "there is no need for Ms. Kellman to review the record because I told her what to do" raises the question of collusion (maybe criminal under 18 USC Sec. 241), but there is an obvious violation of 6th Amendment right to counsel that is free of influence under Chronic and I do remember the opinion and it states "friend of the court" because on two separate occasions, Kellman referenced what the judge told her and I have audio recorded with one audio mentioned before sent to judges, AUSAs (like Amundsen) and Ms. Kopplin (which the senate/house can access from her email)

In Hart v. Gomes 174 F.d 1067, this court stated, "a lawyer who fails to adeqality investigate and introduce into evidence, records that demonstrate his client factual innocence or that fail to rises doubt as to that question to undermine confidence in the verdict, renders defiant performance." In my violation, Ms. Kellman intentionally hid evidence (transcripts and audios) and witnesses of the criminal conduct of government because, in her words, "I did what the judge told me" and "the judge knows of my misconduct" with, laughing too, "he'll protect me."

In Prou v. US 199 F3d 37, 48, this court stated, "when an attorney fails to raise an important, obvious defense without any imaginable strategic or tactical reason for the omission, this performance falls below the standard of proficient representation that the constitution demands." Ms. Kellman verbally recorded and has avoided to answer the question of why she allowed AUSA Karamigous to suborn perjury, Officer Lombardo to commit perjury, not call witnesses to establish a false report (like Amundsen or Kopplin) or call Silverman who lied to probation (which probation has an email and transcripts for knowledge). After the May 4, 2022 hearing, Ms. Kellman stated, "you are right about everything and there's no violation, but I did what the judge told me to do" with Engelmayer saying (March 8, 2022), "there's no need for Ms. Kellman to review the record, as I told her what needed to be done." The House/Senate can access the audio of March 8 from Ms. Kopplin. Lastly, Ms. Kellman also said that "the judge needs to discredit me for claiming he bullied you for Randi (part of my intent) because I sent the audios of him to congress, where he lies about his association with Sen. Schumer, who has claimed Randi Weingarten is like a friend to him." REMEMBER, Sen. Schumer voted (1 of the 80 or 88 senators who voted for)to convicted Judge Porteous who lied about association. In fact, I emailed Ms. Kellman and Ms. Kopplin for Kellman to place a recusal motion based on the judge lying and not explaining his conduct (based on the testimony of Mr. Geyh before the senate), which Kellman used the

"private court docket" (merely emailing it to the judge and not placing it on the docket), as explained by Silverman to me. Please Note, Judge Engelmayer continues avoid the topic of his association and how he is using his office for Randi Weingarten with the fact that he told me, I believe, that "it was planned this way" on May 4, 2022.

Please Take Notice, in the emails to 128 federal judges and 90 plus AUSAs, I explain and showed how Judge Engelmayer used his office for Randi Weingarten, as he explained the special condition (which I have if the transcript is altered of July 20, 2021) and his approval of filings on Dec. 1, 2021 with the fact that I requested from the judge a safeguard if Silverman blocks me from the court or fling a criminal complaint--as it was sent to congress too, but never docketed by Silverman...yet, Silverman did email it to the judge.

Please Take FURTHER Notice, I provided in the emails to 128 judges and 90 plus AUSAs that if the transcripts are more detailed than what the judge wrote; then, the transcripts is what the court and defendant must follow--not the exact wording

Please Take EVEN Further Notice; if Judge Engelmayer was not biased/doing the biding of Sen. Schumer for Randi Weingarten; then the judge would have corrected the injustice and I would not be in prisionbecause no violation occurred and he would hold AUSA Karamigous/Officer for their obvious misconduct, which I believe is a crime and this would also hold true for AUSA Pearce (Schumer too)

Moreover, I requested that AUSA Pearce recusal himself and his district because of facts of Sen. Schumer's judges have deprived me of justice and I informed him that his record shows that of a person with integrity. AUSA Karamigous did not disclose her boss position, but I can tell you that I know of case where the AUSA recued themselves because of a senator and they gave reason that closely remissible that given to senators in Judge Porteous by Mr. Geyh, which is based on association.

I am requesting that Kellman do the following on the public docket to ensure that I am not railroaded again:

1) Motion Judge Engelmayer to force probation/AUSA Karamigous explain the false report and misreprestation of facts (which I say is subornation of perjury/perjury) and show based on the transcript how their misconduct deprive me of liberty.

2) Motion to have Silverman explain his criminal conduct, per AUSA Shaw, of hiding documents from the record, lying to probation, and depriving of a fair trial because of Randi Weingarten and Judge Cogan

3) motion Judge Engelmayer to have Kellman explain her statements to me and her KNOWN misconduct, as she admitted to me that even the judge knew because he told me what to do with he'll protect me with Judge Engelmayer addressing his statement of March 8th and allowing Ms. Kellman be unprepared and not call obvious witnesses

4)motion Judge Engelmayer to live stream my next hearing date, so that congress, the public, and judges who received emails and documents protect me from Judge Engelmayer, my lawyers and the government

5) motion Judge Engelmayer AUSAs that I spoke too and who sent me letters as witnesses

6) motion Judge Engelmayer to why he allowed AUSA Karamigous to lie to know, as I received letters from the DOJ saying so, there are motions unanswered or why he allowed to commit a crime against me, which I have told him about with what AUSA Shaw with letters from the DOJ saying too and the judge has known for over year now

7) motion Judge Engelmayer why he lied about his association with Sen. Schumer and why he used his office for Randi Weingarten (Schumer's friend) because Engelmayer bullied me into guilty plea with Silverman

8)motion Judge Engelmayer to force AUSA Pearce why he allowed AUSA Karamigous to commit misconduct, as he is not required to answer my request for recusal--it just the appearance of impropriety

9) According to everyone that I spoke, the AUSAs of EDNY are covering up the crimes of Judge Cogan (helped his clients the UFT and former coworker Randi), Randi Weingarten/UFT (threatened to expose my rape if I continued with lawsuit), and Betsy Comber (Randi had Betys place my HIV status on her nonprofit website with fact that Betsy is having her paralegal clients pay to her nonfoundation foundation does not claim the funds on 990 or 990-t forms to the IRS, which is misconduct)--motion the Judge Engelmayer to force the AUSA explain, as AUSAs have been charged under 18 USC sec. 371 and the facts are obvious, if I documents that I presented are real, which I took from the IRS website


Officer Lombardo must file this with the court because of 18 USC sec. 4, as it is a crime to impede someone from access the court to file a remedy, which is what my lawyers are doing with a copy going his supervisors and ending with Chief Judge Livingston


The court clerks must send this to Chief Judge Livingston and the other judges listed and the 2d. Cir. Council for misconduct, as one could assume the judge that Kellman mentioned is Engelmayer, but I do have Silverman saying that he did not do his job because of Randi Weingarten and Judge Cogan--so, this is an issue for the council to figure out

Kellman is supposed to file with court publicly and not under seal, as there is EVIDENCE to support my allegation and she knows what she said to me, so she hiding her criminal conduct for the public--as lawyers have been charged under obstruction for hiding association, like that of Schumer, or documents (which I have AUSA Shaw saying it is a crime that Silverman did not file a rehearing for bail or mandamus because they are constructively denying a remedy where there is STRONG evidence for a remedy, which I assumed the said AUSA meant obstruction of justice, but it would be under 18 USC sec. 371 or 18 USC sec. 241--seen cases under each statute and at times as a combo. Perez is supposed to file with the court publicly, as it is crime not to tell a judge --see 18 USC Sec. 4

Ms. Kopplin, I request that you send the letter to all 50 Republican senators, as their aides like you, received the documents that should have been placed under seal, but they were not. Please send them the audio of April 6, 2021 where Judge Engelmayer tells Silverman that he was to placed them in the Eastern District under seal and not on the docket, which Officer Lombardo has Silverman explaining to me that the judge was talking about a private docket where only judges, lawyers, and prosecutors have too. I have Perez telling that there is no such thing called private docket and if not placed under seal, which shows on the docket, then it was never placed under seal and is not part of the record. Kellman confirmed this to my brother. In fact, Silverman told Judge Engelmayer, because I placed them in the 2d. Cir., those documents made him look like the worst lawyer in the world and whom does not do him job with fact that it is a crime by the like of Shaw. I request that you submit this on the docket (2d. Cir. and EDNY) for the public to view because Kellman, Perez , and Silverman are committing a crime, like I have all these AUSAs saying I did not receive a fair trial and crimes were committed and these people are hiding the fact


I request from Chief Livingston to decide the writ too because it could be anyone from the circuit, therefore, if clerks and Officer Lombardo do not submit--they are knowingly committing a crime against me, as I have asked for the removal of Kellman, Perez, and Silverman


I request congress the removal of Kellman, Perez and Silverman, as I have AUSAs saying what they have done to me is crime, disbarment and etc, which Judge Engelmayer is impeding me from calling witnesses or playing my audios or creating a record of my lawyers' crimes


I request congress the removal of AUSA Bensing and AUSA Karamigous as they have gone out of their way to present false law enforcement reports, which Judge Engelmayer knows of US Marshals by email sent to him and he should by now (if transcripts are altered again) know that Officer Lombardo submitted a false report and perjured himself. Said AUSAs with AUSA Brady deprived me liberty, as AUSAs outside the 2d. Cir. saw them retaliating against me for Judge Cogan because the said AUSAs and

even borderline IQ students know that Judge Cogan used his office to help the UFT and Randi Weingarten commit a crime against me. Please Take Notice, I wrote to Officer Lombardo with my lawyers, Kopplin, and Amundsen that the judge make a mistake but after reviewing the transcripts knows the report is false and the fact that either Bensing or Olveria gave my medicial information to NYPOST

I request sanctions against Ms. Kellman with her removal asap for doing nothing and prevent me from being in prision, as she lied that she could not doing any, but she could have filed a rule 60 petition, mandamus, and 2241.

Please Take Notice, I have Kellman audio recording saying, "the judge told me...place you in a mental instution" "I'll review the transcript" You're right about everything..." "the judge knows of my misconduct" "I did what the judge told" "the judge will protect me" with now saying, "she cannot have a rational/logical conversation"--Kellman has a cognitive impairment/cognitive disconnect because she acknowledged her misconduct and there was no violation. I have requested that she create a list of how I am irrational/illogical so that I can review with Dr. Wentowski because it either I will gain a rational/logical understanding or I will show her how I was railroaded, I can prove what was said "IN AND OUT of court" via audio recordings. In fact, Kellman acknowledged the report was false and Lombardo lied but she did nothing and this the reason behing 2241

I request sanctions against Perez for knowingly covering up Silverman's crimes, as he was the first to tell me that Silverman never placed anything under seal and is preventing a complete record of his criminal conduct to help Randi Weingarten and Judge Cogan, as I do have AUSA Shaw and other telling me he committed a crime against me. IN FACT, Silverman even said that the documents made him like was the worst lawyer in the word... with AUSAs saying, the judge allowed it or what did the judge say or do ...Judge Engelmayer has a cognitive disconnect from reality as Silverman's own words to him, my audios, and AUSAs say that Silverman NEVER DID anything and committed a crime, which is KNOWINGLY hid and AUSA Karamigious has known about his obstruction of justice since April 6, 2021 because the judge told her, after what he said in the ex parte conference, that Silverman was to place the documents under seal, which he NEVER did, as they are not part of the record

I request a new trial based on the criminal conduct of hiding what he did to me, the judge hiding his association, the judge helping Randi Weingarten and Judge Cogan get away with a crime and allowing them to interfer with my lawyers, as only Silverman addmitted that he did not do his job because Silverman thought the was allowed to speak to me freely in the courthouse--I caught him!!! But, the

AUSAs that I spoke to, they saw said it appears that my lawyers are helping Judge Cogan and Randi Weingarten

I request that Judge Donnelly hold a hearing on the misconduct of the AUSAs, as I have AUSAs saying misconduct with letters form the DOJ. Then, there is the fact that AUSA Gold said that AUSA Bensing needed to be fired for cause, as she knowingly lied about Judge Cogan's conduct to help the UFT, which should apply to Karamigous' conduct for May 4, 2022. Lastly, 2d Dept informed me that Karamigous needed to disbarred for lying for the US Marshals and she knows (with Engelmayer knowing too, due to emails) the US Marshals omitted facts in their report and Judge Newman could have written the opinion where the panel said that it was ok for Judge Cogan was allowed to practice law for the UFT to help them with AUSAs echoing this too because Newman wrote a misconduct opinion on the conduct of practice of law. Please Take Notice, Karamigous and Bensing worked at the 2d. Cir, therefore, they covered up the criminal conduct of Clerk Young (she told me that the court told her not to docket my filings) and I have waited 3 years for Clerk Wolfe to answer me or place on the docket missing documents that was sent to congress and I recieved an answer from General Counsel for Sen. Ethics Committe (Kopplin). PLEASE TAKE NOTICE, Engelmayer worked for the DOJ and there are miscondcut opinion on this topic and a recusal opinion on this topic in the 2d. Cir.

I request the CJA Judge hold a conference on my lawyers' misconduct with it being streamed live, especially Silverman for his crimes per AUSA Shaw and others, but also his HIPPA violation because he forged my singature on form to obtain information and then disclosed personal information that he did not have permission to disclose from me, which I have this audio recorded and via corralinks

There are so many more issues that are not being addressed and ignored, in the same manner that I heard Randi Weingarten pay Judge Marrero in Teachers4action v. DOE et al (Randi Weigarten was named, too) and the government has withheld the evidence because Betsy Combier, who the AUSAs are helping to evade taxes because I provided documents that other AUSAs said were needed---just saying and it is a ministrial duty

Lastly, I cannot predict the future but I am sure that Judge Engelayer will continue to ignore facts (as he been doing) with the assumption that he was paid by Randi Wiengarten. I would bet a million dollars, if I had it, because Engelmayer has ignored Silverman's criminal conduct for over a year and has personal knowledge of wrongdoing by Karamigous/Bensing, as he was DOJ personnel and there are judicial misconduct opinions in this area because I do have veral confirmation of their misconduct by other AUSAs and letters from the DOJ...who wants to bet with me? Pray that some entity, as it will not be in Judge Engelmayer's courtroom because he has kept to his promise that I will not get justice here and has

knowingly allowed misconduct by my lawyer/AUSAs with my lawyers committing various crimes, like withhold evidence and impeding witnesses form testifying

Moreover, on the topic of Kellman and Engelmayer apparent pact to screw over defendants from liberity with Judge Swain's help. I found two petitions where Kellman waited a long time to file motion that would have provided her clients with liberity. Now, I looked to see if Schumer was a nexus and he was not, but their behavior cannot continue because judges and lawyers who have done have been held criminally accountable. This should end with me...let's see

I request confirmation that the named people recieved the letter because my lawyers are prevents judges from gained knowledge of evidence or motion which is a crime, according to AUSA Shaw and others....I assume 18 USC Sec. 4 and obstruction of justice; but she and others did not name a statute

Gino, the address for House/Senate is folder named address or you have to look them up, please sent them certified return receipt

The fact that I am facing is the following: DOJ central has treated me fairly with my claims (based on facts stated to them), but the AUSAs of EDNY have gone out of their way to present false reports by the US Marshals and probation. In the case of probation, the AUSAs have pure knowledge of the report being false and I have a mix bag of answers for the US Marshals' report being false (from "they know" to "it appears" to "they don't knowledge.")

I doubt Ms. Wentowski would write a false report, but I would not doubt that the judge, the AUSA and my lawyer would switch what is written with what they want a report to say, as each of them have a reason to retaliate against me and I have caught each of them in a lie, examples:

1) Engelmayer lied about his association with Sen. Schumer and I had to informed that his association is part of public record (at Judge Portous' impeachment trial, Mr. Geyh testified that a judge is deemed biased if they lie about association and the public would not trust said judge to continue if they avoid the lie or association, which Judge Engelmayer has done since Oct. 16, 2020)

2) Karamigous' withhold her signed Exc Order with how it relates to waiver/panel of judges for Cogan/the criminal conduct of Wolfe/Young. In fact, I highlighted for Ms. Kopplin how I wrote conflict of interest and Karamigous wrote that I did not want Silverman to read my papers, which is also an example of how she support his obstruction of justice, as his behavior impedes me from the court

3) Kellman is simple, she went from "I don't under/the judge told me..." to "there is no violation and the judge knows of my misconduct because he told me what to do."

At this point the judge should have reviewed the record, as even Kellman admitted that there is no violation and that I was right about the fact there is no violation, but she continues to do nothing. However, Kellman is not doing anything to correct what was done because Judge Engelmayer is interfering with her performance, according to her.

What I have told Dr. Wentowski, I have told each doctor and AUSAs; therefore, there is no mental impairment on my part, but I do have borderline IQ students saying that Judge Cogan used his office for the UFT or AUSAs saying there is an appearance that judge/prosecutor/my lawyer are helping to cover up what Randi Weingarten/Betsy Combier/Cogan did to me.

Judge Engelmayer has avoiding answering how he has used his office to help out Randi Weingarten as he intimidated me out of my intent of Randi Weingarten, violated me for filings he approved with the fact that they deal with Randi/Cogan/Betsy, has allowed UFT/DOE economically retaliate against me for telling about how Randi paid Judge Marrero with criminal conduct of Cogan (over 80 said so and letters from the DOJ), covering up that my illegal detention was planned by Randi/Cogan with the help of Seibel (Schumer judge), my current illegal detention, allowing Silverman to commit crimes for Randi, like lie about "private docket," as it hide Randi's/Cogan's criminal conduct

Then, there are these facts that create the appearance of collusion between my lawyer (Kellman) and the appearance of impropriety:

1) Engelmayer said, Kellman doesn't need to review the record because I told her what needed to be done

2) Kellman said, the judge told me that my only job was to ensure that you are placed in a mental institution with the judge knew that I committed misconduct because he told me what to do with a laugh that the judge will protect her. Please Take Notice, Kellman actually stated: "the judge needs to discredit you for sending the audio recording of him to congress."

Please Take Notice, I know of criminal conviction where a lawyer and judge conspired to deprive a person of liberty, like Engelmayer and Kellman, because the judge told them what to do...I do know remember the facts of evidence cited in the opinion but I have it saved. I know that criminal conviction opinions provide no rights, but I believe that I should be able to use them for the "appearances."

Please Take FURTHER Notice; in the petitions filed against Engelmayer and Kellman, they claim, basically, the conspiracy of the judge and lawyer to deprive them of liberty with Kellman not answering the defendant and taking years to file any motion that should have prior and provided the defendant with freedom. Judge Swain was the judge in both cases that I found and did nothing to correct what judge and lawyers have been convicted for---just say. She is appear of what was done to me, has protected Judge Engelmayer by ignoring the fact that I have audios of Engelmayer intimidating me, and now she has the audios like Chief Judge Livingston.

Please Take EVEN Further Notice, Engelmayer said that he would decide how long I would stay in jail and I answered him...no evaluation occurred, so how could you decide already and you are not a psychologist

Taking the facts from above, the current scheme is for Kellman not do anything and continue to commit a crime against by hiding the fact that SHE KNOWS no violation occurred, she knows probation filed a false report, and knows that I am being illegally detained and Judge Engelmayer will take his time holding a sentence hearing with the fact that he will ignore facts that Kellman (because he told her-- quoting Kellman) did not do her job or the fact that Silverman did not do his job because of Randi and Cogan or the criminal conduct of Karamigous or Officer Lombardo

I want the Senate and the House to know that Kellman filed with Engelmayer, under seal, the fact of what was audio recorded and sent to 90 plus AUSAs and 100 plus judges, so that the Engelmayer can "protect" them, as I have it audio recorded that Kellman knows there was no violation and the judge told her what to do, which is deprive me of liberty and retaliate against me for showing everyone that he bullied me, he used his office for Randi Weingarten, and the fact that he with Karamigous' and Silverman hide the fact that he practiced law on April 6, 2021 and edited the transcript of said date because he was intimidating me out of my intent of Randi Weingarten/Cogan/Betsy/Sp. Ed. violation/etc by saying to Silverman, "you know where to place the documents under seal in EDNY, as they do not go on the docket." I explained to Silverman the public's right to the docket but he told me that the court, as explained by Silverman and quoting Engelmayer, has a private docket. Kellman and Perez with clerk and case laws has only public docket because the public has the right to know about the sealed documents but do not have the right to know the contents of the sealed document.

I have AUSAs saying I was receiving an unfair trial and that judge was knowingly allowing AUSA to commit misconduct (there are some statements that one could concluded that a crime was committed by them, like the fact that the AUSAs in my case were covering up the crimes of Cogan/UFT/Randi Weingarten/Betsy Combier--which I have seen under 18 USC Sec. 371) and for my lawyer to commit crimes against me by aiding Cogan/UFT/Randi/Betsy.

------

Let's turn to the fact that Judge Cooper of DC circuit acknowledged the misconduct of the judges in my case, as I have cited Judge Portoues' impeachment trial with the testimony of Mr. Geyh, who is a judicial misconduct expert, where he tells the senate that a judge brings disrepute to his/her office when they lie about association or ignores the facts of association, which I have cited Engelmayer/Donnelly lying with the fact that I sent the audios of them lying to me about their association with Sen. Schumer or Judge Swain, Judge Siebel, Judge Livingston, Judge Masitmoto and rest of the Schumer judges that I had that not disclosing their association was misconduct, according ot Mr. Geyh. In fact, Mr. Geyh said that these types of conduct by a judge causes the appearance of impropriety to the public and the public DOES NOT trust any judge who engages in this type of conduct. Lastly, Judge Cogan also ignored the fact that the UFT were former clients of his prior to being a judge.

Please Take Notice, I even cited Judge Louderbach for each Schumer judge because Louderboach said that he fixed cases for Sen. Shortbridge because the senate got him his job, which was said at Louderbach's impeachment trial.

Please Take FURTHER Notice, I even asked Schumer judges if I could use criminal cases where judges were convicted of helping a congress (I found a House Rep. case, too--so not only senators) person's friend/political ally/etc for the appearance of impropriety--no answer

Let's turn to Judge Ritter's impeachment trial, as he was impeached for the practice of law (which would apply to Engelmayer and Cogan, see 28 USC sec. 454), but the facts in the case show that Ritter practice law for his former clients, which I have Judge Newman saying that is what Cogan did when he told me not to plead the UFT or he will dismiss my case. I have over 80 DOJ personnel telling it is a crime, I have collected criminal cases, judicial misconduct opinions (Newman was one) where it is misconduct to practice law and it is 3 day without pay to 11 months, letter form DOJ saying uncharged crime, and so on with the fact that I even have borderline IQ students who know that Cogan used his office for the UFT.

EVERYONE SINGLE PERSON at the DOJ THAT I spoke wondered if there was a connection between everyone...I only see Schumer and Randi Weingarten, as the senator said that she is like a sister to him. If there is another connection, please inform me as I could be wrong.

Lastly, in the 128 judges that I emailed; there were 2 judges who emailed me back and they said, basically, we cannot help you and do not email us again. If judges outside 2d. Cir. acknowledged that I needed help, then the judges of 2d. Cir. with the subject line saying: "Chief Judge Livingston, Judge Engelmayer used his office for Randi Weingarten and admitted "it was planned that way" on May 4, 2022."

I have no doubt that the judges of 2d Cir. will claim that they did not read my emails with audios that I claim all the violation and crimes that EVERYONE outside see at the DOJ with letters form the DOJ, but judges outside the circuit did see the I needed help or acknowledged the misconduct, so there is an appearance that they are ignoring the facts to cover up what Engelmayer/Kellman's plan to deprive me of liberty.

Dear Chief Judge Livingston, CJA Judge, Clerk Wolfe, AUSA Amundson, Mr. Perez, Mr. Silverman, Ms. Kellman, and Officer Lombardo:

I received your answer to the government, Mr. Perez. In the letter you finally acknowledged my messages from corralinks with them being duplicative, as my brother resent them. In the letter you finally corrected your second statement about Silverman did place the documents under seal on the private docket, as the first time we spoke you informed me there is no such thing as private docket and this audio was sent to everyone.

Please Take Notice; lawyers (paid by the court or not paid by the court or prosecutors) who know of misconduct that affects the outcome an case and does not inform the court, there are consequences, in SDNY, EDNY and 2d. Cir.

Please Take FURTHER Notice, consequences of known misconduct, which affects the outcome, were suspension, removal from the CJA panel (from 'forever' or 'a period of time' from the panel), or an consequence that I do not remember at the time--but, I remember that there are three consequences that I found

Please Take EVEN Further Notice, you were the first to inform me, who has "esq" behind their name, with clerks (I don't if all clerk have 'esq,' as I know of a clerk who never took the bar exam) that no such thing called a private docket and the documents that were hidden from the docket affected the outcome of the case and record (as my structural errors are automatic recoverable, like choice of lawyer--which you are not my choice)

MOREOVER, the missing documents were mentioned verbally during the ex parte conference (4/16/21), the conference after ex parte conference (4/16/21), the conference that occurred in June of 2021 (I don't remember the date) and on March 8, 2022, as the March 8th was in the aftermath of me speaking to about the missing documents. THEREFORE, the missing documents were referenced in name and never docketed and Mr. Silverman lied to Judge Engelmayer saying that they were under seal when you know told me that they were not. LASTLY, you are required to inform Chief Judge Livingston, Clerk Wolfe, Judge Engelmayer, CJA Judge and AUSAs because AUSA Shaw said that Silverman hiding winning motions (bail)/mandamus (recusal) is obstruction of justice and is a crime...as it is a crime under 18 USC sec. 4 not to notify a judge of a crime and I have AUSA Shaw saying it was a crime, which I told congress and the higher ups at the DOJ with a officer that I did not contact writing me about "uncharged crimes." I do not know how to be any clear on this topic and what I have verbally or written. (This goes for

Lombardo, Silverman--if he wants to say it was mistake because ignoring it makes it appear he is guilty, as human error is a human and I should not have to write it, Kellman because this is an issue for a writ)

PLEASE send everyone aforementioned above a letter informing of Mr. Silverman's misconduct with it possibility being a crime with copy sent to me and proof that you emailed it to AUSA Amundsen, AUSA Karamigous, and whomever else you believe is required to know.

Mr. Perez, please inform the court that you are not my choice of lawyer and it is a structural error and I am asking my brother to do the same, as you ARE required to inform the court of this as I can, I am telling you now, appeal Wolfe's denial and your appointment en blanc (sp? it is appealing to the entire 2d. Cir. who received my email with audios)

You are to file this by Wednesday and send it out to me by Friday, so that I can have it next week because it is a simple 2 to 3 lines submitted with the reasons for appeal en blanc.

Please explain to me and written to my brother why you are not referencing the missing documents, as they are clearly mentioned in the record but never docketed with your letter saying, "my role is to review the record....file appropriate and meritorious motions..." THEREFORE, the missing documents were mentioned, as I pointed out above and I know they are in the transcripts, but I do not know if they are in the transcript for March 8, 2022--yet, they are in the other transcripts. SO, you are obligated to inform the court of the missing documents and Silverman's misconduct to affect the record, so that I cannot win on such claim as structural error for choice of lawyer.

You must inform me in written form of what you will do, because I do plan on suing you for helping Silverman, who said that he did not do his job for Randi Weingarten and Judge Cogan.

You could respond to me here or send a letter via regular mail. Again, I need a copy of your letters to Livingston, CJA Judge, and AUSAs of the EDNY and SDNY, as you have knowledge of a crime and this is per AUSA Shaw. Now, DOJ's Exc Office did not tell me on which crimes I was right about because I told them about various crimes stated by the AUSAs and ones that I believed were crimes--but my opinion is worthless and I have been wrong, according to some AUSAs.

You must, without a question, inform the office of my current claims of denial of self-representation by Wolfe (structural error)--who helped to hide Judge Cogan's crime, you are not my choice of lawyer, biased tribunal (structural error, which you will not docket) and the fact that you have knowledge of Silverman intentionally fixed the record to hide my structural errors claims (choice of lawyer, biased judge), misconduct of the AUSA, false US Marshals' report (omitted facts), illegal detention, and my lawyer told me that he did not do his job because of Randi Weingarten and Judge Cogan.

Please remember, Silverman said that he did not do his job because of Randi Weingarten and Judge, he did not docket motions that affected/helped Randi Weingarten and Judge Cogan, Silverman saying that the missing dockets were placed under seal on the private docket, AND Silverman telling Judge Engelmayer that those documents made him look-like the the worst lawyer ever and whom does not do his job---this is not a cognitive disconnect, but an intentional action by Silverman, but I had to couch in terms of cognitive disconnect because I am not in his head.

Thanks,

Mr. Celli

Dear Chief Judge Livington, Clerk Wolfe, AUSA Amundson, Mr. Perez, Officer Lombardo, Mr. Kellman, and Mr. Silverman

I envoke my right to speak at oral agument on the misconduct of Clerk Wolfe in this matter, as she has helped Judge Cogan get away with a crime and hide it from the circuit judges. Then, there is the misconduct of Kellman, Silverman and Perez that the court of appeal judges have knowledge of with the fact for sure they have the audio of Kellman saying, "the judge told me that my only job was to make sure that you are placed in a mental institution" with other statements that no violation occurred or the judge will protect me.

What the court of appeals must know is the fact that Perez has known of Silverman misconduct, which I have AUSA Shaw and others saying criminal conduct with a letter from DOJ that does not indicate which of my claims they called "uncharged," of hiding the fact that he did no work because of Randi Weingarten and Judge Cogan in June of 2021--I do not remember the date, but it was the only conference date held by the court. IN FACT, Perez went back to his original statement that my motions for structural errors, pratice of law by Judge Engelmayer, misconduct of AUSAs and on so--I do not remember the numbers of motions--were not placed on the docket under seal, as Silverman lied to me by saying that he placed them under seal on a private docket that the court has and then complained to the judge that the documents made him look-like the worst lawyer in the world and whom does not do his job.

Please Take Notice, the documents center, mostly, around how actions favor Randi Weingarten, UFT, or Betsy Combier (Randi's freind)

No matter where I am at, my appearance can be held via zoom or brought to the courthouse if in Brooklyn

I request that Mr. Perez and Officer Lombardo send me a copy that they forwarded this to right people

USA v. Lucio Celli 19-cr-127 & 21-1760

Dear Judge Livingston, House Jud. Com., Sen. Jud. Com. Sen. Sen Ethics Com., Judge Engelmayer, Judge Donnelly, CJA Judge, Ms. Kopplin, Mr. Lombardo, AUSA Amundson, IG, Mr. Silverman, Mr. Perez, Clerk Wolfe, Clerk Palmer, AUSA Karamigous, AUSA Pearce, and Ms. Kellman:

Re: Habeas Corps petition based on the misconduct of Mr. Silverman, Ms. Kellman, and Mr. Perez with the request of removal from the CJA panel and the misconduct of AUSA Karamigous/AUSA Bensing (with a removal under the Gov't Ethics Act of 1978). In addition, the case manager (in 21-1760) knows the misconduct of defendant's lawyers with their verbal confirmation and the removal of a document from docket 19-cr-127, where it lights what Betsy Combier did to the defendant is a crime because she used her nonprofit foundation to harass defendant for Randi Weingarten and how Betsy had profit paralegal clients pay her in her nonprofit foundation (exposing educational corruption) with evidence--which the AUSA knows and Silverman lying about it being placed on the "private docket."

This is a joint letter from my son, Lucio Celli and myself. It has come to light that Mr. Silverman hid documents from the record and lied to court saying that they were (on March 8, 2022) and telling my son that he placed documents under seal on the "private court" docket. It now has been confirmed to the defendant that there is no such thing named "private docket" of the court and this is by Kellman, Perez (verbally and written) and clerks of the court.

Please Take Notice, Silverman affected the outcome of the appeal and court proceedings in district court by not docketing the defendant's motions and allowing each court to decide the case on factual evidence (audios) and the merits of each motion, like structural error for choice of lawyer as an example because it is an automatic reversal

Please Take FURTHER Notice, the defendant's lawyers have known of Silverman's misconduct for some some now and AUSA Shaw informed the defendant that withholding documents from the court is a crime because it denies the court to decide the facts on its merits with the fact that Silverman said that he did not do his job because of Randi Weingarten and Judge Cogan, which the defendant assumed she referenced obstruction of justice, but people have been charged under 18 USC sec. 371 and 18 USC sec. 241 for said conduct. The defendants is claiming, based on his own opinion--which is worthless, that his

lawyers are in violation of 18 USC sec. 4 because of AUSA Shaw and they have not informed the court or the CJA judge, as he has asked for the name of the CJA judge to file a misconduct complaint.

Please Take EVEN Further Notice, there is a really bad habit in SDNY, EDNY, and 2d. Cir. to either not docket the defendant's filings or file them and thereafter take the document off, like the one described in the caption. The defendant has Silverman recording telling him that the Betsy document was moved to the private docket of the court and the defendant has, repeatedly too, ask said lawyer to send him the docket sheet of the private docket, as the said lawyer said that only lawyers, the court, and the prosecutors could view such a document. PLEASE NOTE, the defendant has a copy of the docket prior to its removal, so he can PROVE it was on the docket and he can PROVE which clerk placed it on the docket, but he cannot PROVE who removed it.

PLEASE NOTE: the defendant has not received any proof that any lawyer has sent this letters--since June 17, 2022--to the AUSA for their consideration, but they have lied to him and his family repeatedly, as the defendant's brother copied and pasted a letter from Kellman where she states that "noting can be done" with mimics what the defendant has recorded, but Kellman is hiding the fact that she told the defendant that the judge told her what to do

Habeas Corps issue #1: Biased Judge

1) Engelmayer lied about association with Sen. Schumer on 10/16/21 with insinuating that I was crazy and stupid for suggesting that the senator had anything to do with his judgeship, but later admitted it was part of public record

2) Engelmayer said you will not receive justice here

3) Allowed Karamigous to lie about opposing side statements of the US Marshals

4) Knew the Marshals' report had omissions and ignored his prior knowledge came from emails, which was prior to 8/30/21 (appointment to my case)

5) Allowed/ignored my HIPPA information was given to the NYPOST, who is friends with Betsy Combier and Combier is friends with Randi Weingarten

6) Told me that my intent could not be Randi Weingarten's/Betsy Combier/DOE's/Cogan's/UFT's criminal conduct towards me and I believe his behavior was intimidating with Schumer saying, "Randi is like a sister to me." Additionally, there is Engelmayer's statement of "I'll tell you your intent."

7) Allowed Silverman to act pro forma, as he hid the fact the US Marshals did not believe I was a threat and to help Weingarten et al retaliate against economically

8) Did not allow me to create a record of Silverman's misconduct

9) Allowed Silverman not to forward my criminal complaints

10) Allowed Silverman not to docket my motions to not allow Engelmayer to decide the merits or allow my appeal to be based on structural errors

11) March 8, 2022, Engelmayer said, "there's no need for Ms. Kellman to review the record because I told her what needed to be done" with Kellman saying "the judge told me that my only job was to make sure you are placed in a mental institution"--aforementioned statements were sent to 100 plus judges and 90 plus AUSAs with Kopplin being one too-- with Kellman saying, "I did what the judge told me" the judge knows of my misconduct" "there was no violation" "the judge needs to credit you for sending the audios of him lying to congress (#1--please note, I told the judge that I sent the audio and he made a statement that he did not care and do whatever I wanted),and "the judge will protect me"

12) Engelmayer called me liar for statements said by Kellman (#11) and Silverman's statement that he did not do his job because of Randi and Cogan.

13) I cannot prove the following and I could be mistaken, Engelmayer said: "it was planned that way" and "you could not have done that, as I am protecting, Mr. Silverman," which was in response to me telling the judge that probation/Silverman did not inform the court of the audio sent to Amundson/Kopplin of Silverman not sending my complaints to the AUSAs.

14) In addition to above #s, I informed Judge Livingston that I told probation that I had audios, in addition to the links in the emails, located on my computer and phone that probation had and to send them to her, but Lombardo told Engelmayer that I wanted Lombardo to investigate the judge, which was said on March 8th and it is not true because the same email was sent to Kopplin/Amundson

15) At this point, Engelmayer and AUSA Pearce know that there was a false report presented, subornation of the AUSA, and the perjured statements by Lombardo. I told Kopplin/Amundson/my lawyers/probation that the judge could say that he did not review the transcripts and depended upon the probation/AUSAs to review the transcripts, but since June 16th, this is no longer the case, as now the judge and head AUSA of EDNY are intentionally depriving me of liberty because prior to; they could plausibly say that they did not know of the contents of the transcripts of July 20, 2021 and Dec. 1, 2021 where the judge explained how to contact the court and provided me permission to file the motions, which deal with Randi Weingarten/Betsy Combier

16) Possible cognitive impairment of the judge, the judge keeps saying that my lawyers are great, but NO ONE that I spoke to at the DOJ, outside of the 2d. Cir. with letters from DOJ, has this view of my lawyers. I have statements from "ineffective by IG to crimes by AUSA Shaw with various statements in-between. In fact, Silverman stated that the documents that he never filed made his look like the worst lawyer ever and whom does not do his job, which DOJ based on answers in their letters to me.

Please Take Notice, I spoke to Dr. Wentowski and she said that a "psychotic diagnosis" is either hearing voices/smells/etc no one else does or having delusions that no other group or subgroup holds.

Please Take FURTHER Notice, using Dr. W's def., we could apply this standard to Engelmayer as a subgroup (DOJ) with Silverman's own statement to said judge, we can safely conclude that the defendant's judge suffers from a mental defect that impedes him

Please Take EVEN Further Notice, the defendant is entitled to a judge who doesn't have a mental defect and a violation of his 5th Amend. right, which was cited by the defendant in the documents not filed by Silverman.

TAKE NOTE, Silverman told the defendant that the judge wants him declared "psychotic," but the lawyer told the judge, in an ex parte meeting w/o defendant, the said lawyer did not believe the defendant is psychotic, which the defendant doesn't have recorded b/c he was using his friend's phone outside MDC Brooklyn on June 16, 2022

Habeas Corps issue #2: IAOC of Silverman

Silverman did not do his job because of Randi Weingarten and Judge Cogan, which was recorded in the courthouse of 40 Foley Sq. b/c Silverman thought to speak freely-wrong!

1)Hid evidence for illegal detention and lied to the judge about the evidence

2) his pro forma action of not redoing bail helped Weingarten et al retaliate economically, as I was deprived of money earned from 2009-2011 and called retro money

3)Lied about primary witnesses being 3rd-party, which Engelmayer was a primary witness; therefore, the judge knew of lawyer's lie

3) Silverman lied to probation, which by now, Engelmayer knows, for sure, that my lawyer lied to probation b/c the judge reviewed the transcripts

4)Silverman hid my motions from the court docket knowingly b/c he couched his conduct in terms of "placing the documents on a private docket," which deprived the court of deciding the merits, affecting the appeal b/c the record is void of my structural error claims-like choice of lawyer, and AUSA Shaw said when he hid evidence w/ motion for bail hearing and mandamus, my lawyer committed a crime

5) It appears that Silverman is 'psychotic' using Dr. W's definition as he heard Engelmayer say that the judge would have him disbarred if he presented my intent of Randi Weingarten et al, but I have the judge first saying, "I'll tell you your intent" and then saying, "its between you and your lawyer"--at no time, in front of me, did the judge ever make that statement, but Silverman swears..not in transcript and not recorded by me

Habeas Corps issue #2: IAOC of Kellman

1) told defendants, in various ways, that she would/hasn't done her job b/c of judge

2) She acted pro forma, see emails to AUSAs and judges

3) She said that I did not violate any special conditions and the judge would protect her.

4) She didn't call any witnesses, like Amundsen/Kopplin, to establish subornation of perjury, perjury and false report by probation with telling me that I was right about my claims against gov't with a shrug of her shoulders telling me "oh well" and laughing when she said, the judge would protect her.

5) She lied about nothing could be done until after the sentencing, but Silverman confirmed that 18 USC sec. 2241 is one vehicle and he was silence on void of judgment or mandamus

6) She has refused to file a mandamus for recusal of biased judge

7) It appears that Kellman has a mental defect, as she has from not understanding the defendant TO the judge told her that he wanted defendant in a mental institution (audio sent to judges/ausas) TO "I did what the judge wanted" TO "there was no violation" TO many other statements TO NOW claiming that the defendant is irrational and illogical w/o providing the defendant what statements were illogical/irrational, but Kellman refuses to do any work and has lied to defendant about how to get the defendant out

8) She acted pro forma, as she said that he did not do her job b/c of Engelmayer and has lied about 18 USC sec. 2241 and other motions that could have been filed

9) It appears, based on court filings by Kellman's other clients/victims, Kellman has a habit of not doing work for CJA clients and, in one case, she waited 3 years to file a motion that could have been filed years prior and it was asked by the client, which she ignored.

10) it appears that Kellman is 'psychotic' as she swore to me that Engelmayer told her to have me placed in a mental institution, which the defendant her to write the judge and clear up the information because the defendant did not have that recorded. Kellman has made many, many statements of what the judge told her, but they were never said in front of me.

Habeas corps issue #3: Biased Tribunal

1)missing documents in DENY, SONY, and ad. Cir.

2)Clerk Young actually fixed her mouth and said, "the court told me that I do not have to file your documents" and then, she lied to the US Marshals about her conduct with my lawyer (Houston) acting pro forma

3)Some documents I have evidence for and I sent them to congress

4) Clerk Wolfe was sent a letter with missing documents, she has never answered nor placed the missing documents on the docket. One was on judicial misconduct of Judge Cogan, which AZUSA Gold said was a crime b/c she was covering up the judge's criminal conduct of helping his former clients, the FUT..

5) I called the cases managers of mandamus that I filed in 2022 and criminal appeal, they both expressed their knowledge that required them to report the conduct described in my motions/petitions filed with the chief judge, as they both aware of the conduct that I described was criminal, in their minds

6) The male manager (for the criminal) acknowledged that the district court's record was void of documents filed in the appeal and that it is misconduct and that he would need to report

7) Both clerks informed me that there is no such thing as "private docket" and they would inform the court...nothing yet

8) Clerk Wolfe dismissed my mandamus and denied me self-representation

9) In the email to 128 court of appeal judges and above and 90 plus Auras, I outlined, basically, how DENY, SONY, and ad. Cir. all helped Randi Weingarten et al.

10) In fact, I outlined how my employer (DUE) conspired with Judge Cogan because Judge Cogan and Randi Weingarten conspired with to deprive me Amos of liberty and retro money. It is simple, the DUE COULD NOT have been notified of my arrest on Nov. 9, 2018 b/c I was arrested on Nov. 14, 2014 with the fact being: the DUE receives arrest notification ONCE, and ONLY ONCE, an employee is psychically arrested WITH fingerprinting.

11) It STRONGLY appears that Sen. Schumer recommended judges are the ones being placed on my cases to help cover up Randi Weingarten et al's crimes against me, but this is a fact for a jury to decide

12) I informed the male case manager of the fact that Perez informed me that he wrote an appeal on the basis that DUE didn't explain the special conditions-prior to March 8, 2022 & Silverman got up on March 22, 2022 and said: we need to explain the special condition or it will be sent back to us--as the scheme appears and it has come to life, as Perez wrote an appeal based on the story of March 22, 2022 and not July 20, 2021

13) Case manager informed me that he would forward the information of what I told him and the fact of missing documents being placed on a private court docket, which would mean Chief Judge Livingston should have the information


Habeas corps issue #5: Perez

1) He was the first person, with "Esq." behind his name, to acknowledge that there is no such thing as "private docket" and the documents that I spoke about were not part of the record

2)He has aided to hid Silverman's misconduct from the court of DENY and ad. Cir.

3)he did not raise the issue that transcripts are edited, which could be intentional or human error, but I wrote it was intentional. Logically, if the judge would have edited the transcript, it would have been the statement where he lies about his association with Sen. Schumer and the judge did not do this

4) He has hid Silverman's misconduct of not docketing my motions

5) He is part of the scheme to pass off March 22, 2022 court date as July 20, ad court date for sentencing

6) He has not answered any question or been in contact in month and is only now make contact via mail.

7) He wrote that Silverman had to approve the filings, which is not what ad (anything more than review for threats would make Silverman, Mr. Celli's civil lawyer and that's not the suppose) said on July 20, 2021 and not what Silverman wrote to probation in an email, where wrote that he only job was to review for threats...the approval of filings was written on March 22, 2022, as Bellman told me after the hearing what conditions was written...the scheme


Habeas Corps issue #6: Misconduct of the Auras

1) Covered up Judge Cogan's crime of helping his former clients the FUT., as they threaten to expose my rape if I continued with my lawsuit

2) Aided Judge Cogan to retaliate against me by depriving me of Amos of liberty and rob me of retro money

3) Aided Randi Weingarten/Betsy Combiner get away with using Betsy's nonprofit foundation to publish my HIV status

4) Aided Betsy Combiner evade paying taxes, as Betsy has her profit paralegal clients pay her in her nonprofit foundation to expose educational corruption

5) Knew of the practice of law by Combiner

6) Knew Dorm submitted a false report to Donnelly

7) Withheld whether they had a waiver to participate in my case, as they worked for the ad. Cir.

8) Knew of missing documents claim in DENY and ad. Cir., which were sent to congress and upper DOJ

9) Knew Clerk Young intentionally didn't docket my filing

10) Knew that the Betsy document explain how it is a crime to use a nonprofit foundation to harass and publish HIPPO information is a crime WAS taken off the docket and according to Silverman, it was placed on the fake docket that he has named the private docket under seal

11)either AZUSA Bending or Defender Algeria gave my mental information by doctors to the NEOPOST--I don't know which one

12) Karameros lied about US Marshals not being opposing sides, which is misconduct by the court, DOJ and 2nd Dept

13) Knew the US Marshals omitted my intent from their report, Betsy's crime for taxes and illegal use of nonprofit foundation, and Randi's dirty secret with Judge Marrero and Betsy.

14)Auras knew that the violation report filed by Lombardo was false

15)Auras didn't disclose all evidence known to them and hid/destroyed evidence--according to Silverman

16)misrepresented facts of the civil cases to deprive me of liberty on May 4, 2022; as on Dec. 1, 2021, I informed didn't that I was filing motion in the civil cases under rule 60 with the reason of "Full and Fair Credit Clause," which requires Federal (in this case) to honor the highest decision of NAYS' court because, an example, I quoted the Arbitrator who cited Cogan, when he worked at Strokes for the FUT. and Strokes is the place Weingarten/Cogan were coworkers as well.


----------

Turning to the illegal order to have Dr. Strokes to write a report b/c the judge wants to place me in a mental institution by Bellman and Silverman said declared psychotic, which 100 plus judges and 90 Auras have the Bellman audio


Please Take Notice, Bellman with 100 plus judges know that I wanted my sessions with the psychologist recorded, either video or audio--no such order has ever been issued

Please Take FURTHER Notice, I told Dr. W. that I had all psy evaluations audio recorded thus far, and how the reports filed did not provide examples of how my statements related to the diagnosis written about me, as I looked at other reports written by each doctor have examples and each doctor provided how a defendant was delusional (if this was the case) or other mental defect.

Pease Take EVEN Further Notice, I told the above to Silverman because Dr. Goldsmith wrote that I was delusional (first time--from memory and Dr. W. doesnt have it) and then wrote that delusions could be reasoned with (reviewed with Dr. W) and Silverman said, the doctor meant my claims about Judge Cogan and Randi Weingarten were delusional and this is when he said that he did not do his job--June of 2021


Dr. W and I have discussed (and continue to) what I have discussed with previous doctors, which has nothing to do with the violation--as Kellman knows no violation occurred. The main purpose of this study is for Dr. W to state what therapy would help me not violate the special conditions, but as I keep

saying what Kellman said to me, "there was no violation" and "I did what the judge told me to do." Therefore, Dr. W cannot write a report or suggest a therapy for doing what was told to me on July 20, 2021 the judge and Engelmayer approving my filings on Dec. 1, 2021

In our last session, Dr. W said that she believes that I make "wrong connection" and does not believe that I am delusional and agreed with Dr. Goldsmith, but she reverses the right to change her mind, which is find as long as she provide statements as evidence because in our first session, she said that she would confront any delusions if she thought they were delusions.. I have only stated things that I have DOJ personnel telling me that I am right.

Please Take Notice, as an after thought for "wrong connection," I realized that I did not make clear of the following:

Betsy Combier worked for Randi Weingarten

Betsy recorded Randi paying Judge Marrero

Sen. Schumer has always said Randi is a friend or is like a sister

I went through Judge Louderbach and Sen. Shortbridge and all the criminal convictions that centered around senators/judges

****obviously, my thought of Sen. Schumer helping Randi Weingarten (based on the fact that all judges that I had were Schumer judges and helped her, like the fact that my lost of liberty was preplanned, as my employer knew of my arrest prior to Judge Cogan sending the request at US Marshals and AUSAs of EDNY) is a conclusion/theory and the above facts (not about Marrero) would be something for a jury to decide. MOREOVER, most of the criminal decisions were like that of Judge Louderbach, where the judge did not take money, but fixed the case for a special interest/friend/polictal ally/etc.****

***if the above is not the connection she meant, then she will tell me because she ran out of time

What is in the emails that the AUSAs and my lawyers have not gotten or have acknowledged:

1) I wrote I do not know if Randi truly paid Judge Marrero because Betsy cant hold water

2) If I were Randi, I would not have Betsy in the room paying a judge or anyone because Betsy runs her mouth everything

What I never wrote:

I believe that Randi and Betsy created the audio to harass me, but this is not a fact and I do wonder if this is the case--I, on my own, cannot prove this

NOW, I have presented a theory of why I am being deprived my rights and it centers on Randi Weingarten and Sen. Schumer with Silverman, as my only lawyer, who said that he did not do his job b/c of Randi and Cogan. With that being said, Silverman could have possibly practice before Cogan and know him, but Randi is not a person who works in the courts whatsoever, so he reference about Randi is fishy because if it were only Cogan, once could argue that Silverman's statement (w/o Randi) would be one of respect, but the mention of Randi w/ Cogan makes it a conspiracy and still a fact for a jury to decide.

Now, I have many people (DOJ) who have told me that I am being deprived of EVERY single constitutional right to give to Randi Weingarten and Judge Cogan. In fact, many have made statements like: "are you sure the judge allowed...," "the judge would never ignore...," "the judge knows that is misconduct..." and the list goes on, but I do not have it in front of me.

THEREFORE, I need to address the fact that Dr. W printed out my motion on the topic of "how much did Randi Weingarten pay Your Honor." see above as my answer, as I told her to read my messages

Remedy:

1) To go home on my own accord on Sept. 12, 2022 because I have to prepare for sentencing and the current judgements should be vacated due to the fact that my rights were all taken from me, as ankle monitoring with internet monitoring enough

2) recusal to be answered (b/c of statement on March 8, helping Ranid reteliate against me in various ways, allowing the KNOWN misconduct of the AUSAs--as its misconduct for a judge who was a former DOJ personnel, lying about the association/correcting it about Schumer, and the other claims that Your Honor never answered)

3)appointment of another CJA to aid me to prepare

4) a request from a DOJ's office for a lawyer to ensure my next CJA lawyer does not provide ineffective assistance of council or promote the

5) Removal of Kellman and Silverman because each have not done a thing to help me, as the DOJ personnel COULD NOT believe Your Honor allowed, especially Silverman, to commit a crime against me

-------------------------------

Witnesses to be called:

1)AUSAs (Amundsen, Gold, Shaw, Karamigous, Bensing, Dounghue, Pearce, and others that I have to look up thier names)

2)Silverman, Kellman, Hueston, Olivera, etc (all of my lawyers since the start)

3)All of the psychologist that I spoke too

4) Randi Weingarten (due to Silverman's statement), Atkinson, Norton, and a few others

5) Swain, Livingston, Seibel, Donnelly, and magitrates

6) Schumer

7)Kopplin

8) Lombardo and his supervisors

9)Clerk Wolfe, case manger for appeals

Dear Chief Judge Livingston, CJA Judge, AUSA Amundson, Judge Engelayer, Mr. Silverman, Officer Lombardo, Ms. Kellman, and Mr. Perez:

Ms. Kellman does not want to docket my letters/documents/motions with the court, which impedes me from making record and is a crime, according to AUSA Shaw and others--my opinion does not matter and I do have, at times, AUSAs telling me that I am wrong on certain items. The docketing of my issues with the court is one such issue that I do have AUSAs telling me is a crime because as a defendant, I have a right to apprise the court of misconduct and what my lawyers are not doing or saying to me.

I should have to have others docket my documents with the court nor should I being doing the work that Kellman or Silverman or Perez should be doing to protect my rights.

Kellman has not answered me on the topic of false report, subornation of perjury by the AUSA, or the perjury of Officer Lombardo. She had the gall to write my brother that she cannot speak to me until I am rational/logical, as I have her audio recorded saying she did what the judge asked her to do with the acknowledgement of no violation occurred and I was right about what I said about the government, BUT she stood in court like a statute doing nothing

Silverman has not answered me on the topic if he forwarded the messages to AUSA Pearce, AUSA Karamigous and AUSA Bensing. I have to accept that fact that AUSA Pearce might have been misled by Karamigous/Bensing prior to May 4, 2022 and there is a possibility that after June 15, 2022, Pearce might have been given an edited transcript. Yet, I am sitting in jail illegally and that is unacceptable because Pearce does have the audio of Kellman telling me: "the judge told me that my only job was to have you placed in mental institution." The EVERY least, Pearce needed to ask the Office of Access to Justice to meet with me, like AUSA Shaw said, because my lawyers were going out of their way to harm me. Then, there is list of misconduct by both AUSAs that I have central DOJ confirming what I have verbally saying to me.

Perez has not answered me on the topic whether he filed with the court list of his misconduct and other items

All lawyers have not answered me on the topic of CJA Judge with his/her name

Officer Lombardo has not answered me on the topic whether he forwarded all my messages, so that they reached the chief judge.

Everyone above knows that there are documents missing from the record that affected the outcome of my case in district court and in the court of appeals with now me telling everyone, this includes the case manager...therefore, Judge Livingston needs to present at sentencing to tell me whether she received my messages.

My list of witness is not complete and Kellman cannot be trusted to call them at the next conference because she has impeded witnesses from appearing for my defense because the judge told her

Dear Chief Judge Livingston, Judge Engelmayer, CJA Judge, AUSA Amundson, Mr. Silverman, Mr. Perez, Officer Lombardo, Ms. Kopplin, Dr. Wentowsik, Congress, and Ms. Kellman:

Mr. Perez, I recieved the sealed documented submitted by AUSA Peace. As I indicated in previous emails to Silverman, you and Kellman; Silverman obtained HIPPA illegally as I never signed for Montefoire Hospital and never provided him permission to disclose any information from said hospital.

THEREFORE, I am tell you, Mr. Perez, to have page entitled "SGA03" totally redacted and I do not care if the document is sealed, as NO ONE HAS HAD MY PERMISSION to share this information

MOREOVER, the psychiatric reports were NEVER addressed by Silverman, like I told him because his only response was "no one believed that Cogan committed a crime against you" with him indicating that he did not do his job because of Cogan and Weingarten, as he has the gall to illegal obtain HIPPA to make me look bad, but NEVER obtained evidence of my intent to make Cogan and Weingarten look good, as over 80 plus DOJ personnel with borderline IQ students, Judge Ritter, misconduct reports and Justice Roberts' opinion proves otherwise.

Please Take Notice, I have the Dr. Goldsmith's and Dr. Rosenfield's interviews audio recorded with Dr. Rosenfield's interviewing being videotaped too.

Dr. Goldsmith wrote "distort reality and essentially see things how [he] want[s] to see them" was what I referenced to Silverman on the phone (prior to June 2021 audio in court), as Dr. Goldsmith (from memory) wrote that I was delusional. As I could prove, I told Dr. Goldsmith of Judge Cogan using his office for the UFT to cover up the fact that the UFT threatened to expose my rape and Betsy Combier paying an audio of Weingarten paying Judge Marrero. Now, I have, without a doubt, DOJ personnel telling me what Judge Cogan did to me for the UFT is a crime and the fact that I did a lesson with borderline IQ students who knew and understood that Cogan used his office for the UFT (only facts presented to the students was the facts of Cogan worked for the UFT and the reason he dismissed my case).

I will not go into Dr. Rosenfield's report or Dr. Barday's report. However, I will point out what I pointed out in a previous letter and to Dr. Wentowski that I read other reports from Rosenfield, Goldsmith and Barday AND in each of them correlated a statement from the defendant with a conclusion. PLEASE Take Notice, the above-referenced conclusion by Dr. Goldsmith DOES NOT provide the reader with an

example of any statement made by me to his conclusion of "distort reality...," which Barday and Rosenfielf doing the same.

I an provide other reports written by these doctors where defendants' statement match the conclusion. What I told the AUSAs, I told each named doctor; therefore, it cannot be a crime by the AUSAs and distort reality by the doctors, as the doctors are not writing the same report in the manner that they wrote for other defendants. No doctor, thus far, has written how my statement is distortion of reality

Please Take Notice, when I met with Dr. Barday, he said that the judges will never allowed me to expose their misconduct and I said that this might be true, but I cannot prove what Barday said to me because I was at MDC Brooklyn.

As I stated before, Dr. Wentowski does not believe that I am delusional, but she said make wrong connection, but she needs to explain this more to me because the AUSAs saw the connections

I am asking Silverman/Kellman to request Barday, Rosenfield, Goldsmith to review thier notes and provide how I distort reality, as I am prove that AUSAs said that Cogan committed a crime against me and the DOJ even sent a letter about "uncharged crimes" to me in Oct. of 2021, which I told Dr. Wentowski. I can provide Rosenfield/Goldsmith with audios if thier notes are imcomplete, but thier reports, like that of probation, must be grounded in what I said and the fact that Cogan worked for the UFT, AUSAs believe he committed a crime, criminal opinion of judges and former clients

Lucio Celli v. USA 21-1760


Dear Chief Judge Livingston, CJA Judge, AUSA Amundson, AUSA Peace, AUSA Trowel, Mr. Perez, Ms. Kellman, IG, and Silverman:


Re:Mr. Perez is covering up the misconduct (illegal conduct, per AUSA Shaw) of Silverman and the misconduct of AUSA Karamigous and AUSA Bensing (with being my criminal complaint against Silverman and misconduct complaint against AUSA Karamigious and AUSA Bensing). Then, there is the misconduct of the case manager/Clerk Wolfe and the current illegal detention.


I am directing my brother to email kevin.trowel@usdoj.gov and breon.peace@usdoj.gov because my lawyers are blocking me from creating a record, I have asked for a docket sheet (as documents were docketed in SDNY and DC and the docket sheet sent to by Silverman has omissions), and I request that Mr. Trowel or Mr. Peace docket my documents


Part 1 Here are the issues (some) Mr. Perez is hiding:


1) Perez knows that Silverman did not docket my motions, which is from the practice of law (28 USC sec. 454) to the various misconduct of AUSAs (like not answering whether they were provided a waiver to participate in this case, misrepresenting the fact that US Marshals' statements to me were opposing side under Federal Rules of Evidence, present false reports from law enforcement and the list goes on), my structural errors (like choice of lawyer, biased judge, and so on), Silverman's criminal conduct of hiding US Marshals' report so that I could get my retro money and so on


2) Silverman couched the undocketed motions in terms of "sealed documents on a private docket," which Perez was the first person to say that no such thing existed with a written response that followed and Kellman confirming it with the case manager also saying the same statement as my lawyers. I have read cases where lawyers were charged with obstruction of justice and I do have AUSA Shaw saying that Silverman committed a crime for not filing a mandamus and redoing the bail hearing


3) Silverman forged my signature on a HIPPA form to obtained information from Montefoire Hospital and then disclosed the information to the court, see SCA03 page from government's sealed document,

and Perez has known about this for some time, which is refuses to send to the CJA lawyer and file with the appeal.

Please Take Notice, Silverman told me that he would not obtained any evidence of my intent which primarily dealt with Randi Weingarten and Judge Cogan, but he illegally obtained health information that to harm me and to help Randi Weingarten and Judge Cogan.

Please Take FURTHER Notice, I requested from Silverman (weeks ago) to inform the court that I wanted it stricken from the record with taken it back from the government and he was supposed to send me a copy of his letter (which he never did) and I asked Perez (on 8/12 and today is 8/13) to do the same.

4) The AUSAs covered up how Judge Cogan covered how the UFT threatened to expose my rape if I continued with the lawsuit and how Randi Weingarten had Betsy Combier place my HIV status on her nonprofit foundation.

Facts:

a-Cogan worked for the UFT via Strooks

b-Cogan negotiated the CBA for the UFT

c-One of the many arbitration decisions that I cited was written by Cogan, which I filed a rule 60 motion while claiming Full and Fair Credit Clause--which both AUSAs lied about

d-Ritter was impeached for practicing law for his former clients--as Judge Newman said Cogan did in my case and one of reason for the waiver not being disclosed b/c Newman wrote a misconduct opinion on this topic and I do not believe Newman truly wrote the opinion in my case. See 28 USC sec 454

e-Justice Roberts wrote an opinion in which is basically said no one would believe a decision rendered by the Court would have been obtained fairly if he did not recuse himself

f-there are many judicial misconduct opinions/criminal convictions in the realm of judge/former clients/practice of law

g-Gold, Shaw and others said that AUSAs committed misconduct when they misrepresented the facts about Cogan/UFT/Randi Weingarten/Betsy Combier with Gold saying termination

5) I inquired about Dr. Goldsmith's report to Silverman prior to June 21, 2021's conference and on said date because the doctor stated that I distorted reality (basically).

Please Take Notice, I only told Dr. Goldsmith what I told the AUSAs--like Gold, Shaw, others--, which they told me that Judge Cogan committed a crime for his former clients the UFT.

Please Take FURTHER Notice, I told Silverman to ask Goldsmith and the other doctors to submit statements that I made to show how I distorted reality b/c I only told them what I told the AUSAs and I obtained other documents written by the doctors where they correlated the statement made by the defendant to how the defendant was delusional or distorted reality, as evidence. THEREFORE, the reports are void of any evidence to support conclusions and only provides conclusions of what I have is a crimes stated verbally and written to me by the DOJ...there are not two realities, but I wished I had Dr. Barday recorded as he admitted that the judges would never allow me to expose their misconduct, which I only spoke to him about Cogan and I remember him saying judgeS and not judge.

Please Take EVEN Further Notice, I can prove what I said to Goldsmith/Rosenfeild but I cannot prove what I said to Barday or said and will say to Dr. Wentowski, as the Engelmayer has not issued an order to have my sessions recorded.

The purpose of filing Silverman's report was to continue to harm, as he has the gall to go behind my back and illegally obtain information from Montefoire and told me that he would not obtain information that related to my intent.

Please Take Notice, I called the licensure for psychiatry and I informed of the reports written about me, which I recieved the same answer as Dr. Wentowski that it is unprofessional to not cite statements that led to the conclusion.

MOREOVER, I recieved that it is professional misconduct from NYS' department that deals with conduct of psychiartist and from AUSAs it could be criminal conduct but they would need to listen to the recordings, which I only have Goldsmith/Rosenfield. As the distortion has to be something no one else believes and I do have Cogan committed a crime for the UFT and other items with letters from the DOJ about "uncharged crimes."

MOREOVER, I do have reason to fear Dr. Wentowski's report and I told her my fear with the fact that I have to remember that DOJ central has treated me fairly, as I did receive a letter from 3 different offices that were answers to documents that Engelmayer had knowledge about but Silverman never docketed

Dr. Wentowski has made the statement that she does not believe I am delusional but reverses the right to change her mind, which I told her as long as there is evidence (my statements) that correlates to the conclusion because I keep on speaking about what I have collected from AUSAs outside of the 2d. Cir. and DOJ central. Lastly, Dr. W left off, the last time we spoke, that she believes that I make "wrong connections," which I explained in a previous letter that I might not have explained the connection of Randi/Betsy fully, but I went through the connection between Randi/Schumer

Part 2 Misconduct of Case Manager/Clerk Wolfe

The case manager/Clerk Wolfe have knowledge that I was intimidated into a guilty plea with audios sent to them

I informed the 128 judges with 28 USC sec. 1748 that Silverman said that he did not do his job because of Randi Weingarten and Judge Cogan.

Now: Engelmayer did say that he would tell me my intent with it being missing from the transcirpt (but it could viewed as human error) on April 6, 2021 and then said my intent was "that's between you and your lawyer" on April 16, 2021 with Silverman saying that "the judge said he would have me disbarred if I presented your intent."

Please Take Notice, Engelmayer NEVER, EVER made such a statement in front of me and that is all I can prove

Please Take FURTHER Notice, Silverman swore that Engelmayer said on April 16, so he must be psychotic because he is heard a voice that is not on the transcript or I have recorded ...just saying, as he told me that the judge wants me declared pychotic.

The scheme as I explained to the case manager and in varios emails to Kopplin and Amusdson

1-Engelmayer explained special condition with the judge saying my lawyers' role, like only prove for threats because anything more would make him my civil lawyer

2-Engelmayer approved my filings for civil cases because I wrote a rule 60 motion and claim Full and Fair Credit Clause, which raises the issue of misconduct of Karamigious, which occurred on Dec. 1, 2021

3-Kellman told me of the special condition of "approval of filing" on March 22, 2022 with Silverman getting up on saying, "we need to make sure that the special conditions are read to Mr. Celli or the 2d. Cir. will send it back

4-Perez informed me of that he would write an appeal based on March 22, 2022 but couched the filing as July 20, 2022

I am being illegally detained and it is unaccetpabel if Peace have not reviewed the transcripts, as I have every date recorded and can prove my allegations. If the case is, Peace was shown an edited trancript or the wrong one, then, and only then, I have to accept it as not being misconduct on his part, but I am being held illegally and I can prove it because even Kellman said that I was and that she did what the judge told her

Moreover, Enelmayer did say, "I told Kellman what she needed to do and there's no need for her to review the record," but he as said that "I do not want this to be ligated and want Mr. Celli the mental health treatmet he needs" and it is also true that Kellman said that "The judge told me that my only job was to make sure that you are placed in a mental institution." Obviously, these facts would be for a jury

My lawyers are impeding me from making a record and Silverman wrote something to my brother

I have requested that my lawyers place everything on the public record and provide me with proof and file criminal complaints on my behalf. Therefore, I am requesting that Trowel and Peace docket my letters which I am asking my brother to send them as they were sent to AUSA Amundson

I want to appeal the decision Ms. Wolfe and play my audios of AUSAs, law enforcement, lawyers, judges, doctors and so on with it being streamed live ...I might have PDST, but I have not distorted reality...BUT collected statements from the DOJ with letters to support my claims because I know my claims are worthless and those of the government are gold.. THEREFORE, everyone KNOWS that I was deprived a fair trial to help to hide the criminal conduct of Cogan/UFT/Randi/Betsy with my lawyers committing crimes for them by denying me of every single right

Please inform me if my documents were docketed with docket sheets

Dear Chief Judge Livingston, Clerk Wolfe, Clerk Fin, AUSA Amundson, AUSA Peace, Ms. Kopplin, AUSA Trowel, and Mr. Perez:

Re: Regarding Mr. Perez's misconduct and request AUSA Trowel to docket my corralinks messages with the 2d. Cir. because Mr. Perez is blocking me from communicating with the court with another request for his removal from the CJA panel of lawyers.

First, Mr. Perez has blocked me on corralinks. I guess he did not like what I had to write him about his misconduct of covering up what occurred in lower court.

Mr. Perez wrote the following in the letter dated August 10, 2022:

"As for missing documents, I am not aware of any. Certain documents in  your case were filed under seal, which simply means that they are not available to the public except by order of the Court. I am not familiar with the term "private docket."

1) 100 plus judges and 90 plus AUSAs (everyone listed above, except Trowel received) received the audio of you telling me that my motions for structural error and other items were not part of the record, as this is where I start to scream at you.

Please Take Notice, I am providing Dr. Wentowski with your letter and asking her to forward it to AUSA Trowl because he MUST inform the judges about your misconduct.

2) In another conversation, you inform me that Mr. Silverman did not docket my structural error or any other document that I filed an injunction against you--audio recorded in April after I can back from Marworth.

3) Then, we had another conversation where you tell me that Mr. Silverman is correct about "private docket" and you CLEARLY tell me "this is a normal practice of the 2d. Cir.," which is available to the panel of judges--audio recorded.

4) In the letter dated 8/10/22 and a previous letter received here at FMC Lexington, you inform me with the statement that I cited above and another one where you inform me that there is no such thing-- about a "private docket" and the documents that I speak about are not part of the record, as you and Clerk Fin CLEARLY stated to me

Question:

1-Which one is a correct statement from you, Mr. Perez: Which one is true--private docket is not real or private is a normal practice of the 2d Cir.?

2-Does the panel of judges have access to my documents or not?

Oral Argument:


Mr. Perez wrote:


If oral argument is held, the Court's local rules provide that only one counsel, meaning attorney, may argue for each part. The Court does not permit non-lawyers to participate in oral argument


My answer:

1-Betsy Combier provided an oral

2-This was the case until the Supreme Court over ruled it, which is the reason Betsy Combier was allowed to participate.

3- The lawyer and defendant can spilt the time and I only need 5 minutes and you do not need speak whatsoever because you have covered up a crime

4-Again, there is extrinsic fraud upon the court being done by Randi Weingarten and Judge Cogan, for sure and I have the audio to prove, if it was not sent to all the judges.

Mr. Perez needs to be removed from the CJA panel of lawyers because he has not informed the court of the misconduct and is covering up a crime with the fact that he has expressed a mental impairment due to the fact that he no longer knows the difference between the truth (what I have him audio recorded telling me) and the contradicting statements in letters



To Mr. Trowel,


What Randi Weingarten, Judge Cogan, Mr. Perez and Mr. Silverman have done to me did not go forward in another court of appeals because of the fact that there were missing documents

CERTIFIED MAIL

7021 2720 0003 3670 9670

U.S. POSTAGE PAID
WAPPINGERS FALLS, NY
$10.61

Lucio Celli
89 Widmer Rd
Wappinger Falls NY 12596

Pro Se / Clerks office
225 Cadman Plaza E
Brooklyn NY 11201

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Pro Se / Clerk's Office
225 Cadman Plaza E
Brooklyn, NY 11201

9590 9402 7600 2098 9226 30

2. Article Number (Transfer from service label)

7021 2720 0003 3670 9670

PS Form 3811, July 2020 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X
□ Agent
□ Addressee

B. Received by (Printed Name)

C. Date of Delivery

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:        □ No

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
  (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

Domestic Return Receipt