Dear Clerk Palmer

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 0 2 2022 ★

BROOKLYN OFFICE

RECEIVED
SEP 0 2 2022
PRO SE OFFICE

I will write a letter to
the DOJ of Doc sent to ~~you~~
You

& the amount of pages b/c there are
missing docx in many of my
cases

documents each entered
by itself and not ~~together~~
to show the public the misconduct of
my lawyers

pages

copies being sent to Congress &
the DOJ Public Integrity

Please provide me w/ docket
Sheet for 19-cr-121

---

colluding with my lawyers

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------------------

FROM: 91241053
TO: Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: add
DATE: 08/18/2022 09:32:41 AM

*Letter to the Court and Clerk Palmer about my mother's letter, but there is a page missing, as it is part of the misconduct of the Clerk for Doc. No. 246 b/c the letter does* [*Serve to consider*]

the majoirty of the allegations were said for the first time in doc. no. 246. THEREFORE, the judge CANNOT R-C-O-N-S-I-D-E-R what he had NEVER heard before. Because I never wrote what Kellman said to me after the hearing on May 4, 2022 in the emails to the court on June 15, 2022...they were only brought up in my mother's letter that I wrote for her.

The clerk is helping to cover up Kellman's crime, which she says clearly to me: I did what the judge told me.

Mr. Silverman, please inform the court that I want a conference if Kellman does not because I want a conference about her criminal conduct, which YOU ARE OLBIGATED to do--per case law and 18 USC Sec. 4, as you were there when Kellman made statements that I can prove

Please Take Notice, you have until tomorrow to inform the court, as it is only a sentence and please inform me so that I can inform the AUSAs ...as I am being illegally detained with Kellman and you hiding doc. no. 244

AUSA Peace/AUSA Trowel or AUSA Amundson, if Silverman does not inform the court, I want to file a criminal complaint against him because he was there Kellman said there was no violation and I did what the judge told me. As I explained to Dr. W., Kellman never mentioned the judge's name, but in contexts I believe she means Engelamyer....but I wanted it to be Judge Cogan, but I cannot make this claim because of the context

*Bacrally, It is a criminal complaint for whomever wrote the entery for Doc. No. 246 b/c I wrote the letter*

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Criminal complaint of Kellman
DATE: 08/21/2022 06:54:41 PM

Dear Ms. Kellman, Mr. Silverman, AUSA Trowel, Ms. Kopplin, AUSA Peace, Officer Lombardo, and AUSA Amundson:

Re: Kellman's criminal conduct of not informing the court of the criminal conduct of AUSA Karamigous, Officer Lombardo, and Mr. Silverman, as she clearly stated and I have it recorded that she knew of aforementioned people's criminal conduct, but did what the judge wanted her to do with the fact that she is hiding a mandamus for a biased judge because Engelmayer has allowed Silverman to be a lawyer on my case while he helped Judge Cogan and Randi Weingarten get a way with crimes, per AUSA Shaw and other DOJ personnel. And, I request the AUSAs send my letter to the evil, old, miserable lady (Kellman) as she keeps saying, Silverman did not send her anything and she has not informed the court that I have her audio recorded telling me, WHICH SHE KNOWS WITH EVERY JUDGE AND AUSA (if they clicked on the link), she conspired with Engelmayer AND told me that the judge said place me in a mental insitution--WHICH THE JUDGE NEVER UTTERING those words in front of me with the fact that she knows (from a previous Enelmayer case) that she is required to inform the court of the allegation, as in my case it is true because I have the miserable, old, evil lady telling me which was sent to everyone to show that she is evil but more importantly, to show that she labors under a conflict of interest (Cronic) because she told me that she will not do anything but what the judge told her, like forget I am entitled to due process

It has been 5 months that Kellman was informed of the false report, which ALWAYS denies a defendant of due process and the DOJ has prosecuted law enforcement for said conduct. It is beyond clear, if the transcripts were not altered, that I followed how Judge Engelmayer explained the special conditions on July 20, 2021 and it is beyond clear that Judge Engelmayer approved my filings for rule 60. HOWEVER, I continue to be deprived liberty because I have an evil, old, miserable lady (who clearly gets off on her misconduct because I have her laughing) who CLEARLY said that "the judge told me to make sure that you are placed in a mental institution," (sent to 90 plus AUSAs and 100 plus judges) or "the judge knew of my misconduct and the judge will protect me, like Silverman" (which Silverman was present and not informed the judge of any statement the miserable old lady said to me) or "I did what I did because the judge told me too" or many more.

The miserable old lady said, there's no violation and that I was right about everything, but has the pure gall to write to my brother, because she is evil and gets off on it, that she cannot have a rational/logical conversation. The concept is clear, as she said it, there's no violation on my part, but I was screw by an evil, old, miserable lady who promoted the interest of the judge, as she CLEARLY told me and recorded, because the judge needs to discredit you for sending the audios of him to congress.

I request that AUSA Trowel to forward this to AUSA Peace

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A *Please forward to Chief Judge Livingston & CJA Judge*

---

FROM: 91241053
TO: Celli, Gino; Perez, Daniel; Silverman, Bern
SUBJECT: placing my documents on the docket
DATE: 08/11/2022 07:45:06 PM

*Letter to chief judge, CJA Judge and AUSA Amundson about the criminal conduct of Kellman for impeding me from*

Dear Chief Judge Livingston, CJA Judge, AUSA Amundson, Judge Engelayer, Mr. Silverman, Officer Lombardo, Ms. Kellman, and Mr. Perez:

Ms. Kellman does not want to docket my letters/documents/motions with the court, which impedes me from making record and is a crime, according to AUSA Shaw and others--my opinion does not matter and I do have, at times, AUSAs telling me that I am wrong on certain items. The docketing of my issues with the court is one such issue that I do have AUSAs telling me is a crime because as a defendant, I have a right to apprise the court of misconduct and what my lawyers are not doing or saying to me.

I should have to have others docket my documents with the court nor should I being doing the work that Kellman or Silverman or Perez should be doing to protect my rights.

Kellman has not answered me on the topic of false report, subornation of perjury by the AUSA, or the perjury of Officer Lombardo. She had the gall to write my brother that she cannot speak to me until I am rational/logical, as I have her audio recorded saying she did what the judge asked her to do with the acknowledgement of no violation occurred and I was right about what I said about the government, BUT she stood in court like a statute doing nothing

Silverman has not answered me on the topic if he forwarded the messages to AUSA Pearce, AUSA Karamigous and AUSA Bensing. I have to accept that fact that AUSA Pearce might have been misled by Karamigous/Bensing prior to May 4, 2022 and there is a possibility that after June 15, 2022, Pearce might have been given an edited transcript. Yet, I am sitting in jail illegally and that is unacceptable because Pearce does have the audio of Kellman telling me: "the judge told me that my only job was to have you placed in mental institution." The EVERY least, Pearce needed to ask the Office of Access to Justice to meet with me, like AUSA Shaw said, because my lawyers were going out of their way to harm me. Then, there is list of misconduct by both AUSAs that I have central DOJ confirming what I have verbally saying to me.

Perez has not answered me on the topic whether he filed with the court list of his misconduct and other items

All lawyers have not answered me on the topic of CJA Judge with his/her name

Officer Lombardo has not answered me on the topic whether he forwarded all my messages, so that they reached the chief judge.

Everyone above knows that there are documents missing from the record that affected the outcome of my case in district court and in the court of appeals with now me telling everyone, this includes the case manager...therefore, Judge Livingston needs to present at sentencing to tell me whether she received my messages.

My list of witness is not complete and Kellman cannot be trusted to call them at the next conference because she has impeded witnesses from appearing for my defense because the judge told her

*writing the court about her behaving like a common crack head & blamed it on Engelmayer*

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Perez, Daniel; Silverman, Bem
SUBJECT: Silverman's documents under seal
DATE: 08/07/2022 07:47:20 PM

*Please forward to
USA Judge &
Chief Judge Livingston*

Dear Chief Judge Livington, Clerk Wolfe, Judge Engelmayer, House Jud. Committee, Sen. Ethics Committee, Sen. Jud. Committee, AUSA Amundsen, Mr. Silverman, Ms. Kellman, Officer Lombardo, Ms. Kopplin, and Mr. Perez:

*Motion for*

Re: Sanctions against Mr. Silverman for hiding documents from the record, like his criminal conduct

According to Ms. Kellman, first, she has not recieved any messages from me since the request for new lawyers with Mr. Silverman saying that he sent every single one and placed on the "private court docket." Obviously, I already knew that no such thing named "private court docket" exisited, but I had to play along with Mr. Silverman to catch in the same lie repeatedly. REMEBER, I have Perez audio recorded saying no documents (practice of law by judge, structural errors, Silverman's crime-- as stated by AUSAs, etc) were placed on under seal and the documents that I spoke to him about were not part of the record with Kellman, in an email to my brother, comfirming what Perz and clerks told me--but, I could not depend on what I read because my opinion is worthless.

Please Take Notice; the documents that Silverman NEVER placed under seal on the court's docket, they were sent to DOJ (various people at department, but Amundsen was one and the certified return receipt appears on 2d. Cir. docket with the Sen. Jud. Com, the Republican senators, and Sen. Ethics Com--as that is how I came to know the name Kopplin)

Please Take FURTHER Notice, the above-referenced documents were decribed by Silverman as making his look like the worst lawyer ever and whom does not do is job (either on 12/1/21 or 3/8/22) with it being a cognitive disconnect from what I have audio recorded in June of 2021 (inside the courthouse), where Sivlerman said that he did not do his job because of Randi Weingarten and Judge Cogan.

Please Take EVEN Notice, Judge Engelmayer was told, in a motion, about Silverman's statement prior to May 4, 2022 violation (at a conference call in April, as I do not remember the exact date but I was at Marworth) with the fact that there was an audio recording exisited, but the judge did not allow me to create a with the audio, as Kellman and Engelmayer said, to protect Silverman

MOREOVER, it was emailed to Silverman that Kellman was to suppose to redocket the motions that are found on the 2d. Cir. docket and on the SDNY before Judge Siebel

I am having my brother send it to people listed above (and I do have AUSAs saying that having my lawyers impede me from telling of possible criminal conduct and/or misconduc is a crime) and it is without a question of the following:

Silverman is suppose to email Kellman
Kellman is suppose to docket this on the public docket, as she lied about rules for seal dockets because inflamory documents DO NOT have EVIDENCE to back it up; therefore, this document belong on the docket not under seal because it shows that my lawyers are committing a crime and trying to cover it up.
Perez is suppose to docket this with 2d. Cir. because he was the FIRST to know of Silverman's criminal conduct
Officer Lombardo is suppose to tell his supervisors and I request that you cc my brother and AUSA Amundsen BECAUSE it has been months since he was suppose to forward my audios of Judge Englmayer intimadating me and Silverman's criminal condcut that he INTENTIONALLY left out of his report, as the audio of Sllverman telling me that he was not forwarding my criminal complaint to the AUSA, which is a crime to impede someone from reporting a crime to prosecutors

everyone please forward to whom you are supposed to send this too

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: To Kellman/Trowel/Peace
DATE: 08/22/2022 08:20:17 PM

*Letter to the court informing it that about Kellman's misconduct goes back to 1992 and it must stop... but she believes Engelmayer will protect her will protect her will protect her will a laugh*

Dear Ms. Kellman, AUSA Amundson, AUSA Amundson, AUSA Peace, Ms. Kopplin, Officer Lombardo and my other lawyers who are criminals.

Ms. Kellman, I understand being a miserable, evil lady comes naturally to you because you have a habit of doing nothing for your clients/victims since 1992. You have no shame, because Engelmayer will protect you--as you laughed in my face, about not doing your job and helping Officer Lombardo, AUSA Karamigious, and Silverman a crime, as they fabricated a violation because you even told me (recorded), because, according to you, the judge told you or you did what you did because of the judge (paraphrasing).

Have you informed that I will have lawyer for the next conference because you and Silverman are criminals, who have helped the government?

Have you done anything beside be an evil, old, miserable lady who gets off on screwing her clients/victims over?

Why are you covering up for Officer Lombardo, AUSA Karamigious, and Silverman, as I have July 1, 2021 and Dec. 1, 2021?

Mr. Silverman, have you done your job of informing the court of Kellman's criminal conduct? No, you have not because she did not call you as way to cover up your crime

Mr. Perez, have you done your job of informing the court of the missing documents? No, you have not because you are a liar and are helping Silverman commit a crime against him

AUSA Trowel, have you done your job of informing the court and AUSA Peace?

I do have DOJ personnel talking about misconduct or criminal conduct with letters from the DOJ ....not two realities, but many discretions--which I can prove with the various DOJ personnel that I spoke to and the letters...NO ONE SAID OR WROTE that my lawyers are great or they are steller lawyers...basically, they all said that I would have been better off without a lawyer and I will add, crack heads could have done a better job

---------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Motion to remove Kellman from CJA panel
DATE: 08/23/2022 01:26:43 PM

*this is what you need to write and not hide what Kellman did to me*

19-cr-127 USA v. Celli

Dear Chief Judge Livingston, CJA Judge, Judge Engelmayer, AUSA Amundson, Judicial Conference, Cogress and Ms. Kellman:

Re: Motion to have Susan Kellman, esq. removed from the CJA panel and my lawyer with streaming live the hearing to play my audios of said lawyer:Kellman was appointed my CJA lawyer on March 8, 2022, and since said date, Kellman has not done any work, but placed vouchers for no services provided to me because, according to her, the judge (Engelmayer) wanted me in a mental institution with the fact that she was not prepared for court (audios sent to 100 plus judges and AUSAs), the judge knows of her misconduct with laughing in my face that the judge will protect her, and the judge needs to discredit me for sending audios of him lying about his association with Sen. Schumer. Please Take Notice, I only have Engelayer saying: "I told Ms. Kellman what she needed to do, so there's no need to review the record," as it was said on March 8, 2022 and sent to everyone, as it creates an appearance of collusion between my lawyer and judge--when the statements are viewed together.

The bottom line is that I have Kellman recorded telling that there is no violation on my part and She did what she did because of the judge with the fact that she laughed when she said, "the judge knows of my misconduct and he will protect me, like Silverman." There is no excuse for Kellman's criminal conduct and for my illegal detention

Please Take Notice, Kellman acted pro forma because, according to her, Engelmayer told her to not provide me with a defense (case law is in 22-cv-04646 and in all other cases entitled Celli v. Engelmayer et al, as they are all the same petition) Please Take FURTHER Notice, Kellman labored under a conflict of interest as written in US v. Cronic 466 US 648 L Ed. 2 657, 104 S. Ct. 2039

On various dockets, I have cited various case laws from the Supreme Court, or lower, where the Court states that it is the duty to protect defendants, like me, from lawyers like Kellman and if their conduct is cause for removal; then the court needs to do an inquiry for the public

I have the audios to support Kellman's removal from the CJA panel and not be allowed to practice in the 2d. Cir., as I am illegally being detained

For sure, I will not be allowed to call Kellman to the stand and play my audios of her, as he already is protecting Silverman

The public has the right to know

I request a new lawyer so that my family does not have to pay for one for me because judges (Engelmayer/Cogan) wait to reteliate against me for speaking the truth about their misonconduct

FROM: 91241053
TO: Celli, Gino; Perez, Daniel; Silverman, Bem
SUBJECT: 2241 motion with criminal complaint pt1
DATE: 08/07/2022 02:02:35 PM

*w/ the fact that Kellmen has the integrity of a crack head*

US v. Dear Chief Judge Livingston, Chief Judge Brodie, Judge Engelmayer, Judicial Conference, 2d. Cir. Council for Misconduct, Judge Swain, Judge Seibel, Judge Cooper, CJA Judge, Judge Donnelly, AG Garland, DAG Mancao, AUSA Amundsen, AUSA Pearce, DOJ access to justice, Ms. Kopplin, Ms. Kellman, Mr. Silverman, House. Jud. Com., Sen. Jud. Com., Sen. Jud. Com., Ms. Wentowski, and Mr. Perez,

*→ 29 USC see 22-41*

Re: Motion under 18 USC Sec. 2241, as Ms. Kellman mislead the court, knew the there was no violation of special conditions, hid evidence—like transcripts, impeded AUSA Amundsen& Ms. Kopplin to testify about the criminal conduct of AUSA Karamigous& Officer Lombardo--and impeded AUSA Shaw from testifying about Silverman's criminal conduct--and impeded Silverman from taking the stand to have testify about him lying to probation, and, according to Kellman, "the judge told her what to do" with a criminal complaint for Kellman, Karamgious, Silverman, and Officer Lombardo with supervisors knowing of his misconduct/criminal conduct, as they were emailed the same information. I also request sanctions against probation, my lawyers, and the AUSAs *w/ the fact that sre lied to me & brother*

I am directing Ms. Kellman to write a proper 2241 writ because, after May 4, 2022 violation hearing, I have Kellman telling me that she knew that there was no violation with the fact that she knew the report was false and the judge (who I assume is Judge Engelmayer) knew of her misconduct with her laughing about he will protect me, which I have audio recorded and I state this under the penalty of perjury pursuant to 28 USC Sec. 1746 with Mr. Silverman present on the step of court with later statements (verbally recorded and emails sent to me via corralinks) telling me that Ms. Kellman intentionally placed me in jail--which would support aforementioned statement with the link sent to 128 judges and 90 AUSAs--in the one of the links, I have Kellman saying, "the judge told me that my only job was to have you placed in a mental institution. In addition

Please Take Notice, I have asked Dr. Wentowski to read my emails here to prove the misconduct/criminal conduct of my lawyers, which I am sorry to inform her, but she is required to file this letter with court because my lawyers are impeding me from obtaining a court remedy for the illegal detention. I have from the DOJ a letter that response to my statement that over 80 plus DOJ personnel said that a crime was committed against me when I was illegally detained and I am currently being illegally detained too. Therefore, under Government Ethics Act 1978 and other DOJ policies (as BOP falls under DOJ and I know the US Marshals' policies mimic that of the DOJ--so I assume the BOP is the same), Ms. Wentowski is obligated to inform AUSA's office, I told her that I received an email for the ethics officer of DOJ,
Please Take Notice, my brother emailed me a message form Kellman and in the Kellman, she states that there is nothing that can be done, which is a lie. Additionally, I am requesting that she (Wentowski) forward my message be forwarded to the AG, DAG, DOJ's office for access to justice, AUSA Pearce, Judges (Donnelly, Seibel, Cooper, Swain, as the other judges should be notified by my lawyers), as it is part of 18 USC sec. 4

In US v. Roane, 378 F.3d 382, this court stated that "a defense counsel intentionally misled the jury and court" by not presenting evidence/defense" that would have shown no crime was committed and in my case, no violation occurred, which Ms. Kellman acknowledged and told me, basically, she did not provide me with any defense because of judge, as he told her what to do and when coupled with Judge Engelamyer's statement (on March 8, 2022--sent to all judges) of "there is no need for Ms. Kellman to review the record because I told her what to do" raises the question of collusion (maybe criminal under 18 USC Sec. 241), but there is an obvious violation of 6th Amendment right to counsel that is free of influence under Chronic and I do remember the opinion and it states "friend of the court" because on two separate occasions, Kellman referenced what the judge told her and I have audio recorded with one audio mentioned before sent to judges, AUSAs (like Amundsen) and Ms. Kopplin (which the senate/house can access from her email)

In Hart v. Gomes 174 F.d 1067, this court stated, "a lawyer who fails to adeqality investigate and introduce into evidence, records that demonstrate his client factual innocence or that fail to rises doubt as to that question to undermine confidence in the verdict, renders defiant performance." In my violation, Ms. Kellman intentionally hid evidence (transcripts and audios) and witnesses of the criminal conduct of government because, in her words, "I did what the judge told me" and "the judge knows of my misconduct" with, laughing too, "he'll protect me."

In Prou v. US 199 F3d 37, 48, this court stated, "when an attorney fails to raise an important, obvious defense without any imaginable strategic or tactical reason for the omission, this performance falls below the standard of proficient representation that the constitution demands." Ms. Kellman verbally recorded and has avoided to answer the question of why she allowed AUSA Karamigous to suborn perjury, Officer Lombardo to commit perjury, not call witnesses to establish a false report (like

-----------------------------------------------------------------------------------------------------

Amundsen or Kopplin) or call Silverman who lied to probation (which probation has an email and transcripts for knowledge). After the May 4, 2022 hearing, Ms. Kellman stated, "you are right about everything and there's no violation, but I did what the judge told me to do" with Engelmayer saying (March 8, 2022), "there's no need for Ms. Kellman to review the record, as I told her what needed to be done." The House/Senate can access the audio of March 8 from Ms. Kopplin. Lastly, Ms. Kellman also said that "the judge needs to discredit me for claiming he bullied you for Randi (part of my intent) because I sent the audios of him to congress, where he lies about his association with Sen. Schumer, who has claimed Randi Weingarten is like a friend to him." REMEMBER, Sen. Schumer voted (1 of the 80 or 88 senators who voted for)to convicted Judge Porteous who lied about association. In fact, I emailed Ms. Kellman and Ms. Kopplin for Kellman to place a recusal motion based on the judge lying and not explaining his conduct (based on the testimony of Mr. Geyh before the senate), which Kellman used the "private court docket" (merely emailing it to the judge and not placing it on the docket), as explained by Silverman to me. Please Note, Judge Engelmayer continues avoid the topic of his association and how he is using his office for Randi Weingarten with the fact that he told me, I believe, that "it was planned this way" on May 4, 2022.

Please Take Notice, in the emails to 128 federal judges and 90 plus AUSAs, I explain and showed how Judge Engelmayer used his office for Randi Weingarten, as he explained the special condition (which I have if the transcript is altered of July 20, 2021) and his approval of filings on Dec. 1, 2021 with the fact that I requested from the judge a safeguard if Silverman blocks me from the court or fling a criminal complaint--as it was sent to congress too, but never docketed by Silverman...yet, Silverman did email it to the judge.

Please Take FURTHER Notice, I provided in the emails to 128 judges and 90 plus AUSAs that if the transcripts are more detailed than what the judge wrote; then, the transcripts is what the court and defendant must follow--not the exact wording

Please Take EVEN Further Notice; if Judge Engelmayer was not biased/doing the biding of Sen. Schumer for Randi Weingarten; then the judge would have corrected the injustice and I would not be in prisionbecause no violation occurred and he would hold AUSA Karamigous/Officer for their obvious misconduct, which I believe is a crime and this would also hold true for AUSA Pearce (Schumer too)

Moreover, I requested that AUSA Pearce recusal himself and his district because of facts of Sen. Schumer's judges have deprived me of justice and I informed him that his record shows that of a person with integrity. AUSA Karamigous did not disclose her boss position, but I can tell you that I know of case where the AUSA recued themselves because of a senator and they gave reason that closely remissible that given to senators in Judge Porteous by Mr. Geyh, which is based on association.

I am requesting that Kellman do the following on the public docket to ensure that I am not railroaded again:
1) Motion Judge Engelmayer to force probation/AUSA Karamigous explain the false report and misreprestation of facts (which I say is subornation of perjury/perjury) and show based on the transcript how their misconduct deprive me of liberty.
2) Motion to have Silverman explain his criminal conduct, per AUSA Shaw, of hiding documents from the record, lying to probation, and depriving of a fair trial because of Randi Weingarten and Judge Cogan
3) motion Judge Engelmayer to have Kellman explain her statements to me and her KNOWN misconduct, as she admitted to me that even the judge knew because he told me what to do with he'll protect me with Judge Engelmayer addressing his statement of March 8th and allowing Ms. Kellman be unprepared and not call obvious witnesses
4)motion Judge Engelmayer to live stream my next hearing date, so that congress, the public, and judges who received emails and documents protect me from Judge Engelmayer, my lawyers and the government
5) motion Judge Engelmayer AUSAs that I spoke too and who sent me letters as witnesses
6) motion Judge Engelmayer to why he allowed AUSA Karamigous to lie to know, as I received letters from the DOJ saying so, there are motions unanswered or why he allowed to commit a crime against me, which I have told him about with what AUSA Shaw with letters from the DOJ saying too and the judge has known for over year now
7) motion Judge Engelmayer why he lied about his association with Sen. Schumer and why he used his office for Randi Weingarten (Schumer's friend) because Engelmayer bullied me into guilty plea with Silverman
8)motion Judge Engelmayer to force AUSA Pearce why he allowed AUSA Karamigous to commit misconduct, as he is not required to answer my request for recusal--it just the appearance of impropriety
9) According to everyone that I spoke, the AUSAs of EDNY are covering up the crimes of Judge Cogan (helped his clients the UFT and former coworker Randi), Randi Weingarten/UFT (threatened to expose my rape if I continued with lawsuit), and Betsy Comber (Randi had Betys place my HIV status on her nonprofit website with fact that Betsy is having her paralegal clients pay to her nonfoundation foundation does not claim the funds on 990 or 990-t forms to the IRS, which is misconduct)--motion the Judge Engelmayer to force the AUSA explain, as AUSAs have been charged under 18 USC sec. 371 and the facts are obvious, if I documents that I presented are real, which I took from the IRS website

Officer Lombardo must file this with the court because of 18 USC sec. 4, as it is a crime to impede someone from access the court to file a remedy, which is what my lawyers are doing with a copy going his supervisors and ending with Chief Judge

Livingston

The court clerks must send this to Chief Judge Livingston and the other judges listed and the 2d. Cir. Council for misconduct, as one could assume the judge that Kellman mentioned is Engelmayer, but I do have Silverman saying that he did not do his job because of Randi Weingarten and Judge Cogan--so, this is an issue for the council to figure out

Kellman is supposed to file with court publicly and not under seal, as there is EVIDENCE to support my allegation and she knows what she said to me, so she hiding her criminal conduct for the public--as lawyers have been charged under obstruction for hiding association, like that of Schumer, or documents (which I have AUSA Shaw saying it is a crime that Silverman did not file a rehearing for bail or mandamus because they are constructively denying a remedy where there is STRONG evidence for a remedy, which I assumed the said AUSA meant obstruction of justice, but it would be under 18 USC sec. 371 or 18 USC sec. 241--seen cases under each statute and at times as a combo.

Perez is supposed to file with the court publicly, as it is crime not to tell a judge --see 18 USC Sec. 4

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------

FROM: 91241053
TO: Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: I dont see it written ...
DATE: 08/20/2022 10:29:09 PM

*Letter to AUSA Trowel & Silverman about ~~Ms Kellmans~~ Ms. Kellman's misconduct & what happens when I get to MDC Brooklyn*

Dear Mr. Silverman, Ms. Kellman, AUSA Trowel, AUSA Peace, Officer Lombardo and AUSA Amundson ,

To Silverman

Please ask Kellman if I will be released from MDC Brooklyn, if she doesnt know ...tell her to ask the judge

Please ask Kellman if she will be telling the judge that she knows there was no violation and the fact that she did not provide me with a defense because she did what she did because of the judge ...which is audio recorded and you were there on the steps of the courthouse

To Trowel
Could you please inform Peace and Karamigous about the misconduct of my lawyers (which I do have some conduct as crimes from the DOJ), which AUSA Shaw said should not be ignored and I recieved a letters from the DOJ...like I realize it is discretion to provide me with a lawyer from the Office of Access to Justice, they are appointed for the sole purpose to ensure that a defendant does not received ineffective assistance--like I do have over 80 DOJ personnel and I have 3 letters from the DOJ (all from different offices) that support what is going on...this is pure Cronic issues, as my lawyer are not even hiding it anymore and I have it audio recorded ...penality of perjury 29 USC sec. 1746...If the DOJ doesnt want to provide me with anyone, the minimum that can be done is motion for their removal, as they are not doing anything but harming me

To Officer Lombardo

are yo forwarding my messages so that they go to CJA Judge and Chief Judge Livingston

*as Kellman's recorded telling me there's no violation and I need went the judge telephone w/ a laugh that the judge will protect her judge*

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Add the following Silverman
DATE: 08/20/2022 06:49:26 PM

*Letter to AUSA Trowel & AUSA Amundson to notified the court about the criminal conduct of my lawyers and cronic issues*

Subject line: Trowel/Amundson, please ensure that the court is notified of my lawyers misconduct/criminal conduct

Dear Ms. Kellman, Mr. Silverman, AUSA Trowel, AUSA Peaceand AUSA Amundson, Officer Lombardo, and Congress:

Mr. Silverman, please tell Kellman to cite the following case lawyers for withholding the name of the new lawyer

In foot note 31 of US v. Cronic, 466. US 648, 80 L Ed 2d 657, 104 S. Ct 2039, the Court cited: We presumed prejudice when counsel labors under actual conflict of interest.

Kellman statements prove actual conflict of intrest, as AUSA Amundson and AUSA Peace (which Trowel must inform Peace and the court) where she states, "the judge told me my only job.." or "there's no violation" or "I did what the judge told me to do"

Silverman's statemetn of "i did not do my job because of Randi Wiengarten and Judge Cogan."

In foot note 28, Ineffective is also presumed when counsel actively represented conflicting interest. see Cuyler v. Sullivan...Kellman represented Engelmayer's interest to discredit me and place me here in a mental institution and Silverman did not do a single thing for me, with the fact AUSA Shaw and other said he committed a crime with a letter about "uncharged crimes," because of Randi Weingarten and Judge Cogan

In foot note 26, undermine the reliability of the finding of guilty. Kellman did not read the transcripts and told me and Silverman that I was right about the false report and etc and Silverman did not want to represent my intent because Judge Engelmayer said he would have him disbarred, whcih Officer Lombardo has many other recordings

in footnote 25 prevented from assisting accused during a critical stage of the proceeding and to satisfy the constitutional right under the 6th Amendment, the counsel must function as an advocate for the defendant as opposed to a friend of the court.

Kellman and Silverman have CLERALY stated to me who they are conspiring with to deprive me of my constitional rights, which 100 plus judges and 90 plus AUSAs have, but I doubt they clicked on it...but they are there with the fact that Officer Lombardo has more and I have what rest

In Carl Andrews v. Kellman, Judge Swain cited: US v. Schaw 283 F3d 76 (2d Cir. 2002), the defendant is entitled to a conflict free counsel...need .. to establish an acutral conflict of interest that adverselty affected the counsel's performance. In additon, An attorney has an actual conflict of interest when during the course of representation, the attorney and the defendant's interest diverge with respect to material or factual issue or legal issue or to a course of action

Factual issues: No violation, my intent, Judge Engelmayer did have makes certain statements that my lawyers are claiming that he made, deprivation of liberty and not allow Bensing/Karamigous/Lombardo get away with crimes against me or misconduct...especially the fact that EVERY SINGLE AUSA said that Judge Cogan committed a crime for the UFT with borderline IQ students knowing this too

Course of action: manddamus, to be let go from here because there's no violation and I am being held illegally, which my lawyers know this as a fact with EVERY SINGLE AUSA that I spoke to and not being allowed to call them as witnesses or play the audio of them

Trowel, please send me an updated docket sheet for 19-cr-127, as Silverman forgot to send me one and my brother is claiming that Silverman did not send him one (this could be true, as my brother has issues with basic internet skills...as one of my read might have read the docket entry wrong to me and i accused Silverman of lying and when he hasnt lied he responses with a simple answer and when he caught in a lie he conintues with the same lie)

Trowel, if you dont mind please send me when you sent the court the information my number 91241-053 at FMC Kentuky

Silverman, could you ask Kellman to answer me prior to my friends sending it to the AUSAs (for appearances that she only does her job when I or someone contacts the AUSAs) ...as she has this habit of not answering her victims/clients and in the

*b/c they eop conspired w/ Engelmayer, Cogan, Randi Weingarten - their*

---

emails today, she has the obligation to inform the court and it has to be made public, which she knows becasue Engelmayer wrote in another case she was part of

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---------------------------------------------------------------------------

FROM: 91241053
TO: Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: letter to Kellman
DATE: 08/20/2022 12:08:30 PM

*Letter to Kellman & AUSA @ Trowel about the criminal conduct of my lawyers and the government which Kellman is recorded telling me*

Dear Ms. Kellman, AUSA Trowel, Ms. Kopplin, AUSA Amundson, AG Garland, DAG Monaco (if she is still the person or the DAG), Congress, and AUSA Peace:

When are you going to do your job?--Ms. Kellman You have not (with a required request for Trowel)

1) Informed the judge of the fact that I have you recorded saying, in front of Silverman after violation hearing and on the steps of the courthouse, that you were aware of the false report, Officer Lombarod lied, and how AUSA Karamigious knew about the false report or the fact that she knew Lombardo lied on the stand
2) Please ask Mr. Silverman if he forwarded my criminal complaints to EDNY or SDNY, as he has the habit of not forwarding my criminal complaints with the fact that one of him saying it was not his job was sent to Kopplin and Amundson, which you did not call to establish Silverman's or Lombardo's criminal act in the false report or Silverman's criminal conduct to help Randi Weingarten and Judge Cogan--as always, Silverman thought it was save to speak freely in June of 2021 because he thought that I could not get an audio recorder in the courthouse
3) You are obligated to inform the court of the fact that I have accused you of conspiring with Judge Engelmayer, which is based on your comments "the judge told me..." or "I did what the judge told me..." or "the judge will protect me"

PLEASE TAKE NOTICE, you replaced a lawyer before Engelmayer due to the allegation of "conspiracy with the government lawyer," which Engelmayer said it was an obligation and it had to be made public....anyone can read this and I am paraphrasing what Engelmayer wrote.
Please Take FURTHER Notice, Engelmayer said, "I told Ms. Kellman what needed to be done, so there's no need for her to review the record."

As I told Dr. W., the statements by you and Engelmayer create the appearance of collusion and these would be facts for a jury to decide with what I believe, unlike you- Kellman, Engelmayer saying, "it was planned this way," because I can be mistaken about what I believe I heard and I have nothing to reference like an audio.

Please Take EVEN Further Notice, AUSAs and judges have the audio of you, Kellman, telling me that you did not review the the facts (that all judges/AUSAs received) or the transcript.---which you are obligated to inform the court that you KNOWINGLY lied to the judge on May 4, 2022 when you told him that you were prepared
4) Did you tell the court about your mental illness as Engelmayer never said, as you swore that he did and everyone can hear you swear in the audio sent to the AUSAs and judges or hear the judge never made the statement that you swore about on March 8th of 2022, in front of me that he wanted me in a mental institution, which means that you are hearing statements that were never said in front of you and I...just a pure fact!
5) Please inform the judge, which is another obligation, that you intentionally keeping me illegally detained, as you know the fact IS, with your own words, "there's no violation" and "I did what the judge told me."
6) Did you inform the court that you are intentionally impeding me from communicating with the court to create a record of your misconduct/criminal conduct, as you wrote a letter to my brother stating that you would only do your job if I said sorry for citing your misconduct, like the child that you are and you admitted that you committed misconduct, laughed and said the judge knew it too----recorded

To AUSA Trowel, please forward the friend from my friend to AUSA Karamgious and AUSA Peace (my friends said that his email is wrong)

I have July 20, 2021 and Dec. 1, 2021 audio recorded and I followed the way Judge Engelmayer said to communicate with the court and please ask Silverman for my criminal complaints, as I have repeatedly told him that the government only has to accept them and nothing more, but he impedes me from total access to the government.

Please Take Notice, you are obligated to inform the court of the misconduct and allegations that I made above to the court...

Could you provide me with the name of the CJA judge and the person for AUSA misconduct--its Radagle and I do not remember the name of the office.

Please provide with a copy so that I can send to congress because I DO HAVE AUSAs saying that AUSAs appear to be *colluding w/ my lawyers*

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Criminal conduct of Silverman
DATE: 08/19/2022 07:56:30 PM

*Letter to the court inform them that*

USA v. Lucia Celli 19-cry-127
Dear Chief Judge Livingston, Judge Engelmayer, AUSA Amundsen, AUSA Trowel, Officer Lombardo and my lawyers who are criminals

Re: Silverman knowingly undermined my defense, did not docket my motions to establish his conduct, he intimidated me into a guilty plea with my lawyer placing the blame on Engelmayer (threatening him with disbarment-recorded) and (recorded in the courthouse) Silverman said that he did not do his job because of Randi Weingarten and Judge Cogan with Judge Engelmayer calling me a liar without listening to my audios WITH A request of a public hearing streamed live to play the audios of Silverman, as his criminal conduct is also an issue under Cronic.

Prior to the conference date in June of 2021, Silverman sat in the room for lawyers in the courthouse (40 Foley Sq). Silverman thought it was safe to admit that he undermined my defense because of Randi Weingarten and Judge Cogan.

Please Take Notice, Engelmayer did telling me what my intent was and was not on April 6, 2021 and then said, "that's between you and your lawyer" on April 16, 2021, which was about my intent.

Please Take FURTHER Notice, Silverman and I had a conversation about my intent after April 16, 2021 and my lawyer told me that the judge would have him disbarred if he presented my intent

Please Take EVEN Further Notice, I told Lombardo and Green about what the AUSA said to me that intimidating me out of my intent would be a crime and that the audio of Silverman was on my phone

In the conference of April of 2022, Judge Engelmayer said that he would next up the issue of Silverman's misconduct the next time. At the violation hearing, Engelmayer called me a liar even though I have an audio of what Silverman said to me. This is a issue under Cronic

I request a public hearing to play my audios of Silverman, which said audio might be one of the links in the emails sent and for it to be streamed live because Judge Cogan and Randi Weingarten deprived me of a fair trial to their criminal conduct, as AUSA Gold and so on (over 80 DOJ personnel) with a letter from the DOJ stating uncharged crimes of Randi Weingarten and Judge Cogan. Please Take Notice, even borderline IQ students knew that Judge Cogan used his office for his former clients the UFT.

Please TAKE CLOSE Notice, I have many DOJ personnel that said it appeared that the AUSAs were helping Judge Cogan, if the facts were that he helped to cover up what the UFT did to me because they were his former clients .

Lastly, I believe (but I cannot say under the penality of perjury, as I do not have it recorded and I could have misheard the judge) that Engelmayer said that he was protecting Silverman because Officer Lombardo did not write the fact that Silverman intentionally did not forward my criminal complaints, which I asked for a safegaurd because Silverman played his games

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------------

letter to the court

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Silverman ex parte conversation with judge
DATE: 08/19/2022 08:02:43 PM

USA v. Lucio Celli 19-cr-127
Dear Judge Engelmayer, Chief Judge Livingston, AUSA Amundson, AUSA Trowel, Mr. Lombardo, Ms. Kopplin and my lawyers

Re: On June 16, 2022, Silverman informed me that he had an ex parte phone conference with Judge Engelmayer and I request the transcripts because Silverman said that "the judge wants you declared psychotic," which I doubt this happen, as Silverman believes that the judge also said that the judge would have him disbarred if he presented my intent ..I think Silverman is hearing voices (for sure about the judge's statement of his disbarrment b/c that was never said in front of me)

I request that the court provide me with the transcript where, according to Silverman, the judge wants me declared psychotic, but Silverman heard other statements that the judge never said either...

I believe that Silverman & Kellman needs a mental exam b/c they heard voices that never came out of Judge Engelmayer's mouth

20 X 1

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

------------------------------------------------------------------------------------

FROM: 91241053
TO: Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Letter to Amundson
DATE: 08/18/2022 07:28:45 AM

*Letter/criminal complaint*

Subject line:Amundson, please read the doc. 244, as the clerks altered my mother's letter

Dear Chief Judge Livingston, Judge Donnelly, CJA Judge, Judge Engelmayer, Clerk Palmer, AUSA Peace, AUSA Trowel, Mr. Silverman, Ms. Kellman, and AUSA Amusdson:

Re: criminal complaint against clerk who entered doc. no 246 and Kellman for obstructing justice b/c she knows that the AUSA suborned perjury
My mother's letter which I wrote states: the misconduct of my son's lawyers and the criminal conduct of AUSA for suborning perjury (short version, please look at corrlinks between 7/14 and 7/16 or on pacer for 19-cr-127 at 246)

The clerk wrote in "please reconsider my son's allegations." for document # 246 *and that is not what I wrote for my mother to sign*

Please Take Notice, I never brought subornation of perjury by AUSA or perjury by Officer Lombardo on May 4, 2022. They were written in the email of June 15, 2022

I am requesting to file a criminal complaint for whomever entered the information for doc. no. 246 and I am request Mr. Silverman provide me with that name and I know of a case (which does not provide a right) where the clerk misled the public with the motion entry

I am requesting to file a criminal complaint against Kellman because he did not discuss doc. no 244 and hid the information from me with Silverman aiding her. As Amudson knows with the other AUSAs knowing now, I have Kellman saying that "I did what the judge wanted and he knows that I committed misconduct" and "the judge said that my only job was to place you in a mental institution" with "the judge will protect me."

I also have Kellman telling me that she knows the government committed misconduct with a false report, lied on the stand, and the prosecutor knew that the officer lied on the stand --her words, not mine. Therefore, if what Kellman wrote in 244 is true, then I want to file a criminal complaint against Kellman, Karamigious, and Judge Engelmayer for depriving me of liberty with the fact that I have July 20, 2021 and Dec. 1, 2021 recorded and I did what the judge told--which is the deprivation of liberty without due process. For sure, Kellman is obstructing justice by hiding the facts that I have audio recorded

FROM: 91241053
TO: Celli, Gino; Perez, Daniel; Silverman, Ben
SUBJECT: habeas corps pt 1
DATE: 08/10/2022 01:36:28 PM

RE: I need new lawyers b/c Kellman & Silverman are conspiring w/ Engelmayer Cogan, & Randi Weingarten -- recorded w/ a need for the lawyer to address the misconduct and the criminal conduct of the gov't and Habeas Corpus petition

USA v. Lucio Celli 19-cr-127 & 21-1760

Dear Judge Livingston, House Jud. Com., Sen. Jud. Com. Sen. Sen Ethics Com., Judge Engelmayer, Judge Donnelly, CJA Judge, Ms. Kopplin, Mr. Lombardo, AUSA Amundson, IG, Mr. Silverman, Mr. Perez, Clerk Wolfe, Clerk Palmer, AUSA Karamigous, AUSA Pearce, and Ms. Kellman.

Habeas Corps petition based on the misconduct of Mr. Silverman, Ms. Kellman, and Mr. Perez with the request of removal from the CJA panel and the misconduct of AUSA Karamigous/AUSA Bensing (with a removal under the Gov't Ethics Act of 1978). In addition, the case manager (in 21-1760) knows the misconduct of defendant's lawyers with their verbal confirmation and the removal of a document from docket 19-cr-127, where it lights what Betsy Combier did to the defendant is a crime because she used her nonprofit foundation to harass defendant for Randi Weingarten and how Betsy had profit paralegal clients pay her in her nonprofit foundation (exposing educational corruption) with evidence--which the AUSA knows and Silverman lying about it being placed on the "private docket."

This is a joint letter from my son, Lucio Celli and myself. It has come to light that Mr. Silverman hid documents from the record and lied to court saying that they were (on March 8, 2022) and telling my son that he placed documents under seal on the "private court" docket. It now has been confirmed to the defendant that there is no such thing named "private docket" of the court and this is by Kellman, Perez (verbally and written) and clerks of the court.

Please Take Notice, Silverman affected the outcome of the appeal and court proceedings in district court by not docketing the defendant's motions and allowing each court to decide the case on factual evidence (audios) and the merits of each motion, like structural error for choice of lawyer as an example because it is an automatic reversal

Please Take FURTHER Notice, the defendant's lawyers have known of Silverman's misconduct for some some now and AUSA Shaw informed the defendant that withholding documents from the court is a crime because it denies the court to decide the facts on its merits with the fact that Silverman said that he did not do his job because of Randi Weingarten and Judge Cogan, which the defendant assumed she referenced obstruction of justice, but people have been charged under 18 USC sec. 371 and 18 USC sec. 241 for said conduct. The defendants is claiming, based on their own opinion--which is worthless, that his lawyers are in violation of 18 USC sec. 4 because of AUSA Shaw and they have not informed the court or the CJA judge, as he has asked for the name of the CJA judge to file a misconduct complaint.

Please Take EVEN Further Notice, there is a really bad habit in SDNY, EDNY, and 2d. Cir. to either not docket the defendant's filings or file them and thereafter take the document off, like the one described in the caption. The defendant has Silverman recording telling him that the Betsy document was moved to the private docket of the court and the defendant has, repeatedly too, ask said lawyer to send him the docket sheet of the private docket, as the said lawyer said that only lawyers, the court, and the prosecutors could view such a document. PLEASE NOTE, the defendant has a copy of the docket prior to its removal, so he can PROVE it was on the docket and he can PROVE which clerk placed it on the docket, but he cannot PROVE who removed it.

PLEASE NOTE: the defendant has not received any proof that any lawyer has sent this letters--since June 17, 2022--to the AUSA for their consideration, but they have lied to him and his family repeatedly, as the defendant's brother copied and pasted a letter from Kellman where she states that "noting can be done" with mimics what the defendant has recorded, but Kellman is hiding the fact that she told the defendant that the judge told her what to do

Habeas Corps issue #1: Biased Judge
1) Engelmayer lied about association with Sen. Schumer on 10/16/21 with insinuating that I was crazy and stupid for suggesting that the senator had anything to do with his judgeship, but later admitted it was part of public record
2) Engelmayer said you will not receive justice here
3) Allowed Karamigous to lie about opposing side statements of the US Marshals
4) Knew the Marshals' report had omissions and ignored his prior knowledge came from emails, which was prior to 8/30/21 (appointment to my case)
5) Allowed/ignored my HIPPA information was given to the NYPOST, who is friends with Betsy Combier and Combier is friends with Randi Weingarten

6) Told me that my intent could not be Randi Weingarten's/Betsy Combier/DOE's/Cogan's/UFT's criminal conduct towards me and I believe his behavior was intimidating with Schumer saying, "Randi is like a sister to me." Additionally, there is Engelmayer's statement of "I'll tell you your intent."

7) Allowed Silverman to act pro forma, as he hid the fact the US Marshals did not believe I was a threat and to help Weingarten et al retaliate against economically

8) Did not allow me to create a record of Silverman's misconduct

9) Allowed Silverman not to forward my criminal complaints

10) Allowed Silverman not to docket my motions to not allow Engelmayer to decide the merits or allow my appeal to be based on structural errors

11) March 8, 2022, Engelmayer said, "there's no need for Ms. Kellman to review the record because I told her what needed to be done" with Kellman saying "the judge told me that my only job was to make sure you are placed in a mental institution"-- aforementioned statements were sent to 100 plus judges and 90 plus AUSAs with Kopplin being one too-- with Kellman saying, "I did what the judge told me" the judge knows of my misconduct" "there was no violation" "the judge needs to credit you for sending the audios of him lying to congress (#1--please note, I told the judge that I sent the audio and he made a statement that he did not care and do whatever I wanted),and "the judge will protect me"

12) Engelmayer called me liar for statements said by Kellman (#11) and Silverman's statement that he did not do his job because of Randi and Cogan.

13) I cannot prove the following and I could be mistaken, Engelmayer said: "it was planned that way" and "you could not have done that, as I am protecting, Mr. Silverman," which was in response to me telling the judge that probation/Silverman did not inform the court of the audio sent to Amundson/Kopplin of Silverman not sending my complaints to the AUSAs.

14) In addition to above #s, I informed Judge Livingston that I told probation that I had audios, in addition to the links in the emails, located on my computer and phone that probation had and to send them to her, but Lombardo told Engelmayer that I wanted Lombardo to investigate the judge, which was said on March 8th and it is not true because the same email was sent to Kopplin/Amundson

15) At this point, Engelmayer and AUSA Pearce know that there was a false report presented, subornation of the AUSA, and the perjured statements by Lombardo. I told Kopplin/Amundson/my lawyers/probation that the judge could say that he did not review the transcripts and depended upon the probation/AUSAs to review the transcripts, but since June 16th, this is no longer the case, as now the judge and head AUSA of EDNY are intentionally depriving me of liberty because prior to; they could plausibility say that they did not know of the contents of the transcripts of July 20, 2021 and Dec. 1, 2021 where the judge explained how to contact the court and provided me permission to file the motions, which deal with Randi Weingarten/Betsy Combier

16) Possible cognitive impairment of the judge, the judge keeps saying that my lawyers are great, but NO ONE that I spoke to at the DOJ, outside of the 2d. Cir. with letters from DOJ, has this view of my lawyers. I have statements from "ineffective by IG to crimes by AUSA Shaw with various statements in-between. In fact, Silverman stated that the documents that he never filed made his look like the worst lawyer ever and whom does not do his job, which DOJ based on answers in their letters to me.

Please Take Notice, I spoke to Dr. Wentowski and she said that a "psychotic diagnosis" is either hearing voices/smells/etc no one else does or having delusions that no other group or subgroup holds.

Please Take FURTHER Notice, using Dr. W's def., we could apply this standard to Engelmayer as a subgroup (DOJ) with Silverman's own statement to said judge, we can safely conclude that the defendant's judge suffers from a mental defect that impedes him

Please Take EVEN Further Notice, the defendant is entitled to a judge who doesn't have a mental defect and a violation of his 5th Amend. right, which was cited by the defendant in the documents not filed by Silverman.

TAKE NOTE, Silverman told the defendant that the judge wants him declared "psychotic," but the lawyer told the judge, in an ex parte meeting w/o defendant, the said lawyer did not believe the defendant is psychotic, which the defendant doesn't have recorded b/c he was using his friend's phone outside MDC Brooklyn on June 16, 2022

Habeas Corps issue #2: IAOC of Silverman
Silverman did not do his job because of Randi Weingarten and Judge Cogan, which was recorded in the courthouse of 40 Foley Sq. b/c Silverman thought to speak freely-wrong!

1) Hid evidence for illegal detention and lied to the judge about the evidence

2) his pro forma action of not redoing bail helped Weingarten et al retaliate economically, as I was deprived of money earned from 2009-2011 and called retro money

3) Lied about primary witnesses being 3rd-party, which Engelmayer was a primary witness; therefore, the judge knew of lawyer's lie

3) Silverman lied to probation, which by now, Engelmayer knows, for sure, that my lawyer lied to probation b/c the judge reviewed the transcripts

4) Silverman hid my motions from the court docket knowingly b/c he couched his conduct in terms of "placing the documents on

a private docket," which deprived the court of deciding the merits, affecting the appeal b/c the record is void of my structural error claims-like choice of lawyer, and AUSA Shaw said when he hid evidence w/ motion for bail hearing and mandamus, my lawyer committed a crime

5) It appears that Silverman is 'psychotic' using Dr. W's definition as he heard Engelmayer say that the judge would have him disbarred if he presented my intent of Randi Weingarten et al, but I have the judge first saying, "I'll tell you your intent" and then saying, "its between you and your lawyer"--at no time, in front of me, did the judge ever make that statement, but Silverman swears..not in transcript and not recorded by me

Habeas Corps issue #2: IAOC of Kellman
1) told defendants, in various ways, that she would/hasn't done her job b/c of judge
2) She acted pro forma, see emails to AUSAs and judges
3) She said that I did not violate any special conditions and the judge would protect her.
4) She didn't call any witnesses, like Amundsen/Kopplin, to establish subomation of perjury, perjury and false report by probation with telling me that I was right about my claims against gov't with a shrug of her shoulders telling me "oh well" and laughing when she said, the judge would protect her.
5) She lied about nothing could be done until after the sentencing, but Silverman confirmed that 18 USC sec. 2241 is one vehicle and he was silence on void of judgment or mandamus
6) She has refused to file a mandamus for recusal of biased judge
7) It appears that Kellman has a mental defect, as she has from not understanding the defendant TO the judge told her that he wanted defendant in a mental institution (audio sent to judges/ausas) TO "I did what the judge wanted" TO "there was no violation" TO many other statements TO NOW claiming that the defendant is irrational and illogical w/o providing the defendant what statements were illogical/irrational, but Kellman refuses to do any work and has lied to defendant about how to get the defendant out
8) She acted pro forma, as she said that he did not do her job b/c of Engelmayer and has lied about 18 USC sec. 2241 and other motions that could have been filed
9) It appears, based on court filings by Kellman's other clients/victims, Kellman has a habit of not doing work for CJA clients and, in one case, she waited 3 years to file a motion that could have been filed years prior and it was asked by the client, which she ignored.
10) it appears that Kellman is 'psychotic' as she swore to me that Engelmayer told her to have me placed in a mental institution, which the defendant her to write the judge and clear up the information because the defendant did not have that recorded. Kellman has made many, many statements of what the judge told her, but they were never said in front of me.

---

FROM: 91241053
TO: Celli, Gino; Perez, Daniel; Silverman, Bem
SUBJECT: habeas corps pt 2
DATE: 08/11/2022 03:16:12 PM


Habeas corps issue #3: Biased Tribunal
1)missing documents in DENY, SONY, and ad. Cir.
2)Clerk Young actually fixed her mouth and said, "the court told me that I do not have to file your documents" and then, she lied to the US Marshals about her conduct with my lawyer (Houston) acting pro forma
3)Some documents I have evidence for and I sent them to congress
4) Clerk Wolfe was sent a letter with missing documents, she has never answered nor placed the missing documents on the docket. One was on judicial misconduct of Judge Cogan, which AZUSA Gold said was a crime b/c she was covering up the judge's criminal conduct of helping his former clients, the FUT..
5) I called the cases managers of mandamus that I filed in 2022 and criminal appeal, they both expressed their knowledge that required them to report the conduct described in my motions/petitions filed with the chief judge, as they both aware of the conduct that I described was criminal, in their minds
6) The male manager (for the criminal) acknowledged that the district court's record was void of documents filed in the appeal and that it is misconduct and that he would need to report
7) Both clerks informed me that there is no such thing as "private docket" and they would inform the court...nothing yet
8) Clerk Wolfe dismissed my mandamus and denied me self-representation
9) In the email to 128 court of appeal judges and above and 90 plus Auras, I outlined, basically, how DENY, SONY, and ad. Cir. all helped Randi Weingarten et al.
10) In fact, I outlined how my employer (DUE) conspired with Judge Cogan because Judge Cogan and Randi Weingarten conspired with to deprive me Amos of liberty and retro money. It is simple, the DUE COULD NOT have been notified of my arrest on Nov. 9, 2018 b/c I was arrested on Nov. 14, 2014 with the fact being: the DUE receives arrest notification ONCE, and ONLY ONCE, an employee is psychically arrested WITH fingerprinting.
11) It STRONGLY appears that Sen. Schumer recommended judges are the ones being placed on my cases to help cover up Randi Weingarten et al's crimes against me, but this is a fact for a jury to decide
12) I informed the male case manager of the fact that Perez informed me that he wrote an appeal on the basis that DUE didn't explain the special conditions-prior to March 8, 2022 & Silverman got up on March 22, 2022 and said: we need to explain the special condition or it will be sent back to us--as the scheme appears and it has come to life, as Perez wrote an appeal based on the story of March 22, 2022 and not July 20, 2021
13) Case manager informed me that he would forward the information of what I told him and the fact of missing documents being placed on a private court docket, which would mean Chief Judge Livingston should have the information

Habeas corps issue #5: Perez
1) He was the first person, with "Esq." behind his name, to acknowledge that there is no such thing as "private docket" and the documents that I spoke about were not part of the record
2)He has aided to hid Silverman's misconduct from the court of DENY and ad. Cir.
3)he did not raise the issue that transcripts are edited, which could be intentional or human error, but I wrote it was intentional. Logically, if the judge would have edited the transcript, it would have been the statement where he lies about his association with Sen. Schumer and the judge did not do this
4) He has hid Silverman's misconduct of not docketing my motions
5) He is part of the scheme to pass off March 22, 2022 court date as July 20, ad court date for sentencing
6) He has not answered any question or been in contact in month and is only now make contact via mail.
7) He wrote that Silverman had to approve the filings, which is not what ad (anything more than review for threats would make Silverman, Mr. Celli's civil lawyer and that's not the suppose) said on July 20, 2021 and not what Silverman wrote to probation in an email, where wrote that he only job was to review for threats...the approval of filings was written on March 22, 2022, as Bellman told me after the hearing what conditions was written...the scheme

Habeas Corps issue #6: Misconduct of the Auras
1) Covered up Judge Cogan's crime of helping his former clients the FUT., as they threaten to expose my rape if I continued with my lawsuit
2) Aided Judge Cogan to retaliate against me by depriving me of Amos of liberty and rob me of retro money
3) Aided Randi Weingarten/Betsy Combiner get away with using Betsy's nonprofit foundation to publish my HIV status
4) Aided Betsy Combiner evade paying taxes, as Betsy has her profit paralegal clients pay her in her nonprofit foundation to expose educational corruption
5) Knew of the practice of law by Combiner

6) Knew Dorm submitted a false report to Donnelly
7) Withheld whether they had a waiver to participate in my case, as they worked for the ad. Cir.
8) Knew of missing documents claim in DENY and ad. Cir., which were sent to congress and upper DOJ
9) Knew Clerk Young intentionally didn't docket my filing
10) Knew that the Betsy document explain how it is a crime to use a nonprofit foundation to harass and publish HIPPO information is a crime WAS taken off the docket and according to Silverman, it was placed on the fake docket that he has named the private docket under seal
11)either AZUSA Bending or Defender Algeria gave my mental information by doctors to the NEOPOST--I don't know which one
12) Karameros lied about US Marshals not being opposing sides, which is misconduct by the court, DOJ and 2nd Dept
13) Knew the US Marshals omitted my intent from their report, Betsy's crime for taxes and illegal use of nonprofit foundation, and Randi's dirty secret with Judge Marrero and Betsy.
14)Auras knew that the violation report filed by Lombardo was false
15)Auras didn't disclose all evidence known to them and hid/destroyed evidence--according to Silverman
16)misrepresented facts of the civil cases to deprive me of liberty on May 4, 2022; as on Dec. 1, 2021, I informed didn't that I was filing motion in the civil cases under rule 60 with the reason of "Full and Fair Credit Clause," which requires Federal (in this case) to honor the highest decision of NAYS' court because, an example, I quoted the Arbitrator who cited Cogan, when he worked at Strokes for the FUT. and Strokes is the place Weingarten/Cogan were coworkers as well.

----------
Turning to the illegal order to have Dr. Strokes to write a report b/c the judge wants to place me in a mental institution by Bellman and Silverman said declared psychotic, which 100 plus judges and 90 Auras have the Bellman audio

Please Take Notice, Bellman with 100 plus judges know that I wanted my sessions with the psychologist recorded, either video or audio--no such order has ever been issued
Please Take FURTHER Notice, I told Dr. W. that I had all psy evaluations audio recorded thus far, and how the reports filed did not provide examples of how my statements related to the diagnosis written about me, as I looked at other reports written by each doctor have examples and each doctor provided how a defendant was delusional (if this was the case) or other mental defect.
Pease Take EVEN Further Notice, I told the above to Silverman because Dr. Goldsmith wrote that I was delusional (first time-- from memory and Dr. W. doesnt have it) and then wrote that delusions could be reasoned with (reviewed with Dr. W) and Silverman said, the doctor meant my claims about Judge Cogan and Randi Weingarten were delusional and this is when he said that he did not do his job--June of 2021

Dr. W and I have discussed (and continue to) what I have discussed with previous doctors, which has nothing to do with the violation--as Kellman knows no violation occurred. The main purpose of this study is for Dr. W to state what therapy would help me not violate the special conditions, but as I keep saying what Kellman said to me, "there was no violation" and "I did what the judge told me to do." Therefore, Dr. W cannot write a report or suggest a therapy for doing what was told to me on July 20, 2021 the judge and Engelmayer approving my filings on Dec. 1, 2021

In our last session, Dr. W said that she believes that I make "wrong connection" and does not believe that I am delusional and agreed with Dr. Goldsmith, but she reverses the right to change her mind, which is find as long as she provide statements as evidence because in our first session, she said that she would confront any delusions if she thought they were delusions.. I have only stated things that I have DOJ personnel telling me that I am right.

Please Take Notice, as an after thought for "wrong connection," I realized that I did not make clear of the following:
Betsy Combier worked for Randi Weingarten
Betsy recorded Randi paying Judge Marrero
Sen. Schumer has always said Randi is a friend or is like a sister
I went through Judge Louderbach and Sen. Shortbridge and all the criminal convictions that centered around senators/judges

****obviously, my thought of Sen. Schumer helping Randi Weingarten (based on the fact that all judges that I had were Schumer judges and helped her, like the fact that my lost of liberty was preplanned, as my employer knew of my arrest prior to Judge Cogan sending the request at US Marshals and AUSAs of EDNY) is a conclusion/theory and the above facts (not about Marrero) would be something for a jury to decide. MOREOVER, most of the criminal decisions were like that of Judge Louderbach, where the judge did not take money, but fixed the case for a special interest/friend/polictal ally/etc.****
***if the above is not the connection she meant, then she will tell me because she ran out of time

What is in the emails that the AUSAs and my lawyers have not gotten or have acknowledged:
1) I wrote I do not know if Randi truly paid Judge Marrero because Betsy cant hold water

----------------------------------------------------------------------------------------------------

2) If I were Randi, I would not have Betsy in the room paying a judge or anyone because Betsy runs her mouth everything

What I never wrote:
I believe that Randi and Betsy created the audio to harass me, but this is not a fact and I do wonder if this is the case--I, on my own, cannot prove this

NOW, I have presented a theory of why I am being deprived my rights and it centers on Randi Weingarten and Sen. Schumer with Silverman, as my only lawyer, who said that he did not do his job b/c of Randi and Cogan. With that being said, Silverman could have possibly practice before Cogan and know him, but Randi is not a person who works in the courts whatsoever, so he reference about Randi is fishy because if it were only Cogan, once could argue that Silverman's statement (w/o Randi) would be one of respect, but the mention of Randi w/ Cogan makes it a conspiracy and still a fact for a jury to decide.

Now, I have many people (DOJ) who have told me that I am being deprived of EVERY single constitutional right to give to Randi Weingarten and Judge Cogan. In fact, many have made statements like: "are you sure the judge allowed...," "the judge would never ignore...," "the judge knows that is misconduct..." and the list goes on, but I do not have it in front of me.
THEREFORE, I need to address the fact that Dr. W printed out my motion on the topic of "how much did Randi Weingarten pay Your Honor." see above as my answer, as I told her to read my messages

Remedy:
1) To go home on my own accord on Sept. 12, 2022 because I have to prepare for sentencing and the current judgements should be vacated due to the fact that my rights were all taken from me, as ankle monitoring with internet monitoring enough
2) recusal to be answered (b/c of statement on March 8, helping Ranid retaliate against me in various ways, allowing the KNOWN misconduct of the AUSAs--as its misconduct for a judge who was a former DOJ personnel, lying about the association/correcting it about Schumer, and the other claims that Your Honor never answered)
3)appointment of another CJA to aid me to prepare
4) a request from a DOJ's office for a lawyer to ensure my next CJA lawyer does not provide ineffective assistance of council or promote the
5) Removal of Kellman and Silverman because each have not done a thing to help me, as the DOJ personnel COULD NOT believe Your Honor allowed, especially Silverman, to commit a crime against me

--------------------------------

Witnesses to be called:
1)AUSAs (Amundsen, Gold, Shaw, Karamigous, Bensing, Dounghue, Pearce, and others that I have to look up thier names)
2)Silverman, Kellman, Hueston, Olivera, etc (all of my lawyers since the start)
3)All of the psychologist that I spoke too
4) Randi Weingarten (due to Silverman's statement), Atkinson, Norton, and a few others
5) Swain, Livingston, Seibel, Donnelly, and magitrates
6) Schumer
7)Kopplin
8) Lombardo and his supervisors
9)Clerk Wolfe, case manger for appeals

AUSA v. Celli, 19-cr-127    EDNY

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Ben
SUBJECT: Add the following Silverman
DATE: 08/20/2022 06:49:26 PM

*RE: My lawyer labored under a conflict, as they admitted to conspiring w/ Judge Engelmayer, Judge Cogan & Randi Weingarter, and this issue falls under USA v. Cronic*

Subject line: Trowel/Amundson, please ensure that the court is notified of my lawyers misconduct/criminal conduct

Dear Ms. Kellman, Mr. Silverman, AUSA Trowel, AUSA Peaceand AUSA Amundson, Officer Lombardo, and Congress:

Mr. Silverman, please tell Kellman to cite the following case lawyers for withholding the name of the new lawyer

In foot note 31 of US v. Cronic, 466. US 648, 80 L Ed 2d 657, 104 S. Ct 2039, the Court cited: We presumed prejudice when counsel labors under actual conflict of interest.

Kellman statements prove actual conflict of intrest, as AUSA Amundson and AUSA Peace (which Trowel must inform Peace and the court) where she states, "the judge told me my only job.." or "there's no violation" or "I did what the judge told me to do"

Silverman's statemetn of "i did not do my job because of Randi Wiengarten and Judge Cogan."

In foot note 28, Ineffective is also presumed when counsel actively represented conflicting interest. see Cuyler v. Sullivan...Kellman represented Engelmayer's interest to discredit me and place me here in a mental institution and Silverman did not do a single thing for me, with the fact AUSA Shaw and other said he committed a crime with a letter about "uncharged crimes," because of Randi Weingarten and Judge Cogan

In foot note 26, undermine the reliability of the finding of guilty. Kellman did not read the transcripts and told me and Silverman that I was right about the false report and etc and Silverman did not want to represent my intent because Judge Engelmayer said he would have him disbarred, whcih Officer Lombardo has with many other recordings

in footnote 25 prevented from assisting accused during a critical stage of the proceeding and to satisfy the constitutional right under the 6th Amendment, the counsel must function as an advocate for the defendant as opposed to a friend of the court.

Kellman and Silverman have CLERALY stated to me who they are conspiring with to deprive me of my constitutional rights, which 100 plus judges and 90 plus AUSAs have, but I doubt they clicked on it...but they are there with the fact that Officer Lombardo has more and I have what rest

In Carl Andrews v. Kellman, Judge Swain cited: US v. Schaw 283 F3d 76 (2d Cir. 2002), the defendant is entitled to a conflict free counsel...need .. to establish an actural conflict of interest that adverselty affected the counsel's performance. In additon, An attomey has an actual conflict of interest when during the course of representation, the attorney and the defendant's interest diverge with respect to material or factual issue or legal issue or to a course of action

Factual issues: No violation, my intent, Judge Engelmayer did have makes certain statements that my lawyers are claiming that he made, deprivation of liberty and not allow Bensing/Karamigous/Lombardo get away with crimes against me or misconduct...especially the fact that EVERY SINGLE AUSA said that Judge Cogan committed a crime for the UFT with borderline IQ students knowing this too

Course of action: manddamus, to be let go from here because there's no violation and I am being held illegally, which my lawyers know this as a fact with EVERY SINGLE AUSA that I spoke to and not being allowed to call them as witnesses or play the audio of them

Trowel, please send me an updated docket sheet for 19-cr-127, as Silverman forgot to send me one and my brother is claiming that Silverman did not send him one (this could be true, as my brother has issues with basic internet skills...as one of my read might have read the docket entry wrong to me and i accused Silverman of lying and when he hasnt lied he responses with a simple answer and when he caught in a lie he coninues with the same lie)

Trowel, if you dont mind please send me when you sent the court the information my number 91241-053 at FMC Kentucky

Silverman, could you ask Kellman to answer me prior to my friends sending it to the AUSAs (for appearances that she only does her job when I or someone contacts the AUSAs) ...as she has this habit of not answering her victims/clients and in the

---------------------------------------------------------------------------------------------------------

emails today, she has the obligation to inform the court and it has to be made public, which she knows becasue Engelmayer wrote in another case she was part of

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Perez, Daniel; Silverman, Bem
SUBJECT: pt 2
DATE: 08/07/2022 06:24:29 PM

*Re: Letter to Ms Kopplin to send all Rep. Senates my emails about the fact that Engelmayer used his office for Randi Weingarten and Randi is like a sister to Schumer*

Ms. Kopplin, I request that you send the letter to all 50 Republican senators, as their aides like you, received the documents that should have been placed under seal, but they were not. Please send them the audio of April 6, 2021 where Judge Engelmayer tells Silverman that he was to be placed them in the Eastern District under seal and not on the docket, which Officer Lombardo has Silverman explaining to me that the judge was talking about a private docket where only judges, lawyers, and prosecutors have too. I have Perez telling that there is no such thing called private docket and if not placed under seal, which shows on the docket, then it was never placed under seal and is not part of the record. Kellman confirmed this to my brother. In fact, Silverman told Judge Engelmayer, because I placed them in the 2d. Cir., those documents made him look like the worst lawyer in the world and whom does not do him job with fact that it is a crime by the like of Shaw. I request that you submit this on the docket (2d. Cir. and EDNY) for the public to view because Kellman, Perez , and Silverman are committing a crime, like I have all these AUSAs saying I did not receive a fair trial and crimes were committed and these people are hiding the fact

I request from Chief Livingston to decide the writ too because it could be anyone from the circuit, therefore, if clerks and Officer Lombardo do not submit--they are knowingly committing a crime against me, as I have asked for the removal of Kellman, Perez, and Silverman

I request congress the removal of Kellman, Perez and Silverman, as I have AUSAs saying what they have done to me is crime, disbarment and etc, which Judge Engelmayer is impeding me from calling witnesses or playing my audios or creating a record of my lawyers' crimes

I request congress the removal of AUSA Bensing and AUSA Karamigous as they have gone out of their way to present false law enforcement reports, which Judge Engelmayer knows of US Marshals by email sent to him and he should by now (if transcripts are altered again) know that Officer Lombardo submitted a false report and perjured himself. Said AUSAs with AUSA Brady deprived me liberty, as AUSAs outside the 2d. Cir. saw them retaliating against me for Judge Cogan because the said AUSAs and even borderline IQ students know that Judge Cogan used his office to help the UFT and Randi Weingarten commit a crime against me. Please Take Notice, I wrote to Officer Lombardo with my lawyers, Kopplin, and Amundson that the judge make a mistake but after reviewing the transcripts knows the report is false and the fact that either Bensing or Olveria gave my medicial information to NYPOST

I request sanctions against Ms. Kellman with her removal asap for doing nothing and prevent me from being in prision, as she lied that she could not doing any, but she could have filed a rule 60 petition, mandamus, and 2241.

Please Take Notice, I have Kellman audio recording saying, "the judge told me...place you in a mental instution" "I'll review the transcript" You're right about everything..." "the judge knows of my misconduct" "I did what the judge told" "the judge will protect me" with now saying, "she cannot have a rational/logical conversation"--Kellman has a cognitive impairment/cognitive disconnect because she acknowledged her misconduct and there was no violation. I have requested that she create a list of how I am irrational/illogical so that I can review with Dr. Wentowski because it either I will gain a rational/logical understanding or I will show her how I was railroaded, I can prove what was said "IN AND OUT of court" via audio recordings. In fact, Kellman acknowledged the report was false and Lombardo lied but she did nothing and this the reason behing 2241

I request sanctions against Perez for knowingly covering up Silverman's crimes, as he was the first to tell me that Silverman never placed anything under seal and is preventing a complete record of his criminal conduct to help Randi Weingarten and Judge Cogan, as I do have AUSA Shaw and other telling me he committed a crime against me. IN FACT, Silverman even said that the documents made him like he was the worst lawyer in the word... with AUSAs saying, the judge allowed it or what did the judge say or do ...Judge Engelmayer has a cognitive disconnect from reality as Silverman's own words to him, my audios, and AUSAs say that Silverman NEVER DID anything and committed a crime, which is KNOWINGLY hid and AUSA Karamigious has known about his obstruction of justice since April 6, 2021 because the judge told her, after what he said in the ex parte conference, that Silverman was to place the documents under seal, which he NEVER did, as they are not part of the record

I request a new trial based on the criminal conduct of hiding what he did to me, the judge hiding his association, the judge helping Randi Weingarten and Judge Cogan get away with a crime and allowing them to interfer with my lawyers, as only Silverman admitted that he did not do his job because Silverman thought the was allowed to speak to me freely in the courthouse--I caught him!!! But, the AUSAs that I spoke to, they saw said it appears that my lawyers are helping Judge Cogan and Randi Weingarten

*which is an issue in judge Bordeos' impeachment trial (Gov't)*

*Judge Loud or Deux said, he fixed cases for Sen. Sherrod Brown for Randi*

--------------------------------------------------------------------------------

I request that Judge Donnelly hold a hearing on the misconduct of the AUSAs, as I have AUSAs saying misconduct with letters form the DOJ. Then, there is the fact that AUSA Gold said that AUSA Bensing needed to be fired for cause, as she knowingly lied about Judge Cogan's conduct to help the UFT, which should apply to Karamigous' conduct for May 4, 2022. Lastly, 2d Dept informed me that Karamigous needed to disbarred for lying for the US Marshals and she knows (with Engelmayer knowing too, due to emails) the US Marshals omitted facts in their report and Judge Newman could have written the opinion where the panel said that it was ok for Judge Cogan was allowed to practice law for the UFT to help them with AUSAs echoing this too because Newman wrote a misconduct opinion on the conduct of practice of law. Please Take Notice, Karamigous and Bensing worked at the 2d. Cir, therefore, they covered up the criminal conduct of Clerk Young (she told me that the court told her not to docket my filings) and I have waited 3 years for Clerk Wolfe to answer me or place on the docket missing documents that was sent to congress and I recieved an answer from General Counsel for Sen. Ethics Committe (Kopplin). PLEASE TAKE NOTICE, Engelmayer worked for the DOJ and there are misconcdut opinion on this topic and a recusal opinion on this topic in the 2d. Cir.

I request the CJA Judge hold a conference on my lawyers' misconduct with it being streamed live, especially Silverman for his crimes per AUSA Shaw and others, but also his HIPPA violation because he forged my singature on form to obtain information and then disclosed personal information that he did not have permission to disclose from me, which I have this audio recorded and via corralinks

There are so many more issues that are not being addressed and ignored, in the same manner that I heard Randi Weingarten pay Judge Marrero in Teachers4action v. DOE et al (Randi Weigarten was named, too) and the government has withheld the evidence because Betsy Combier, who the AUSAs are helping to evade taxes because I provided documents that other AUSAs said were needed---just saying and it is a ministral duty

Lastly, I cannot predict the future but I am sure that Judge Engelayer will continue to ignore facts (as he been doing) with the assumption that he was paid by Randi Wiengarten. I would bet a million dollars, if I had it, because Engelmayer has ignored Silverman's criminal conduct for over a year and has personal knowledge of wrongdoing by Karamigous/Bensing, as he was DOJ personnel and there are judicial misconduct opinions in this area because I do have veral confirmation of their misconduct by other AUSAs and letters from the DOJ...who wants to bet with me? Pray that some entity, as it will not be in Judge Engelmayer's courtroom because he has kept to his promise that I will not get justice here and has knowingly allowed misconduct by my lawyer/AUSAs with my lawyers committing various crimes, like withhold evidence and impeding witnesses form testifying

Moreover, on the topic of Kellman and Engelmayer apparent pact to screw over defendants from liberity with Judge Swain's help. I found two petitions where Kellman waited a long time to file motion that would have provided her clients with liberty. Now, I looked to see if Schumer was a nexus and he was not, but their behavior cannot continue because judges and lawyers who have done have been held criminally accountable. This should end with me...let's see

I request confirmation that the named people recieved the letter because my lawyers are prevents judges from gained knowledge of evidence or motion which is a crime, according to AUSA Shaw and others....I assume 18 USC Sec. 4 and obstruction of justice, but she and others did not name a statute

Gino, the address for House/Senate is folder named address or you have to look them up, please sent them certified return reciept

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Perez, Daniel; Silverman, Bem
SUBJECT: Irrational/illogical thoughts
DATE: 08/03/2022 07:45:00 PM

*RE: Kellman has cognitive impairment / as she doesn't understand thect/ she told me there's no violation and she didn't do her job b/c Engelmayer told her not to = recorded and sent to over 100 plus judges and AUSAs via email*

Dear Judge Engelmayer, Ms. Kellman, AUSA Amundsen, Mr. Silverman, Mr. Perez, and Officer Lombardo:

Since the appointment of Ms. Kellman, she and I have not moved from the fact of "Judge Engelmayer explained the special conditions on July 20, 2021 and approved the filings on Dec. 1, 2021."

My audio will prove that my statements to Ms. Kellman were based on what I either have audio recorded or found on the transcripts. Therefore, my thoughts cannot be irrational and/or illogical because I never went BEYOND what I have audio recorded or the transcript, as I spoke to her.

If Ms. Kellman believed, however, my thoughts were irrational/illogical; she need to inform me so that I could have clarified what I said to her. BUT, the real issue, proof via audios, is the fact that every time that I spoke to Ms. Kellman, she never read transcripts or the emails that explained how there was no violation because the filings dealt with Randi Weingarten/Betsy Combier/Judge Cogan and it appears that she never did any work on my case. No one can have rational/logical conversation, if they---in this case---Ms. Kellman has not read a transcript or understood the facts in my violation.

I spoke to Dr. Wentowski on the topic of delusional thoughts because I told Mr. Silverman that other reports written by Dr. Rosenfield or Dr. Goldsmith; they provided examples of how the defendant was delusional. I requested that Mr. Silverman place in a motion to have each doctor write an explanation and I have audios of our sessions, if they needed to refresh their memory. Mr. Silverman, obviously, did not do what I asked and told me that they told him that I was delusional about Judge Cogan. I explained to Dr. Wentowski that I need research on how a psychologist should treat delusional, which is confronting the delusional thought and she said that is correct because I told her that I read it is the only way to change the thought process.

Since, the judge, Ms. Kellman, and Mr. Silverman believe that Dr. Wentowski's role under the statute is to provide me with therapy; I request that Ms. Kellman create a list of my irrational/illogical thoughts so that I can change my thought process or rebuke the claim with evidence, like I told Dr. Wentowski that my thoughts on Judge Cogan from speaking to DOJ personnel on the criminal conduct of Judge Cogan helping his former clients with the fact that borderline IQ students think the same way as the DOJ personnel--SO, I could NOT be delusional if 80 plus DOJ personnel thought Judge Cogan committed a crime with the fact of Judge Ritter, criminal cases, borderline IQ, and judicial misconduct opinions where a judge helped out his former clients

Now, I going to be like Ms. Kellman in all the sessions we spoke prior to May 4, 2022...I want to have a logical/rational conversation with you, but I don't understand. Please help me...As this is what she told me about the fact that I kept telling her of "the judge gave explicit directions on how to communicate with the court on July 20, 2022 and his approval of filing on Dec. 1, 2021

The only way to correct irrational/illogical thoughts is through a process that confronts the thought process on the topic. One therapeutic tool is Cognitive Behavioral Therapy (CBT) or DBT that was suggested by Dr. Goldsmith. I am more familiar with CBT, as I use it with my students to change their disruptive behavior

You keep writing that I need to focus on my therapy to get better, I need for you to create the list so that Dr. Wentowski and work on it and then bring you, Perez, and Silverman into the mix because the goal of statute is to prevent what led to the evaluation and my lawyers are the cause...I see it as their cognitive impairment and they see it as mine, but I can back my statements with audios and transcripts

PS Mr. Silverman is blocking me from reporting a crime to the AUSA about DOE/UFT depriving me of summer pay and retro pay...Perez and Kellman need to inform the powers that be, as I will be claiming 18 USC Sec. 4
Please include how I tie your hands from filing motions of on the misconduct of the government that has caused my illegal detention here because I did not violate any special conditions

Lucio Celli
~~9442~~ 91241-053
FMC Lexington
P. O. Box 14500
Lexington, KY 40512

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**®



7018 1830 0001 9517 9121

Clerk's

⇔91241-053⇔
Edny Edny
225 Cadman P
Brooklyn Heigh
United States













office



Z E
s, NY 11201



