Dear Clerk Palmer & AUSA Amundson

Please place documents on the right docket ~~upstate~~

I am sending a copy of what's inside to the AUSA listed above b/c EDNY Clerks office makes my documents disappear or never be docketed

Please send me a copy of docket sheet that each document was entered as I wrote and rewritten to hide the criminal conduct of the AUSA, my lawyers officer Lombardo at FMC Lexington

as Doc 246 was rewritten to "reconsider" and I wrote the letter, so I know what it should be worded as and it was sent over corrlinks

thanks
Mr. Celli