# LAW OFFICES OF SUSAN G. KELLMAN
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

October 12, 2022

<u>Via ECF and Email</u>
Hon. Paul A. Engelmayer
United States District Judge
Eastern District of New York
*Sitting by Designation*
40 Foley Square
New York, New York 10007

Re: *U.S. v. Lucio Celli*
19 Cr. 127 (PAE)

Dear Judge Engelmayer:

Now that Mr. Celli's mental health evaluation at FMC Lexington has been completed and your Honor has had an opportunity to review the doctor's report, we respectfully ask that the Court direct the U.S. Marshal to return Mr. Celli to the District for a hearing on the question of his release pending further proceedings.

Cognizant of the Court's endorsement on Mr. Perez's letter on September 16, 2022, we understand your Honor's reluctance to schedule a hearing prior to a ruling by the Second Circuit; however, we respectfully submit that Mr. Celli's liberty need not be contingent on that ruling.

As stated in our earlier correspondence with the Court, government counsel believes that Mr. Celli's transport should be accomplished courtesy of the U.S. Marshal. We merely ask that it be done as soon as practicable. Upon his return, we would ask your Honor schedule a hearing so that we can address Mr. Celli's release from custody pending a decision by the Court of Appeals and the remaining issues related to the pending violation.

We await your Honor's consideration and determination of these issues.

Respectfully submitted,

*Susan G. Kellman*

Susan G. Kellman

cc: All Counsel
      Lucio Celli