*EDNY    USA v Celli    19-cr-127*

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---

FROM: 91241053
TO: Celli, Gino
SUBJECT: 3rd motion to the court
DATE: 10/04/2022 01:06:51 PM



RECEIVED OCT 12 2022 PRO SE OFFICE

FILED IN CLERK'S OFFICE U.S. DISTRICT COURT E.D.N.Y. ★ OCT 12 2022 ★ BROOKLYN OFFICE

Dear Judge Engelmayer, Judge Weir, Judge Bloom, AUSA Amundsen, and Ms. Kellman:

Re: Motion for sanctions and removal: Kellman continues to "play" dumb with motioning the court to have Dr. Wentowski to provide me with a copy of psychological evaluation report, which is the "SAME TACTIC" she used when I explained the facts of no violation based on the transcripts of July 20, 2021 and Dec. 1, 2021

I write the Courts to inform them of Ms. Kellman's gross misconduct with requests for sanctions and her removal from case no. 19-cry-127, under Cronic and Maples (see 22-cv-04646, Cronic is a well-known case). As I have pointed out in other letters/motions, Kellman has a cognitive process issue or she is criminally conspiring with Engelmayer, which I believe it is the latter because of an audio sent to everyone with other audios. I believe, however, it is more of the fact that it is the continuation of the conspiracy between Engelmayer and Kellman to have me placed in a mental institution or get time out of me; as emails with the audio links might have stopped the original scheme, but I will only know after the fact if I am right.

Please Take Notice, enclosed is a letter from Kellman to my brother, Gino Celli that was written by me — *DOC 1 letter/Kellman*

The following questions Kellman needs to address, which were:
1) Did you inform the Court of "Pro Se status"?
2) Did you Motion the Court to have Dr. W provide me with a copy of the psy eval here at FMC Lexington, as this is the ONLY way to ensure that Dr. W's report is not altered or switched by Engelmayer or anyone at EDNY's Clerk's Office?
3) Did you Inform the Court of the fact that she is recorded telling me that she knew there was no violation, the judge told her what to do, and the judge will protect her?

Please Take FURTHER Notice, there is a link labeled "March 8," in the emails, and this is where Engelmayer states: "...I told her what she needed to do."

From March 8, 2022 through May 1, 2022; Kellman and I had a total of three or four conversation, all recorded, and at each session Kellman WAS NOT prepared to speak about the facts that I did not violate any special conditions, as written by Lombardo, with Kellman either saying: "I don't understand" or "I understand and I will review the transcripts." In fact, there is an unlabeled link where Kellman is recorded telling me that she was not prepared or read my emails that were sent to her, Lombardo and Amundson

I am in serious need to have Kellman removed as my CJA lawyer, as she is achieving the goal the set by Engelmayer of "the judge said that my only job was to make sure that you are placed in mental institution because she has not done anything for me.

Kellman has not filed any motions to protect my rights and has not filed a mandamus to have Engelmayer removal because of the conspiracy between them because the goal, according to Kelman, is to discredit me for sending congress an audio of Engelmayer lying about his association with Schumer. I was denied a fair trail/hearing and liberty without due process, which is a crime under 18 USC sec. 241. See Imbler v. Patchman

Lastly, Kellman continues to evade question of whether she will inform the Court of "pro se status (structural error)," "no violation because Engelmayer told her what to do" and to have Dr. W to provide me with copy because Engelmayer and/or clerk will either switch/alter doctor's report

Remedies:
1) Kellman's removal because of a conflict of interest under Cronic, as Engelmayer called me a liar, without listening to my audio, for saying that I have Silverman recorded telling me that he did not do his job because of Judge Cogan and Randi Weingarten

Please Take Notice, Engelmayer cannot be trusted because he appears (I say obvious) Randi paid him to ignore facts, like I heard in the audio played by Betsy combier
2) Sanctions against Kellman for not doing her job (filing motions, conspiring with Engelmayer (she admitted), and helping Silverman get away with a crime against me, as she knew he lied and told me so)...MOST IMPORTANTLY, she will not inform the Court that I require a copy from Dr. W. to ensure that the report is not switched/altered by Engelmayer or clerk, which I told

Dr. W and told her that I have the audios to prove above statements by Engelmayer or Kellman with the provide to log into my email or dropbox to prove the statements

*[signature]*  10/7/22

Doc 1 i letter to Kellman

FROM: 91241053
TO: Celli, Gino
SUBJECT: sent this to kellman
DATE: 09/26/2022 11:47:23 AM

*Do 7!*
*Letter to Kellman*

gino, sent this to kellman and the previous one,......if you want write  lol otherwise write whatever you normally write

I am only forwarding you his response, please know this.

Ms. Kellman, the issue IS NOT obtaining a copy from you...PERIOD. However, Ms. Kellman, there is a reason to request a copy from you because you did not provide me with copy of violation (you lied to Enelmayer by saying you emailed it, which I told my brother and he told me no), and you did not provide me with a copy of doc. no 244, so there is reason but this is not the reason. ALSO, what you are doing now of "pretending" not to under the request of "motion the court to have Dr. W provide me with a copy" because this is what you did to me with transcript and other due to you did not understand" as you told me you did what the judge asked of you after the violation hearing

The issue is obtaining a copy from Dr. W that is that twofold. One reason is ensure that Dr. W's report is not altered/switch by either Engelmayer or Clerk Lee (as she has incorrectly entered my motions with other reasons for this accusation). The second reason is to ensure the report was sent and not play the game of "the court hasn't gotten it yet" because I see that as another way of you helping Engelmayer screw me.

Please answer the following questions because they are based on your statements:
1) Do you believe that you that you are Dr. Wentowski?
2) What part of "motion the court to have Dr. Wentowski to provide with me a copy" dont you understand? because you keep on saying you will provide with me a copy and no need for a motion, as you are not Dr. W
3) What part of "did you inform the court that you are recorded telling me that there's no violation" dont you understand?
4) What part of "did you inform the court of my request to appear 'pro se'" dont you understand?
5) What part of "the judge did not rule/order that I cannot appear 'pro se" dont you understand?
6) What part of "did inform the judge that you are not my choice of lawyer" dont you understand?
7) What part of "did you file the mandamus, yet" dont you understand?
8) What part of "why didnt you provide me a defense on May 4th that was known to you" dont you understand?
9) When are you going to answer the question of how will you correct your misconduct and that of the gov't?

I need you to answer the above question directly because this is what you did to me prior to May 4, 2022 and this will show what you did to me to my brother because you do not have my interest but that of Engelmayer. Also the above issues (expect Dr. W/report) are structural issues

Ms. Kellman, I am now wondering if the tactic is to get time out of me by delaying the process, as over 100 plus judges have the audios of you saying: "the judge told me to make sure that you are placed in a mental institution" and Engelmayer saying: "there's no need for Ms. Kellman to review the record because I told her what she needed to do." My current assumption is: "you and the court will play the game of "Didnt get the report, yet" for a while first, second the time for you/govt to answer the answer of how to be transported back for a while, third will be Engelmayer taking his time to response to you/govt and then the last step is --it takes time to get me back to Brooklyn....Is this what is going to happen?

PLEASE NOTE, Engelmayer told me that he will decide how long I am in the mental institution on March 22 that is one of the links sent, too

I hope, after you do not answer or avoid answering, my brother will truly understand how dire straits I am in need of a lawyer and quickly too because I need to light a fire under his ass to hurry to get me a lawyer. My friend should, I hope, have a few names for him this week to call because you cannot be trusted and just have ill-will for me and the reason behind my illegal detention

Ms. Kellman, again, I am merely forwarding these messages to you from Lucio. I would like to point out that these questions appear to be reasonable and I am beginning to wonder why you are not answering them. You appeared to be sincere in responses to my questions, but my knowledge of what is happening or should happen is very limited. Lucio keeps on referencing the fact that you knew that there was no violation on his part and you informed me that you couldnt tell me because of attorney-client privilege. I would like you to know that Lucio has provided me with power of attorney to deal with legal matters,

which was sent to him by Silverman. Therefore, I would like to know if what my brother is saying about your knowledge is true or not and I believe a yes or no doesnt do anything to the attorney-cleint privilege, but I can provide you with a copy, if you truly need it.

I appreciate the fact that you have been so generous with your time in answering my questions and reading the many, many emails from my brother, Lucio. I truly hope we can work together to get my brother out of this, as I do not want to hire a lawyer for him because my parents are not made out of money.

*EDNY USA v. Celli 19-cr-127*

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A -

----------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino
SUBJECT:
DATE: 10/02/2022 12:48:44 PM

Dear Judge Engelmayer, Judge Weir, Judge Komitee, Judge Bloom, AUSA Amundson, IG, Officer Lombardo, and Ms. Kellman:

Re:Motion for sanctions and removal of Kellman from my case with other remedies (like answering my questions that are attached) with sanctions against Silverman and Perez with this being criminal complaint for obstruction of justice and/or 18 USC sec. 241 as it is a conspiracy between my lawyers and Engelmayer, Cogan, AUSA Karamigious, AUSA Trowel, and Randi Weingarten (only Kellman and Silverman are audio recorded telling me thier admission)

I write the courts to inform them that my lawyers, especially Kellman, do not communicate with me. It has been 5 months since Kellman told me that she knew that there was no violation, she did what she did for the judge, the judge will protect her like Silverman and I was right about Officer Lombardo and AUSA Karamigous. Kellman, in fact, is recorded telling me that she intentionally did not obtain evidence (transcripts) and call witnesses because the judge did not want this to occur, but she will not address this in writing.

Please Take Notice, Engelmayer, with 200 plus federal judges and AUSAs, has the audio where Kellman tells me that she was not prepare/done any work on my case and that she was adhering to the edict of Engelmayer

***I need to make a correction, Engelmayer told me that I lied about Kellman's statement of 'being prepared," as I did not tell him about Kellman's statement of "the judge told me to make sure that you are placed in a mental insitution" on May 4, 2022 Just realized what I wrote to everyone and what statement the judge told me that I was lying about Kellman's misconduct, but it does not make a difference because Engelmaeyr has had both audios since June 14, 2022 and I am still here with Kellman still being my lawyer***

Please Take FURHTER Notice, Engelmayer knows (and everyone else) Kellman labors under a conflict of interest as described by the Supreme Court in USA v. Cronic--but Engelmayer ignores the facts because he is recorded saying: "...I told her what she needed to do."
Please Take EVEN Futher Notice, Engelmayer has ignored Kellman's recorded statements because he told Kellman what she needed to do - *what he told me on March 8, 2022*

I know that I have submitted this type of motion in the past few weeks, but I am doing this because I need to show the court Kellman's gross misconduct and it is not me who is not rational or logical, but Kellman "pretending" not to understand

Please Take Notice: Kellman knows she IS NOT Dr. W and she knows the scheme that she has with Engelmayer because *ignored to answer the questions*
---Please motion the court to have Dr. Wentowski to provide me with a psy eval because has nothing to do with her and her name does not appear in the sentence whatsoever

I have provide each court the many messages between Kellman and my brother and in each message, Kellman has the answer of "I will provide him" or "I don't need to motion the court to provide him with a copy." This is the tatic that Kellman used with me prior to May 4, 2022.

I am in dire straits of a lawyer who is not conspiring with Engelmayer, and according to Kellman, who needs to decredit me for sending an audio of him lying about his association with Sen. Schumer, which is known misconduct and see Mr. Geyh's testimony before the senate in Judge Porteous' impeachment trial.

Kellman admitted to the misconduct and Engelmayer has ignored hers and has allowed Silverman to commit many crimes for Randi Wiengarten and Judge Cogan, under obstruction of justice because he has hid my motions where it highlights his criminal condcut. Silverman, in fact, lamented to Engelmayer about how those motions make him look like the worst lawyer ever and whom does not do his job.

The scheme is to hide the fact that Engelmayer conspired with Randi Weingarten and Judge Cogan to deprive me a fair trial, as I have both Kellman and Silverman telling me thier admission. The gang (everyone mentioned above) schemed to switch the transcript of July 20, 2021 with March 22, 2022 with the fact that Egnelmayer approved my filings on Dec 1, 2021 because July 20th the special conditions were read to me and the new conditions were not read to me on March 22nd with the fact of a fabricated violation was designed by the gang--only the opinion from Newman, Lee, and Walker will tell me if I am correct about

about the scheme.

Please Take Notice, Silverman never docketed any my motion to save my appealable issues, like the structural error for choice of lawyer, which is crime according to AUSA Shaw and others

Please Take FUTHER Notice, AUSA Karamigious has known about Silverman's criminal behavior since Apirl 6, 2021

Please Take EVEN Futher Notice, Engelmayer called me a liar when I told him that I have audios of Kellman and Silverman admitting to their conspiracy with Judge Cogan and Randi Wiengarten and Kellman not being prepared

THE DOCUMENTS ENCLOSED:
There are two documents enclosed for Your Honors consideration on the gross misconduct of Kellman. The first document is a letter that I wrote for my brother to Kellman and the second document is Kellman's response. As with the documents already sumbitted in 22-cv-220 (as I have yet to send the documents to 22-cv-04646 and 19-cr-127), the Court in EDKY can clearly read how Kellman does not answer any of my questions or (especially) response to the fact that she knew the fact that there was no violation on my part and she did what she did because of what the judge told her to do.

I find it funny, since I wrote the email for my brother, that my brother has "sense" but I am not logical or rational. However, Kellman has not done anything to protect my rights or motion the Court about the misconduct of AUSA Karamigous and Officer Lombardo

Conclusion
The judge that I am hoping that will provide with relief is Judge Weir because I know Judge Engelmayer will continue to ignore the facts (audios sent to him and other judges), my experience with Judge Bloom showed me that she will allow my current lawyers get away with a crime (but, she could surpirse me, this time) and (unfortunetly) Judge Komitee is just guilty by association (but he has done nothing to me warrant such a statement and under normal circumstances, I would not make such a statement and I am sorry to view him in this light)

I am praying for the removal, the very least, of my lawyer with sanctions and to have lawyers appointed that will not conspire with Judge Cogan, Judge Engelmayer, and Randi Weingarten

Please Take Notice, I told Dr. Wentowski that, in all the lawyers that I ever had, I have only accused Kellman and Silverman of such conduct because of audio recordings.

I am praying for the Court to order Dr. W to provide with me a copy here at FMC Lexington, as she informed me that is the only way she will provide me with a copy psy eval. and she will only tell me when she sends the report, but will not allow me to read the report. Lastly, I hope the Courts, except Engelmayer, know how in dire straits that I am in need of conflict-free attonrey that I need (under Cronic) and an unbiased judge (under In re Munich).

PLEASE REMEMBER the audios sent to 200 plus federal judges and AUSAs:

1) Kellman saying: "the judge told me that my only job was to make sure that you are placed in mental insitution."
2) Engelmayer saying: "I called Ms. Kellman especially for you," "I told Ms. Kellman that she did not need review the record because I told her what she needed to do" and Engelmayer answering me about the mental insitution with "I'll decide how long you are there" with this statement AFTER he did not read the new special conditions on March 22, 2022
3) The scheme to switch transcript of July 20, 2021 (special condition where Engelmayer did read and explain them to me) for the transcript of March 22, 2022 where Engelmyaer did not read or explain the special conditions WITH THE FACT of I sent AUSA Amundson, congress, and the AUSA of EDNY a copy of all documents that were never docketed, as 2 of those documents were objections/safegaurds towards the special conditions read to me on July 20, 2021

Please Take Notice, AUSA Trowel allowed Mr. Perez to lie to the panel of judges because Perez knew that I created a safegaurd/objections to the special conditions, as there is an audio in the hands of the government between Perez and I
Please Take FURTHER Notice, there is no excuse for AUSA Trowel's misconduct because AUSA Peace with 90 plus AUSA in the country were told about the audios
Please Take EVEN Further Notice, Silverman never docketed any of my motions to preverse my rights prior sentencing and when I asked for a copy of what was placed he placed it with other documents that were never docketed, please see 22-cv-04646 of "April 29, 2021," as structual error and safegaurd documents were given to Silverman after June 24, 2021 and Silverman lied about how he placing them on a private docket under seal....PLEASE See 19-cr-127 at doc. nos. 247 and 248 where they were placed under seal and ex parte with the fact that AUSA Karamigous and Silverman know of the criminal

conduct of the clerks of EDNY of illegal taking out doc. no 128 because Silverman told me that it was placed under seal on the private docket

Remedies:
1) Removal of Kellman and Silverman from my casefor laboring under conflict of interest (audios sent to everyone) and have admitted to conspiring judges and a mob boss
Please Take Notice, they have not done anything to motion the court about the misconduct (their words)/criminal conduct (my words) in illegally detaining me
2) Sanctions against Kellman and Silverman for undermining my defense and depriving me of liberty without due process
3) Sanctions against the Silverman, Perez, Kellman and Karamigous for conspiring to deprive me a fair trial/hearing to hid their misconduct and to hid the fact that they switched July 20, 2021 with March 22, 2022 because on July 20th Engelmayer explained and March 22nd Engelmayer did not explain the new conditions
4) Sanctions against AUSA Karamigous and AUSA Peace for knowingly using false report and doing nothing to correct the criminal behavior of Karamigious, Kellman, Perez, Silverman, Lombardo, Engelmayer
5) Sanctions agaisnt AUSA Karamigous and AUSA Peace for not motioning the removal of my lawyers, as it is prosecutorial discrestion to charge someone but it is not discrestion to ignore the conduct of my lawyer,,,per DOJ's policiy, Supreme Court case law, and AUSA Shaw ...because I know my opinions of facts are worthless but that the DOJ (its personnel) is gold.
6) Copy of Dr. W.'s report provided to me here at FMC Lexington because my lawyer will not motion for it and Engelmayer will ignore my motion with it is the ONLY way to ensure the report is not switched or altered in any way because Engelmayer has bad habit of allowing false reports (know to him too) to be used against me.
7) I would like to have the order on or prior to Oct. 10, as this is the date for the report to be ready and if possible and if it pleases the the court...and most importantly, I would be TRULY grateful for the order
8) I pray for the remedy where the court orders Kellman to anwser my questions that are attached
9) Kellman removal from the CJA panel

- Doc 1: My Questions w/ Kellman's lack thereof answers

- Doc 2: Kellman's answer that addresses nothing

- Doc 3: again, Kellman not answering me

*[signature]* 10/7/22

FROM: Celli, Gino
TO: 91241053
SUBJECT: Kellman Response
DATE: 09/23/2022 12:21:14 AM

Gino -- here are my responses...

1) Dr. Wentowski told me that she will email or mail (depends upon how the court wants it) a copy to the clerk's office (I assume it will be Clerk Lee, see docket sheet for other communtication between them), the government and my lawyer, so this is lie number 1 that you are caught because doctor told me the process, but Dr. W did say that she will not give me a copy unless the court tells her

You can assure Lucio that when I get the doctor's report I will immediately make a copy and send it to him....not sure why there is confusion about that -- but there is no reason in the world that he can't have a copy of a report that concerns his mental health.

2) Kellman, please ask the court to tell Dr. W to provide me with a copy because Judge Engelmayer has used false reports in the past against me, which you know Officer Lombardo wrote one and the US Marshals--as Engelmayer got my emails too in 2018. You have the obligation to inform the court of my request and the allegation. PLEASE NOTE, if the report will not be switched by Engelmayer, then it shouldnt be a probelm...it is only a probem if the intention is to use another false report, as Silverman said that he wants me declared psychotic and you are obligated to inform the court of this too

Again, as soon as I get the doctor's report I will copy it and send it to Lucio -- no reason that he can't have a copy of the doctor's report -- and nobody is going to alter the report.

3) It is not for Kellman to decide whether the question of appearing pro se, but it is mine and I am telling Kellman to tell the judge and it is his decision to allow me or now AND the judge could have changed his mind

Lucio is correct -- it is not for me to decide if he can proceed pro se; however, before I came into the case -- the record indicates that Lucio asked to proceed pro se; and, that Judge Engelmayer held a Faretta Hearing -- which is a hearing to determine if he is capable of proceeding pro se. I wasn't a party to this proceeding -- but my understanding is that Judge Engelmayer -- not me -- denied Lucio's request to proceed pro se.

4) Again, if I cannot appear pro se and/or the report is altered from what the doctor told me, then I will have new counsel because the doctor already told me her findings of not bipolar, not psychotic, not delusional, but I have aniexty and depression with elements of PTSD and I have a personality disorder with the fact that she believes that I am doing fine without meds, but she does not agree with Dr. Barday's diagnosis of personal disorder A.

I cannot opine on Lucio's mental status -- that is for the doctor.

Ms. Kellman, you are to inform the court that I will have new counsel and my brother needs time to obtain one because he is limited to one day a week and my parents are in need of him on that his day off during the week...there is a reason for the need for you to inform the court and ESPECIALLY the fact that you have not informed the court of the fact that you are aware of the fact that Officer Lombardo wrote a false report and you are recorded telling me that you did what you did to me because of the judge

As you can see in the letter that I attached to my email yesterday -- I informed Judge Engelmayer that Lucio had lost confidence in his attorneys back in June and wanted new counsel. Judge Engelmayer cannot permit Lucio to be unrepresented; however, it is my believ that once you retain counsel for Lucio -- the judge will allow me and Ben Silverman to withdraw from the case.

It is misconduct not to inform the court of my plans and wishes and you told the court I lost confidence and not the fact that I do not trust you...confidence and trust are two different words, as I can trust someone but not have confidence in a person

In addition to my letter to Judge Engelmayer in June -- and at Lucio's request -- we have forwarded many of Lucio's emails to the judge in which Lucio makes it clear that Ben and I are guilty of grave misconduct, that he cannot trust either of us and in those many emails he demands that we get off the case.

Please inform the court and do so publicly because you like to hide your misconduct

FROM: Celli, Gino
TO: 91241053
SUBJECT: Kellman response to your response respone
DATE: 09/25/2022 07:06:11 PM

Gino,
  I have no idea what your brother is talking about I don't have to "motion" the court for Lucio to get a copy of the doctor's report. I've said it before & I'll say it again  as soon as I have a copy of the doctor's report  I will send a copy to Lucio. Don't think this could said any more clearly,
Best,
Susan

FROM: Celli, Gino
TO: 91241053
SUBJECT: Response from Kellman
DATE: 09/28/2022 03:06:13 PM

Gino,
   I think we have enough of a sense of each other for you to have discerned that I am a good lawyer who is trying to help your brother   at least I hope so. This raises the question   why would you forward emails of this sort? Why not take a deep breath & tell your brother   to cut it out   that enough is enough.

I will no longer be participating in this back and forth. I appreciated you're trying to walk the middle line   and I appreciate that he is your brother   but he has cross too many lines for this to continue.

Best regards,
Susan

Susan G. Kellman Esq.

FROM: 91241053
TO: Celli, Gino
SUBJECT:
DATE: 10/04/2022 01:07:23 PM

Dear Judge Engelmayer, Judge Weir, Judge Bloom, Judge Komitee, IG, AUSA Amundson and Ms. Kellman
Re: Motion to have Kellman removed from my case in 19-cv-127 with sanctions for supporting the interest of Engelmayer (her words), as she refuses to answer the question on how she is going to deal with her misconduct for Engelmayer with her knowledge of the fact that there is no violation, inform the court of my pro se status request, Silverman and Kellman are not my choice for lawyers, and to motion the court to have Dr. Wentowski provide me a copy of psy evaluation report

I write the Courts to motion them that I need the removal of Kellman for not communicating with me under Maples (see 22-cv-04646 for the case law from the Supreme Court) and under Cronic because she is conspiring with Judge Engelmayer (audio sent to everyone expect Judge Weir and labeled "Kellman") with Engelmayer saying "I called Ms. Kellman especially for you" and "...I told her what she needed to do" ( audio sent to everyone and labeled "March 8).

Since the conspiracy started with the appointment of Kellman on March 8th, I have communicated with Kellman and Silverman how I did not violate any special condition, as explained to me on July 20, 2021. Silverman and Kellman, in fact, told me that they knew there was no violation (both at different times and recorded), but both have done nothing to present the facts.

Please Take Notice, if the panel of judges (Newman, Walker, Lee) come back with Engelmayer did not explain the special condition; then they were were given the transcript of March 22

I also request that Kellman informed Judge Engelmayer that I will have new counsel, but my brother requires time--please see the reason in the supporting documents. I do not trust Kellman because she has not done anything for me

Facts:
1) I informed Judge Donnelly (Schumer) that Drom lied about what my therapis wrote to him, as Mr. Wiess wrote to him in an email and I have Mr. Wiess recorded telling me, who was lying about her association with Schumer until I reminded her about their daughters going to school together  Donnelly
2) Kellman (audio sent) said that the judge wanted me placed in a mental institution
3) Silverman (not recorded) said that judge wanted me declared psychotic
4) Engelmayer is recorded telling me--on March 22 (audio sent)--that he will decide how long I will stay at the mental institution and me telling Engelmayer of the fact that he is not doctor nor has the evaluation occurred yet
5) Kellman is recorded telling me that the judge wants to discredit me for sending the audio of him to congress where he lies about his association with Sen. Schumer, which is KNOWN misconduct (see Mr. Geyh's testimony during Judge Portues' impeachment trial, misconduct opinions, and Judge Cooper's opinion about Engelmayer
6) Dr. W. told me that she cannot give me a copy of the psy eval, but will provide me with one if the court orders her to do so.
7) Dr. W. told me that I would be care level 1 within the BOP and to placed in a mental institution, either in or out of the BOP, she would need to classify me as care level 4 or higher.
8) In the messages to my lawyers and AUSA Amundson, I informed them that Engelmayer should have an excuse for the false report because he could say that he did not review the transcripts of July 20, 2021 or Dec. 1, 2021; but this is not the case since June 14, 2022 because he was informed, via email, of how I did not violate the special conditions, the audios of Kellman, and the fact that Kellman did what she did because of him

Enclosed, everyone will find Kellman answers to my request of her to inform/motion the court for "pro se status (which Engelmayer did not rule on and said what he would have done," motion to have Dr. W to provide me a copy to ensure that Engelmayer does not alter or switch reports to get his way, and how she will correct her misconduct (which is the crux of my 28 USC sec. 2221 because she did not provide me with any defense known to her)

In the Maples case and from memory--did not have the time to research this on law library, the Court ruled that when defendant ask the lawyer to communicate how they will deal with issue or inform the court; then the lawyer has rendered ineffective assistance of counsel. In audios not sent, Kellman and I discuss the facts and she told that she would review the transcripts and, after the hearing, she told me that she did not need to review the transcript because she did what the judge told her.

Please Take Notice, Kellman does not inform the court of my wishes because pro se status is a structural error (see 04646), to her hide her misconduct, and to help Engelmayer either with altering Dr. W.'s report (because she will not do anything) or switch the report to say what he wants

In Cronic, moreover, the Court ruled that when counsel labors under a conflict of interest; then the lawyer provides ineffective assistance of counsel. Kellman did not do anything for me prior, during the hearing, and now after. Kellman avoids the issues, as you can read she switches the motion the court for a copy from Dr. W. to she will provide me with a copy.

Conclusion
I require a remedy from Judge Wier (or Justice Kavanuagh or Chief Judge Chief Sutton, if either one accept my 28 USC sec 2241 petition because it is a right to petition them but not a right of review under the statute) on or before Oct. 10, 2022 (if possible) because I know that Judge Bloom (for sure)/Judge Komitee will not issue a remedy in the injunction petition (and they have the audios in their emails) and, for sure, Engelmayer will ignore it because that is how he has treated me WITH the fact that he told Kellman what she need to do.

Please Take Notice, Engelmayer has had the audio of Kellman (maybe of Silverman, as I don't know switch one I sent of us in the courthouse) since May 4, 2022 (evidence provided by Karamigious when I emailed 90 plus AUSAs and, for sure, he got the audios on June 14, 2022, as he mentioned he got the email on the docket of 19-cr-127.
Please Take FURTHER Notice, Engelmayer knows the recorded statements create the appearance of impropriety (lilberg v. Health Care Services is the leading case for impropriety and rule 60, as this is an issue of extrinsic fraud, which I cased in leading case in 21-1760) between him and Kellman and has allowed Kellman to continue to be my lawyer with the fact that he could have, sua ponte, taken off Kellman from my case without me motioning for her removal under Cronic

Remedies
1) Removal of Kellman for not doing any work for me or informing the court of her misconduct or her knowledge of the fact that their is no violation
2) Sanctions against Kellman for misconduct from hiding my wishes from the court
3) I need an a CJA will will submit 28 USC sec 144 motion and mandamus for recusal
4) I need a remedy that sentencing or anything stemming from the psy eval cannot happen until the issue of mandamus and new counsel is appoiment
5) Sanctions against Karamigious/Bensing/Trowel/Peace (Peace is Schumer) for knowing that my lawyer labor under a conflict of interest and it is their job to request their removal (I believe the statute is 28 USC sec 517 but it stems from the DOJ's office access to justice) with everyone at the DOJ knowing the misconduct of my lawyers
6) Sanction against Kellman and Karamigious for conspiring to hide the criminal conduct of Silverman, as AUSA Shaw and others at the DOJ cannot believe that he is getting away with crimes against me with Silverman even saying the undocketed motions make him look like the WORST lawyer in the world and whom does not do his job and his admission of colluding with Randi Weingarten and Judge Cogan

*[signed]* Lucio Celli     10/7/22

Lucio Celli
91241-053
FMC Lexington
P.O. Box 14500
Lexington, KY 40512

Clerk's office/Pro se

91241-053
Edny Edny
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States

CERTIFIED MAIL
7022 0410 0002 3373 4592

LEXINGTON PBDC 40511
FRI 07 OCT 2022 PM