**LAW OFFICES OF SUSAN G. KELLMAN**
25 EIGHTH AVENUE • BROOKLYN, NEW YORK 11217
(718) 783-8200 • FAX (718) 783-8226 • SGK@KELLMANESQ.COM
FELLOW, AMERICAN COLLEGE OF TRIAL LAWYERS

October 23, 2022

<u>Via ECF and Email</u>
Hon. Paul A. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

                                        Re:    *U.S. v. Lucio Celli*
                                                      19 Cr. 127 (PAE)

Dear Judge Engelmayer:

       I write to update the Court regarding the progress of the above-referenced matter.

       Mr. Celli has once again instructed counsel that – because I am a "worthless human being", who is guilty of "gross misconduct" – I am not to communicate with him or his family. He has further informed counsel that his mother is in the process of retaining an attorney to replace both Mr. Silverman and myself, though neither of us has been contacted by new counsel as of this writing.

       I have previously explained to Mr. Celli that we are obligated to continue with our representation until such time as the Court relieves us – which cannot happen before new counsel files a Notice of Appearance.

       Additionally, counsel has, perhaps, been under the misimpression that Mr. Lucio received a copy of the psychologist's evaluation directly from the psychologist at FMC Lexington. Thus, per your Honor's deputy's instruction, I respectfully ask your Honor's permission to provide Mr. Celli with a copy of the psychologist's evaluation.

       Your Honor's consideration of these issues is appreciated.

                                                      Respectfully submitted,

                                                      *Susan G. Kellman*

                                                      Susan G. Kellman

    cc:    All Counsel
              Lucio Celli