USA v. Celli
19-cr-127

EDNY

Celli v. Engelmayer

22-cv-0464

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

------------------------------------------------------------

Recvd 11/9/2022
SG



RECEIVED
OCT 31 2022
PRO SE OFFICE

FROM: 91241053
TO: Celli, Gino
SUBJECT: Motion for doc. no 128
DATE: 10/13/2022 06:48:17 PM

Dear Judge Engelmayer, Judge Weir, Judge Komitee, Judge Bloom, AUSA Amundson, and Ms. Kellman

Re: Motion to have Doc. no. 128 placed back on the docket in case no. 19-cr-127, as a clerk illegally took it down because there is no reason placed on the docket for its disappearance, expect for Silverman misrepresentation of that it was placed on a "private docket" that the public has no knowledge about what happened to it.

I write the Courts to inform that Doc. no. 128 is missing from case no. 19-cr-127 and without any explanation of why it disappeared from the docket. According to Silverman, doc. no. 128 was placed on a private docket that the public has no knowledge of it existent. Please know, in fact, that Kellman, Perez, and Clerk Fin informed me that there is no such thing as a "private docket."

Please Take Notice, the court or the clerk always provides a reason for taking down a document from the record, like placed on the wrong docket or stricken from the record by the court--as some examples

Please Take Further Notice, the missing document is about Betsy Combier and her illegal use of her nonprofit foundation to harass me and the misconduct of the AUSAs, in my case, for covering up Combier criminal activity and nonpayment of taxes, as she is using her nonprofit foundation (to expose education corruption) for a paralegal service because she has her clients pay her via her nonprofit account.

Remedies:
1) to have the clerk place the missing document back on the docket in 19-cr-127
2) to have the AUSA collect taxes from Combier, as she did not file a 990t form with IRS--please see Combier v. Portelos
3) Sanctions against Betsy Combier for harassing me and the AUSA covering up the harassment
4) Sanctions against Silverman for lying about the private docket and not doing anything to inform the court of the clerk's misconduct
5) To have Betsy take down all articles about me on her websites and on websites that she is associated with

--------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino
SUBJECT:
DATE: 10/02/2022 12:48:44 PM

Dear Judge Engelmayer, Judge Weir, Judge Komitee, Judge Bloom, AUSA Amundson, IG, Officer Lombardo, and Ms. Kellman:

Re:Motion for sanctions and removal of Kellman from my case with other remedies (like answering my questions that are attached) with sanctions against Silverman and Perez with this being criminal complaint for obstruction of justice and/or 18 USC sec. 241 as it is a conspiracy between my lawyers and Engelmayer, Cogan, AUSA Karamigious, AUSA Trowel, and Randi Weingarten (only Kellman and Silverman are audio recorded telling me thier admission)

I write the courts to inform them that my lawyers, especially Kellman, do not communicate with me. It has been 5 months since Kellman told me that she knew that there was no violation, she did what she did for the judge, the judge will protect her like Silverman and I was right about Officer Lombardo and AUSA Karamigous. Kellman, in fact, is recorded telling me that she intentionally did not obtain evidence (transcripts) and call witnesses because the judge did not want this to occur, but she will not address this in writing.

Please Take Notice, Engelmayer, with 200 plus federal judges and AUSAs, has the audio where Kellman tells me that she was not prepare/done any work on my case and that she was adhering to the edict of Engelmayer

***I need to make a correction, Engelmayer told me that I lied about Kellman's statement of 'being prepared," as I did not tell him about Kellman's statement of "the judge told me to make sure that you are placed in a mental insitution" on May 4, 2022 Just realized what I wrote to everyone and what statement the judge told me that I was lying about Kellman's misconduct, but it does not make a difference because Engelmaeyr has had both audios since June 14, 2022 and I am still her with Kellman still being my lawyer***

Please Take FURHTER Notice, Engelmayer knows (and everyone else) Kellman labors under a conflict of interest as described by the Supreme Court in USA v. Cronic--but Engelmayer ignores the facts because he is recorded saying: "...I told her what she needed to do."
Please Take EVEN Futher Notice, Engelmayer has ignored Kellman's recorded statements because he told Kellman what she needed to do

I know that I have submitted this type of motion in the past few weeks, but I am doing this because I need to show the court Kellman's gross misconduct and it is not me who is not rational or logical, but Kellman "pretending" not to understand

Please Take Notice: Kellman knows she IS NOT Dr. W and she knows the scheme that she has with Engelmayer because

---Please motion the court to have Dr. Wentowski to provide me with a psy eval because has nothing to do with her and her name does not appear in the sentence whatsoever

I have provide each court the many messages between Kellman and my brother and in each message, Kellman has the answer of "I will provide him" or "I don't need to motion the court to provide him with a copy." This is the tatic that Kellman used with me prior to May 4, 2022.

I am in dire straits of a lawyer who is not conspiring with Engelmayer, and according to Kellman, who needs to decredit me for sending an audio of him lying about his association with Sen. Schumer, which is known misconduct and see Mr. Geyh's testimony before the senate in Judge Porteous' impeachment trial.

Kellman admitted to the misconduct and Engelmayer has ignored hers and has allowed Silverman to commit many crimes for Randi Wiengarten and Judge Cogan, under obstruction of justice because he has hid my motions where it highlights his criminal conduct. Silverman, in fact, lamented to Engelmayer about how those motions make him look like the worst lawyer ever and whom does not do his job.

The scheme is to hide the fact that Engelmayer conspired with Randi Weingarten and Judge Cogan to deprive me a fair trial, as I have both Kellman and Silverman telling me thier admission. The gang (everyone mentioned above) schemed to switch the transcript of July 20, 2021 with March 22, 2022 with the fact that Egnelmayer approved my filings on Dec 1, 2021 because July 20th the special conditions were read to me and the new conditions were not read to me on March 22nd with the fact of a fabricated violation was designed by the gang--only the opinion from Newman, Lee, and Walker will tell me if I am correct about

Lucci Celli /Lucio Celli    10/17/22    service by ECF

EDNY       Celli v. Engelmayer

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A       22-CV-04646
--------------------------------------------------------------------------------

about the scheme.

Please Take Notice, Silverman never docketed any my motion to save my appealable issues, like the structural error for choice of lawyer, which is crime according to AUSA Shaw and others

Please Take FUTHER Notice, AUSA Karamigious has known about Silverman's criminal behavior since Apirl 6, 2021

Please Take EVEN Futher Notice, Engelmayer called me a liar when I told him that I have audios of Kellman and Silverman admitting to their conspiracy with Judge Cogan and Randi Wiengarten and Kellman not being prepared

THE DOCUMENTS ENCLOSED:
There are two documents enclosed for Your Honors consideration on the gross misconduct of Kellman. The first document is a letter that I wrote for my brother to Kellman and the second document is Kellman's response. As with the documents already sumbitted in 22-cv-220 (as I have yet to send the documents to 22-cv-04646 and 19-cr-127), the Court in EDKY can clearly read how Kellman does not answer any of my questions or (especially) response to the fact that she knew the fact that there was no violation on my part and she did what she did because of what the judge told her to do.

I find it funny, since I wrote the email for my brother, that my brother has "sense" but I am not logical or rational. However, Kellman has not done anything to protect my rights or motion the Court about the misconduct of AUSA Karamigous and Officer Lombardo

Conclusion
The judge that I am hoping that will provide with relief is Judge Weir because I know Judge Engelmayer will continue to ignore the facts (audios sent to him and other judges), my experience with Judge Bloom showed me that she will allow my current lawyers get away with a crime (but, she could surpirse me, this time) and (unfortunately) Judge Komitee is just guilty by association (but he has done nothing to me warrant such a statement and under normal circumstances, I would not make such a statement and I am sorry to view him in this light)

I am praying for the removal, the very least, of my lawyer with sanctions and to have lawyers appointed that will not conspire with Judge Cogan, Judge Engelmayer, and Randi Weingarten

Please Take Notice, I told Dr. Wentowski that, in all the lawyers that I ever had, I have only accused Kellman and Silverman of such conduct because of audio recordings.

I am praying for the Court to order Dr. W to provide with me a copy here at FMC Lexington, as she informed me that is the only way she will provide me with a copy psy eval. and she will only tell me when she sends the report, but will not allow me to read the report. Lastly, I hope the Courts, except Engelmayer, know how in dire straits that I am in need of conflict-free attonrey that I need (under Cronic) and an unbiased judge (under In re Munich).

PLEASE REMEMBER the audios sent to 200 plus federal judges and AUSAs:

1) Kellman saying: "the judge told me that my only job was to make sure that you are placed in mental insitution."
2) Engelmayer saying: "I called Ms. Kellman especially for you," "I told Ms. Kellman that she did not need review the record because I told her what she needed to do" and Engelmayer answering me about the mental insitution with "I'll decide how long you are there" with this statement AFTER he did not read the new special conditions on March 22, 2022
3) The scheme to switch transcript of July 20, 2021 (special condition where Engelmayer did read and explain them to me) for the transcript of March 22, 2022 where Engelmyaer did not read or explain the special conditions WITH THE FACT of I sent AUSA Amundson, congress, and the AUSA of EDNY a copy of all documents that were never docketed, as 2 of those documents were objections/safegaurds towards the special conditions read to me on July 20, 2021

Please Take Notice, AUSA Trowel allowed Mr. Perez to lie to the panel of judges because Perez knew that I created a safegaurd/objections to the special conditions, as there is an audio in the hands of the government between Perez and I
Please Take FURTHER Notice, there is no excuse for AUSA Trowel's misconduct because AUSA Peace with 90 plus AUSA in the country were told about the audios
Please Take EVEN Further Notice, Silverman never docketed any of my motions to preverse my rights prior sentencing and when I asked for a copy of what was placed he placed it with other documents that were never docketed, please see 22-cv-04646 of "April 29, 2021," as structual error and safegaurd documents were given to Silverman after June 24, 2021 and Silverman lied about how he placing them on a private docket under seal....PLEASE See 19-cr-127 at doc. nos. 247 and 248 where they were placed under seal and ex parte with the fact that AUSA Karamigous and Silverman know of the criminal

conduct of the clerks of EDNY of illegal taking out doc. no 128 because Silverman told me that it was placed under seal on the private docket

Remedies:

1) Removal of Kellman and Silverman from my casefor laboring under conflict of interest (audios sent to everyone) and have admitted to conspiring judges and a mob boss

Please Take Notice, they have not done anything to motion the court about the misconduct (their words)/criminal conduct (my words) in illegally detaining me

2) Sanctions against Kellman and Silverman for undermining my defense and depriving me of liberty without due process

3) Sanctions against the Silverman, Perez, Kellman and Karamigous for conspiring to deprive me a fair trial/hearing to hid their misconduct and to hid the fact that they switched July 20, 2021 with March 22, 2022 because on July 20th Engelmayer explained and March 22nd Engelmayer did not explain the new conditions

4) Sanctions against AUSA Karamigous and AUSA Peace for knowingly using false report and doing nothing to correct the criminal behavior of Karamigious, Kellman, Perez, Silverman, Lombardo, Engelmayer

5) Sanctions agaisnt AUSA Karamigous and AUSA Peace for not motioning the removal of my lawyers, as it is prosecutorial discrestion to charge someone but it is not discretion to ignore the conduct of my lawyer,,,per DOJ's policiy, Supreme Court case law, and AUSA Shaw ...because I know my opinions of facts are worthless but that the DOJ (its personnel) is gold.

6) Copy of Dr. W.'s report provided to me here at FMC Lexington because my lawyer will not motion for it and Engelmayer will ignore my motion with it is the ONLY way to ensure the report is not switched or altered in any way because Engelmayer has bad habit of allowing false reports (know to him too) to be used against me.

7) I would like to have the order on or prior to Oct. 10, as this is the date for the report to be ready and if possible and if it pleases the the court...and most importantly, I would be TRULY grateful for the order

8) I pray for the remedy where the court orders Kellman to anwser my questions that are attached

9) Kellman removal from the CJA panel

*Lucio Cell*     10/11/22     Service by ECF

Lucio Celli

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino
SUBJECT:
DATE: 10/04/2022 01:07:23 PM

Dear Judge Engelmayer, Judge Weir, Judge Bloom, Judge Komitee, IG, AUSA Amundson and Ms. Kellman
Re: Motion to have Kellman removed from my case in 19-cv-127 with sanctions for supporting the interest of Engelmayer (her words), as she refuses to answer the question on how she is going to deal with her misconduct for Engelmayer with her knowledge of the fact that there is no violation, inform the court of my pro se status request, Silverman and Kellman are not my choice for lawyers, and to motion the court to have Dr. Wentowski provide me a copy of psy evaluation report

I write the Courts to motion them that I need the removal of Kellman for not communicating with me under Maples (see 22-cv-04646 for the case law from the Supreme Court) and under Cronic because she is conspiring with Judge Engelmayer (audio sent to everyone expect Judge Weir and labeled "Kellman") with Engelmayer saying "I called Ms. Kellman especially for you" and "...I told her what she needed to do" ( audio sent to everyone and labeled "March 8).

Since the conspiracy started with the appointment of Kellman on March 8th, I have communicated with Kellman and Silverman how I did not violate any special condition, as explained to me on July 20, 2021. Silverman and Kellman, in fact, told me that they knew there was no violation (both at different times and recorded), but both have done nothing to present the facts.

Please Take Notice, if the panel of judges (Newman, Walker, Lee) come back with Engelmayer did not explain the special condition; then they were were given the transcript of March 22

I also request that Kellman informed Judge Engelmayer that I will have new counsel, but my brother requires time--please see the reason in the supporting documents. I do not trust Kellman because she has not done anything for me

Facts:
1) I informed Judge Donnelly (Schumer) that Drom lied about what my therapis wrote to him, as Mr. Wiess wrote to him in an email and I have Mr. Wiess recorded telling me, who was lying about her association with Schumer until I reminded her about their daughters going to school together
2) Kellman (audio sent) said that the judge wanted me placed in a mental institution
3) Silverman (not recorded) said that judge wanted me declared psychotic
4) Engelmayer is recorded telling me--on March 22 (audio sent)--that he will decide how long I will stay at the mental institution and me telling Engelmayer of the fact that he is not doctor nor has the evaluation occurred yet
5) Kellman is recorded telling me that the judge wants to discredit me for sending the audio of him to congress where he lies about his association with Sen. Schumer, which is KNOWN misconduct (see Mr. Geyh's testimony during Judge Portues' impeachment trial, misconduct opinions, and Judge Cooper's opinion about Engelmayer)
6) Dr. W. told me that she cannot give me a copy of the psy eval, but will provide me with one if the court orders her to do so.
7) Dr. W. told me that I would be care level 1 within the BOP and to placed in a mental institution, either in or out of the BOP, she would need to classify me as care level 4 or higher.
8) In the messages to my lawyers and AUSA Amundson, I informed them that Engelmayer should have an excuse for the false report because he could say that he did not review the transcripts of July 20, 2021 or Dec. 1, 2021; but this is not the case since June 14, 2022 because he was informed, via email, of how I did not violate the special conditions, the audios of Kellman, and the fact that Kellman did what she did because of him

Enclosed, everyone will find Kellman answers to my request of her to inform/motion the court for "pro se status (which Engelmayer did not rule on and said what he would have done," motion to have Dr. W to provide me a copy to ensure that Engelmayer does not alter or switch reports to get his way, and how she will correct her misconduct (which is the crux of my 28 USC sec. 2221 because she did not provide me with any defense known to her)

In the Maples case and from memory--did not have the time to research this on law library, the Court ruled that when defendant ask the lawyer to communicate how they will deal with issue or inform the court; then the lawyer has rendered ineffective assistance of counsel. In audios not sent, Kellman and I discuss the facts and she told that she would review the transcripts and, after the hearing, she told me that she did not need to review the transcript because she did what the judge told her.

Please Take Notice, Kellman does not inform the court of my wishes because pro se status is a structural error (see 04646), to her hide her misconduct, and to help Engelmayer either with altering Dr. W.'s report (because she will not do anything) or switch the report to say what he wants

In Cronic, moreover, the Court ruled that when counsel labors under a conflict of interest; then the lawyer provides ineffective assistance of counsel. Kellman did not do anything for me prior, during the hearing, and now after. Kellman avoids the issues, as you can read she switches the motion the court for a copy from Dr. W. to she will provide me with a copy.

Conclusion

I require a remedy from Judge Wier (or Justice Kavanaugh or Chief Judge Chief Sutton, if either one accept my 28 USC sec 2241 petition because it is a right to petition them but not a right of review under the statute) on or before Oct. 10, 2022 (if possible) because I know that Judge Bloom (for sure)/Judge Komitee will not issue a remedy in the injunction petition (and they have the audios in their emails) and, for sure, Engelmayer will ignore it because that is how he has treated me WITH the fact that he told Kellman what she need to do.

Please Take Notice, Engelmayer has had the audio of Kellman (maybe of Silverman, as I don't know switch one I sent of us in the courthouse) since May 4, 2022 (evidence provided by Karamigious when I emailed 90 plus AUSAs and, for sure, he got the audios on June 14, 2022, as he mentioned he got the email on the docket of 19-cr-127.

Please Take FURTHER Notice, Engelmayer knows the recorded statements create the appearance of impropriety (lilberg v. Health Care Services is the leading case for impropriety and rule 60, as this is an issue of extrinsic fraud, which I cased in leading case in 21-1760) between him and Kellman and has allowed Kellman to continue to be my lawyer with the fact that he could have, sua ponte, taken off Kellman from my case without me motioning for her removal under Cronic

Remedies

1) Removal of Kellman for not doing any work for me or informing the court of her misconduct or her knowledge of the fact that their is no violation

2) Sanctions against Kellman for misconduct from hiding my wishes from the court

3) I need an a CJA will will submit 28 USC sec 144 motion and mandamus for recusal

4) I need a remedy that sentencing or anything stemming from the psy eval cannot happen until the issue of mandamus and new counsel is appoiment

5) Sanctions against Karamigious/Bensing/Trowel/Peace (Peace is Schumer) for knowing that my lawyer labor under a conflict of interest and it is their job to request their removal (I believe the statute is 28 USC sec 517 but it stems from the DOJ's office access to justice) with everyone at the DOJ knowing the misconduct of my lawyers

6) Sanction against Kellman and Karamigious for conspiring to hide the criminal conduct of Silverman, as AUSA Shaw and others at the DOJ cannot believe that he is getting away with crimes against me with Silverman even saying the undocketed motions make him look like the WORST lawyer in the world and whom does not do his job and his admission of colluding with Randi Weingarten and Judge Cogan

*[signature: Lucio Celli]*
Lucio celli:

10/11/22

*[handwritten: Service by ECF]*

*Doc 2: Kellman's*
*non answer*

------------------------------------------------------------------------------------------------

FROM: Celli, Gino
TO: 91241053
SUBJECT: Response from Kellman
DATE: 09/28/2022 03:06:13 PM

Gino,

   I think we have enough of a sense of each other for you to have discerned that I am a good lawyer who is trying to help your brother   at least I hope so. This raises the question   why would you forward emails of this sort? Why not take a deep breath & tell your brother   to cut it out   that enough is enough.

I will no longer be participating in this back and forth. I appreciated you're trying to walk the middle line   and I appreciate that he is your brother   but he has cross too many lines for this to continue.

Best regards,
Susan

Susan G. Kellman Esq.

-------------------------------------------------------------------------------------------------------

FROM: Celli, Gino
TO: 91241053
SUBJECT: Kellman response to your response respone
DATE: 09/25/2022 07:06:11 PM

Gino,
   I have no idea what your brother is talking about I don't have to "motion" the court for Lucio to get a copy of the doctor's report. I've said it before & I'll say it again   as soon as I have a copy of the doctor's report   I will send a copy to Lucio. Don't think this could said any more clearly,
Best,
Susan

FROM: Celli, Gino
TO: 91241053
SUBJECT: Kellman Response
DATE: 09/23/2022 12:21:14 AM

Gino -- here are my responses...

1) Dr. Wentowski told me that she will email or mail (depends upon how the court wants it) a copy to the clerk's office (I assume it will be Clerk Lee, see docket sheet for other communtication between them), the government and my lawyer, so this is lie number 1 that you are caught because doctor told me the process, but Dr. W did say that she will not give me a copy unless the court tells her

You can assure Lucio that when I get the doctor's report I will immediately make a copy and send it to him....not sure why there is confusion about that -- but there is no reason in the world that he can't have a copy of a report that concerns his mental health.

2) Kellman, please ask the court to tell Dr. W to provide me with a copy because Judge Engelmayer has used false reports in the past against me, which you know Officer Lombardo wrote one and the US Marshals--as Engelmayer got my emails too in 2018. You have the obligation to inform the court of my request and the allegation. PLEASE NOTE, if the report will not be switched by Engelmayer, then it shouldnt be a probelm...it is only a probem if the intention is to use another false report, as Silverman said that he wants me declared psychotic and you are obligated to inform the court of this too

Again, as soon as I get the doctor's report I will copy it and send it to Lucio -- no reason that he can't have a copy of the doctor's report -- and nobody is going to alter the report.

3) It is not for Kellman to decide whether the question of appearing pro se, but it is mine and I am telling Kellman to tell the judge and it is his decision to allow me or now AND the judge could have changed his mind

Lucio is correct -- it is not for me to decide if he can proceed pro se; however, before I came into the case -- the record indicates that Lucio asked to proceed pro se; and, that Judge Engelmayer held a Faretta Hearing -- which is a hearing to determine if he is capable of proceeding pro se. I wasn't a party to this proceeding -- but my understanding is that Judge Engelmayer -- not me -- denied Lucio's request to proceed pro se.

4) Again, if I cannot appear pro se and/or the report is altered from what the doctor told me, then I will have new counsel because the doctor already told me her findings of not bipolar, not psychotic, not delusional, but I have aniexty and depression with elements of PTSD and I have a personality disorder with the fact that she believes that I am doing fine without meds, but she does not agree with Dr. Barday's diagnosis of personal disorder A.

I cannot opine on Lucio's mental status -- that is for the doctor.

Ms. Kellman, you are to inform the court that I will have new counsel and my brother needs time to obtain one because he is limited to one day a week and my parents are in need of him on that his day off during the week...there is a reason for the need for you to inform the court and ESPECIALLY the fact that you have not informed the court of the fact that you are aware of the fact that Officer Lombardo wrote a false report and you are recorded telling me that you did what you did to me because of the judge

As you can see in the letter that I attached to my email yesterday -- I informed Judge Engelmayer that Lucio had lost confidence in his attorneys back in June and wanted new counsel. Judge Engelmayer cannot permit Lucio to be unrepresented; however, it is my believ that once you retain counsel for Lucio -- the judge will allow me and Ben Silverman to withdraw from the case.

It is misconduct not to inform the court of my plans and wishes and you told the court I lost confidence and not the fact that I do not trust you...confidence and trust are two different words, as I can trust someone but not have confidence in a person

In addition to my letter to Judge Engelmayer in June -- and at Lucio's request -- we have forwarded many of Lucio's emails to the judge in which Lucio makes it clear that Ben and I are guilty of grave misconduct, that he cannot trust either of us and in those many emails he demands that we get off the case.

Please inform the court and do so publicly because you like to hide your misconduct

FROM: 91241053
TO: Celli, Gino
SUBJECT: RE: Response from Kellman to letter
DATE: 09/21/2022 10:02:24 PM

Gino,

Tell Ms. Kellman the following

I appreciate your quick response to my letter. Here are the answers my brother provided me and please know that I am merely forwarding you his answers:

1) Dr. Wentowski told me that she will email or mail (depends upon how the court wants it) a copy to the clerk's office (I assume it will be Clerk Lee, see docket sheet for other communtication between them), the government and my lawyer, so this is lie number 1 that you are caught because doctor told me the process, but Dr. W did say that she will not give me a copy unless the court tells her

2) Kellman, please ask the court to tell Dr. W to provide me with a copy because Judge Engelmayer has used false reports in the past against me, which you know Officer Lombardo wrote one and the US Marshals--as Engelmayer got my emails too in 2018. You have the obligation to inform the court of my request and the allegation. PLEASE NOTE, if the report will not be switched by Engelmayer, then it shouldnt be a probelm...it is only a probem if the intention is to use another false report, as Silverman said that he wants me declared psychotic and you are obligated to inform the court of this too

3) It is not for Kellman to decide whether the question of appearing pro se, but it is mine and I am telling Kellman to tell the judge and it is his decision to allow me or now AND the judge could have changed his mind

4) Again, if I cannot appear pro se and/or the report is altered from what the doctor told me, then I will have new counsel because the doctor already told me her findings of not bipolar, not psychotic, not delusional, but I have aniexty and depression with elements of PTSD and I have a personality disorder with the fact that she believes that I am doing fine without meds, but she does not agree with Dr. Barday's diagnosis of personal disorder A

Ms. Kellman, you are to inform the court that I will have new counsel and my brother needs time to obtain one because he is limited to one day a week and my parents are in need of him on that his day off during the week...there is a reason for the need for you to inform the court and ESPECIALLY the fact that you have not informed the court of the fact that you are aware of the fact that Officer Lombardo wrote a false report and you are recorded telling me that you did what you did to me because of the judge

It is misconduct not to inform the court of my plans and wishes and you told the court I lost confidence and not the fact that I do not trust you...confidence and trust are two different words, as I can trust someone but not have confidence in a person

Please inform the court and do so publicly because you like to hide your misconduct

Ms. Kellman, I again appreciate your quick answer and I am trying to work with my brother and you.
-----Celli, Gino Jr. on 9/21/2022 7:51 PM wrote:

>

Gino,
   A few things: (1) Prior to my appearance in this case, Lucio requested the ability to appear pro se -- and after a hearing on that question -- Judge Engelmayer denied his request; (2) I cannot ask the doctor to give Lucio a copy of her report -- she will not even give it to his lawyers -- this is because she works for the government -- not us. She will forward her report to Judge Engelmayer and he will give us a copy of it -- and when we get it -- we will provide to it Lucio; (3) Lucio has previous told us that he does not trust us and to tell Judge Engelmayer that we can no longer represent us because he doesn't trust us -- and so I wrote to the judge back in June -- when Lucio first made that request -- there has been no action on by the Court in response to that letter -- a copy of that letter is attached; and (4) in the end, Lucio is perfectly within his rights to retain counsel -- but he cannot proscribe the extent of our work until then; indeed, until we are relieved by the Court, it is our obligation to continue to represent Lucio to the best of our ability -- and we will do so; if, however, you retain counsel -- we will cooperate fully, once he/she has entered a notice of appearance.

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A



--------------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino
SUBJECT: sent this to kellman
DATE: 09/26/2022 11:47:23 AM

gino, sent this to kellman and the previous one,...... ████████████████████ otherwise write whatever you normally write ████████████

I am only forwarding you his response, please know this.

Ms. Kellman, the issue IS NOT obtaining a copy from you...PERIOD. However, Ms. Kellman, there is a reason to request a copy from you because you did not provide me with copy of violation (you lied to Enelmayer by saying you emailed it, which I told my brother and he told me no), and you did not provide me with a copy of doc. no 244, so there is reason but this is not the reason. ALSO, what you are doing now of "pretending" not to under the request of "motion the court to have Dr. W provide me with a copy" because this is what you did to me with transcript and other due to you did not understand" as you told me you did what the judge asked of you after the violation hearing

The issue is obtaining a copy from Dr. W that is that twofold. One reason is ensure that Dr. W's report is not altered/switch by either Engelmayer or Clerk Lee (as she has incorrectly entered my motions with other reasons for this accusation). The second reason is to ensure the report was sent and not play the game of "the court hasn't gotten it yet" because I see that as another way of you helping Engelmayer screw me.

Please answer the following questions because they are based on your statements:
1) Do you believe that you that you are Dr. Wentowski?
2) What part of "motion the court to have Dr. Wentowski to provide with me a copy" dont you understand? because you keep on saying you will provide with me a copy and no need for a motion, as you are not Dr. W
3) What part of "did you inform the court that you are recorded telling me that there's no violation" dont you understand?
4) What part of "did you inform the court of my request to appear 'pro se'" dont you understand?
5) What part of "the judge did not rule/order that I cannot appear 'pro se" dont you understand?
6) What part of "did inform the judge that you are not my choice of lawyer" dont you understand?
7) What part of "did you file the mandamus, yet" dont you understand?
8) What part of "why didnt you provide me a defense on May 4th that was known to you" dont you understand?
9) When are you going to answer the question of how will you correct your misconduct and that of the gov't?

I need you to answer the above question directly because this is what you did to me prior to May 4, 2022 and this will show what you did to me to my brother because you do not have my interest but that of Engelmayer. Also the above issues (expect Dr. W/report) are structural issues

Ms. Kellman, I am now wondering if the tactic is to get time out of me by delaying the process, as over 100 plus judges have the audios of you saying: "the judge told me to make sure that you are placed in a mental institution" and Engelmayer saying: "there's no need for Ms. Kellman to review the record because I told her what she needed to do." My current assumption is: "you and the court will play the game of "Didnt get the report, yet" for a while first, second the time for you/govt to answer the answer of how to be transported back for a while, third will be Engelmayer taking his time to response to you/govt and then the last step is --it takes time to get me back to Brooklyn....Is this what is going to happen?

PLEASE NOTE, Engelmayer told me that he will decide how long I am in the mental institution on March 22 that is one of the links sent, too

I hope, after you do not answer or avoid answering, my brother will truly understand how dire straits I am in need of a lawyer and quickly too because I need to light a fire under his ass to hurry to get me a lawyer. My friend should, I hope, have a few names for him this week to call because you cannot be trusted and just have ill-will for me and the reason behind my illegal detention

Ms. Kellman, again, I am merely forwarding these messages to you from Lucio. I would like to point out that these questions appear to be reasonable and I am beginning to wonder why you are not answering them. You appeared to be sincere in responses to my questions, but my knowledge of what is happening or should happen is very limited. Lucio keeps on referencing the fact that you knew that there was no violation on his part and you informed me that you couldnt tell me because of attorney-client privilege. I would like you to know that Lucio has provided me with power of attorney to deal with legal matters,

---------------------------------------------------------------------------------------------------

which was sent to him by Silverman. Therefore, I would like to know if what my brother is saying about your knowledge is true or not and I believe a yes or no doesnt do anything to the attorney-cleint privilege, but I can provide you with a copy, if you truly need it.

I appreciate the fact that you have been so generous with your time in answering my questions and reading the many, many emails from my brother, Lucio. I truly hope we can work together to get my brother out of this, as I do not want to hire a lawyer for him because my parents are not made out of money.

FROM: 91241053
TO: Celli, Gino
SUBJECT: 3rd motion to the court
DATE: 10/04/2022 01:06:51 PM

Dear Judge Engelmayer, Judge Weir, Judge Bloom, AUSA Amundsen, and Ms. Kellman:

Re: Motion for sanctions and removal: Kellman continues to "play" dumb with motioning the court to have Dr. Wentowski to provide me with a copy of psychological evaluation report, which is the "SAME TACTIC" she used when I explained the facts of no violation based on the transcripts of July 20, 2021 and Dec. 1, 2021

I write the Courts to inform them of Ms. Kellman's gross misconduct with requests for sanctions and her removal from case no. 19-cry-127, under Cronic and Maples (see 22-cv-04646, Cronic is a well-known case). As I have pointed out in other letters/motions, Kellman has a cognitive process issue or she is criminally conspiring with Engelmayer, which I believe it is the latter because of an audio sent to everyone with other audios. I believe, however, it is more of the fact that it is the continuation of the conspiracy between Engelmayer and Kellman to have me placed in a mental institution or get time out of me; as emails with the audio links might have stopped the original scheme, but I will only know after the fact if I am right.

Please Take Notice, enclosed is a letter from Kellman to my brother, Gino Celli that was written by me

The following questions Kellman needs to address, which were:
1) Did you inform the Court of "Pro Se status"?
2) Did you Motion the Court to have Dr. W provide me with a copy of the psy eval here at FMC Lexington, as this is the ONLY way to ensure that Dr. W's report is not altered or switched by Engelmayer or anyone at EDNY's Clerk's Office?
3) Did you Inform the Court of the fact that she is recorded telling me that she knew there was no violation, the judge told me what to do, and the judge will protect her?

Please Take FURTHER Notice, there is a link labeled "March 8," in the emails, and this is where Engelmayer states: "...I told her what she needed to do."

From March 8, 2022 through May 1, 2022; Kellman and I had a total of three or four conversation, all recorded, and at each session Kellman WAS NOT prepared to speak about the facts that I did not violate any special conditions, as written by Lombardo, with Kellman either saying: "I don't understand" or "I understand and I will review the transcripts." In fact, there is an unlabeled link where Kellman is recorded telling me that she was not prepared or read my emails that were sent to her, Lombardo and Amundson

I am in serious need to have Kellman removed as my CJA lawyer, as she is achieving the goal the set by Engelmayer of "the judge said that my only job was to make sure that you are placed in mental institution because she has not done anything for me.

Kellman has not filed any motions to protect my rights and has not filed a mandamus to have Engelmayer removal because of the conspiracy between them because the goal, according to Kelman, is to discredit me for sending congress an audio of Engelmayer lying about his association with Schumer. I was denied a fair trail/hearing and liberty without due process, which is a crime under 18 USC sec. 241. See Imbler v. Patchman

Lastly, Kellman continues to evade question of whether she will inform the Court of "pro se status (structural error)," "no violation because Engelmayer told her what to do" and to have Dr. W to provide me with copy because Engelmayer and/or clerk will either switch/alter doctor's report

Remedies:
1) Kellman's removal because of a conflict of interest under Cronic, as Engelmayer called me a liar, without listening to my audio, for saying that I have Silverman recorded telling me that he did not do his job because of Judge Cogan and Randi Weingarten

Please Take Notice, Engelmayer cannot be trusted because he appears (I say obvious) Randi paid him to ignore facts, like I heard in the audio played by Betsy combier
2) Sanctions  against Kellman for not doing her job (filing motions, conspiring with Engelmayer (she admitted), and helping Silverman get away with a crime against me, as she knew he lied and told me so)...MOST IMPORTANTLY, she will not inform the Court that I require a copy from Dr. W. to ensure that the report is not switched/altered by Engelmayer or clerk, which I told

-----------------------------------------------------------------------------------------

Dr. W and told her that I have the audios to prove above statements by Engelmayer or Kellman with the provide to log into my email or dropbox to prove the statements

*Lucio*
Lucio Celli

10/11/22     Service by ECF

*EDNY*

*Celli v. Engelmayer*

*22-CU-04646*

--------------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino
SUBJECT: to Kellman and the Judge Engelmayer
DATE: 09/21/2022 09:53:13 AM

Celli v. USA, 19-cr-127
Celli v. Engelmayer et al 22-cv-04646

Dear Judge Engelmayer, Judge Komitee, Judge Bloom, Judge_____, Ms. Kellman, IG Horowitz, and AUSA Amundson

Re: Motion for sanctions: Kellman continues to ignore the fact that she is recorded telling me that she knows there's no violation, perjury by the officer and subornation by AUSA Karamigous with knowledge of Silverman's criminal conduct with a request of sanctions.

I write the Courts, which Engelmayer knows because Kellman is recorded saying she conspired with him, basically, (her words, not mine) with the DOJ. Please see Kellman's letter to the Court on case no. 19-cr-127 at doc. no 252. I need to point out, first, that that Ms. Kellman finally did what I asked of her and informed Judge Engelmayer that the evaluation is done, which I am thankful for this, but she forgot to inform Judge Engelmayer of misconduct (her words)/criminal (my view) conduct of Karamigous/Lombardo/Silverman, which is she recorded telling me this knowledge with the fact that Dr. Wentowsil told me that I need weekly therapy on the outside and that I would be a care level one for pys needs within the BOP, which means that I need to request therapy and this was written to Ms. Kellman.

I appreciate the fact that Ms. Kellman expressed my mother's desires to me home with the request to have me home with an ankle bracelet. Irrespective if my mother's desires, the issue remains the fact that the violation was fabricated between the government and Silverman (for sure) and Kellman telling me that "I did what the judge wanted me to do" with "the judge will protect me, Silverman" and "the judge [Engelmayer] knows of my misconduct" of not calling witnesses or presenting evidence or providing any type of defense of innocence (I do not have the audio to quote Kellman exactly but this was the basic statement said to me in front of Silverman).

Judge Engelmayer, in his usual manner (for sure) or bribed by Randi Weingarten--as it only appears, has ignored the following facts of:

1) Kellman links: "the judge said that my only job was make sure that you are placed in a mental institution" (labeled Kellman) and clearly expressed answer to me about not being prepared for court (unlabeled)
2) March 8 link/label: Engelmayer saying: "there's no need for Kellman to review the record because I told her what needed to be done."
3) March 22 link/label: Engelmayer answering my question to how long in a mental institution: "I'll decide how long" and with my answer of "you're are not an psychologist and the evolution hasn't occurred, yet"

The above-referenced audios were sent to 200 federal judges and AUSAs with 2 federal judges answering and many automated answers from AUSAs and judges

Kellman said to me after the violation and was not sent to anyone and Silverman present on the courthouse's steps:
4) "There's no violation"
5) "the judge knows of my misconduct and there's nothing I can do about my misconduct"
6) "the judge will protect me, like Silverman"
7) "I did what the judge told me"
8) "the judge needs to discredit you for sending the audio of him lying about Sen. Schumer"

Kellman has not filed a mandamus for a biased judge because she conspiring with him to hide the fact that Judge Engelmayer lied about his association with Sen. Schumer, as Schumer is friends with Randi Weingarten and Judge Engelmayer used his officer for her with Engelmayer telling me that Randi is not my intent and threatening Silverman with disbarment if he presented my intent, which I do not believe--please listen to the audios on my iphone for Silverman's various answers

Lastly, Kellman informs the Court of government's position of having me stay illegally detained, but never informs the Court of facts known to her that is a crime, like a false report.

Remedies

------------------------------------------------------------------------------------------------------

1)Kellman's removal as it is a Cronic issue, please see my motion about her conduct
2) Sanctions for not being prepared or not informing Judge Engelmayer that she accused him for her conduct and not informing the Court of her criminal conduct about not telling the Court of the criminal conduct of Karamigous/Lombardo ..18 USC sec. 4, as she can be CLEARLY heard saying that there is a false report, no violaiton, Lombardo lied and etc
3) Sanctions against Silverman for not being not telling the court of what Kellman told me

via ECF to Karamigous for as a criminal complaint consideration
mailed to DOJ for criminal complaint considersation with a conspiracy between Kellman/Karamigous/Silverman

*EDNY*

*~~EA~~ Celli v. Engelmeyer*

*72-cv-04686*

--------------------------------------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino
SUBJECT: letter to the court
DATE: 09/22/2022 01:34:25 PM


USA v. Celli, 19-cv-127
Celli v. Engelmayer, 22-cv-04646
Celli v. _____, 22-cv-_____

Dear Chief Justice Roberts, Chief Judge Livingston, Judge Engelmayer, Judge Komitee, Judge Bloom, Judge_____, AUSA Amundson, IG, Office Lombardo and Ms. Kellman:

Re: Motion for sanctions against Kellman and criminal complaint scheme between Kellman & Engelmayer: Kellman lied to my brother about how she will obtain the psychological report, as she has not filed a mandamus for Engelmayer's recusal based on the fact he lied about his association with Sen. Schumer and allowed Silverman to commit crimes for Randi Weingarten and Judge Cogan with the fact that Kellman is recorded telling me that Engelmayer needs to discredit me for sending the audio of him lying.

I write the Courts and Justice Roberts to inform them of the conspiracy between Judge Engelmayer and Kellman with the request for sanctions against Kellman for intentionally undermining my defense and not filing a mandamus.

As everyone knows, expect the IG and Judge Weir, I sent everyone the audio of Engelmayer (labeled March 8th) with the audio of him lying about Sen. Schumer (labeled Oct. 16) and Kellman (labeled Kellman) on June 14, 2022. I need to point out to everyone of the following:

Engelmayer said: "there's no need for Kellman to review the record because I told her what she needed to do."
Kellman said: "the judge told me that my only job was to make sure that you are placed in a mental institution."

I do not have Silverman recorded telling me that Judge Engelmayer wants me declared "psychotic" on June 16, 2022 and he alludes to the court using a false report, as I told him of what Dr. Wentowski told, which is "you're not delusional" "not psychotic" and other statements that have came up that Silverman said

Part 1: Enclosed is the letter that I wrote for my brother to send to Kellman

Kellman answered the letter that I wrote for my brother and in her answers tells further how the scheme will unfold. The letter request that Kellman ask the court, not Dr. W-as Kellman wrote, to have the dr. provide me with a copy here at FMC Kentucky, which Kellman lied and said that the court is only provided a copy and then the court sends it her with not providing me a copy.

Please Take Notice, Dr. W told me that she sends the report to the clerk, the government and my lawyer and would not provide me a copy
Please Take FURTHER Notice, Kellman has not informed the court of her knowledge that the report was false and she blamed Engemayer for her conduct, which there is an appearance of collusion between Kellman and Engelmayer

Kellman will not ask for a copy because she knows that the report will be switched by Engelmayer, as he has allowed Officer Lombardo to edited out facts from the report and knows that US Marshals' report has facts edited out because he got my emails in 2018

Now, I sent in a motion to the various courts and already asked them for a copy, but I bet that Engelmayer will either ignore (this is the one and usual manner) or deny it, but either way, this is to further the scheme of what Engelmayer said, "I told Ms. Kellman what she needed to do" because Kellman said, "the judge told me the only job that I have is to make sure that you are placed in a mental institution,' which I told every under the penalty of perjury

Lastly, Kellman to avoid the disclose why she has not informed the court of her knowledge that Lombardo false report because it does not state July 20, 2021 with how Engelmayer explained the special conditions and Dec. 1, 2021 with his approval of the filing. As I stated in sec. 2241 petition, Kellman avoids to disclose her knowledge in writing but she is recorded telling me that I was right about everything.

Part 2: Appearing pro se

--------------------------------------------------------------------------------------------------

I sent in a motion to appear pro se, which means either it is not docketed or she did not view my motions, and she is obligated to inform the court of my wishes. Now, Kellman is, partially right, confused with the facts of pro se/Engelmayer, as I did request to appear pro se, Silverman placed a withdrawal of my motion without my knowledge, Engelmayer did not allow me to speak about it, and Engelmayer said that he would have denied my request to appear pro se. THEREFORE, Engelmayer has not officially made decision, so Kellman needs to inform the court.

Engelmayer denied my motion to appear pro se because he intimidated me out of my intent based on Randi Weingarten, which everyone was sent the audio of April 6, 2021 and it is unlabeled. Then, Engelmayer had Silverman intimidated and intimidated Silverman with disbarment, according to Silverman, but Silverman lied

Irrespective of previous a potential decision, I have the right to appear pro se and not informing the court is misconduct for Ms. Kellman and it is structural error issue.

Part 3: New Counsel and I do not trust Kellman or Silverman

Kellman does not want to inform the court that my family needs time to get a lawyer for me prior to any decision that stems from the psy evaluation or sentencing because Kellman does not want to do her job whatsoever, like file a mandamus or file prosecutorial misconduct or the misconduct of Lombardo, which Kellman is recorded

My brother only has one day off a week during the weekdays and my parents are in need of his time (medical) with his own wife and kids that need him. The request of Kellman was to tell the court that I require time to find a lawyer because I do not trust her and she has not done her job with the fact that she has committed a crime against me by knowingly depriving me liberty without due process for Judge Engelmayer, which is a crime 18 USC sec 241 because of statements made by both Engelmayer and Kellman made above and sent to everyone, again, expect the IG and Judge Weir with the leading case being Imber v. Patchman.

Please Take Notice, Kellman, in a letter to the Court, informs the Judge Engelmayer that I lost confidence with my lawyer's ability to represent me with a letter where I say, "I do not trust either one of you."
Please Take FURTHER Notice, I could not have confidence in someone, but still have trust.

I am sure that Kellman and Silverman have the "ability" to practice law, so this is not the issue. The issue is, as the audios sent to everyone shows with more audios that Lombardo has and I have even more, there are admissions of collusion between Kellman/Engelmayer and Silverman/Weingarten/Cogan with Engelmayer threatening Silverman for Randi Weingarten--as stated previously, I caught Silverman in a lie about Engelmayer, but to Engelmayer has integrity and I am a liar.

Part 4: Use of false report to deny me liberty without due process or a fair trial

As the petition states without the case laws and in the 04646 petition, I informed Kellman that if she truly had 40 years of legal experience; then, she also knows that a false report deprives a defendant of due process. In addition, there is motion within 04646 petition for the US Marshals, as they omitted facts told them, that Silverman never docketed (he said private docket-recorded) and it is recorded where I tell Silverman what I wrote to Kellman. MOST IMPORTANT, Engelmayer knows the missing facts from the US Marshals' report BECAUSE he got my emails in 2018 and has not disclosed his knowledge of these emails with the fact that I told Silverman that those emails were missing from discovery

Moreover, there is prosecutorial misconduct motion in petition no. 04646 that was never docketed by Silverman and docketed by me in 2022 because AUSA Karamigous lied to Engelmayer about US Marshals' statements to me are not opposing side under the federal rules of evidence with case laws to fact that it is misconduct and I received a letter from the IG about this. Then, under seal by Karamigous in June of 2022, I inform Chief Judge Livingston of the fact that it is misconduct for former former DOJ employee and now Judge to allow AUSA get away with misconduct, like lying about federal rules or not disclosing waiver, as Livingston, Bloom, and Engelmayer have all signed the Exc Order too.

Part 5: Scheme to place me in a mental institution

According to Kellman, Engelmayer told her to make sure that I am placed in a mental institution (see audio labeled Kellman) and Engelmayer answered me about the mental institution (I do not remember the exact question), but the judge answered with "I'm decide how long" with me answering him "you're not a psychologist and the evaluation has not occurred yet" (see audio labeled "March 22nd). In addition, Engelmayer said: "there's no need for Ms. Kellman to review the record because I told her what she needed to do'" (see audio labeled March 8) with the fact that I have Kellman recorded telling me that she has not done

--------------------------------------------------------------------------------------------------------

any prepare work for the violation hearing (see one of the unlabeled audios). Lastly, there are 3 other conversations where Kellman makes statements to further the scheme

Engelmayer nor any other Court, thus far, BUT Engelmayer especially has not addressed:
1) My motion to record my sessions with Dr. Wentowski because I have all other psychological sessions audio recorded, expect Dr. Barday and I have Dr. Rosenfielf audio/video recorded--which Engelmayer has known since June 14, 2022 along with 100 plus federal judges
2) Engelmayer's statements on March 8 and March 22 that shows his desire (when placed in context with that of Kellman's statement "make sure you are placed in a mental institution (recorded) and Silverman's comment of "the judge wants you declared psychotic for sending the email for accusing his office for Randi Weingarten," (not recorded) which is obvious based on the facts of the fabricated violation, Silverman's & Engelmayer's intimidation of my intent that around Randi, with other facts and MOST IMPORTANTLY, the fact that I heard Engelmayer say: "it was planned this way" (cannot prove) with the fact that my employer knew of my arrest before Judge Cogan asked for it.
3) Kellman's statements of her admission of colluding with Engelmayer and her known misconduct
4) Engelmayer knows Silverman committed a crime against me, for sure, because all other AUSAs said it too and had the pure gall to call me a liar
5) Kellman has not placed a mandamus for Engelmayer based on his lying about Sen. Schumer and Kellman telling me that he need to discredit me for sending the audio of him lying about the senator, see Mr. Geyh's testimony before the senate during Judge Porteous' impeachment trial because it is known misconduct

Please Take Notice, Dr. Wentowski told me that she will email or mail a copy to the clerk (depends on how the court wants it) and email a copy to the government and my lawyers
Please Take FURTHER Notice, Dr. Wentowski told me that I am not bipolar (as my doctor never did a bloom test for a med), I am fine without meds, not delusional, not psychotic--like Silverman said, don't bend reality, and she disagreed with Dr. Barday. Dr. W said that I have a personality disorder, but not what Dr. Barday stated, and needs to review her notes with the fact that she did not disclose whether she agreed with Dr. Goldsmith personality
Please Take EVEN Further Notice, I informed Silverman that Barday's, Rosenflied's, and Goldsmith's report DO NOT correlate my statements to their conclusion, it is misconduct to NYS' lic board, and it could be a crime by a male AUSA who I do not have access to his number here, which occurred on June 24, 2021 and this is where, inside the courthouse where Silverman THOUGHT it was safe to speak to me without a recorder, Silverman told me that he did not do his job because of Randi Weingarten and Judge Cogan because no one believed Cogan committed a crime for the UFT---just 80 plus DOJ personnel, a letter from the DOJ, and borderline IQ students...just to name a few ways it was a crime

MOREOVER, Kellman, in her answer to my brother, told my brother that she does not get the report and the report is given to her by the judge, which is a TOTAL lie. Then, she, in her usual manner, switch asking the court to tell Dr. W to provide me a copy to she cannot tell the dr. to give me a copy with she is not allow. The only part of Kellman's statement that is true is the fact that Dr. W told she cannot give me a copy of anything and told me to tell my lawyer to tell the court, as that is what other defendants have done and then she will provide me with a copy and ONLY with a court's order.

The scheme is, as I see it now, to switch the report written by Dr. Wentowski to a report that states what Engelmayer wants it to say because Dr. W said that she is going to recommend outside weekly therapy and that I will be a care level 1 within the BOP and the statements made Kellman and Silverman would require her to declare me a care level 4 within the BOP.

Remedy: I request a copy or not use the evaluation

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---------------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino
SUBJECT: To Ms. Kellman
DATE: 09/22/2022 01:50:49 PM


USA v. Celli, 19-cr-127
Celli v. Engelmayer, 22-cv-04646

Celli v. _____,_____

Dear Judge Engelmayer, Judge_____, Judge Komittee, Judge Bloom, AUSA Amundson, Officer Lombardo and Ms. Kellman:

RE: Letter to the Court and Ms. Kellman, as my answer to Kellman's responses to my brother's questions, which I have only one problem that is within the answers with continual request for against Silverman for his criminal conduct of intimidating my family with his removal from my case.

I write the Courts and Ms. Kellman to address the one answer she (Kellman) gave to my brother that is, in part, related to Silverman's criminal conduct of intimidating my brother and my mother. In no way did Ms. Kellman intimidate my brother in her answer, to start; however, she knows that the current emails has nothing to do with the three violations brought by the government for the May 4, 2022 hearing.

Please Take Notice, Silverman intimidated my mother and brother into believing that the current emails from my friends and my brother are the cause of my violation.
Please Take FURTHER Notice, the special conditions ONLY apply to supervised released and I am in custody of the DOJ and at FMC Kentucky
Please Take EVEN Further Notice, as a citizen I, and people on my behalf, am entitled to report a crime and if it is made in good faith, which are mine are based upon conversations with DOJ personnel and a letter from DOJ's Exc. Office

Part 1: Silverman's crime to intimidate my family from reporting the fact that Silverman obstructed justice by not docketing my 40-something motions for Judge Engelmayer to consider and for the 2d. Cir. to consider, like my structural error for choice of lawyer.

Silverman did not docket 40-something documents to obstruct justice and it affected the record in district court, so that it affected my appeal, too. According to Silverman, he did not do his job because of Randi Weingarten and Judge Cogan. Silverman, in fact, even lied to probation about the filings, which is, in part, one of the reason I am being illegally detained

Due to Silverman's criminal conduct of intimidating my family out of informing law enforcement of his conduct of obstructing justice by not docketing over 40-something motions to perverse my right before Judge Engelmayer and in the 2d. Cir. on appeal. Silverman has my mother and brother believing the violation is based on emails being sent to the government, which has cause extreme tension between my family and I.

Part 2: The violation

The violation, which my brother should read prior to sending this email to Kellman and others, is as follow:

1) I filed rule 60 motion (in case no.  15-cv-03679  ) before Judge Cogan
a-I pleaded arbitration decisions, which Judge Bloom knows because she allowed Tand to get away with the criminal conduct for Rand Weingarten/UFT with Tand robbing me of 5000 dollars, as she did not allow me to play my audio and Officer Lombardo has on my iphone
b-Full and Fair Credit Clause allows me to reopen the case (now before Cogan/Bloom) because the HIGHEST NYS court provides arbitration decisions are enforceable
c-Engelmayer approved my filing for the reason stated above on Dec. 1, 2021
2) I filed rule 60 motion (in case no. 17-cv-02239) before Judge Matismoto
a- I pleased the email sent to me by Betsy Combier and Betsy submitted it to the court as her evidence and motioned, I believe it is rule 16, that I verified the document is true
b-Against Full and Credit Clause Clause, but this time the court below NYS' issued a decision and the federal court must guess what the highest would rule

---------------------------------------------------------------------------------------------

c- Again, Engelmayer approved the filing on 12/1/21

3) I contacted 90 plus AUSAs prior to May 4, 2022 violation hearing because Kellman was not prepared, did not obtain evidence, call witnesses, and simply read the transcript for July 1, 2021 and Dec. 1, 2021.

a-Silverman blocked me from informing DOJ of the crimes and I have the constructional right to report a crime, as it is a crime under 18 USC sec. 241 because Randi/Cogan is saying it is due to Randi/Cogan, but I believe it is only Randi so it is not sec 241 and only obstruction of justice (based on other statements) ...yet, my opinion is worthless

b-I repeatedly told Kellman and Silverman about 1 and 2 with sending the information to Amundson and Kopplin of the Sen. Ethics Committee

c-What occurred with Silverman's criminal conduct (AUSA Shaw and others) is the reason I requested safeguards (never docketed by Silverman)

Please Take Notice, the above-referenced points were told, repeatedly, to Kellman and Silverman with the information forwarded to AUSA Amundson and Ms. Kopplin via email

Part 3: Kellman's mental illness or criminal conduct in depriving me liberty without due process

Prior to violation hearing, Kellman and I spoke a total of three times and each time we spoke about the information that appears in 22-cv-04646 and in other dockets, which is also the information sent to the federal judges. Kellman, in fact, did not comprehend the facts and kept saying me: "I need to review the transcripts" or "we'll speak about who to call as witnesses."

Please Take Notice, without ever speaking to me, Kellman put in for a competency exam with Dr. Goldsmith with whom, by the way, already wrote a report in misconduct as he did not correlate my statements to his conclusions.

Please Take FURTHER Notice, Kellman said: "the judge said that my only job was to make sure that you are placed in a mental institution" with Engelmayer calling me crazy and stupid for staying Schumer helped him with his judgeship or his numerous statements of my mental health--both audios were sent to the federal judges

After the violation, Kellman wrote to my brother that she cannot have a logical/rational conservation with me. Yet, I have all of our conversation recorded and she could not understand the facts, but had the pure gall to tell me, after the violation hearing, that I was right about everything and the judge [Engelmayer] told her what to do.

As always, Kellman is recorded telling me that there is no violation, the judge told her what to do, and the judge will protect her

Part 4: Engelmayer has ignored the audio of Kellman and his statements sent to 200 federal judges and AUSAs with the clerks of EDNY conspiring with Judge Cogan

Engelmayer said "there's no need for her to review the record because I told her what she needed to do"
Kellman said "the judge said that my only job was to make sure that you are placed in a mental institution"

Their statement is all that is needed to provide the appearance with Kellman not putting in a mandamus due to the fact that Engelmayer allowed Silverman to commit a crime for Randi/Cogan by withholding US Marshals' report, not report a crime, and not docket motion like the practice of law by Engelmayer

Part 5: Kellman has not told my family her part in the conspiracy

Kellman has not told them that she did not do anything prior to hearing and laughed that the judge will protect her. In fact, Kellman continues to ignore the fact that she is recorded telling me that she knew there is no violation and intentionally did not present a defense because that is not what the judge wanted

As I raised in my sec 2241 petition, "when an attorney fails to raise an important, obvious defense without any imaginable strategic or tactical reason for the omission, this performance falls below the standard of proficient representation" see Prou v. US 199 F3d 37, 48. Therefore, doing what the judge told her to do is a Cronic issue because she was a friend of the Court and represented the interest of Engelmayer because according to Kellman, Engelmayer needs to discredit me and I told her that this cannot be the case, as the audios are the audio. The truth, as I see it, is Engelmayer is retaliating against me for sending the audio of him lying about his association with Sen. Schumer, which is misconduct and the reason for not docketing the mandamus

Obvious defenses were and Kellman is recorded telling that she knew of the following but fail to raise them because the judge told her and the judge will protect her, like Silverman,
1)false report

a-July 20, 2021 transcript, as Engelmayer did explain the special condition orally (unlike what Perez wrote to the appeals court) and did not provide me a change to object to any special condition with Silverman blocking me from filing my safeguards documents, as Silverman said he placed the documents under seal on a private court and Perez/Kellman/Fin said that my documents are not part of the record

b-Dec. 1, 2021; Engelmayer approved my filings for rule 60 pursuant to Full and Fair Credit Clause

c-Silverman's email support "a" and "b"

d-Silverman told me that there is not violation and that is what he told probation, but the report has something different WITH the fact that Kellman did not call him as witness

e- Kellman did not point to Silverman's email that supports my position

2) perjury

3)subornation of perjury

4) Silverman's criminal conduct

Remedies

1) Removal of Kellman and Silverman for misconduct and for intentionally helping Engelmayer and the government placing me here

2) Sanctions against Kellman and Silverman

3) Sanctions and the removal of Karamigous

4) Force Kellman why she blamed Engelmayer for misconduct/criminal conduct of depriving me the consitutional rights of a fair hearing, calling witnesses, presenting evidence, conflict-free attorney, unbiased tribunal, and unbiased judge, which biased tribunal, biased judge and conflicted lawyer are all structural errors

5) Removal of Kellman and Silverman from the CJA panel

I request the arrest of Kellman for depriving of liberty without due process

------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino
SUBJECT:
DATE: 10/07/2022 01:22:26 PM

22-CU-~~04600~~
04646

Celli v. Engelmayer, 22-cv-04646

Dear Judge Komittee, Judge Bloom, AUSA Amundson and Clerk of EDNY:

Re: Motions not placed in above-referenced dockets and I have not received any information on summons (if the clerk's office issued them)

I write the Court to inform it that my friend told me that she did not see the same motions docketed in both 19-cr-127 and 22-cv-04646 and there is no way for me to verify her statement. If this is not the case, please forgive me

Most importantly, I need to know if the clerk issued summons in the above-referenced complaint because this is one of the motions missing (according to my friend), as I have not received any information nor did my friend see the clerk issue those summons.

I do worry about the fact that clerks of EDNY could act/behave in the same manner that the clerks in SDNY and 2d. Cir. have shown me, like:

1) Like take out documents from my envelope and not place them on the docket (I know that I have claimed that there are missing documents in 19 -cr-127, but there is a possiblity that the clerks mereged my documents with the ones sent in my brother, 3x)
2) Say that they mailed out documents to me but I have never recieved them ( I have to say that EDNY mailed out, twice too, a document)

I appreciate the consideration in this manner

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

--------------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Void judgment
DATE: 08/26/2022 12:35:15 PM

Dear Judge Komitee & Judge Bloom

USA v. Celli, 19-cr-127
Dear Judge Engelmayer, AUSA Amundson, Chief Judge Livingston, Ms. Kopplin, Officer Lombardo and my crack head lawyers
Re: Motion for Void of Judgment for the practice of law by Judge Engelmayer, see 28 USC sec. 454    Judge Engelmayer

I write to inform the court that I bring this motion for viod of judgment because on April 6, 2021 practiced law for Randi Weingarten and Judge Cogan because he wanted to tell me what my intent was in the case.

Once Judge Engelmayer received my letter/motion about his conduct being act of practicing law under 28 USC sec. 454, the said judge stopped. Therefore, the judge understood his conduct was wrong and that he lost his role of judge in my case because this is the doctrine when a judge practices law within a case and looses the right to enter a judgment, which I have at my house, but I cannot find here at FMC Kentucky

I request a public hearing to show how the judgment is viod and for it be streamed live with witnesses to show how I am correct, like Mr. Geyh and the misconduct of my lawyer Silverman, as he claimed that Engelmayer threatened after he could not intimidate me for Randi Weingarten and Judge Cogan

Judge Engelmayer acted with Randi Weingarten in mind and when he was informed that he was practicing law, he had Silverman deprive me of all rights...according to Silverman and not me ...but I CAN PROVE what Silverman said to me

my intent is based on Shame b/c that's what Randi Weigarten/Uft wanted when they threatened to expose my rape & Besty combier with any HI vStatus

Remedy
New trial

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: late docketing
DATE: 08/25/2022 07:33:02 AM

Dear Judge Komitee
& Judge Bloom

Celli v. , 22-cv-04646, 22-cv-06535, and 22-cv-06542 with 19-cr-127
Dear Justice Roberts, Chief Judge Livingston, Chief Judge Broodie, Chief Judge Swain, Judge Engelmayer, Judicial Conference, Ms. Joplin, Congress and AUSA Amundson:
Re: The above-referenced docket numbers were not docketed in June of 2022 (19-cr-127 is missing motions), like in the Supreme Court or DC district court and which I received information of their docketing. The filings were sent the same way to all courts, but clerks in SDNY, EDNY, and the 2d. Cir. have a bad habit of not filing my documents and this time there is NO plausible excuse because they were all sent in digital format. My lawyers admitted to conspire with Judge Engelmayer (Kellman and audio sent to over 100 plus judges and AUSAs and the judge threatened Silverman) and Silverman who admitted to conspire with Randi Weingarten and Judge Cogan with Judge Engelmayer not allowing me to play the audio because Randi Wiengarten paid him, like Judge Marrero and protecting Silverman, as he committed numerous crimes against me.

I am writing the court to inform them of the misconduct (which the DOJ has charged as a crime) for not filing documents. The above-referenced dockets were not docketed in June of 2022 to impede me from getting a remedy for the illegal detention and for my lawyers, especially Silverman committing a crime against me--which AUSA Shaw and others who told me. Moreover, 19-cr-127 is missing documents that explained the conspiracy to retaliate against me for sending audios to congress of Judge Engelmayer (Kellman's words, not mine) who lied about his association with Sen. Schumer because I told him it is the appearance of impropriety, as Schumer has called Randi Weingarten, "like a sister to me."

Please Take Notice, the petition (same in 04646, 06535, and 0642) were sent to Supreme Court, SDNY, EDNY, and 2d. Cir.,but ONLY docketed in the Supreme Court and DC court in June of 2022
Please Take FURTHER Notice, EDNY, SDNY and the 2d. Cir. waited until August to docket my motion
Please Take EVEN Further Notice, the petition was sent as a motion in 19-cr-127 and never docketed

My lawyers admitted to conspiracy with judges and Judge Engelmayer impeding me from playing the audios because he ordered Kellman to deprive me a fair hearing so that I could deprived more time.

Karamigous, Kellman, Engelmayer, Lombardo and Silverman conspired to deprived me liberty, as there was not violation whick Kellman addmitted to me and telling me that she did what did because the judge told her and LAUGHED that the judge will protect her...which is true because EVERY AUSAs could not believe that he ALLOWED Silverman get away with crimes against me with AUSAs like Shaw saying, "no judge would allow that to happen" which was based on the mandamus and bail hearing and Karamigous' lie about federal rule of evidence (which I got a letter form the IG sayign misconduct )

① I request a conference to address the issue, as Judge Bloom ~~know~~ got my email in June
② Sanctions against Silverman, Kellmen, Perez, Ausa Peace, Ausa Karamigous, and Officer Lambardo

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Letter to Congress
DATE: 08/23/2022 10:04:34 PM

Dear Judge Romitee & Judge Bloom
Please consider the following

USA v. Celli 19-cr-127

Dear Congress Members, Chief Judge Livingston, AUSA Amundson, and Judge Engelmayer:
Re:  Randi Weingarten and Judge Cogan had Mr. Silverman, esq deprive me of a fair trial and help the government getaway
with misconduct, which I have Silverman audio recorded telling me that is did not do his job because of them and Judge
Engelmayer is helping Randi Weingarten and Judge Cogan cover up the fact that they deprive me a fair trial and many, many
months of liberty, as I have the audio of Silverman, but Engelmayer called me a liar---Engelmayer sang Cogan's praises, but I
have over 80 DOJ personnel with letters from the DOJ saying that he committed a crime when he helped them cover up the
UFT's threat of exposing my rape, as the UFT were Cogan's former clients

It is very simple, I was denied every constitutional right by Silverman, as he did not do a single thing for me and hid motions that
I wrote to protect my rights, which one focuses on the fact that Engelmayer practiced law (28 USC sec 454) for Randi
Weingarten and Judge Cogan when he told me what my intent would be. I state this under the penalty of perjury see 28 USC
sec. 1746

I request that congress do what the 2d. Cir. is not willing to do because I do have AUSA Shaw saying that Silverman committed
a crime and Judge Engelmayer called me liar, so that is why I emailed all the judges

Please check Ms. Kopplin's (General Counsel for the Senate Ethics' Committee)  emails for a full explanation with links to
audios to prove my allegation, as I sent them to 100 plus AUSAs and judges with two judges answering me

It is impossible to have 80 plus DOJ personnel with letters from the DOJ saying about my lawyer's misconduct or criminal
conduct  AND Judge Engelmayer singing his praises and I have statement like "a judge would never allow," but my answer is
"oh but he is allowing it"

Please Take Notice, the document that I sent congress prior July 20, 2021...Silverman lamented to Engelmayer that those
documents made him look like the worst lawyer worst and whom does not do his job

Not two realities, but many discretion...but there is a reality that is paid for by Randi Weingarten, which there is an appearance
that Judge Engelmayer used his office for Randi Weingarten

Randi Weingarten and Judge Cogan preplanned how to deprive me of every right known to American citizens, as I received a
letter from the DOE on Nov. 9, 2018  (about an arrest) and Judge Cogan requested my arrest on Nov. 12, 2012. Please Take
Notice, DOE is only notified of an arrested only when a person is fingerprinted and I was fingerprinted on Nov. 14, 2018....which
appears that Engelmayer, Donnelly, Sebiel and so (the appearance is Schumer because he has called Randi Weingarten like a
sister, but it is only an appearance and not a fact, but the appearance is REALLY strong()

Remedy
① Rem Removal of Silverman & Kellman w/
sanctions

FROM: 91241053
22-CV-04646
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Inform the judge
DATE: 08/30/2022 12:09:09 PM

*Dear Judge Komitee & Judge Bloom*

Subject line: Amundson, my lawyers will not ask the court to decide on the issue of new lawyer because if it doesnt my family will get me one  *I request that Your Honors consider the following*

~~Dear Judge Engelmayer, Mr. Silverman, AUSA Amundson, AUSA Trowel, Officer Lombardo, Ms. Kopplin and Ms. Kellman:~~

Mr. Silverman informed me today that he will not inform the court to make a decision on whether the court will appoint a new lawyer or not because my family needs to plan on whether they need to get a lawyer for me or not. It is not what he thinks the court will or will not do...he is to tell the court that I need the court to decide because if the answer is no, then I need my family needs to pay the lawyer and the lawyer will not put in an appearance until I appear before the court because I have an not an lawyer who represented my interest, but the last two CLEARLY expressed, which I have recorded and 100 plus judges and AUSAs have the audio of Kellman and I believe of Silverman--but not sure, that they were conspiring and doing what judges and Randi Wiengarten were telling to do.

A-Mr. Silverman is under the impression that the request for new lawyer occurred while at FMC Kentucky
1) The request was placed under seal on 6/28/22--based on memory but I do not have the copy because it is in MDC Brooklyn by *Kellman and sent to me via silverman while at MDC Brooklyn*
B-Mr. Silverman is under the impression that he can impede me from getting either a lawyer through the court or via my family
1) My family needs to make plans on whether they need to pay a lawyer or not, SO my lawyers must tell the court to decide so that I can plan
2) Mr. Silverman told me yesterday in message that whether and when I get out of jail depends on if I "behave," which I took as I need to allow him to commit crimes against me
Please Take Notice, niether Kellman nor Silverman have informed me how they are creating a record of their misconduct in placing me here and how they informed the court that I am being held illegally because the AUSA Karamigious suborned perjury, Officer Lombardo KNOWINGLY committed perjury, Silverman lying to probation and probation having knowledge of it because he reviewed the transcript of July 20, 2021 and Dec. 1, 2021 with the email sent by Silverman, as Kellman is clearly recorded saying that there is no violation and I did what the judge told me with the Judge will protect me
3) Mr. Silverman is under the impression that if he and Kellman stall that they can keep me in jail because they conspired with Judge Engelmayer, Judge Cogan, and Randi Weingarten--as this is what I have my lawyers telling me

Moreover, It has been nearly two weeks since I request doc. no. 244 and it has not been sent to me with the judge's order.

Then, Silverman's message to me tells me that he and Kellman have no plan on protecting my rights or my liberty, as I am being held illegally because he lied to probation and Kellman telling me that she intentionally did not call him because it would prove there was no violation, which was said in front of Silverman

Mr. Silverman, I spoke to my brother on Sunday and he said he would forward my messages, but please tell me if you forwarded this message to Kellman and ask her to email you and my brother on whether she is docketing this document because I need an answer within a week or two because any lawyer needs times to gather how this is not a violation motion as it was cooked up by you and the government with Randi Wiengarten and Judge Cogan with Judge Engelmayer, a prosecutorial misconduct motion, and ineffective assistance of counsel motion under Cronic

Please Take Notice, my mother called Silverman on 8/29 and told him that if the judge does not grant a new lawyer that they would get me one

*Remedies*
*① To have CJA lawyers appointed who are not [cop] conspiring w/ Engelmayer, Cogan, & Weingarten*
*② Sanctions against Kellman & Silverman*
*Service by ECF*

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---------------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Motion to show cause
DATE: 08/26/2022 02:47:10 PM   *Dear Judgekomitec & Judge Bloom*

USA v. Celli, 19-cr-127
Dear Judge Engelmayer, Justice Roberts, Chief Judge Livingston, AUSA Amundson, AUSA Trowel, Congress, Ms. Kopplin,
Officer Lombardo and my worltless lawyers:   *appearance*
Re: Motion to Cause:(before a judge who is not paid by Randi Weingarten) to undertand why Judge Engelmayer allowed
Silverman to commit a crime against me, helped to cover up the crimes of Randi Weingarten/Judge Cogan/Betsy Combier/etc
as he conspired with AUSA Bensing and AUSA Karamigous to cover up their misconduct BECAUSE NO ONE AT THE DOJ
believes a judge WOULD ALLOW what Silverman did to me--streamed live with witnesses from the DOJ and borderline IQ
because I would be ashamed If I were Judge Engelmayer based on the facts, as Silverman is recorded telling me that he did
not do his job because of Randi Wiengarten and Judge Cogan and lied to deprive me liberty *oH, and blamed*
*Engelmayer for threatening him w/ dısbarrment*
I request to have a public hearing, with being streamed live, on the criminal conduct of Silverman as he went out of his way to
undermine my defense and helped to cover up the misconduct of AUSA Bensing and AUSA Karamigous with the fact that I
have him recorded telling me that he did not do his job because of Randi Weingarten and Judge Cogan.

Please Take Notice, Judge Engelmayer intimdated on April 6, 2021 out of my intent, but changed his tatic when I told him that it
is the practice of law on April 16, 2021 by telling me that my intent is between you and your lawyer . See. 28 USC sec. 454

Please Take FURTHER Notice, after April 16, 2021 Silverman lied to me (or heard voices that do not exist) and said that at April
16, 2021 conference Judge Engelmayer said to us that the judge would have him disbarred if he presented my intent---the
judge never made such a statement and I told Silverman--so Silverman changed it to that the judge said it on the phone and I
asked him to get the transcript

ANOTHER truthful statement is....Silverman thought it was safe to speak to me in the courthouse so AFTER I told him about
what the NYS' lisensure dept for psychogolist said about Dr. Goldsmith (the fact that the said doctor did not correlate my
statements to his conclusion of I blent reality and the fact that I ONLY spoke about UFT/Betsy/Judge Cogan/Randi Weingarten
with my conversations with the DOJ...they said it was misconduct), Silverman told me that "no one believed that Judge Cogan
committed a crime against you," (which is not true because I have letters and verbal confirmation of this fact from the DOJ) and
I told him..."so you did not do your job because of Randi Weingarten and Judge Cogan" and Silverman sadi yes!!

Judge Engelmayer said in April of 2022 that he would deal with the misconduct of Silverman but on May 4, 2022, the judge did
not allow me to create a record of Silverman's criminal conduct and called me a liar, but my assuption is the fact that Judge
Engelmayer is being paid by Randi Weingarten, like Judge Marrero with the fact that I have so many AUSAs that are in disbelief
in what has been done to me and the judge is allowing it

*Remedies*
① *Sanctions against Silverman & Randi
w/ Cogan*
② *Removal of Silverman from the CJA
panelas that was 1 of the veqluest
to Chief Judge Livingston*

FROM: 91241053
TO: Celli, Gino; Perez, Daniel; Silverman, Bem
SUBJECT: 2d Cir. Letter_perez
DATE: 08/13/2022 12:57:28 PM

Dear Judge Romitee & Judge Bleen

Lucio Celli v. USA 21-1760   Please Consider the following

Dear Chief Judge Livingston, CJA Judge, AUSA Amundson, AUSA Peace, AUSA Trowel, Mr. Perez, Ms. Kellman, IG, and Silverman:

It has come to my attention that the HIPPA Violation

Re:Mr. Perez is covering up the misconduct (illegal conduct, per AUSA Shaw) of Silverman and the misconduct of AUSA Karamigous and AUSA Bensing (with being my criminal complaint against Silverman and misconduct complaint against AUSA Karamigious and AUSA Bensing). Then, there is the misconduct of the case manager/Clerk Wolfe and the current illegal detention.

to belongs in my part 1. to

I am directing my brother to email kevin.trowel@usdoj.gov and breon.peace@usdoj.gov because my lawyers are blocking me from creating a record, I have asked for a docket sheet (as documents were docketed in SDNY and DC and the docket sheet sent to by Silverman has omissions), and I request that Mr. Trowel or Mr. Peace docket my documents

Part 1 Here are the issues (some) Mr. Perez is hiding:

1) Perez knows that Silverman did not docket my motions, which is from the practice of law (28 USC sec. 454) to the various misconduct of AUSAs (like not answering whether they were provided a waiver to participate in this case, misrepresenting the fact that US Marshals' statements to me were opposing side under Federal Rules of Evidence, present false reports from law enforcement and the list goes on), my structural errors (like choice of lawyer, biased judge, and so on), Silverman's criminal conduct of hiding US Marshals' report so that I could get my retro money and so on

2) Silverman couched the undocketed motions in terms of "sealed documents on a private docket," which Perez was the first person to say that no such thing existed with a written response that followed and Kellman confirming it with the case manager also saying the same statement as my lawyers. I have read cases where lawyers were charged with obstruction of justice and I do have AUSA Shaw saying that Silverman committed a crime for not filing a mandamus and redoing the bail hearing

3) Silverman forged my signature on a HIPPA form to obtained information from Montefoire Hospital and then disclosed the information to the court, see SCA03 page from government's sealed document, and Perez has known about this for some time, which is refuses to send to the CJA lawyer and file with the appeal.

Please Take Notice, Silverman told me that he would not obtained any evidence of my intent which primarily dealt with Randi Weingarten and Judge Cogan, but he illegally obtained health information that to harm me and to help Randi Weingarten and Judge Cogan.

Please Take FURTHER Notice, I requested from Silverman (weeks ago) to inform the court that I wanted it stricken from the record with taken it back from the government and he was supposed to send me a copy of his letter (which he never did) and I asked Perez (on 8/12 and today is 8/13) to do the same.

4) The AUSAs covered up how Judge Cogan covered how the UFT threatened to expose my rape if I continued with the lawsuit and how Randi Weingarten had Betsy Combier place my HIV status on her nonprofit foundation.

Facts:

a-Cogan worked for the UFT via Strooks

b-Cogan negotiated the CBA for the UFT

c-One of the many arbitration decisions that I cited was written by Cogan, which I filed a rule 60 motion while claiming Full and Fair Credit Clause--which both AUSAs lied about

d-Ritter was impeached for practicing law for his former clients--as Judge Newman said Cogan did in my case and one of reason for the waiver not being disclosed b/c Newman wrote a misconduct opinion on this topic and I do not believe Newman truly wrote the opinion in my case. See 28 USC sec 454

e-Justice Roberts wrote an opinion in which is basically said no one would believe a decision rendered by the Court would have been obtained fairly if he did not recuse himself

f-there are many judicial misconduct opinions/criminal convictions in the realm of judge/former clients/practice of law

g-Gold, Shaw and others said that AUSAs committed misconduct when they misrepresented the facts about Cogan/UFT/Randi Weingarten/Betsy Combier with Gold saying termination

5) I inquired about Dr. Goldsmith's report to Silverman prior to June 21, 2021's conference and on said date  because the doctor stated that I distorted reality (basically).

Please Take Notice, I only told Dr. Goldsmith what I told the AUSAs--like Gold, Shaw, others--, which they told me that Judge Cogan committed a crime for his former clients the UFT.

Please Take FURTHER Notice, I told Silverman to ask Goldsmith and the other doctors to submit statements that I made to show how I distorted reality b/c I only told them what I told the AUSAs and I obtained other documents written by the doctors where they correlated the statement made by the defendant to how the defendant was delusional or distorted reality, as evidence. THEREFORE, the reports are void of any evidence to support conclusions and only provides conclusions of what I have is a crimes stated verbally and written to me by the DOJ...there are not two realities, but I wished I had Dr. Barday recorded as he admitted that the judges would never allow me to expose their misconduct, which I only spoke to him about Cogan and I remember him saying judgeS and not judge.

Please Take EVEN Further Notice, I can prove what I said to Goldsmith/Rosenfeild but I cannot prove what I said to Barday or said and will say to Dr. Wentowski, as the Engelmayer has not issued an order to have my sessions recorded.

The purpose of filing Silverman's report was to continue to harm, as he has the gall to go behind my back and illegally obtain information from Montefoire and told me that he would not obtain information that related to my intent.

Please Take Notice, I called the licensure for psychiatry and I informed of the reports written about me, which I recieved the same answer as Dr. Wentowski that it is unprofessional to not cite statements that led to the conclusion.

MOREOVER, I recieved that it is professional misconduct from NYS' department that deals with conduct of psychiartist and from AUSAs it could be criminal conduct but they would need to listen to the recordings, which I only have Goldsmith/Rosenfield. As the distortion has to be something no one else believes and I do have Cogan committed a crime for the UFT and other items with letters from the DOJ about "uncharged crimes."

MOREOVER, I do have reason to fear Dr. Wentowski's report and I told her my fear with the fact that I have to remember that DOJ central has treated me fairly, as I did receive a letter from 3 different offices that were answers to documents that Engelmayer had knowledge about but Silverman never docketed

Dr. Wentowski has made the statement that she does not believe I am delusional but reverses the right to change her mind, which I told her as long as there is evidence (my statements) that correlates to the conclusion because I keep on speaking about what I have collected from AUSAs outside of the 2d. Cir. and DOJ central. Lastly, Dr. W left off, the last time we spoke, that she believes that I make "wrong connections," which I explained in a previous letter that I might not have explained the connection of Randi/Betsy fully, but I went through the connection between Randi/Schumer

Part 2 Misconduct of Case Manager/Clerk Wolfe

The case manager/Clerk Wolfe have knowledge that I was intimidated into a guilty plea with audios sent to them

I informed the 128 judges with 28 USC sec. 1748 that Silverman said that he did not do his job because of Randi Weingarten and Judge Cogan.

Now: Engelmayer did say that he would tell me my intent with it being missing from the transcript (but it could viewed as human error) on April 6, 2021 and then said my intent was "that's between you and your lawyer" on April 16, 2021 with Silverman saying that "the judge said he would have me disbarred if I presented your intent."

Please Take Notice, Engelmayer NEVER, EVER made such a statement in front of me and that is all I can prove
Please Take FURTHER Notice, Silverman swore that Engelmayer said on April 16, so he must be psychotic because he is heard a voice that is not on the transcript or I have recorded ...just saying, as he told me that the judge wants me declared pycholic.

The scheme as I explained to the case manager and in varios emails to Kopplin and Amesdson
1-Engelmayer explained special condition with the judge saying my lawyers' role, like only prove for threats because anything

----------------------------------------------------------------------------------------------

more would make him my civil lawyer

2-Engelmayer approved my filings for civil cases because I wrote a rule 60 motion and claim Full and Fair Credit Clause, which raises the issue of misconduct of Karamigious, which occurred on Dec. 1, 2021

3-Kellman told me of the special condition of "approval of filing" on March 22, 2022 with Silverman getting up on saying, "we need to make sure that the special conditions are read to Mr. Celli or the 2d. Cir. will send it back

4-Perez informed me of that he would write an appeal based on March 22, 2022 but couched the filing as July 20, 2022

I am being illegally detained and it is unaccetpabel if Peace have not reviewed the transcripts, as I have every date recorded and can prove my allegations. If the case is, Peace was shown an edited trancript or the wrong one, then, and only then, I have to accept it as not being misconduct on his part, but I am being held illegally and I can prove it because even Kellman said that I was and that she did what the judge told her

Moreover, Enelmayer did say, "I told Kellman what she needed to do and there's no need for her to review the record," but he as said that "I do not want this to be ligated and want Mr. Celli the mental health treatmet he needs" and it is also true that Kellman said that "The judge told me that my only job was to make sure that you are placed in a mental institution." Obviously, these facts would be for a jury

My lawyers are impeding me from making a record and Silverman wrote something to my brother

I have requested that my lawyers place everything on the public record and provide me with proof and file crimial complaints on my behalf. Therefore, I am requesting that Trowel and Peace docket my letters which I am asking my brother to send them as they were sent to AUSA Amundson

I want to appeal the decision Ms. Wolfe and play my audios of AUSAs, law enforcement, lawyers, judges, doctors and so on with it being streamed live ...I might have PDST, but I have not distorted reality. .BUT collected statements from the DOJ with letters to support my claims because I know my claims are worthless and those of the government are gold.. THEREFORE, everyone KNOWS that I was deprived a fair trial to help to hide the criminal conduct of Cogan/UFT/Randi/Betsy with my lawyers committing crimes for them by denying me of every single right

Please inform me if my documents were docketed with docket sheets

Remedies

① Sanctions against Perez & Silverman

② their Removal from the CSA Pamel

*EDNY ~ Celli v Engelmayer*
*22-cv-04646*

---

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: Letter to Trowel
DATE: 08/30/2022 05:06:08 PM

*Dear Judge Komitee & Judge Bloom*

Subject line: Trowel, you submitted an incomplete psy report ~ *Chief Judge Roberts*
19-cr-127 (EDNY) 21-1760 (2d Cir) USA v. Celli

*[left margin: From AUSAs did not react they not react to new it mercon]*

Dear Chief Judge Livingston, Panel of Judges, Judge Engelmayer, AUSA Trowel, AUSA Amundson, DOJ
Re: Misconduct of Dr. Barday and Dr. Goldsmith in writing incomplete reports, as we only spoke about the UFT/Betsy
Combier/Randi Weingarten/ Judge Cogan (with the fact that I have my conversations with Dr. Goldsmith recorded), and it is a
fact that NOT citing where the conclusion came from is misconduct under NYS licensure and I have it recorded that it could be
a crime if the report was made to decrepit me for the Randi Weingarten/Betsy/UFT and Judge Cogan with Silverman knowing
this fact from June of 2021 b/c *[insertion: I was delusional]*

*[right margin: also Dr. Rosenfield not Dr. Barday UC I will DC Brill...]*

*this is the narrative Randi wants the courts to know, which I told*

I am writing the court to inform them that Silverman knowingly submitted a report from Dr. Barday and Dr. Goldsmith that I have
from NYS licensure, that it is misconduct not to correlate conclusion to the statement
*which would make it*

Please Take Notice, I told all psychologist the same facts that relate to Randi Weingarten/Combier/Cogan/UFT AND it is the
same facts told to 80 DOJ personnel and in letters to central where I received a letter about "uncharged crimes"
Please Take FURTHER Notice, I informed 100 plus judges and AUSAs of the same basic facts

The doctors wrote, basically, that I bent reality and I told Silverman to have Dr. Goldsmith to write how I meant reality because
of what I got from NYS and AUSAs that it could be a crime *[insertion: What the meant]*

PLEASE NOTE, I have Silverman telling me that he would not inform Dr. Goldsmith of the misconduct and told me that it is a
normal report...but not everyone that I know, even nonprofessional like AUSAs. In fact, this is when Silverman told me that he
did not do his job because of Randi Weingarten and Judge Cogan (recorded)

I believe, without facts, that the government submitted Silverman's presentencing report so that the panel of judges could read
the report *and conclude that I bent reality in the emails*

I am requesting AUSA Trowel, which he is obligated to inform the panel of Perez's misconduct (as he knows the facts above)
and the of Silverman

Mr. Trowel, please inform the panel of judges that the above-referenced conversation between Silverman and I in June of 2021
with the link possible being in their email (as I got 2 messages from judges outside of the 2d. Cir.) or Officer Lombardo should
have it either on my phone or computer

The facts are the facts which are the UFT threatened to expose my rape if I continued and Cogan told me that I was delusional
for saying it when I have it recorded (similar to Engelmayer telling me that I am liar about Silverman, which helped Randi
Weingarten and the UFT) and Cogan worked for Strook, at Strook he wrote briefs for UFT, arbitration decision decisions are
enforceable under rule 60 via Full and Fair Credit,...and I could go one and these are the ONLY facts that I speak about with the
fact that is my intent, not Engelmayer's and not Silverman's interent, but mine

Please inform my brother when you have docketed this letter with the court because Perez is blocking me and I request his
arrest, as it is a crime per AUSA Shaw and others and I found many criminal cases in these realm but they create no right for
me to claim

*[right margin vertical: Whether he want to Wave it correted prior to min giving it to the court]*

TRULINCS 91241053 - CELLI, LUCIO - Unit: LEX-E-A

---------------------------------------------------------------------

FROM: 91241053
TO: Celli, Gino; Lucas, Ida; Martinez, Rafael; Silverman, Bem
SUBJECT: YOU FUCKING peice of shit
DATE: 08/30/2022 06:33:01 PM

*Dear Komitee & Judge Bloom
Please consider the following w/
Sanctions against Silverman
and his removal*

SIlverman intimdated my mother    *Judge Livingston*
USA v. Celli, 19-cr-127    *Justice Roberts*
Dear Judge Engelmayer, AUSA Trowel, AUSA Amundson

RE: Silverman intimdated my mother out of getting me a private a laywer and I WANT HIM ~~FUCK~~ MY FUCKING CASE
because I have had ENGOUGH FOT THAT FUCKING BASTARD intimating me and now he has done it to my family ... I DONT
FUCKING Trust him *or Kellman, as I have them recorded telling they conspired w/*
*Judge Engelmayer, Judge Cogan and Randi Weingarten*
I just got off the phone with my mother and she informed me that Silverman told her that I will be here more because I am
informing AUSAs of his crimes against me that I have AUSAs recorded telling me
                                                    *about Silverman sil*

THAT MOTHER FUCKER needs to get off, as he has impeded me from informing the AUSAs of the crimes what have occurred
to me

This has been going on for 2 FUCKING YEARS and I HAVE HAD ENOUGH...ENOUGH....ENOUGH OF THIS BASTARD
FUCKING INTIMDATING ME

I FUCKING TOLD HIM NOT TO SPEAK TO OR TO INTIMDATE MY FAMILY

I have a fucking RIGHT TO INFORM the government of crimes being committed AGAINST ME AND I HAVE AUSA SHAW
TELLING ME THAT SILVERMAN COMMITTED A CRIME

*Please Take Notice, Engelmayer has allowed
Silverman to commit many crimes
against and ignore the facts that
I have evidence of Silverman's
crime.*

*Please note, Silverman didn't tell my
mother that I'm in here b/c he committed
a crime and Kellman helped
him by not calling him or
AUSA Shaw, AUSA Amundson or
others*

----------------------------------------------------------------------------------------------------

I hope these responses are helpful.

Susan

only
in
64646

Lucio Celli
91241-053
FMC Lexington
Lexington KY DDSDDo
40512

PoBox 14500



USMS



PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL**



7022 0410 0002 3373 4615

◇91241-053◇
Edny Edny
225 Cadman PLZ E
Brooklyn Heights, NY 11201
United States



FEDERAL MEDICAL CENTER
3301 LEESTOWN ROAD
LEXINGTON, KY 40511-8799

DATE: 10-18-20

The enclosed letter was processed through special
mailing procedures for forwarding to you. The letter
has been neither opened nor inspected. If this
writer raises a question or problem over which this
facility has jurisdiction, you may wish to return the
material for clarification. If the writer encloses
correspondence for forwarding to another address,
please return the enclosure to the above address.