Criminal Notice of Appeal - Form A



FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ DEC 0 9 2022 ★

BROOKLYN OFFICE

## NOTICE OF APPEAL

**United States District Court**

<u>EASTERN DISTRICT</u> of New York



RECEIVED
DEC 0 9 2022
PRO SE OFFICE

<u>UNITED STATES____</u> v.

<u>LUCIO CELLI_____</u>

Docket No.:___ 19-127 (PAE)_____

<u>Hon. Paul A Engelmayer</u>
(District Court Judge)

Notice is hereby given that <u>LUCIO CELLI</u> appeals to the United States Court of Appeals for the Second Circuit from the judgment [___]. other [_x_] **appeal of sentence on violation of post release supervision** entered in this action on <u>November 10, 2022</u>

This appeal concerns: Conviction only [___] Sentence only [_x_] Conviction & Sentence [___] Other [___] Defendant found guilty by plea [___] trial [___] N/A [___].

Offense occurred after November 1, 1987? Yes [_x_] No [___] N/A [___]

Date of sentence: <u>November 10, 2022</u>

Bail/Jail Disposition: Committed [___] Not committed [_x_] N/A [___]

Appellant is represented by counsel? NO [_x_]   If yes, provide the following information:

Defendant's Counsel:          _____
Counsel's Address:            _____

Counsel's Phone:              _____

<u>Appellant's Home address:</u>
89 Widmer Road
Wappingers Falls, N.Y 12590

Assistant U.S. Attorneys:  Anna L. Karamigios & Kayla Bensing
AUSA's Address:            Eastern District of New York

                           271 Cadman Plaza East, Brooklyn, N.Y. 11201

AUSA's Phone:              (718) 254-6225


Signature

$6.97

DEC 06 22
AMOUNT

R2305M148380-01

11201

RDC 99

CERTIFIED MAIL
USPS
USMS
WESTCHESTER NY 105

2022 1670 0001 8343 0770

11201-183299

Room 118 South
Attn: Pro Se Office
Brooklyn, N.Y. 11201
225 Cadman Plaza E
Eastern District of N.Y.
U.S. District Court

Lucio Celli
89 Widmer Rd
Wappingers Falls, N.Y. 12590

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT

U.S. POSTAGE PAID
FCM LETTER
BLAUVELT, NY