TRULINCS 91241053 - CELLI, LUCIO - Unit: ALM-D-A

---

FROM: 91241053
TO: Celli, Gino; Mysliwiec, Asron
SUBJECT: 7-20-21 missing transcript
DATE: 06/13/2024 02:25:29 PM

*[Handwritten annotations: "Motion w/ 2 letters", "w/ letters about Mysliwiec's misconduct w/ Cudina's direct knowledge & to Enforce your order against"]*

USA v. Lucio Celli
19-cr-127

Re: Missing transcript for 7-20-21 (I took back my guilty plea) with missing motions with said date being audio recorded

Dear Judge Engelmayer, Admin Oversight, and Mr. Mysliwiec:

Please inform the court that the transcript for 7-20-21 appears to be missing, as I will be sending this email or you attach this and tell me you sent it--whatever works. On this date, I took back my plea, one of the missing motions is taking back my motion, and the AUSAs, upper DOJ and congress has this motion with structural error for choice of lawyer.

I refused to state "I intended to harm" Judge Brodie and Judge Cogan. Silverman knew that I took back my plea and he is audio recorded telling me that he placed my motions under seal on a secret$ docket that the "public" did not know about. I informed Silverman that he was lying because the public has the RIGHT to know about "sealed" documents, as they could petition the court to "unseal" documents.

Anyway, you are an officer of the court and you are now aware of the fact that I was illegally convicted by Judge Engelmayer because Silverman lied to him, as I said: "I did not intend to harm..." and there is case law that in this area.

Structural error and take back guilty were hidded by Silverman....Oh wait, you have committed the same crime and Office Cudina is a witness, because she did not notifiy anyone either. You have not informed the court that I told you that you were not my choice of lawyer or that I took back my guilty plea---have you?

Like I wrote before, you have not admitted to anything but you have behaved like everyone else and AUSA Shaw said the missing motions were a crime.

Please tell me if you fixed this and informed the court

Please inform me if you are going to notify the court of this injustice by Randi Weingarten and Judge Cogan, as Silverman admitted to conspiring with them--this is also recorded.

Please note, my friend Ida Lucas called EDNY and she said that clerks wondered why the transcript was missing for 7-20-21. I knew why and Mr. Mysliwiec, you knew why and this is the reason that you lied

G, please save, print this out and have mommy mail this to EDNY in BK. Tell her to send this certified return receipt

East Cadmen Plaza, BK NY.....you need the number before East and zip code

FYI: The clerk of EDNY is to inform Chief Judge Livingston of the criminal conduct of Mysliwiec because AUSA Shaw said it was a crime for Silverman and it is the same crime that Mr. Mysliwiec has committed because he refused to place motion on the docket

Lucio Celli *[signature]*

*[Handwritten at bottom:]*
Judge Remedy
1) New trial or
2) Enforce your order
Benkin's criminal conduct

"You haven't allowed me to create a record of misconduct so that Randi can get away w/ crimes" - Enforce your order due to AUSA for Cogan?

(T)

TRULINCS 91241053 - CELLI, LUCIO - Unit: ALM-D-A

---

FROM: 91241053
TO: Celli, Gino; Mysliwiec, Asron
SUBJECT: Notice to leave to appeal
DATE: 06/10/2024 12:41:58 PM

Dear Mr.. Mysliwiec:

Mr.. Silverman and Mr.. Santana both wrote a notice to appeal with a motion to relieved. Clerk Wolfe asked you to submit a notice to leave.

Please look at 21-1760 and 22-3138. Please include that I want to represent myself because no one has raised the following:

1) I did not stated the intent of "i wanted to inflict harm," which is one of the missing 40 motions
2) There are 40 missing motions, like choice of lawyer--which is a structural error
3) Enforce Engelmayer's order because one of the audios was the one about I did not state that i wanted to inflict harm upon anyone but to get justice for the threat to expose my rape and to my status on the blog
4) the intintimidation my mother by Silverman by Randi WieWeingarten false statements by Dr. Wentowski, as she told me that no one can ignore the fact that Silverman addmitted to conspiring with Randi and Cogan
6) the interferncing of my legal representation by Randi and Cogan and Engelmayer via Kellman
   Silverman

G, please save this message and print out this message, if Mr.. Mysliweic fails to place a notice to leave to appeal and I am blocked because Silvermand Santana did put those motions in for me

If he doesnt mention the other items, it is ok

Mr.. Mysliwiec, the motion to leave to appeal is due by 6/17/24. I would appreciate if you put in the both as requested by the court. You have failed to place other motion and you screwed me over.

I just remembered

7) Inferferring w/ legal suits by Randi Wiengarten and Judge Kellman

8) Silverman admitted to conspiring w/ them

9) 40 missing Silvecm*'s due to Silvermans Misconduct / criminal conduct



TRULINCS 91241053 - CELLI, LUCIO - Unit: ALM-D-A

---

FROM: 91241053
TO: Celli, Gino; Mysliwiec, Asron
SUBJECT: Letter to Admin Oversight and Wolfe
DATE: 06/10/2024 01:34:06 PM

Dear Admin Oversight and Clerk Wolfe:

24---_____
I am writing you about the following appealings, as obstruciton of justice has occurred. I was denied all consitutional rights in 19cr127.

I know that you have asked Mr. Mysliwiec to place a motion to leave to appeal. I have informed Mr. Mysliwiec that Mr. Silverman and Mr. Santana both placed a motion to relieved and a motion to leave to appeal.

I have asked Mr. Mysliwiec to place many motions Dec of 2023 and he only place one with excuses for the others. My lawyer has until June 17th and today--the day that I write this letter is June 10th, which is also the day that I informed him, so he may place a motion to leave to appeal.

BUT if he does not. will you block me in Sept when I am free to place the motion to leave. I noticed you and the others of the issues with auido that I have had with Mr. Mysliweic or my other lawyers. If I may remind you, you are audio recorded telling my friend that you were supposed to the "Chief Judge." who would be Livingston.

I have not heard of what is occurring it appeal 22-3138, *inform* please inform me

Please note, Judge Engelmayer intentionally or appears obstructed justice for Randi Wiengarten *b/c the record is not full*

For sure, Judge Engelmayer robbed my parents because Santana failed to raise Kellman's addmission and he refused to address this issue and it is grounds for structural error for biased judge because Kellman addmitted to not doing her job for him.

Now, Mysliwiec never addmitted to anyone but he behaved like all the others and you, Clerk Wolfe just ostructed justice

What are you doing to do any the criminal conduct in 21-1760 and 22-3138? Mr. Mysliweic did block me in district court and Judge Engelmayer will protect him because he ignored the emails from the days piror

If Mr. Mysliwiec places the motion to leave to appeal; then, please response and provide me information about previous appeals. Lastly, please see the attachment to my brother and Mr. Mysliwiec

G, please save and print