UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

LUCIO CELLI,

Defendant.

19-CR-127 (PAE)

ORDER

PAUL A. ENGELMAYER, District Judge:

The Court has received a letter, *pro se*, from defendant Lucio Celli. Dkt. 296. The Court

does not intend to take action in response to this correspondence.

SO ORDERED.

_____
PAUL A. ENGELMAYER
United States District Judge

Dated: July 8, 2024
       New York, New York